# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 1:07-cv-06543

Long Beach Mortgage Company Truth in Lending
Act 1-04 Family Rider Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Long Beach Mortgage Company
Defendant Deutsche Bank National Trust Company

| | |
|---|---|
| NAME (Type or print) <br> Matthew M. Neumeier | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew M. Neumeier | |
| FIRM <br> Howrey LLP | |
| STREET ADDRESS <br> 321 North Clark Street, Suite 3400 | |
| CITY/STATE/ZIP <br> Chicago IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC # 6205788 | TELEPHONE NUMBER <br> 312 846-5640 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |