IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | MDL CASE NO. 07 CV 06543 |
| | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO | Centralized before Judge Wayne R. Anderson |
| U.S.D.C. Eastern District of Wisconsin Civil Action No. 07-C-0272 CNC | |

**LONG BEACH'S MEMORANUM IN
SUPPORT OF 12(B)(6) MOTION TO DISMISS**

In support of its Rule 12(b)(6) motion to dismiss the claims asserted by plaintiffs Kenneth Mason and Julia Watkins, defendant Washington Mutual Bank, f/k/a Long Beach Mortgage Company ("Long Beach") refers the Court to the supporting memorandum filed in the U.S.D.C. for the Eastern District of Wisconsin, a copy of which is attached as Exhibit A.

WHEREFORE, Long Beach respectfully requests that this Court grant its motion and dismiss, with prejudice, all claims asserted by Plaintiffs in this proceeding.

Dated: December 27, 2007                                  Respectfully submitted,

                                                          WASHINGTON MUTUAL BANK f/k/a
                                                          LONG BEACH MORTGAGE COMPANY

                                                          /s/ Gabriel A. Crowson
                                                          Matthew M. Neumeier
                                                          Scott T. Schutte
                                                          Gabriel A. Crowson
                                                          321 N. Clark Street, Suite 3400
                                                          Chicago, IL 60610
                                                          Telephone: (312) 595-1239
                                                          Facsimile: (312) 595-2250
                                                          Email:  neumeierm@howrey.com
                                                                  schuttes@howrey.com
                                                                  crowsong@howrey.com

## CERTIFICATE OF SERVICE

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF case management system this 27th day of December, 2007.

                                                          /s/ Gabriel A. Crowson
                                                          Gabriel A. Crowson