## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * * * * * * | MDL CASE NO. 07 CV 06543 |
| | | Lead Case No. 05-cv-07097 |
| THIS DOCUMENT RELATES TO | | Centralized before Judge Wayne R. Anderson |
| U.S.D.C. Eastern District of Wisconsin Civil Action No. 07-C-0272 CNC | | |

*********************************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, January 10, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's 12(b)(6) Motion to Dismiss, a copy of which has been served upon you via the Court's CM/ECF case management system.

Additionally, the parties have already formulated a briefing schedule for this motion, which entails Plaintiffs filing an opposition brief on or before January 25, 2008 and Long Beach filing a reply brief on or before February 22, 2008.

Dated: December 27, 2007                                    Respectfully submitted,

                                                WASHINGTON MUTUAL BANK f/k/a
                                                LONG BEACH MORTGAGE COMPANY

                                                /s/ Gabriel A. Crowson
                                                Matthew M. Neumeier
                                                Scott T. Schutte
                                                Gabriel A. Crowson
                                                321 N. Clark Street, Suite 3400
                                                Chicago, IL 60610
                                                Telephone: (312) 595-1239
                                                Facsimile: (312) 595-2250
                                                Email:  neumeierm@howrey.com
                                                          schuttes@howrey.com
                                                          crowsong@howrey.com

## CERTIFICATE OF SERVICE

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF case management system this 27th day of December, 2007.

                                                /s/ Gabriel A. Crowson
                                                Gabriel A. Crowson