## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
## Eastern Division

Long Beach Mortgage Company Truth in Lending
Act 1−4 Family Rider Litigation

              Plaintiff,

v.                  Case No.: 1:07−cv−06543

                  Honorable Wayne R. Andersen

Long Beach Mortgage Company, et al.

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

  MINUTE entry before Judge Wayne R. Andersen :Enter agreed order on casemanagement.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.