## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY ) <br> TRUTH IN LENDING ACT FAMILY RIDER ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO ALL ) <br> ACTIONS ) <br> ) | MDL 07 cv 06543 <br><br><br><br><br> Centralized before Judge <br> Wayne R. Andersen |

### AGREED ORDER ON CASE MANAGEMENT

The parties having conferred, agreed, and advised the Court on December 20, 2007, and the Court, having taken the plaintiffs' and defendant Long Beach Mortgage Company's ("Long Beach") recommendations under advisement, makes the following findings and the following orders with respect to the organization and scheduling of this proceeding:

**I.  PLAINTIFFS' COUNSEL'S LEADERSHIP STRUCTURE**

The Court finds that, given their small number and the fact that they have worked together cooperatively to date in this and previous cases, no appointment of lead counsel or other roles and divisions for plaintiffs' counsel is necessary for the prosecution of the class action. Plaintiffs' counsel - Lloyd J. Brooks of The Brooks Law Firm, Christopher M. Lefebvre of Christopher M. Lefebvre, PC, and Tara Goodwin and Al Hofeld, Jr., of Edelman, Combs, Latturner & Goodwin, LLC - shall work cooperatively to achieve the common goals of the proposed class and their respective clients. Each filing made with this Court on behalf of the proposed Long Beach class shall be signed by representatives of all three law firms. However, plaintiff's counsel in each case shall retain exclusive responsibility for prosecuting any individual claims.

## II. PLEADING

### A. Consolidated Class Action Complaint

Plaintiffs' counsel shall file a consolidated class action complaint by January 21, 2008. Defendant Long Beach shall answer or otherwise plead by February 20, 2008.

The consolidated class complaint will not contain any plaintiff's individual allegations or claims. The Court has been advised that plaintiffs in Mason v. Long Beach Mortgage Co., transferred from the E. D. WI, will not appear in the consolidated class action complaint (because they have individual claims exclusively and are not seeking to become class representatives). Plaintiffs' currently pending complaints shall continue to operate only as to the individual claims they assert.

### B. Amendments

The parties shall have until April 2, 2008, to amend all pleadings.

### C. Captions

All filings shall include the MDL case no. and, if applicable, the individual case number.

## III. DISCOVERY

The parties shall have until June 17, 2008 (180 days), to complete all fact discovery relating to both class and individual issues. The Court expects the parties to work expeditiously to complete all discovery.

All discovery disputes shall be resolved by motion. All discovery motions shall be noticed up before the assigned Magistrate Judge.

### IV. CLASS CERTIFICATION

Plaintiffs' counsel shall move for class certification on or before March 19, 2008. Long Beach shall file its response by May 9, 2008. Plaintiffs shall file their reply by May 30, 2008.

### V. DISPOSITIVE MOTIONS

The parties may, at any time, move for summary judgment with respect to any plaintiff's claims. With respect to the class claim(s) involving the 1-4 Family Rider, the parties shall move for summary judgment on or before a date 45 days after the close of discovery (August 1, 2008). Respondent(s) shall file any response 30 days thereafter, and movant(s) shall file any reply(/ies) 21 days following the response date.

For all dispositive motions, the parties shall present the Court with an agreed briefing schedule. No briefs shall be due or filed on Mondays.

When the reply brief for any pending motion is filed, completing the briefing on the motion, movant shall notify Frank Favia in the Court's chambers by phone of this fact.

### VI. SETTLEMENT

Should the parties mutually agree that a formal settlement conference could be beneficial to resolving the litigation, they shall request the same from Judge Andersen and/or the assigned Magistrate Judge.

Enter: _____
Wayne R. Andersen, U.S. District Court Judge

Dated: January 15, 2008