## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 07 CV 6543

LONG BEACH MORTGAGE COMPANY TRUTH IN
LENDING ACT FAMILY RIDER LITIGATION

THIS DOCUMENT RELATES TO NAVARA & STINSON,
JEUNE, SULLIVAN, & SHELTON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

| | |
|---|---|
| NAME (Type or print) Michael J. Aschenbrener | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Michael Aschenbrener | |
| FIRM Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS 120 S. LaSalle Street, Suite 1800 | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6292306 | TELEPHONE NUMBER 312-739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ✓ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |