IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | ) ) ) ) ) | MDL 07 cv 06543 |
| THIS DOCUMENT RELATES TO NAVARA & STINSON, JEUNE, SULLIVAN, & SHELTON | ) ) ) ) ) | Centralized before Judge Wayne R. Andersen |

**MOTION TO WITHDRAW APPEARANCE OF AL HOFELD, JR.**

Plaintiffs hereby move to withdraw the appearance of Al Hofeld, Jr. as counsel for plaintiffs.

In support of this motion, plaintiffs state:

1. Al Hofeld, Jr. no longer works for the law firm of Edelman, Combs, Latturner & Goodwin, LLC, the firm representing plaintiffs in this matter.

2. Responsibility for this case will be transferred to another attorney within the firm of Edelman, Combs, Latturner & Goodwin, LLC. Daniel A. Edelman, Cathleen M. Combs, James O. Latturner and Francis Greene will remain as counsel for plaintiffs.

WHEREFORE, plaintiffs respectfully request that the Court enter an order permitting the withdrawal of the appearance of Al Hofeld, Jr. as counsel for plaintiffs in this matter.

Respectfully submitted,

s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis Greene
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200

CLAUDE LEFEBVRE
CHRISTOPHER LEFEBVRE, PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

Lloyd J. Brooks
THE BROOKS LAW FIRM
15008 Woodlawn Avenue
Dolton, IL 60419

## CERTIFICATE OF SERVICE

      I, Michael J. Aschenbrener, hereby certify that on March 19, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was sent *via* US mail to those without access to the Court's electronic filing system.

Rogelio A. Astudillo  
Astudillo Consulting Services  
2304 Frontera Road  
McAllen, TX 78504  

Law Department  
New Millennium Mortgage  
1700 Park Street Suite 203  
Naperville, IL 60563  

Gabriel A. Crowson  
Matthew M. Neumeier  
Scott T. Schutte  
Howrey LLP  
321 North Clark Street, Suite 3400  
Chicago, IL 60610  

                                                    s/Michael J. Aschenbrener  
                                                    Michael J. Aschenbrener