IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO ) NAVARA & STINSON, JEUNE, ) SULLIVAN, & SHELTON ) ) | MDL 07 cv 06543 Centralized before Judge Wayne R. Andersen |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully request, pursuant to Fed. R. Civ. P. 23(a) and (b), that this Court certify two classes under Counts I and II of plaintiffs' consolidated class action complaint. The first proposed class—under Count I—consists of: (a) all natural persons (b) who signed a mortgage with Long Beach in any state excluding Massachusetts, (c) that takes a security interest in personal property by means of a one-to-four-family rider not limited to fixtures, (d) on or after Feb. 11, 2004 (one year prior to the original filing of the Navara action on Feb. 11, 2005).

The second proposed class—under Count II—consists of: (a) all natural persons (b) who signed a residential mortgage loan in the state of Massachusetts secured by real estate containing 1 or 2 dwelling units located in Massachusetts with Long Beach (c) that takes a security interest in personal property by means of a one-to-four-family rider not limited to rents, (d) in a transaction documented as one subject to the Truth in Lending Act ("TILA") and/or the Massachusetts Consumer Credit Cost Disclosure Act ("MCCCDA") (e) where the Truth in Lending statement does not disclose the security interest in personal property created by the

1

Rider (f) whose loan files show that they live in the real estate (g) on or after May 19, 2002 (four years prior to the original filing of the Jeune (Carye) action on May 19, 2006).

The first proposed class is nationwide in scope. In support of their motion, plaintiffs state as follows:

1. Defendant Long Beach has stipulated to numerosity, as set forth in the attached Memorandum of Law in support of the motion.

2. In further support of this motion, plaintiffs submit the attached Memorandum of Law.

WHEREFORE, plaintiffs respectfully request (1) that the Court certify the classes, as requested, (2) that Edelman, Combs, Latturner & Goodwin, LLC be named counsel for the class and (3) any other or further relief that the Court deems just.

Respectfully submitted,

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara L. Goodwin
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

CLAUDE LEFEBVRE
CHRISTOPHER LEFEBVRE, PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

Lloyd J. Brooks
THE BROOKS LAW FIRM
15008 Woodlawn Avenue
Dolton, IL 60419
(708) 841-8000
(708) 841-8080 (FAX)

**CERTIFICATE OF SERVICE**

  I, Michael J. Aschenbrener, hereby certify that on March 19, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was sent *via* US mail to those without access to the Court's electronic filing system.

Rogelio A. Astudillo
Astudillo Consulting Services
2304 Frontera Road
McAllen, TX 78504

Law Department
New Millennium Mortgage
1700 Park Street Suite 203
Naperville, IL 60563

Gabriel A. Crowson
Matthew M. Neumeier
Scott T. Schutte
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610

            s/Michael J. Aschenbrener
            Michael J. Aschenbrener