## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 C 6543 | **DATE** | 4/3/2008 |
| **CASE TITLE** | In Re: Long Beach Mortgage | | |

**DOCKET ENTRY TEXT**

Motion to withdraw as attorney [24] is granted. Al Hofeld, Jr. is given leave to withdraw his appearance..

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | TSA |
|---|---|---|