**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY | * | |
| TRUTH IN LENDING ACT FAMILY RIDER | * | |
| LITIGATION | * | MDL CASE NO. 07 CV 06543 |
| | * | |
| | * | |
| | * | |
| _____ | * | Centralized before |
| | * | Judge Wayne R. Andersen |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| | * | |
| *Navara v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | * | |
| | * | |
| *Carye v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., D. Mass., Civil Action No. 06-10887 | * | |
| (N.D. Ill. Civil Action No. 07-06544) | * | |
| | * | |
| *Shelton v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | * | |
| | * | |

**********************************************

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE
ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant Long Beach Mortgage Company ("Long Beach") respectfully requests that the Court extend the briefing with respect to Plaintiffs' motion for class certification.  In support of this motion, Long Beach states as follows:

1.      On January 15, 2008, the Court entered an Agreed Order on Case Management that, among other things, set a briefing schedule for Plaintiffs' motion for class certification.  (*See* Dkt. No. 17).  That order provided that Plaintiffs would move for class certification on or before March 19, 2008, Long Beach would file its opposition by May 9, 2008, and that Plaintiffs would submit a reply brief by May 31, 2008.  (*See id.*).

2.      Despite diligent efforts, Long Beach has not been able to complete discovery of the named plaintiff proposed class representatives.  Long Beach and Plaintiffs are working diligently to complete that discovery, including scheduling and taking the depositions of the named plaintiffs who have already not been deposed. At this time, there are three named plaintiffs who have yet to be deposed, and Long Beach anticipates that those depositions will be completed by the end of May.

3.      To prepare its opposition to Plaintiffs' motion for class certification, Long Beach needs to complete its discovery of the named plaintiffs.  Accordingly, Long Beach requests that the Court extend the briefing schedule, so that Long Beach's opposition memorandum would be due 14 days following the last deposition taken of a named plaintiff.  Plaintiffs' reply brief would then be submitted 21 days after Long Beach's memorandum in opposition.

4.      Long Beach's counsel has conferred with Plaintiffs' counsel with respect to this request and there is no objection to the requested extension.  The requested extension will not delay or otherwise retard the progress of this matter.

WHEREFORE, Long Beach respectfully requests that the Court grant its unopposed motion and extend the briefing schedule on Plaintiffs' motion for class certification, so that Long Beach's opposition will be due 14 days after the last plaintiff deposition and that Plaintiffs' reply brief will be due 21 days thereafter.

Dated: May 1, 2008                Washington Mutual Bank
                                  f/k/a Long Beach Mortgage Company


                          By:    /s/ Gabriel A. Crowson
                                 Matthew M. Neumeier
                                 Scott T. Schutte
                                 Gabriel A. Crowson
                                 HOWREY LLP
                                 321 N. Clark St. Suite 3400
                                 Chicago, IL 60610
                                 Telephone: (312) 595-1239
                                 Fax: (312) 595-2250
                                 Email: neumeierm@howrey.com
                                        schuttes@howrey.com
                                        crowsong@howrey.com


### CERTIFICATE OF SERVICE

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Long Beach's Unopposed Motion to Extend Briefing Schedule on Plaintiffs' Motion for Class Certification has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 1st day of May, 2008.


                                  /s/ Gabriel A. Crowson
                                  Gabriel A. Crowson