IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * | MDL CASE NO. 07 CV 06543 |
| _____ | * * * | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | * * | |
| *Navara v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | * * * | |
| *Carye v. Long Beach Mortgage Co.* U.S.D.C., D. Mass., Civil Action No. 06-10887 (N.D. Ill. Civil Action No. 07-06544) | * * * * | |
| *Shelton v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | * * * | |

*********************************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's Unopposed Motion to Extend Briefing Schedule on Plaintiffs' Motion for Class Certification, a copy of which has been served upon you via the Court's CM/ECF case management system.

1

Dated: May 1, 2008                  Washington Mutual Bank
                                                f/k/a Long Beach Mortgage Company

                                  By:    /s/ Gabriel A. Crowson
                                                  Matthew M. Neumeier
                                                  Scott T. Schutte
                                                  Gabriel A. Crowson
                                                  HOWREY LLP
                                                  321 N. Clark St. Suite 3400
                                                  Chicago, IL 60610
                                                  Telephone: (312) 595-1239
                                                  Fax: (312) 595-2250
                                                  Email: neumeierm@howrey.com
                                                               schuttes@howrey.com
                                                               crowsong@howrey.com

## **CERTIFICATE OF SERVICE**

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 1st day of May, 2008.

                                                           /s/ Gabriel A. Crowson
                                                           Gabriel A. Crowson