IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | MDL CASE NO. 07 CV 06543 |
| | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | |
| *Navara v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | |
| *Carye v. Long Beach Mortgage Co.* U.S.D.C., D. Mass., Civil Action No. 06-10887 (N.D. Ill. Civil Action No. 07-06544) | |
| *Shelton v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | |

## STIPULATION

Plaintiffs Guadulupe Navara, Eric Shelton, Charlene Sullivan, and Albert Stinson, Jr. ("Plaintiffs") and defendant Long Beach Mortgage Company ("Long Beach") hereby stipulate that Long Beach will respond to certain discovery requests in the manner set forth below only in the event that a class is certified:

1.  In the event that a class is certified, Long Beach will provide to the Class Administrator a list of the names and addresses of all persons that Long Beach can reasonably derive from its business records and who fall within the class as defined by the Court.

*Washington Mutual Bank*
f/k/a *Long Beach Mortgage Company*

By: s/ Gabriel A. Crowson
     Gabriel A. Crowson

Matthew M. Neumeier
Scott T. Schutte
Gabriel A. Crowson
HOWREY LLP
321 N. Clark St. Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Fax: (312) 595-2250
Email: neumeierm@howrey.com
       schuttes@howrey.com
       crowsong@howrey.com

*For Guadulupe Navara and Albert Stinson, Jr.*

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St, Suite 1800
(312) 739-4200
(312) 419-0379 (FAX)

*For Charlene Sullivan*

s/ Christopher Lefebvre
Christopher Lefebvre

Christopher Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

*For Eric Shelton*

s/ Lloyd J. Brooks
Lloyd J. Brooks

Lloyd J. Brooks
THE BROOKS LAW FIRM
15008 Woodlawn Avenue
Dolton, Illinois 60419
(708) 841-8000
(708) 841-8080 (FAX)

## CERTIFICATE OF SERVICE

    I, Michael J. Aschenbrener, hereby certify that on May 23, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was sent *via* US mail to those without access to the Court's electronic filing system.

Rogelio A. Astudillo
Astudillo Consulting Services
2304 Frontera Road
McAllen, TX 78504

Law Department
New Millennium Mortgage
1700 Park Street Suite 203
Naperville, IL 60563

Gabriel A. Crowson
Matthew M. Neumeier
Scott T. Schutte
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610

                                                                s/Michael J. Aschenbrener
                                                                 Michael J. Aschenbrener