IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * MDL CASE NO. 07 CV 06543 * * * * Centralized before * Judge Wayne R. Andersen * |
| THIS DOCUMENT RELATES TO | * * |
| *Mason v. Long Beach Mortgage Co.* U.S.D.C., E.D. Wis., Civil Action No. 07-0272 (N.D. Ill. Civil Action No. 07-06545) | * * * * |

*******************************************

**UNOPPOSED MOTION FOR LIMITED EXTENSION OF THE DISCOVERY DEADLINE FOR DISCOVERY CONCERNING THE MASON PLAINTIFFS**

Defendant Long Beach Mortgage Company ("Long Beach") respectfully requests that the Court extend the discovery deadline solely for the *Mason* individual action. In support of this motion, Long Beach states as follows:

1.  One of the proceedings transferred to this Court by the Judicial Panel on MultiDistrict Litigation was *Mason v. Long Beach Mortgage Company*, E.D. Wis., No. 07-0272.

2.  In June 2007, Long Beach filed with the Eastern District of Wisconsin a Rule 12(b)(6) motion to dismiss all claims asserted by Plaintiffs in the *Mason* action. That motion was stayed pending a ruling by the Panel on MultiDistrict Litigation. After the MDL consolidation, Long Beach re-submitted that motion in this MDL proceeding on December 27, 2007. The parties have since completed the briefing on Long Beach's motion to dismiss.

3.      On January 15, 2008, the Court entered an Agreed Order on Case Management that, among other things, set a June 17, 2008 deadline to complete all fact discovery on all individual and class claims. (*See* Dkt. No. 17).

4.      To conserve resources, the parties believe that it would most efficient to avoid the time and expense of engaging in discovery on the claims asserted by the *Mason* Plaintiffs until after the Court rules on the pending motion to dismiss. Accordingly, Long Beach proposes that the Court extend the June 17, 2008 discovery deadline until 60 days after a ruling on the pending motion to dismiss. The proposed extension would apply solely to the *Mason* action.

5.      Long Beach's counsel has conferred with Plaintiffs' counsel with respect to this request and there is no objection to the requested extension.

WHEREFORE, Long Beach respectfully requests that the Court grant its unopposed motion and extend the June 17, 2008 discovery deadline solely for the *Mason* action by 60 days from the date of the Court's ruling on Long Beach's motion to dismiss.

Dated: May 27, 2008              Washington Mutual Bank
                                 f/k/a Long Beach Mortgage Company


                          By:    /s/ Gabriel A. Crowson
                                 Matthew M. Neumeier
                                 Scott T. Schutte
                                 Gabriel A. Crowson
                                 HOWREY LLP
                                 321 N. Clark St. Suite 3400
                                 Chicago, IL 60610
                                 Telephone: (312) 595-1239
                                 Fax: (312) 595-2250
                                 Email: neumeierm@howrey.com
                                        schuttes@howrey.com
                                        crowsong@howrey.com


**CERTIFICATE OF SERVICE**

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Long Beach's Unopposed Motion for Limited Extension of the Discovery Deadline for Discovery Concerning the Mason Action has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 27th day of May, 2008.


                                 /s/ Gabriel A. Crowson
                                 Gabriel A. Crowson