IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * | MDL CASE NO. 07 CV 06543 |
| _____ | * * * | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | * * | |
| *Mason v. Long Beach Mortgage Co.* U.S.D.C., E.D. Wis., Civil Action No. 07-0272 (N.D. Ill. Civil Action No. 07-06545) | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, June 5, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's Unopposed Motion For Limited Extension of the Discovery Deadline for Discovery Concerning the Mason Plaintiffs, a copy of which has been served upon you via the Court's CM/ECF case management system.

Dated: May 27, 2008                                 Washington Mutual Bank
                                                    f/k/a Long Beach Mortgage Company


                                         By:    /s/ Gabriel A. Crowson
                                                Matthew M. Neumeier
                                                Scott T. Schutte
                                                Gabriel A. Crowson
                                                HOWREY LLP
                                                321 N. Clark St. Suite 3400
                                                Chicago, IL 60610
                                                Telephone: (312) 595-1239
                                                Fax: (312) 595-2250
                                                Email: neumeierm@howrey.com
                                                       schuttes@howrey.com
                                                       crowsong@howrey.com


**CERTIFICATE OF SERVICE**

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 27th day of May, 2008.


                                                /s/ Gabriel A. Crowson
                                                Gabriel A. Crowson