## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Long Beach Mortgage Company Truth in Lending Act 1−4 Family Rider Litigation

          Plaintiff,

v.

          Case No.: 1:07−cv−06543

          Honorable Wayne R. Andersen

Long Beach Mortgage Company, et al.

          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: discovery motions motion for extension of time to complete discovery[37].(tsa, )Mailed notice.

Dated: June 3, 2008

          /s/ Wayne R. Andersen

          United States District Judge