IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * | MDL CASE NO. 07 CV 06543 |
| _____ | * * * | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | * * | Magistrate Judge Nan. R. Nolan |
| *Mason v. Long Beach Mortgage Co.* U.S.D.C., E.D. Wis., Civil Action No. 07-0272 (N.D. Ill. Civil Action No. 07-06545) | * * * * | |

******************************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008 at 9:00 a.m., we shall appear before the Honorable Nan R. Nolan, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1858, and present Long Beach's Unopposed Motion for Limited Extension of Discovery Deadline Concerning the Mason Plaintiffs, a copy of which has been served upon you via the Court's CM/ECF case management system.

Dated: June 4, 2008                                  Washington Mutual Bank
                                                     f/k/a Long Beach Mortgage Company


                                            By:      /s/ Gabriel A. Crowson
                                                     Matthew M. Neumeier
                                                     Scott T. Schutte
                                                     Gabriel A. Crowson
                                                     HOWREY LLP
                                                     321 N. Clark St. Suite 3400
                                                     Chicago, IL 60610
                                                     Telephone: (312) 595-1239
                                                     Fax: (312) 595-2250
                                                     Email: neumeierm@howrey.com
                                                            schuttes@howrey.com
                                                            crowsong@howrey.com


## CERTIFICATE OF SERVICE

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 4th day of June, 2008.


                                                     /s/ Gabriel A. Crowson
                                                     Gabriel A. Crowson