**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY | * | |
| TRUTH IN LENDING ACT FAMILY RIDER | * | |
| LITIGATION | * | MDL CASE NO. 07 CV 06543 |
| | * | |
| | * | |
| | * | |
| _____ | * | Centralized before |
| | * | Judge Wayne R. Andersen |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| | * | |
| *Navara v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | * | |
| | * | |
| *Carye v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., D. Mass., Civil Action No. 06-10887 | * | |
| (N.D. Ill. Civil Action No. 07-06544) | * | |
| | * | |
| *Shelton v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | * | |
| | * | |

*********************************************

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Washington Mutual Bank f/k/a Long Beach Mortgage Company ("Long Beach") moves this Court for entry of summary judgment. In support of its motion, Long Beach states as follows:

1.     In Count I of the Consolidated Class Action Complaint, each of the four named plaintiffs, Guadalupe Navara, Albert Stinson, Eric Shelton, and Charlene Sullivan, assert a 1-4 Family Rider Claim under the Truth in Lending Act (the "TILA"). (N.D. Ill. MDL Case No. 07-06543, Dkt. No. 19).

1

2.    Plaintiff Guadalupe Navara also asserts an individual claim under the TILA in Count I of her Third Amended Complaint.  (N.D. Ill. Civil Action No. 05-0864, Dkt. No. 132).

3.    Plaintiff Eric Shelton also asserts an individual claim under the Real Estate Settlement Procedures Act in Count I of his First Amended Complaint.  (N.D. Ill. Civil Action No. 06-02323, Dtk. No. 63).

4.    The undisputed evidence demonstrates that three of the plaintiffs (Navara, Stinson, and Shelton) did not obtain their mortgage loans primarily for a personal purpose and therefore cannot assert any claims under TILA (or RESPA).

5.    The fourth named plaintiff (Sullivan) filed a Chapter 7 bankruptcy proceeding after initially filing suit against Long Beach and therefore lacks standing to maintain that claim, as it remains an asset of her bankruptcy estate.

6.    The reasons in support of Long Beach's motion are set forth more fully in the accompanying Memorandum of Law and the Local Rule 56.1 Statement of Material Facts.

WHEREFORE, Long Beach respectfully requests that this Court grant Long Beach's motion for summary judgment and dismiss, with prejudice, the following counts:

(1)    Count I of the Consolidated Class Action Complaint asserted by Plaintiffs Guadalupe Navara, Albert Stinson, Eric Shelton, and Charlene Sullivan;

(2)    Count I of the Third Amended Complaint (Dkt. No. 132) filed by plaintiff Guadalupe Navara, N.D. Ill. Civil Action No. 05-0864; and

(3)    Count I of the First Amended Complaint (Dkt. No. 63) filed by plaintiff Eric Shelton, N.D. Ill. Civil Action No. 06-02323.

Dated:  June 11, 2008

Respectfully submitted,

Washington Mutual Bank
f/k/a Long Beach Mortgage Company


By:    /s/ Gabriel A. Crowson
       Matthew M. Neumeier
       Scott T. Schutte
       Gabriel A. Crowson
       HOWREY LLP
       321 N. Clark St. Suite 3400
       Chicago, IL 60610
       Telephone: (312) 595-1239
       Fax: (312) 595-2250
       Email: neumeierm@howrey.com
              schuttes@howrey.com
              crowsong@howrey.com


## CERTIFICATE OF SERVICE

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Motion for Partial Summary Judgment has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 11th day of June, 2008.


                          /s/ Gabriel A. Crowson
                          Gabriel A. Crowson