# Exhibit 6

# Income Tax Returns

__2004__
Year

## Your Copies

𝔓roperty of:

__Guadalupe Navara__

---

RICHARD RYLEWICZ
6732 West Cermak Road
BERWYN, ILLINOIS 60402
Tel: 708-780-7733
Fax: 708-780-7781

ECL&G     139

**Form 1040** Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 2004** (99) IRS Use Only — Do not write or staple in this space.

COPY

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20     OMB No. 1545-0074

**Label** (See instructions.)
Your first name: Guadalupe
Last name: Navara
Your social security number:

If a joint return, spouse's first name MI Last name
Spouse's social security number:

**Use the IRS label. Otherwise, please print or type.**
Home address (number and street): 2715 S. Kostner
Apartment no.:
City, town or post office: Chicago   State: IL   ZIP code: 60623

▲ **Important!** ▲
You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)
Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ...
You: [ ] Yes [X] No    Spouse: [ ] Yes [ ] No

**Filing Status**
Check only one box.
1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
b [ ] Spouse
Boxes checked on 6a and 6b: 1
c Dependents:
d Total number of exemptions claimed: 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 47. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualfd divs (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 9,415. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 9,462. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | IRA deduction | |
| 26 | Student loan interest deduction | |
| 27 | Tuition and fees deduction | |
| 28 | Health savings account deduction. Attach Form 8889 | |
| 29 | Moving expenses. Attach Form 3903 | |
| 30 | One-half of self-employment tax. Attach Schedule SE | |
| 31 | Self-employed health insurance deduction | |
| 32 | Self-employed SEP, SIMPLE, and qualified plans | |
| 33 | Penalty on early withdrawal of savings | |
| 34a | Alimony paid b Recipient's SSN ▶ | |
| 35 | Add lines 23 through 34a | |
| 36 | Subtract line 35 from line 22. This is your adjusted gross income ▶ | 9,462. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 11/10/04   Form 1040 (2004)

ECL&G 140

Form 1040 (2004) Guadalupe Navara                                                                                     Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 | Amount from line 36 (adjusted gross income) ............................................. 37 | 9,462. |
| | 38a | Check if: ☐ You were born before January 2, 1940, ☐ Blind.  ☐ Spouse was born before January 2, 1940, ☐ Blind.  Total boxes checked ► 38a | |
| **Standard Deduction for —** | b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here .................... ► 38b ☐ | |
| • People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions. | 39 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) .................. 39 | 4,850. |
| | 40 | Subtract line 39 from line 37 .......................................................... 40 | 4,612. |
| | 41 | If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions ............. 41 | 3,100. |
| | 42 | Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- ...................... 42 | 1,512. |
| • All others: | 43 | Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 ...... 43 | 151. |
| Single or Married filing separately, $4,850 | 44 | Alternative minimum tax (see instructions). Attach Form 6251 ..................... 44 | |
| | 45 | Add lines 43 and 44 ........................................................ ► 45 | 151. |
| | 46 | Foreign tax credit. Attach Form 1116 if required .............. 46 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 47 | Credit for child and dependent care expenses. Attach Form 2441 ....... 47 | |
| | 48 | Credit for the elderly or the disabled. Attach Schedule R ...... 48 | |
| | 49 | Education credits. Attach Form 8863 ................... 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 ... 50 | |
| Head of household, $7,150 | 51 | Child tax credit (see instructions) ............... 51 | |
| | 52 | Adoption credit. Attach Form 8839 ................. 52 | |
| | 53 | Credits from: a ☐ Form 8396  b ☐ Form 8859 .............. 53 | |
| | 54 | Other credits. Check applicable box(es): a ☐ Form 3800  b ☐ Form 8801  c ☐ Specify _____ | 54 | |
| | 55 | Add lines 46 through 54. These are your **total credits** .......................... 55 | |
| | 56 | Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ........... ► 56 | 151. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE ........................................ 57 | |
| | 58 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 .......... 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required ............ 59 | |
| | 60 | Advance earned income credit payments from Form(s) W-2 .......................... 60 | |
| | 61 | Household employment taxes. Attach Schedule H ................................... 61 | |
| | 62 | Add lines 56-61. This is your **total tax** .................................... ► 62 | 151. |
| **Payments** | 63 | Federal income tax withheld from Forms W-2 and 1099 ...... 63 | |
| | 64 | 2004 estimated tax payments and amount applied from 2003 return ......... 64 | |
| If you have a qualifying child, attach Schedule EIC. | 65a | Earned income credit (EIC) .......................... No 65a | |
| | b | Nontaxable combat pay election ..... ► 65b | | |
| | 66 | Excess social security and tier 1 RRTA tax withheld (see instructions) ........ 66 | |
| | 67 | Additional child tax credit. Attach Form 8812 ............... 67 | |
| | 68 | Amount paid with request for extension to file (see instructions) ......... 68 | |
| | 69 | Other pmts from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 69 | |
| | 70 | Add lines 63, 64, 65a, and 66 through 69. These are your **total payments** ........................................ ► 70 | |
| **Refund** | 71 | If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid ............... 71 | |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a | Amount of line 71 you want **refunded to you** .................................... ► 72a | |
| | ► b | Routing number ........ _____   ► c Type: ☐ Checking ☐ Savings | |
| | ► d | Account number ....... _____ | |
| | 73 | Amount of line 71 you want applied to your 2005 estimated tax ........ ► 73 | |
| **Amount You Owe** | 74 | Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ............... ► 74 | 151. |
| | 75 | Estimated tax penalty (see instructions) ............... 75 | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ........ ☐ Yes. Complete the following.  ☒ No |
|---|---|
| | Designee's name ► | Phone no. ► | Personal identification number (PIN) ► |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature ► | Date | Your occupation  Laborer | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. ► | Date | Spouse's occupation | |

