# Exhibit 7

# Income Tax Returns

__2003__
Year

## Your Copies

**Property of:**

Guadalupe Navara

_____

_____

RICHARD RYLEWICZ
6732 West Cermak Road
BERWYN, ILLINOIS 60402
Tel: 708-780-7733
Fax: 708-780-7781



**Form 1040** — Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 2003** (99) IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2003, or other tax year beginning , 2003, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: Guadalupe  MI:  Last name: Navara

Your social security number:

If a joint return, spouse's first name: MI: Last name:

Spouse's social security number:

Home address (number and street). If you have a P.O. box, see instructions: 2715 S. Kostner

Apartment no:

**Important!** You must enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions: Chicago   State: IL   ZIP code: 60623

**Presidential Election Campaign** (See instructions.)

Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? — You: [ ] Yes [X] No   Spouse: [ ] Yes [ ] No

**Filing Status** (Check only one box.)

1. [X] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above & full name here ▶
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. [ ] Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**

- 6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a ..... No. of boxes checked on 6a and 6b: **1**
- b [ ] Spouse
- c Dependents: (1) First name / Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs)

No. of children on 6c who:
- lived with you:
- did not live with you due to divorce or separation (see instrs):
- Dependents on 6c not entered above:

If more than five dependents, see instructions.

d Total number of exemptions claimed ..... Add numbers on lines above ▶ **1**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 41. |
| 8a | Taxable interest. Attach Schedule B if required | 24. |
| b | Tax-exempt interest. Do not include on line 8a ..... 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| b | Qualifd divs (see instrs) ..... 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13a | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ [ ] | |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions ..... 13b | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions ..... 15a    b Taxable amount (see instrs) ..... 15b | |
| 16a | Pensions and annuities ..... 16a    b Taxable amount (see instrs) ..... 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 10,369. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ..... 20a    b Taxable amount (see instrs) ..... 20b | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 10,434. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 | Educator expenses (see instructions) ..... 23 | |
| 24 | IRA deduction (see instructions) ..... 24 | |
| 25 | Student loan interest deduction (see instructions) ..... 25 | |
| 26 | Tuition and fees deduction (see instructions) ..... 26 | |
| 27 | Moving expenses. Attach Form 3903 ..... 27 | |
| 28 | One-half of self-employment tax. Attach Schedule SE ..... 28 | |
| 29 | Self-employed health insurance deduction (see instrs) ..... 29 | |
| 30 | Self-employed SEP, SIMPLE, and qualified plans ..... 30 | |
| 31 | Penalty on early withdrawal of savings ..... 31 | |
| 32a | Alimony paid   b Recipient's SSN ▶ _____ ..... 32a | |
| 33 | Add lines 23 through 32a | |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 10,434. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112 01/16/04   Form 1040 (2003)

ECL&G  150

Form 1040 (2003) Guadalupe Navara — Page 2

### Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 35 | Amount from line 34 (adjusted gross income) | 10,434. |
| 36a | Check if: You were born before January 2, 1939, [ ] Blind. Spouse was born before January 2, 1939, [ ] Blind. Total boxes checked ▶ 36a | |
| 36b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 36b [ ] | |
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 4,750. |
| 38 | Subtract line 37 from line 35 | 5,684. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions | 3,050. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- | 2,634. |
| 41 | Tax (see instrs). Check if any tax is from a [ ] Form(s) 8814 b [ ] Form 4972 | 264. |
| 42 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 43 | Add lines 41 and 42 | 264. |
| 44 | Foreign tax credit. Attach Form 1116 if required | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R | |
| 47 | Education credits. Attach Form 8863 | |
| 48 | Retirement savings contributions credit. Attach Form 8880 | |
| 49 | Child tax credit (see instructions) | |
| 50 | Adoption credit. Attach Form 8839 | |
| 51 | Credits from: a [ ] Form 8396 b [ ] Form 8859 | |
| 52 | Other credits. Check applicable box(es): a [ ] Form 3800 b [ ] Form 8801 c [ ] Specify ___ | |
| 53 | Add lines 44 through 52. These are your total credits | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- | 264. |

Standard Deduction for —
- People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $4,750
Married filing jointly or Qualifying widow(er), $9,500
Head of household, $7,000

### Other Taxes

| 55 | Self-employment tax. Attach Schedule SE | |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | |
| 58 | Advance earned income credit payments from Form(s) W-2 | |
| 59 | Household employment taxes. Attach Schedule H | |
| 60 | Add lines 54-59. This is your total tax | 264. |

