# Exhibit 10

MEANSNO, CLOSED, DISCHARGED

# United States Bankruptcy Court
## District of Rhode Island (Providence)
### Bankruptcy Petition #: 1:07-bk-10899

*Assigned to:* Judge Arthur N. Votolato
Chapter 7
Voluntary
No asset

*Date Filed:* 05/16/2007
*Date Terminated:* 08/15/2007
*Date Discharged:* 08/14/2007

*Debtor*
**Charlene Sullivan**
190 Littlefield Street
Pawtucket, RI 02861
SSN: xxx-xx-0187

represented by **Christopher Lefebvre**
Law Office of Claude Lefebvre & Sons
PO Box 479
Two Dexter Street
Pawtucket, RI 02862
(401) 728-6060
Email: court@lefebvrelaw.com

*Trustee*
**Stacy B. Ferrara**
505 Tiogue Avenue
Suite B
Coventry, RI 02816
(401) 823-7991

*U.S. Trustee*
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

| Filing Date | # | Docket Text |
|---|---|---|
| 05/16/2007 | 1 | Chapter 7 Voluntary Petition . Fee Amount $299 Filed by Charlene Sullivan. Declaration re: Electronic Filing, Form P.3 Due By: 5/31/2007. (Lefebvre, Christopher) (Entered: 05/16/2007) |
| 05/16/2007 | | Receipt of filing fee for Voluntary Petition (Chapter 7)(1:07-bk-10899) [misc,volp7a] ( 299.00). Receipt number 601776, amount $ 299.00. (U.S. Treasury) (Entered: 05/16/2007) |
| 05/16/2007 | 2 | First Meeting of Creditors & Notice of Appointment of Interim Trustee Stacy B. Ferrara with 341(a) Meeting to be held on 06/06/2007 at 01:30 PM at Office of the U.S. Trustee Objections to Discharge due by 08/06/2007 (Entered: |

| | | |
|---|---|---|
| | | 05/16/2007) |
| 05/16/2007 | 3 | Employee Income Records Filed by Debtor Charlene Sullivan. (Lefebvre, Christopher) (Entered: 05/16/2007) |
| 05/16/2007 | 4 | Certificate of Credit Counseling Filed by Debtor Charlene Sullivan. (Lefebvre, Christopher) (Entered: 05/16/2007) |
| 05/17/2007 | | Financial Management Course Certificate Verifying Completion Due: . Financial Management Certificate due: 7/23/2007. (Watts, Jennifer) (Entered: 05/17/2007) |
| 05/18/2007 | 5 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 First Meeting (Chapter 7)) Service Date 05/18/2007. (Admin.) (Entered: 05/19/2007) |
| 05/18/2007 | 6 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 2 First Meeting (Chapter 7)) Service Date 05/18/2007. (Admin.) (Entered: 05/19/2007) |
| 05/21/2007 | 7 | Declaration Re: Electronic Filing (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Charlene Sullivan). (Spaight, Linda) (Entered: 05/21/2007) |
| 05/22/2007 | 8 | Motion for Relief from Stay *with Certificate of Services* re:Re: 190 Littlefield Street, Pawtucket, RI 02861 Fee Amount $150, Filed by Creditor Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust 2005-WL3. Objections to Motion Due: 6/4/2007. (Attachments: # 1 Proposed Order) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Harmon, Andrew) (Entered: 05/22/2007) |
| 05/23/2007 | | Receipt of filing fee for Motion for Relief From Stay(1:07-bk-10899) [motion,mrlfsty] ( 150.00). Receipt number 604811, amount $ 150.00. (U.S. Treasury) (Entered: 05/23/2007) |
| 06/05/2007 | 9 | Order Granting (# 8)Motion For Relief From Stay . (Spaight, Linda) (Entered: 06/05/2007) |
| 06/05/2007 | 10 | Judgment Order (re: 9 Order on Motion For Relief From Stay) (Spaight, Linda) (Entered: 06/05/2007) |
| 06/07/2007 | 11 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 10 Judgment Order (ap/bk)) Service Date 06/07/2007. (Admin.) (Entered: 06/08/2007) |
| 06/07/2007 | 12 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 9 Order on Motion For Relief From Stay) Service Date 06/07/2007. (Admin.) (Entered: 06/08/2007) |
| | | |

