IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | MDL CASE NO. 07 CV 06543 |
| | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | |
| *Navara v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | |
| *Carye v. Long Beach Mortgage Co.* U.S.D.C., D. Mass., Civil Action No. 06-10887 (N.D. Ill. Civil Action No. 07-06544) | |
| *Shelton v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, June 19, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's Motion for Partial Summary Judgment, a copy of which has been served upon you via the Court's CM/ECF case management system.

1

Dated:  June 11, 2008

Respectfully submitted,

Washington Mutual Bank
f/k/a Long Beach Mortgage Company


By: /s/ Gabriel A. Crowson
Matthew M. Neumeier
Scott T. Schutte
Gabriel A. Crowson
HOWREY LLP
321 N. Clark St. Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Fax: (312) 595-2250
Email: neumeierm@howrey.com
schuttes@howrey.com
crowsong@howrey.com

**CERTIFICATE OF SERVICE**

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 11th day of June, 2008.


/s/ Gabriel A. Crowson
Gabriel A. Crowson