# Exhibit 2

# Income Tax Returns

_2005._
_____
### Year


## Your Copies


Property of:

_Guadalupe  Navarro_
_____

_____

_____


**RICHARD RYLEWICZ**
6732 West Cermak Road
BERWYN, ILLINOIS 60402
Tel: 708-780-7733
Fax: 708-780-7781

**Richard Rylewicz Co.**
**6732 W Cermak Road**
**Berwyn, IL 60402**
**(708) 780-7733**

April 17, 2006

Guadalupe Navara
2715 S. Kostner
Chicago, IL 60623

Dear Guadalupe,

Please find enclosed copies of your tax return(s) for the tax year ended December 31, 2005. Instructions for filing your return(s) are attached for your convenience. Retain the copies for your records.

You must sign and date your Form 1040 tax return.

      Form 1040           Federal Individual Income Tax Return

Please be sure to sign and date your Illinois tax return.

      Form IL-1040        Illinois Individual Income Tax Return

We prepared your returns based on the information you provided us. Please review the returns carefully to ensure that there are no omissions or misstatements of material facts.

If you have any questions about your tax returns, please contact us. We appreciate this opportunity to serve you.

Sincerely,


Arthur Tulpa


ECL&G      130

Tax Summary and Instructions for Filing
2005 Federal Individual Income Tax Return

Summary of Federal Information:

Federal adjusted gross income ........................................................ $    6,149.00
Federal taxable income ............................................................... $       0.00

The due date of the Federal Form 1040 is April 17, 2006.

There is no tax due or refund with the Federal income tax return.

Mail the return to:

  Internal Revenue Service Center
  Kansas City, MO 64999-0002

Tax Summary and Instructions for Filing
2005 Illinois Individual Income Tax Return

Summary of Form IL-1040 Information:

| | | |
|---|---|---|
| State taxable income ................................................................... | $ | 4,149.00 |
| Payment due State ...................................................................... | $ | 94.00 |

The due date of Form IL-1040 is April 17, 2006.

Include a check or money order in the amount of $94.00, payable to the "Illinois Department of Revenue." Write your social security number on the check.

Mail Illinois return to:

Illinois Department of Revenue
Springfield, IL 62726-0001

COPY

| Form **1040** | Department of the Treasury — Internal Revenue Service **U.S. Individual Income Tax Return** | **2005** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan 1 - Dec 31, 2005, or other tax year beginning , 2005, ending , 20

OMB No. 1545-0074

**Label** (See instructions.)

Your first name MI Last name
Guadalupe       Navara

Your social security number

**Use the IRS label. Otherwise, please print or type.**

If a joint return, spouse's first name MI Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apartment no.
2715 S. Kostner

You **must** enter your social security number(s) above. ▲

City, town or post office. If you have a foreign address, see instructions.   State   ZIP code
Chicago       IL   60623

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ............... ► ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a ............
b ☐ **Spouse** ......................

Boxes checked on 6a and 6b ... **1**

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you ...
• did not live with you due to divorce or separation (see instrs) ...
Dependents on 6c not entered above .

If more than four dependents, see instructions.

d Total number of exemptions claimed ...............   Add numbers on lines above .... **1**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 .................. | 7 | |
| 8a | Taxable interest. Attach Schedule B if required ................ | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a ........... 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required ............... | 9a | |
| b | Qualif divs (see instrs) ........... 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received ................................. | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ............ | 12 | |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ......... ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 .................. | 14 | |
| 15a | IRA distributions ........... 15a | b Taxable amount (see instrs) | 15b | |
| 16a | Pensions and annuities .... 16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 6,149. |
| 18 | Farm income or (loss). Attach Schedule F .................. | 18 | |
| 19 | Unemployment compensation .......................... | 19 | |
| 20a | Social security benefits ......... 20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income .................................. | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 6,149. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see instructions) .................. | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .......... | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 ................ | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ....... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ......... | 28 | |
| 29 | Self-employed health insurance deduction (see instructions) ...... | 29 | |
| 30 | Penalty on early withdrawal of savings ............... | 30 | |
| 31a | Alimony paid b Recipient's SSN ► | 31a | |
| 32 | IRA deduction (see instructions) .................. | 32 | |
| 33 | Student loan interest deduction (see instructions) .......... | 33 | |
| 34 | Tuition and fees deduction (see instructions) ........... | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 ...... | 35 | |
| 36 | Add lines 23 - 31a and 32 - 35 .................. | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ► | 37 | 6,149. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112   11/07/05   ECL&TG   Form 1040 (2005)   **133**

Form 1040 (2005)   Guadalupe Navara

Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) . . . . . . . . . | 38 | 6,149. |

39a Check if: ☐ You were born before January 2, 1941, ☐ Blind. **Total boxes** ☐ Spouse was born before January 2, 1941, ☐ Blind. **checked ► 39a**

**Standard Deduction for –**

- People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instructions.

- All others:

Single or Married filing separately, $5,000

Married filing jointly or Qualifying widow(er), $10,000

Head of household, $7,300

b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here . . . . . . . . ► 39b ☐

| | | | |
|---|---|---|---|
| 40 Itemized deductions (from Schedule A) or your standard deduction (see left margin) . . . | 40 | 5,000. |
| 41 Subtract line 40 from line 38 . . . . . . . . . . . . . . . . | 41 | 1,149. |
| 42 If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d . | 42 | 3,200. |
| 43 Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . | 43 | 0. |
| 44 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 44 | 0. |
| 45 Alternative minimum tax (see instructions). Attach Form 6251 . . . . | 45 | |
| 46 Add lines 44 and 45 . . . . . . . . . . . . . . . . ► | 46 | 0. |
| 47 Foreign tax credit. Attach Form 1116 if required . . . . | 47 | | |
| 48 Credit for child and dependent care expenses. Attach Form 2441 . . . | 48 | | |
| 49 Credit for the elderly or the disabled. Attach Schedule R . . . | 49 | | |
| 50 Education credits. Attach Form 8863 . . . . . . . | 50 | | |
| 51 Retirement savings contributions credit. Attach Form 8880 . . | 51 | | |
| 52 Child tax credit (see instructions). Attach Form 8901 if required . . | 52 | | |
| 53 Adoption credit. Attach Form 8839 . . . . . . . | 53 | | |
| 54 Credits from: a ☐ Form 8396 b ☐ Form 8859 . . . | 54 | | |
| 55 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ | 55 | | |
| 56 Add lines 47 through 55. These are your total credits . . . . | 56 | |
| 57 Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- . . . . ► | 57 | 0. |

| | | | |
|---|---|---|---|
| **Other Taxes** | 58 Self-employment tax. Attach Schedule SE . . . . | 58 | |
| | 59 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 Advance earned income credit payments from Form(s) W-2 . . . . . | 61 | |
| | 62 Household employment taxes. Attach Schedule H . . . . . . . | 62 | |
| | 63 Add lines 57-62. This is your total tax . . . . . . . . . . ► | 63 | 0. |

| | | | |
|---|---|---|---|
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 . . . . | 64 | |
| If you have a qualifying child, attach Schedule EIC. | 65 2005 estimated tax payments and amount applied from 2004 return . . . . | 65 | |
| | 66a Earned income credit (EIC) . . . . . . . . . | 66a | |
| | b Nontaxable combat pay election . . . . . ► 66b | | |
| | 67 Excess social security and tier 1 RRTA tax withheld (see instructions) . . . . | 67 | |
| | 68 Additional child tax credit. Attach Form 8812 . . . . . | 68 | |
| | 69 Amount paid with request for extension to file (see instructions) . . . | 69 | |
| | 70 Payments from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 70 | |
| | 71 Add lines 64, 65, 66a, and 67 through 70. These are your total payments . . . . ► | 71 | |

| | | | |
|---|---|---|---|
| **Refund** Direct deposit? See instructions and fill in 73b, 73c, and 73d. | 72 If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid . . | 72 | |
| | 73a Amount of line 72 you want refunded to you . . . . . . . ► | 73a | |
| | ► b Routing number [ ] ► c Type: ☐ Checking ☐ Savings | | |
| | ► d Account number [ ] | | |
| | 74 Amount of line 72 you want applied to your 2006 estimated tax . . . . ► 74 | | |

| | | | |
|---|---|---|---|
| **Amount You Owe** | 75 Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions . . ► | 75 | 0. |
| | 76 Estimated tax penalty (see instructions) . . . . . . . | 76 | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No

Designee's name ►     Phone no. ►     Personal identification number (PIN) ►

**Sign Here** Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature     Date     Your occupation   Laborer     Daytime phone number

Spouse's signature. If a joint return, both must sign.     Date     Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ► *Stan Trizn*     Date 04/17/2006   Check if self-employed ☐     Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code   Richard Rylewicz Co.   6732 W Cermak Road   Berwyn   IL   60402     EIN 36-3937380   Phone no. (708) 780-7733

Form **1040** (2005)

FDIA0112   11/07/05

ECL&G     134

| SCHEDULE E (Form 1040) | **Supplemental Income and Loss**<br>(From rental real estate, royalties, partnerships,<br>S corporations, estates, trusts, REMICs, etc)<br>► Attach to Form 1040 or Form 1041.<br>► See Instructions for Schedule E (Form 1040). | OMB No. 1545-0074 |
|---|---|---|

Department of the Treasury
Internal Revenue Service  (99)

**2005**

Attachment Sequence No. **13**

Name(s) shown on return

Guadalupe Navara

Your social security number

## Part I  Income or Loss From Rental Real Estate and Royalties  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). Report farm rental income or loss from Form 4835 on page 2, line 40.

| 1 | List the type and location of each rental real estate property: | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:<br>● 14 days, or<br>● 10% of the total days rented at fair rental value?<br>(See instructions.) | Yes | No |
|---|---|---|---|---|---|
| A | Residential/Rental<br>2715 S. Kostner Chicago | | A | | X |
| B | Residential/Rental<br>2843 S. Drake Avenue Chicago | | B | | X |
| C | | | C | | |

| Income: | | | Properties | | | | Totals<br>(Add columns A, B, and C.) |
|---|---|---|---|---|---|---|---|
| | | | A | B | C | | |
| 3 | Rents received | 3 | 12,300. | 4,500. | | 3 | 16,800. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | | |
| 5 | Advertising | 5 | | | | | |
| 6 | Auto and travel (see instructions) | 6 | | | | | |
| 7 | Cleaning and maintenance | 7 | 380. | 1,200. | | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | | | | | |
| 10 | Legal and other professional fees | 10 | 80. | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | 3,050. | | | 12 | 3,050. |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | | | | | |
| 15 | Supplies | 15 | | | | | |
| 16 | Taxes | 16 | 1,166. | 1,850. | | | |
| 17 | Utilities | 17 | 1,158. | 200. | | | |
| 18 | Other (list) ► | 18 | | | | | |
| 19 | Add lines 5 through 18 | 19 | 5,834. | 3,250. | | 19 | 9,084. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | 550. | 1,017. | | 20 | 1,567. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 6,384. | 4,267. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 5,916. | 233. | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | | | | | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | 6,149. |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 6,149. |

BAA For Paperwork Reduction Act Notice, see instructions.

FDIZ2301   11/14/05

Schedule E (Form 1040) 2005

ECL&G

135

Cut Here

ILIA2801 01/03/06

Illinois Department of Revenue

# IL-1040-V Payment Voucher for Individual Income Tax 2005

ID:.3011

Your payment is due April 17, 2006.

Guadalupe Navara
2715 S. Kostner

Chicago IL 60623

**Mail to:**
Illinois Department of Revenue
Springfield IL 62726-0001

$ 94.00
Print your payment amount.

Preparer's phone number (708) 780-7733

Write your Social Security number on your check.

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 8 2 320422801 3 14012201 1 000009400

Illinois Department of Revenue
# 2005 Form IL-1040
## Individual Income Tax Return    or for fiscal year ending    2006

**Step 1:**  **Personal Information**



Guadalupe            Navara

2715 S. Kostner
Chicago            IL    60623

**C**  Filing status (see instructions)·
[X] Single or head of household    [ ] Married filing jointly    [ ] Married filing separately    [ ] Widowed

**D**  Check if you were a member of a professional athletic team during 2005    [ ]

## Step 2:  Income

| | | |
|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; U.S. 1040EZ, Line 4 ...................................................... | 1  6,149. |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ .................................................. | 2 |
| 3 | Other additions to your income. **Attach** Schedule M ............................ | 3 |
| 4 | Add Lines 1 through 3. This is your total income ................................ | 4  6,149. |

## Step 3:  Base Income

| | | |
|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. Attach federal page 1 ........................ | 5 |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach** military W-2 .................................................. | 6 |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 ...................................................... | 7 |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 ....................................... | 8 |
| 9 | Other subtractions to your income. **Attach** Schedule M ........ | 9 |
| | Check if Line 9 includes any amount from Schedule 1299-C .... [ ] | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions ........................ | 10 |
| 11 | Subtract Line 10 from Line 4. This is your Illinois base income ........................ | 11  6,149. |

## Step 4:  Exemptions

See instructions before completing Line 12.

| | | |
|---|---|---|
| 12a | Number of exemptions from your federal return ........  1  X $2,000  a | 2,000. |
| b | If someone else claimed you or your spouse as a dependent on their return, see instructions to figure the number to enter here _____  X $2,000  b | |
| c | Check if 65 or older:  [ ] You +  ____  Spouse =  ____  X $1,000  c | |
| d | Check if legally blind:  [ ] You +  ____  Spouse =  ____  X $1,000  d | |
| | Add Lines a through d. This is your total Illinois exemption allowance ................... 12 | 2,000. |

## Step 5:  Net Income

| | | |
|---|---|---|
| 13 | **Residents only:** Subtract Line 12 from Line 11. This is your net income. *Skip Line 14* ...................................................... 13 | 4,149. |
| 14 | **Nonresidents and part-year residents only:** Check the box that applies to you during the year 2005 ........ [ ] Nonresident    [ ] Part-year resident Illinois base income from Schedule NR. **Attach** Schedule NR ... 14 | |

## Step 6:  Tax

| | | |
|---|---|---|
| 15 | **Residents:** Multiply Line 13 by 3% (.03). Enter the result here. This is your tax. **Nonresidents and part-year residents:** Enter the tax from Schedule NR. **This amount may not be less than zero** ................ 15 | 124. |

This form is authorized as outlined in the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

ILIA0112    01/04/06                                            Form IL-1040 (Rev-12/05) ID: 3011

ECL&G  137

Guadalupe Navara

Page 2

**16** Tax amount from Page 1, Step 6, Line 15 .................................... 16 _____ 124.

## Step 7: Payments and Credits

**17** Illinois Income Tax withheld. **Attach W-2 and 1099 forms** ...... 17 _____

**18** Estimated payments from Forms IL-505-I and IL-1040-ES including overpayment applied from 2004 return ................................................ 18 _____

Nonresidents may not claim a credit on Lines 19, 20, or 21.

**19** Income tax paid to another state while an Illinois resident. **Attach Schedule CR and other states' returns** ......... 19 _____

**20** Illinois Property Tax credit. You must complete the PT Worksheet in instructions.
PT Worksheet Line 3 amount ...... 20 a _____ 601.
PT Worksheet Line 8 amount ......................... 20b _____ 30.

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

**21** K-12 education expense credit. **Complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED.**
ED Worksheet or Schedule ED Line 1 amount ............... 21 a _____
ED Worksheet or Schedule ED Line 10 amount .............. 21 b _____

**22** Earned Income Credit. **Complete EIC Worksheet in instructions.**
EIC Worksheet Line 1 amount ......... 22a _____
EIC credit amount from the EIC worksheet .................. 22b _____
Check if you have a qualifying child (living with you) born after 12/31/87 ..... ☐

**23** Income tax credit amount from Schedule 1299-C. Attach Schedule 1299-C ..... 23 _____

**24** Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits ....... 24 _____ 30.

## Step 8: Overpayment or Tax Due

**25** If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment ......... 25 _____

**26** If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due ......... 26 _____ 94.

## Step 9: Penalty

**27** Late-payment penalty for underpayment of estimated tax ...... 27 _____
**a** Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach Form IL-2210** ............................. ☐
**b** Check if at least two-thirds of your federal gross income is from farming ........................................... ☐

## Step 10: Donations   *Any donation will reduce your refund or increase the amount you owe*

Make 'Giving' Easy!

**28** Amount you wish to donate to one or more of the following voluntary contribution funds.
Wildlife ........ a ____   Military Family ... g ____   Sarcoidosis ... m ____
Child Abuse .... b ____   Lou Gehrig's ... h ____   Autism ...... n ____
Alzheimer's ... c ____   IL Veterans' Home  i ____   Blindness .... o ____
Homeless ...... d ____   Epilepsy ...... j ____   Pet Population . p ____
Breast Cancer .. e ____   Diabetes ..... k ____   Brain Tumor .. q ____
Multiple Sclerosis  f ____   Colon Cancer .... l ____
Add Lines a through q. This is your donations total .......... 28 ____

**29** Add Line 27 and Line 28. This is your total penalty and donations ..................... 29 _____

## Step 11: Refund or Amount You Owe

**30** If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25 ................................ 30 _____

**31** Amount from Line 30 that you want applied to your 2006 estimated tax ...................................... 31 _____

*Direct Deposit* ▶

**32** Subtract Line 31 from Line 30. This is your **refund** ....................... 32 _____

**33** Complete to direct deposit your refund
Routing number _____ ☐ Checking or ☐ Savings
Account number _____

See Instructions for payment options.

**34** If you have tax due on Line 26, add Lines 26 and 29. **or** If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe** ................... 34 _____ 94.

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
Paid preparer's signature   04/17/06   (708) 780-7733   Preparer's FEIN, SSN, or PTIN
Date   Preparer's phone number

If no payment enclosed, mail to: **ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62719-0001**   If payment enclosed, mail to: **ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD, IL 62726-0001**

DR ___ AP ___ CA ___ ME ___ NS ___ PR ___ RR ___ RV ___ WA ___ WV ___ ZZ ___ ID ___

ILIA0112  01/04/05

Form IL-1040 (Rev-12/05) ID: 3011

ECL&G   138