# Exhibit 6

STINSONSUPPLEMENTALPRODUCTION_TAXDOCUMENTS_

Department of the Treasury - Internal Revenue Service

Form **1040**  **U.S. Individual Income Tax Return**  **2006**  (99)   IRS Use Only-Do not write or staple in this space.  1

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , 2006, ending , 20   OMB. No. 1545-0074

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: ALBERT
Last name: STINSON
Your social security number:

If a joint return, spouse's first name and initial:
Last name:
Spouse's social security number:

Home address (number and street). If you have a P.O. box, see page 16.  Apt. no.
127 BELLWOOD AVE

City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.
BELLWOOD    IL    60104

▲ You **must** enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You  ☐ Spouse

**Filing Status**  Check only one box.
1 ☐ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a  ........
b ☐ Spouse ........

Boxes checked on 6a and 6b: 1
No. of children on 6c who:

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg 19) |
|---|---|---|---|---|
| DIARRA | STINSON | | Son | ☒ |
| AKIYA | STINSON | | Daughter | ☒ |
| | | | | ☐ |
| | | | | ☐ |

• lived with you: 2
• did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above:

If more than four dependents, see page 19.

d Total number of exemptions claimed  ........  Add numbers on lines above ▶ 3

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 23.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 ............... 7   23,411
8a Taxable interest. Attach Schedule B if required ............... 8a
b Tax-exempt interest. **Do not** include on line 8a ...... 8b
9a Ordinary dividends. Attach Schedule B if required ............... 9a
b Qualified dividends (see page 23) ............... 9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see page 24) ...... 10
11 Alimony received ............... 11
12 Business income or (loss). Attach Schedule C or C-EZ ............... 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ ... 13
14 Other gains or (losses). Attach Form 4797 ............... 14
15a IRA distributions ...... 15a   b Taxable amount (see page 25)   15b
16a Pensions and annuities .. 16a   b Taxable amount (see page 26)   16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17  (11,304)
18 Farm income or (loss). Attach Schedule F ............... 18
19 Unemployment compensation ............... 19
20a Social security benefits .. 20a   b Taxable amount (see page 27)   20b
21 Other income. _____ 21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ..▶ 22   12,107

**Adjusted Gross Income**

23 Archer MSA deduction. Attach Form 8853 ...... 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ..... 24
25 Health savings account deduction. Attach Form 8889 .... 25
26 Moving expenses. Attach Form 3903 ...... 26
27 One-half of self-employment tax. Attach Schedule SE ... 27
28 Self-employed SEP, SIMPLE, and qualified plans ...... 28
29 Self-employed health insurance deduction (see page 29) .. 29
30 Penalty on early withdrawal of savings ...... 30
31a Alimony paid  b Recipient's SSN ▶ _____ 31a
32 IRA deduction (see page 31) ...... 32
33 Student loan interest deduction (see page 33) ...... 33
34 Jury duty pay you gave to your employer ...... 34
35 Domestic production activities deduction. Attach Form 8903 . 35
36 Add lines 23 through 31a and 32 through 35 ...... 36
37 Subtract line 36 from line 22. This is your **adjusted gross income** ........▶ 37   12,107

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.   EEA   Form 1040 (2006)

# FOR TAX YEAR 2006

ALBERT STINSON

VALENTINE & ASSOCIATES

5443 W. Division

CHICAGO, IL 60651

(773)379-0925

Form 1040 (2006) ALBERT STINSON     Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 12,107 |
| | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind.  ☐ Spouse was born before January 2, 1942, ☐ Blind. } Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 & check here ▶ 39b ☐ | | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 34. | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40 | 7,550 |
| | 41 | Subtract line 40 from line 38 | 41 | 4,557 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | 42 | 9,900 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 0 |
| • All others: Single or Married filing separately, $5,150 | 44 | **Tax** (see page 36). Check if any tax is from: a ☐ Form(s) 8814   b ☐ Form 4972 | 44 | 0 |
| | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | |
| Married filing jointly or Qualifying widow(er), $10,300 | 47 | Foreign tax credit. Attach Form 1116 if required   47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441   48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R   49 | | |
| | 50 | Education credits. Attach Form 8863   50 | | |
| Head of household, $7,550 | 51 | Retirement savings contributions credit. Attach Form 8880   51 | | |
| | 52 | Residential energy credits. Attach Form 5695   52 | | |
| | 53 | Child tax credit (see page 42). Attach Form 8901 if required   53 | | |
| | 54 | Credits from: a ☐ Form 8396   b ☐ Form 8839   c ☐ Form 8859   54 | | |
| | 55 | Other credits: a ☐ Form 3800   b ☐ Form 8801   c ☐ Form   55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 0 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 0 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099   64   1,261 | | |
| | 65 | 2006 estimated tax payments and amount applied from 2005 return   65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)**   66a   2,722 | | |
| | b | Nontaxable combat pay election ▶   66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60)   67 | | |
| | 68 | Additional child tax credit. Attach Form 8812   68   1,817 | | |
| | 69 | Amount paid with request for extension to file (see page 60)   69 | | |
| | 70 | Payments from: a ☐ Form 2439   b ☐ Form 4136   c ☐ Form 8885   70 | | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required   71   50 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 5,850 |
| **Refund** Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 5,850 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 5,850 |
| | ▶ b | Routing number     ▶c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2007 estimated tax ▶   75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 62)   77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 63)? ☐ Yes. Complete the following. ☒ No | | |
| | | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 54983 | 01-24-2007 | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | 708-547-9635 |

**Paid Preparer's Use Only**

| Preparer's signature ▶ Lucy Valentine | Date 01-24-2007 | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ VALENTINE & ASSOCIATES   5443 W. Division   CHICAGO   IL   60651 | | EIN 56-2612356 | |
| | | Phone no. 773-379-0925 | |

EEA                                                                  Form 1040 (2006)

STINSONSUPPLEMENTALPRODUCTION_TAXDOCUMENTS_4

| SCHEDULE E (Form 1040) | Supplemental Income and Loss | 2006 |
|---|---|---|

Department of the Treasury
Internal Revenue Service (99) ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
Attachment Sequence No. 13

Name(s) shown on return: **ALBERT STINSON**

Your social security number:

### Part I — Income or Loss From Rental Real Estate and Royalties

Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). Report farm rental income or loss from **Form 4835** on page 2, line 40.

1 List the type and location of each rental real estate property:
   A: 2 UNIT FRAME / 5402 S SHIELDS CHICAGO
   B:
   C:

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
  • 14 days or
  • 10% of the total days rented at fair rental value?
  (See page E-3.)

  A: No (X)
  B:
  C:

| Income: | | A | B | C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 3,000 | | | 3 | 3,000 |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-4) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 1,450 | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-4) | 12 | 11,654 | | | 12 | 11,654 |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 1,200 | | | | |
| 17 Utilities | 17 | | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| 19 Add lines 5 through 18 | 19 | 14,304 | | | 19 | 14,304 |
| 20 Depreciation expense or depletion (see page E-4) | 20 | | | | 20 | |
| 21 Total expenses. Add lines 19 and 20 | 21 | 14,304 | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file **Form 6198** | 22 | (11,304) | | | | |
| 23 Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file **Form 8582**. Real estate professionals must complete line 43 on page 2 | 23 | ( 11,304 ) | ( ) | ( ) | | |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 | |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | ( 11,304 ) |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | (11,304) |

For Paperwork Reduction Act Notice, see page E-7 of the instructions.   EEA   Schedule E (Form 1040) 2006