**Paid Preparer's Use Only**

| Preparer's signature ► | Date 04/22/2005 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ► | Richard Rylewicz & Company  6732 West Cermak Road  Berwyn                         IL  60402 | EIN 36-3937380  Phone no. (708) 780-7733 | |

Form 1040 (2004)

FDIA0112  11/10/04

ECL&G  141

| SCHEDULE E (Form 1040) | | Supplemental Income and Loss (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc) ► Attach to Form 1040 or Form 1041. ► See Instructions for Schedule E (Form 1040). | | | OMB No. 1545-0074 **2004** 13 | |
|---|---|---|---|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | | | | | | |
| Name(s) shown on return: Guadalupe Navara | | | | | Your social security number | |

**Part I** Income or Loss From Rental Real Estate and Royalties   Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). Report farm rental income or loss from Form 4835 on page 2, line 40.

| 1 | List the type and location of each rental real estate property: | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days, or • 10% of the total days rented at fair rental value? (See instructions.) | Yes | No |
|---|---|---|---|---|
| A | Residential/Rental  2715 S. Kostner Chicago | A | | X |
| B | Residential/Rental  2843 S. Drake Avenue Chicago | B | | X |
| C | | C | | |

|  |  |  | Properties | | | Totals (Add columns A, B, and C.) | |
|---|---|---|---|---|---|---|---|
| **Income:** | | | A | B | C | | |
| 3 | Rents received | 3 | 11,200. | 16,800. | | 3 | 28,000. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | | |
| 5 | Advertising | 5 | | | | | |
| 6 | Auto and travel (see instructions) | 6 | 20. | | | | |
| 7 | Cleaning and maintenance | 7 | 1,320. | 1,500. | | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | 564. | | | | |
| 10 | Legal and other professional fees | 10 | | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 2,847. | | | 12 | 2,847. |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | 2,310. | 1,550. | | | |
| 15 | Supplies | 15 | 779. | | | | |
| 16 | Taxes | 16 | 1,885. | 1,770. | | | |
| 17 | Utilities | 17 | 1,627. | 585. | | | |
| 18 | Other (list) ► Landscaping | 18 | | 261. | | | |
| 19 | Add lines 5 through 18 | 19 | 11,613. | 5,405. | | 19 | 17,018. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 550. | 1,017. | | 20 | 1,567. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 12,163. | 6,422. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | -963. | 10,378. | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | -963. | | | | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 10,378. |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | -963. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 ....... NPA ......... 9,415.. | | | | | 26 | 9,415. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.   FDIZ2301  05/12/04   Schedule E (Form 1040) 2004

ECL&G   142

------------------------------------------------ Cut Here ------------------------------------------------

ILIA2801   10/22/04

**Illinois Department of Revenue**
**IL-1040-V Payment Voucher for Individual Income Tax**      **2004**
ID: 3011

Your payment is due April 15, 2005.

Guadalupe          Navara
2715 S. Kostner

Chicago                      IL  60623

Mail to:
Illinois Department of Revenue                                           $ _____175.00
Springfield IL 62726-0001                                                Print your payment amount.

Preparer's phone number  (708) 780-7733                Write your Social Security number on your check.

104081204 1 2 320422801 3 140122801 & 000017500143



Illinois Department of Revenue
## 2004 Form IL-1040
Individual Income Tax Return  or for fiscal year ending   2005

**Step 1: Personal Information**



Guadalupe    Navara

2715 S. Kostner
Chicago    IL  60623

C  Filing status (check one)
[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

**Step 2: Income**

1. Federal adjusted gross income from your U.S. 1040, Line 36; U.S. 1040A, Line 21; U.S. 1040EZ, Line 4; or U.S. TeleFile Tax Record, Line I ............... 1  9,462.
2. Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ ............... 2  _____
3. Other additions to your income. Attach Schedule M ............... 3  _____
4. Add Lines 1 through 3. This is your income ............... 4  9,462.

—New— Complete Schedule M.

**Step 3: Base Income**

5. Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. Attach federal page 1, Form W-2, 1099-R ....... 5  _____
6. Military pay earned if included in Step 2, Line 1. Attach military W-2 ............... 6  _____
7. Illinois Income Tax overpayment included in U.S. 1040, Line 10 ............... 7  _____
8. U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 ............... 8  _____
9. Other subtractions to your income. Attach Schedule M ........ 9  _____
   Check if Line 9 includes any amount from Schedule 1299-C .... [ ]
10. Add Lines 5 through 9. This is the total of your subtractions ............... 10  _____
11. Subtract Line 10 from Line 4. This is your Illinois base income ............... 11  9,462.

—New— Complete Schedule M.

**Step 4: Exemptions**

See instructions before completing this step.

12a. Number of exemptions from your federal return .......  1  X $2,000  a  2,000.
  b. If someone else claimed you or your spouse as a dependent on their return, see instructions to figure the number to enter here ............... __ X $2,000  b  _____
  c. Check if 65 or older:  [ ] You +  [ ] Spouse =  __ X $1,000  c  _____
  d. Check if legally blind: [ ] You +  [ ] Spouse =  __ X $1,000  d  _____
  Add Lines a through d. This is your total Illinois exemption allowance ............... 12  2,000.

**Step 5: Net Income**

13. *Residents only:* Subtract Line 12 from Line 11. This is your net income. Skip Line 14 ............... 13  7,462.
14. *Nonresidents and part-year residents only:*
    Check the box that applies to you during the year 2004 ....... [ ] Nonresident   [ ] Part-year resident
    Illinois base income from Schedule NR. Attach Schedule NR ... 14  _____

**Step 6: Tax**

15. *Residents:* Multiply Line 13 by 3% (.03). Enter the result here. This is your tax. *Nonresidents and part-year residents:* Enter the tax from Schedule NR. This amount may not be less than zero ............... 15  224.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

ILIA0112  12/10/04

Form IL-1040 (Rev-12/04) ID: 3011

ECL&G   144

Guadalupe Navara                                                    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                    Page 2

| 16 | Tax amount from Page 1, Step 6, Line 15 | 16 | 224. |

**Step 7: Payments and Credits**

| | | | | |
|---|---|---|---|---|
| 17 | Illinois Income Tax withheld. **Attach** W-2 and 1099 forms | 17 | | |
| 18 | Estimated payments from Forms IL-505-I and IL-1040-ES including any overpayment applied from 2003 return | 18 | | |
| 19 | Income tax paid to another state while an Illinois resident. Attach Schedule CR and other states' returns | 19 | | |
| 20 | Illinois Property Tax credit. You must complete the PT Worksheet in instructions. | | | |
| | PT Worksheet Line 3 amount ......... 20a | 971. | | |
| | PT Worksheet Line 8 amount | 20b | 49. | |
| 21 | Education expenses credit. You must complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED. | | | |
| | ED Worksheet or Schedule ED Line 1 amount ........ 21a | | | |
| | ED Worksheet or Schedule ED Line 10 amount | 21b | | |
| 22 | Earned Income Credit. You must complete EIC Worksheet in instructions. | | | |
| | EIC Worksheet Line 1 amount ........ 22a | | | |
| | EIC credit amount from the EIC worksheet | 22b | | |
| | Check if you have a qualifying child (living with you) born after 12/31/86 ☐ | | | |
| 23 | Income tax credit amount from Schedule 1299-C. Attach Schedule 1299-C | 23 | | |
| 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits | 24 | 49. | |

Nonresidents may not claim a credit on Lines 19, 20, or 21.

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

**Step 8: Overpayment or Tax Due**

| 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment | 25 | |
| 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due | 26 | 175. |

**Step 9: Penalty**

| 27 | Late-payment penalty for underpayment of estimated tax | 27 | |
| a | Check if you annualized your income on Form IL-2210; Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach** Form IL-2210 ☐ | | |
| b | Check if at least two-thirds of your federal gross income is from farming ☐ | | |

**Step 10: Donations** *Any donation will reduce your refund or increase the amount you owe*

| 28 | Amount you wish to donate to one or more of the following voluntary contribution funds. | | |
| | Wildlife Preservation ....... a_____ | Multiple Sclerosis ........ f_____ | |
| | Child Abuse Prevention ...... b_____ | Military Family Relief ..... g_____ | |
| | Alzheimer's Research ....... c_____ | Lou Gehrig's Disease ...... h_____ | |
| | Homeless Assistance ....... d_____ | Illinois Veterans' Home .... i_____ | |
| | Breast Cancer Research ..... e_____ | | |
| | Add Lines a through i. This is your donations total | 28 | |
| 29 | Add Line 27 and Line 28. This is your total penalty and donations | 29 | |

**Step 11: Refund or Amount You Owe**

| 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25 | 30 | |
| 31 | Amount from Line 30 that you want applied to your 2005 estimated tax | 31 | |
| 32 | Subtract Line 31 from Line 30. This is your **refund** | 32 | |

*Direct Deposit* ▶

| 33 | Complete to direct deposit your refund | | |
| | Routing number _____ ☐ Checking or ☐ Savings | | |
| | Account number _____ | | |
| 34 | If you have tax due on Line 26, add Lines 26 and 29. **or** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe** | 34 | 175. |

See instructions for payment options.

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
|---|---|---|---|---|
| | 04/22/05 | (708) 780-7733 | | |
| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN | |

If no payment enclosed, mail to: ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62719-0001   If payment enclosed, mail to: ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62726-0001

DR_____ AP_____   CA  ME  NS  PR  RV  WA  WV  ZZ  ID_____
ILIA0112  12/10/04                             Form IL-1040 (Rev-12/04) ID: 3011

ECL&G    145

| Form **4868** | Application for Automatic Extension of Time To File U.S. Individual Income Tax Return | OMB No. 1545-0188 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2004, or other tax year beginning , 2004, ending , . | **2004** |

**Part I** Identification

1 Your name(s) (see instructions)

Guadalupe Navara

Address (see instructions)

2715 S. Kostner

City, town or post office    State    ZIP code

Chicago    IL    60623

2 Your social security number    3 Spouse's social security number

**Part II** Individual Income Tax

4 Estimate of total tax liability for 2004 .................. $ 0.
5 Total 2004 payments ...........
6 **Balance due.** Subtract 5 from 4 .. 0.
7 Amount you are paying ........ ▶

Confirmation Number

If you file electronically, you will receive a confirmation number telling you that your Form 4868 has been accepted. Enter the confirmation number here and keep it for your records ..... ▶

BAA For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Form 4868 (2004)

▲ Detach Here ▲

```
                    Where To File Your Extension
    Mail Form 4868 (with payment, if applicable) to the address listed below.



            Internal Revenue Service Center
            Kansas City, MO 64999-0002
```

| Form **1040-V** | **Payment Voucher** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Do not staple or attach this voucher to your payment or return. | **2004** |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | 151. |
|---|---|---|---|

4 Your first name, initial, and last name

Guadalupe Navara

If a joint return, spouse's first name, initial, and last name

Home address (number and street) — Apt no.

2715 S. Kostner

City, town or post office — State ZIP code

Chicago — IL 60623

BAA

FDIA8601   10/19/04

▲ Detach Here and Mail With Your Payment and Return ▲

Mail Form 1040-V (federal tax payment voucher) to the address listed below.

Internal Revenue Service Center
P.O. Box 970011
St. Louis, MO 63197-0011

ECL&G   147