### Payments
If you have a qualifying child, attach Schedule EIC.

| 61 | Federal income tax withheld from Forms W-2 and 1099 | |
| 62 | 2003 estimated tax payments and amount applied from 2002 return | |
| 63 | Earned Income credit (EIC) | 2. |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 65 | Additional child tax credit. Attach Form 8812 | |
| 66 | Amount paid with request for extension to file (see instructions) | |
| 67 | Other pmts from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 | |
| 68 | Add lines 61 through 67. These are your total payments | 2. |

### Refund
Direct deposit? See instructions and fill in 70b, 70c, and 70d.

| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid | |
| 70a | Amount of line 69 you want refunded to you | |
| 70b | Routing number ___ | |
| 70c | Type: [ ] Checking [ ] Savings | |
| 70d | Account number ___ | |
| 71 | Amount of line 69 you want applied to your 2004 estimated tax | |

### Amount You Owe

| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions | 262. |
| 73 | Estimated tax penalty (see instructions) | |

### Third Party Designee
Do you want to allow another person to discuss this return with the IRS (see instructions)? [ ] Yes. Complete the following.  [X] No
Designee's name ▶   Phone no ▶   Personal identification number (PIN) ▶

### Sign Here
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature ▶   Date   Your occupation: Laborer   Daytime phone number
Spouse's signature. If a joint return, both must sign. ▶   Date   Spouse's occupation

### Paid Preparer's Use Only

Preparer's signature ▶ *Richard Rylewicz*   Date 04/15/2004   Check if self-employed [ ]   Preparer's SSN or PTIN
Firm's name (or yours if self-employed), address, and ZIP code ▶ Richard Rylewicz and Co.
6732 W Cermak Road
Berwyn   IL   60402
EIN 36-3937380
Phone no. (708) 780-7733

Form 1040 (2003)

FDIA0112 01/16/04

ECL&G   151

**SCHEDULE E**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040 or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2003**

13

Name(s) shown on return: Guadalupe Navara

Your social security number: ___

**Part I  Income or Loss From Rental Real Estate and Royalties**  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). Report farm rental income or loss from Form 4835 on page 2, line 40.

1  Show the kind and location of each rental real estate property:
A  Residential/Rental  2715 S. Kostner Chicago
B  Residential/Rental  2843 S. Drake Avenue Chicago
C

2  For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
• 14 days, or
• 10% of the total days rented at fair rental value?
(See instructions.)

|   | Yes | No |
|---|---|---|
| A |   | X |
| B |   | X |
| C |   |   |

| Income: | | Properties A | Properties B | Properties C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3  Rents received | 3 | 11,200. | 12,300. | | 3 | 23,500. |
| 4  Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5  Advertising | 5 | 20. | | | | |
| 6  Auto and travel (see instructions) | 6 | | | | | |
| 7  Cleaning and maintenance | 7 | 762. | 1,175. | | | |
| 8  Commissions | 8 | | | | | |
| 9  Insurance | 9 | 363. | 550. | | | |
| 10 Legal and other professional fees | 10 | | 75. | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc (see instructions) | 12 | 1,125. | | | 12 | 1,125. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 377. | 950. | | | |
| 15 Supplies | 15 | 212. | 231. | | | |
| 16 Taxes | 16 | 1,400. | 1,718. | | | |
| 17 Utilities | 17 | 879. | 774. | | | |
| 18 Other (list) ► Water & Sewer | 18 | 365. | 588. | | | |
| 19 Add lines 5 through 18 | 19 | 5,503. | 6,061. | | 19 | 11,564. |
| 20 Depreciation expense or depletion (see instructions) | 20 | 550. | 1,017. | | 20 | 1,567. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 6,053. | 7,078. | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 5,147. | 5,222. | | | |
| 23 Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | | | | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 10,369. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 | | NPA | 10,369. | | 26 | 10,369. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.
FDIZ2301  06/10/03

Schedule E (Form 1040) 2003

ECL&G  152

| Form **1040-V** | **Payment Voucher** | OMB No 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ► Do not staple or attach this voucher to your payment or return. | **2003** |

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | 262. |
|---|---|---|---|

4 Your first name, initial, and last name
Guadalupe Navara

If a joint return, spouse's first name, initial, and last name

Home address (number and street) — Apt no.
2715 S. Kostner

City, town or post office — State  ZIP code
Chicago — IL  60623

BAA

FDIA8601  06/28/03

▲ Detach Here and Mail With Your Payment and Return ▲

Mail Form 1040-V (federal tax payment voucher) to the address listed below.

Internal Revenue Service Center
P.O. Box 970011
St. Louis, MO 63197-0011

ECL&G   153

Illinois Department of Revenue
# 2003 Form IL-1040
Individual Income Tax Return — or for fiscal year ending 2004

### Step 1: Personal Information



Guadalupe Navara
2715 S. Kostner
Chicago     IL   60623

C  Check your filing status.
[X] Single or head of household    [ ] Married filing jointly    [ ] Married filing separately    [ ] Widowed

### Step 2: Income

1. Enter your federal adjusted gross income from your U.S. 1040, Line 34; U.S. 1040A, Line 21; U.S. 1040EZ, Line 4; or U.S. TeleFile Tax Record, Line I .................. 1  10,434.
2. Enter your federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ .................. 2  _____
3. Enter any other additions to your income that are taxable in Illinois. See instructions for details. Specify your additions .... _____ 3  _____
4. Add Lines 1 through 3. This is your income .................. 4  10,434.

### Step 3: Base Income

5. Enter income received from Social Security benefits and certain retirement plans if that income is included in Step 2, Line 1. See instructions .......... 5  _____
6. Enter the military pay you earned if it is included in Step 2, Line 1 .................. 6  _____
7. Enter any Illinois Income Tax refund included in Line 10 of U.S. 1040. .................. 7  _____
8. Enter the U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 .................. 8  _____
9. Enter any other subtractions to your income. See Line 9 instructions and Publication 101 for details. Do not subtract your out-of-state income. Specify your subtractions ........ _____ 9  _____
    Check if Line 9 includes any amount from Schedule 1299-C .... [ ]
10. Add Lines 5 through 9. This is the total of your subtractions .................. 10  _____
11. Subtract Line 10 from Line 4. This is your Illinois base income .................. 11  10,434.

### Step 4: Exemptions

12 a  Enter the number of exemptions from your federal return  1 x $2,000  a  2,000.
    b  If someone else claimed you on their return, see Line 12 instructions to figure the number to enter here ......... ___ x $2,000  b _____
    c  Check if 65 or older:  [ ] You +  [ ] Spouse = ___ x $1,000  c _____
    d  Check if legally blind: [ ] You +  [ ] Spouse = ___ x $1,000  d _____
    Add Lines a through d. This is your total Illinois exemption allowance .................. 12  2,000.

### Step 5: Net Income

13. *Residents only:* Subtract Line 12 from Line 11. This is your net income. Skip Line 14 .................. 13  8,434.
14. *Nonresidents and part-year residents only:*
    Check the box that applies to you during the year 2003 ........ [ ] Nonresident   [ ] Part-year resident
    Complete Illinois Schedule NR, and enter your Illinois base income from Step 5, Line 47 .................. 14  _____

### Step 6: Tax

15. *Residents:* Multiply Line 13 by 3% (.03). Enter the result here. This is your tax. *Nonresidents and part-year residents:* Enter the tax from Schedule NR, Step 5, Line 53 .................. 15  253.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center IL-492 0065

IL1A0112  11/06/03

Form IL-1040 (Rev-12/03) ID: 3011

ECL&G  154

---- Cut Here ----

ILIA2801  11/07/03

**2003**

Illinois Department of Revenue
**IL-1040-V Payment Voucher for Individual Income Tax**
ID: 3011

Your payment is due April 15, 2004.

Guadalupe  Navara
2715 S. Kostner

Chicago                    IL  60623

$ _____216.00_____
Print your payment amount.

Mail to:
Illinois Department of Revenue
Springfield IL 62726-0001

Write your Social Security number on your check.

Preparer's phone number  (708) 780-7733

1040812.03  1  2  320422801  3  14012201  1  000021600
ECL&G                                                155

Guadalupe Navara

Page 2

16  Enter the amount of your tax from Page 1, Step 6, Line 15 here ............... 16 __253.__

### Step 7: Payments and Credits

Attach W-2s to page 1.

17  Enter the total amount of Illinois Income Tax withheld from your pay as shown on your W-2 forms, generally found in Box 17 .................................................................. 17 __1.__

18  Enter any estimated payments you made with Forms IL-1040-ES and IL-505-I. Include any credit from your 2002 overpayment ..................................................... 18 ____

Attach Schedule CR. Other states' returns and required schedules.

19  If you paid income tax to another state while an Illinois resident, complete Schedule CR and enter the amount from Line 8 of that schedule here .................................. 19 ____

20  If you paid Illinois Property Tax, complete the PT Worksheet in instructions.
    Enter PT Worksheet Line 3 amount here ▶ 20a __721.__
    Enter PT Worksheet Line 8 amount here ............ ▶ 20b __36.__

Attach Receipt or Schedule ED.

21  If you paid education expenses, see instructions. Enter Schedule ED or ED Worksheet Line 1 amount here .... ▶ 21a ____
    Enter Schedule ED or ED Worksheet Line 10 amount here .... ▶ 21b ____

22  If you received a federal EIC, complete the EIC Worksheet in instructions.
    Enter EIC Worksheet Line 1 amount here ▶ 22a __2.__
    Enter your EIC credit amount from the EIC worksheet here ............ ▶ 22b __0.__
    Check if you have a qualifying child (living with you) born after 12/31/85 ..... ☐

Attach Schedule 1299-C

23  If you completed Illinois Schedule 1299-C, enter the amount from Step 4, Line 51 here .......................................... ▶ 23 ____

24  Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits ............. 24 __37.__

### Step 8: Overpayment or Tax Due

25  If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment .............. 25 ____

26  If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due .................. 26 __216.__

### Step 9: Penalty

27  Enter your late-payment penalty for underpayment of estimated tax from Form IL-2210, Line 28 .................... 27 ____

Attach Form IL-2210

a  Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home .................................... ☐

b  Check if at least two-thirds of your federal gross income is from farming .................................................... ☐

### Step 10: Donations  Any donation will reduce your refund or increase the amount you owe

28  Enter the amount you wish to donate to one or more of the following voluntary contribution funds.
    Wildlife Preservation ........ a ____         Multiple Sclerosis ......... g ____
    Child Abuse Prevention ...... b ____         Military Family Relief ..... h ____
    Alzheimer's Research ....... c ____          Lou Gehrig's Disease ...... i ____
    Homeless Assistance ........ d ____          WWII Veterans Memorial ... j ____
    Breast Cancer Research ..... e ____          Asthma & Lung Research .. k ____
    Prostate Cancer Research .... f ____         Leukemia Treatment .... l ____
    Add Lines a through l. This is your voluntary contributions total ........ 28 ____

29  Add Line 27 and Line 28. This is your total penalty and donations ............................. 29 ____

### Step 11: Refund or Amount You Owe

30  If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25 ..................................... 30 ____

31  Enter the amount from Line 30 that you want applied to your 2004 estimated tax ................................... 31 ____

32  Subtract Line 31 from Line 30. This is your refund ............................. 32 ____

[Direct deposit See instructions]

33  Direct deposit your refund by completing the following information.
    Routing number ____  ☐ Checking or  ☐ Savings
    Account number ____

[Payment options See Instructions]

34  If you have tax due on Line 26, add Lines 26 and 29, or If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the amount you owe .................................. 34 __216.__

### Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

Your signature: *Richard Pylewicz*   Date: 04/15/04   Daytime phone number: (708) 780-7733   Your spouse's signature: ____   Date: ____

Paid preparer's signature: ____   Date: ____   Preparer's phone number: ____   Preparer's FEIN, SSN, or PTIN: 36-3937380

If no payment enclosed, mail to: ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62719-0001
If payment enclosed, mail to: ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62726-0001

DR ____  AP ____   ME ZZ SE WA RR RX NS DC  ID ____
IL-0112  11/06/03

Form IL-1040 (Rev. 12/03) ID: 3011

ECL&G  156



EXCHANGE
4327 W. 26th STREET - CHICAGO, IL 60623
PHONE: (773) 542-4866
OPEN 7 DAYS  TO VERIFY CALL 773-762-8330

SERVICE CENTER     719
No. 597710
$216.00
04/15/2004

WESTERN UNION

CORUS BANK
CHICAGO, ILLINOIS

REMITTER  GUADALUPE NAVARA

PAY TO THE ORDER OF __IL DEPARTMENT OF REVENUE__

Two Hundred Sixteen and 00/100

NOT VALID OVER $216.00   NO RECOURSE IF SOLD IN BLANK  #597710**  PAITY 2.03

NONNEGOTIABLE

⑂597710⑂ ⑆071926 25⑆ ⑈008210⑈

AZTECA - 26th STREET CURRENCY EXCHANGE INC.

STATE REGULATED

ECL&G    157

EXCHANGE — ACCEPTED FOR RAPID PAYMENT • NOTARY PUBLIC AUTO LICENSE SERVICE • INSURANCE • EXPERT IN LICENSE SERVICE

SERVICE CENTER 719

No. 597709

4327 W. 26th STREET - CHICAGO, IL 60623
PHONE: (773) 542-4866
OPEN 7 DAYS — TO VERIFY CALL 773-762-8330

WESTERN UNION

CORUS BANK
CHICAGO, ILLINOIS

04/15/2004

$264.00****

REMITTER: GUADALUPE NAVARA

PAY TO THE ORDER OF: INTERNAL REVENUE SERVICE

Two Hundred Sixty Four and 00/100

NOT VALID OVER $264.00    NO RECOURSE IF SAID IN BLANK    **597709** PATTY 1.10

NON-NEGOTIABLE

REPLACEMENT OF THIS INSTRUMENT, IF NECESSARY, WILL BEGIN 30 DAYS AFTER THE PURCHASE DATE. THERE WILL BE A FEE CHARGED FOR THIS SERVICE. THE PURCHASER OF THIS INSTRUMENT AGREES TO INSERT THE NAME OF THE PAYEE AND ASSUMES TOTAL RESPONSIBILITY FOR ANY EVENTS MADE POSSIBLE BY FAILURE TO DO SO. NO REFUND WITHOUT YELLOW RECEIPT

⑊597709⑊  ⑆071926252⑆  1⑊008210⑊

AZTECA - 26th STREET CURRENCY EXCHANGE INC.
STATE REGULATED

COMMUNITY CURRENCY EXCHANGE ASSN. OF ILLINOIS INC. ®

ECL&G    158

| 2003 RENTS OF | 2003 RENTS OF |
|---|---|
| 2843 S DRAKE | 2715 S KOSTNER |
| 1-F-12 X 650  7800 | LF-12 X 600  7200 |
| 1-R-10 X 450  4500 | 2-F-8 X 500  4000 |
|  | 11200 |
| 12300 |  |

|  |  |
|---|---|
| 58 | Water  553  454 |
| 774 | Elec  1332  395.41 |
| 28  " 1718.34 | Ins  2116.08  2121.08 |
|  | Ad  20 |
|  | Int  1704 |
|  | Pest  570.95 |
| 213.41 | Sup  390.52 |

ECL&G 159

**Richard Rylewicz and Co.**
6732 W Cermak Road
Berwyn, IL 60402
(708) 780-7733

April 15, 2004

Guadalupe Navara
2715 S. Kostner
Chicago, IL 60623

Dear Guadalupe,

Please find enclosed the original and duplicate copies of your tax return(s) for the tax year ended December 31, 2003. Instructions for filing your returns are attached for your convenience. You must sign and date each return. Retain the duplicate copies for your records.

  Form 1040    Federal Individual Income Tax Return

  Form IL-1040   Illinois Individual Income Tax Return

We prepared your returns based on the information you provided us. Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

To ensure proof of delivery, we recommend that you mail the returns using certified mail with postmarked receipts.

If you have any questions about your tax returns, please contact us. We appreciate this opportunity to serve you.

Sincerely,

*Richard*
Richard Rylewicz

Tax Summary and Instructions for Filing
2003 Federal Individual Income Tax Return

Summary of Federal Information:

| | | |
|---|---|---:|
| Federal adjusted gross income | $ | 10,434.00 |
| Federal taxable income | $ | 2,634.00 |
| Payment due IRS | $ | 262.00 |

The due date of the Federal Form 1040 is April 15, 2004.

Include Form 1040-V and a check or money order in the amount of $262.00, payable to the "United States Treasury". Write your social security number and "2003 Form 1040" on the check. Do not staple or otherwise attach your payment or Form 1040-V to your return.

Mail your return and payment to:

> Internal Revenue Service Center
> P.O. Box 970011
> St. Louis, MO 63197-0011

Tax Summary and Instructions for Filing
2003 Illinois Individual Income Tax Return

Summary of Form IL-1040 Information:

| | |
|---|---:|
| State taxable income | $ 8,434.00 |
| Payment due State | $ 216.00 |

The due date of Form IL-1040 is April 15, 2004.

Include a check or money order in the amount of $216.00, payable to the "Illinois Department of Revenue." Write your social security number on the check.

Mail Illinois return to:

    Illinois Department of Revenue
    Springfield, IL 62726-0001