| | | |
|---|---|---|
| 06/08/2007 | | Meeting of Creditors Continued on 6/20/2007 at 12:30 PM at Office of the U.S. Trustee (Ferrara, Stacy) (Entered: 06/08/2007) |
| 06/22/2007 | | Trustee's Report of No Distribution & First Meeting Held: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer for the benefit of creditors of this estate. I have received no funds or property of the estate, and paid no monies on account of the estate. Wherefore, the trustee prays that this report be approved and the trustee be discharged from office.. (Ferrara, Stacy) (Entered: 06/22/2007) |
| 07/11/2007 | | Notice of Appearance and Request for Notice (Text Only) Filed by Lauren F. Verni on behalf of Wachovia Dealer Services, Inc.. (Verni, Lauren) (Entered: 07/11/2007) |
| 07/11/2007 | 13 | Motion for Relief from Stay re: 2006 Hyundai Sonata. Fee Amount $150, Filed by Creditor Wachovia Dealer Services, Inc.. Objections to Motion Due: 7/24/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2 (e)(3).(Verni, Lauren) Modified text on 7/12/2007 (Spaight, Linda). (Entered: 07/11/2007) |
| 07/11/2007 | | Receipt of filing fee for Motion for Relief From Stay(1:07-bk-10899) [motion,mrlfsty] ( 150.00). Receipt number 629304, amount $ 150.00. (U.S. Treasury) (Entered: 07/11/2007) |
| 07/12/2007 | | ECF Corrective Entry - edited text to include vehicle description (related document(s)13 Motion for Relief From Stay filed by Creditor Wachovia Dealer Services, Inc.). (Spaight, Linda) (Entered: 07/12/2007) |
| 07/25/2007 | 14 | Order Granting (# 13)Motion For Relief From Stay . (Spaight, Linda) (Entered: 07/25/2007) |
| 07/25/2007 | 15 | Judgment Order (re: 14 Order on Motion For Relief From Stay) (Spaight, Linda) (Entered: 07/25/2007) |
| 07/25/2007 | 16 | Notice of Intent to Close Case without Discharge for failure to file Financial Management Course Certificate. Status Check on Intent to Close Case: 8/9/2007. (Spaight, Linda) (Entered: 07/25/2007) |
| 07/27/2007 | 17 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 14 Order on Motion For Relief From Stay) Service Date 07/27/2007. (Admin.) (Entered: 07/28/2007) |
| 07/27/2007 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 15 Judgment Order (ap/bk)) Service Date 07/27/2007. (Admin.) (Entered: 07/28/2007) |
| 07/27/2007 | 19 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 16 |

| | | |
|---|---|---|
| | | Notice of Intent to Close Case) Service Date 07/27/2007. (Admin.) (Entered: 07/28/2007) |
| 08/06/2007 | 20 | Financial Management Course Certificate Filed by Debtor Charlene Sullivan. (Lefebvre, Christopher) (Entered: 08/06/2007) |
| 08/14/2007 | 21 | Order Discharging Debtor (Cory, Lucinda) (Entered: 08/14/2007) |
| 08/15/2007 | | Order Discharging Chapter 7 Trustee & Closing No Asset Case (TEXT ONLY) (Spaight, Linda) (Entered: 08/15/2007) |
| 08/16/2007 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 21 Order Discharging Debtor) Service Date 08/16/2007. (Admin.) (Entered: 08/17/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/06/2008 15:14:55 | | | |
| PACER Login: | hs0402 | Client Code: | 05694.0005 |
| Description: | Docket Report | Search Criteria: | 1:07-bk-10899 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |