# Exhibit 12

5/4/04 3:19 PM                                                                      OMB No. 2502-0265

| A. U.S. Department of Housing and Urban Development | B. Type of Loan | | |
|---|---|---|---|
| | 1. [ ] FHA | 2. [ ] FMHA | . [ ] Conv. Unins. |
| | 4. [ ] VA | 5. [ ] Conv. Ins. | [X] Other. |
| LOAN CLOSING | 6. File Number 61050 | 7. Loan Number | |
| Settlement Statement | 8. Mortgage Ins. Case No. | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked ("POC") were paid outside the closing; they are shown here for information purposes and are not included in the totals.

**D. Name of Borrower:** Guadalupe M Navara

**E. Name of Seller:**

**F. Name of Lender:** Long Beach Mortgage Company, 1300 E Woodfield Road, 6th Floor, Schaumburg, IL 60173

**G. Property Location:** Krakow;  , Cook County, Illinois

2715 South Kostner, Chicago, IL 60623

**H. Settlement Agent:** Citywide Title Corporation (312) 492-8934.    TIN: 36-4162376
**Place of Settlement:** 850 West Jackson, Suite 320, Chicago, IL 60607

**I. Settlement Date:** 4/29/04                    **Proration Date:** 5/4/04

### J. Summary of Borrower's Transaction

| | | |
|---|---|---|
| 100. | Gross amount due from borrower: | |
| 101. | Contract sales price | |
| 102. | Personal property | |
| 103. | Settlement charges to borrower. (line 1400) | 30,992.25 |
| 104. | Payoff 1st Mortgage to First National Acceptance Co | 19,690.80 |
| 105. | | |

Adjustments for items paid by seller in advance

| | | |
|---|---|---|
| 106. | City/town taxes | |
| 107. | County taxes | |
| 108. | Assessments | |
| 109. | | |
| 110. | | |
| 111. | | |
| 112. | | |
| 120. | Gross amount due from borrower: | 50,683.05 |

### 200. Amounts paid by or in behalf of the borrower

| | | |
|---|---|---|
| 201. | Deposit or earnest money | |
| 202. | Principal amount of new loan(s) | 50,000.00 |
| 203. | Existing loan(s) taken subject to | |
| 204. – 209. | | |

Adjustments for items unpaid by seller

| | | |
|---|---|---|
| 210. | City/town taxes | |
| 211. | County taxes | |
| 212. | Assessments | |
| 213. – 219. | | |
| 220. | Total paid by/for borrower: | 50,000.00 |

### 300. Cash at settlement from/to borrower

| | | |
|---|---|---|
| 301. | Gross amount due from borrower (line 120) | 50,683.05 |
| 302. | Less amount paid by/for borrower (line 220) | 50,000.00 |
| 303. | CASH (X)FROM ()TO BORROWER | 683.05 |

### K. Summary of Seller's Transaction

| | | |
|---|---|---|
| 400. | Gross amount due to seller: | |
| 401. | Contract sales price | |
| 402. | Personal property | |
| 403. – 405. | | |

Adjustments for items paid by seller in advance

| | | |
|---|---|---|
| 406. | City/town taxes | |
| 407. | County taxes | |
| 408. | Assessments | |
| 409. – 412. | | |
| 420. | Gross amount due to seller: | |

### 500. Reduction in amount due to seller

| | | |
|---|---|---|
| 501. | Excess deposit (see instructions) | |
| 502. | Settlement charges to seller (line 1400) | |
| 503. | Existing loan(s) taken subject to | |
| 504. | Payoff of first mortgage loan | |
| 505. | Payoff of second mortgage loan | |
| 506. – 509. | | |

Adjustments for items unpaid by seller

| | | |
|---|---|---|
| 510. | City/town taxes | |
| 511. | County taxes | |
| 512. | Assessments | |
| 513. – 519. | | |
| 520. | Total reduction in amount due seller: | |

### 600. Cash at settlement to/from seller

| | | |
|---|---|---|
| 601. | Gross amount due to seller (line 420) | |
| 602. | Less total reduction in amount due seller (line 520) | |
| 603. | CASH ()FROM ()TO SELLER | |

SUBSTITUTE FORM 1099 SELLER STATEMENT - The information contained in Blocks E, G, H and I and on line 401 (or, if line 401 is asterisked, lines 403 and 404), 406, 407 and 408-412 (applicable part of buyer's real estate tax reportable to the IRS) is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.
SELLER INSTRUCTION - If this real estate was your principle residence, file form 2119, Sale or Exchange of Principal Residence, for any gain, with your income tax return; for other transactions, complete the applicable parts of form 4797, Form 6252 and/or Schedule D (Form 1040).

You are required by law to provide Citywide Title Corporation (312) 492-8934 with your correct taxpayer identification number.
If you do not provide Citywide Title Corporation (312) 492-8934 with your correct taxpayer identification number, you may be subject to civil or criminal penalties.

LBM 0008

| | L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. | Total sales/broker commission | | | |
| | Division of commission (line 700) as follows: | | | |
| 701. | $ | | | |
| 702. | $ | | | |
| 703. | Commission paid at settlement | | | |
| 704. | | | | |
| 800. | Items payable in connection with loan | | | |
| 801. | Loan origination fee         to  New Millennium | | | |
| 802. | Loan discount | | 800.00 | |
| 803. | Appraisal fee | | | |
| 804. | Credit report         to  New Millennium | | | |
| 805. | Lender's inspection fee | | 50.00 | |
| 806. | Mortgage insurance application fee | | | |
| 807. | Assumption fee | | | |
| 808. | Tax Service Fee        to  Long Beach Mortgage Company | | | |
| 809. | Doc Prep Fee         to  Long Beach Mortgage Company | | 50.00 | |
| 810. | Processing Fee         to  New Millennium | | 200.00 | |
| 811. | Lbmc Underwriting Fee   to  Long Beach Mortgage Company | | 500.00 | |
| 812. | Flood Search Fee         to  Long Beach Mortgage Company | | 299.00 | |
| 813. | | | 13.00 | |
| 900. | Items required by lender to be paid in advance | | | |
| 901. | Interest from   5/4/04  to  6/1/04  at $12.7400/day  for 28 days | | | |
| 902. | Mortgage insurance premium for | | 356.72 | |
| 903. | Hazard insurance premium for | | | |
| 904. |         to State of Farm Ins | | 858.00 | |
| 905. | | | | |
| 1000. | Reserves deposited with lender | | | |
| 1001. | Hazard Insurance    3 mo.@ $71.5000 per mo. | | | |
| 1002. | Mortgage insurance | | 214.50 | |
| 1003. | City property taxes | | | |
| 1004. | County property taxes    4 mo.@ $176.3300 per mo. | | | |
| 1005. | Annual assessments (maint.) | | 705.32 | |
| 1006. | | | | |
| 1007. | | | | |
| 1008. | | | | |
| 1009. | Aggregate Adjustment    to  Long Beach Mortgage Company | | (176.29) | |
| 1100. | Title charges | | | |
| 1101. | Settlement or closing fee    to  Citywide Title Corporation | | | |
| 1102. | Abstract or title search | | 200.00 | |
| 1103. | Title examination | | | |
| 1104. | Title insurance binder | | | |
| 1105. | Document preparation | | | |
| 1106. | Notary fees | | | |
| 1107. | Attorney's fees to | | | |
| | Includes above items no.: | | | |
| 1108. | Title insurance    to  Citywide Title Corporation | | | |
| | includes above items no.: | | 295.00 | |
| 1109. | Lender's coverage    $50,000.00    $295.00 | | | |
| 1110. | Owner's coverage | | | |
| 1111. | After Hour Fee    to  Citywide Title Corporation   (Doc prep) | | | |
| 1112. | Courier Fee    to  Citywide Title Corporation | | 50.00 | |
| 1113. | Remote Fee    to  Citywide Title Corporation   (Doc prep) | | 75.00 | |
| 1200. | Government recording and transfer charges | | 150.00 | |
| 1201. | Recording fees:    MSC $125.00 | | | |
| 1202. | City/county tax/stamps: | | 125.00 | |
| 1203. | State tax/stamps: | | | |
| 1204. | DFI Policy Fee    to  State of Illinois | | | |
| 1205. | | | 3.00 | |
| 1206. | | | | |
| 1300. | Additional settlement charges | | | |
| 1301. | Survey | | | |
| 1302. | Pest inspection | | | |
| 1303. | Pay | | | |
| 1304. | Pay    to  Capital One Bank | | 107.00 | |
| 1305. | Pay    to  First Premier | | 117.00 | |
| 1306. |          to  ACS | | 26,000.00 | |
| 1307. | | | | |
| 1400. | Total settlement charges (entered on lines 103, section J and 502, section K) | | 30,992.25 | |

CERTIFICATION: I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of HUD-1 Settlement Statement.

LBM 0009

Guadalupe M Navara

x *Guadalupe M Navara*

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____   4-19-04
Citywide Title Corporation                  Date

**SELLER'S AND/OR PURCHASER'S STATEMENT** Seller's and Purchaser's signature hereon acknowledges his/their approval of tax prorations and signifies their understanding that prorations were based on taxes for the preceding year, or estimates for the current year, and in the event of any change for the current year, all necessary adjustments must be made between Seller and Purchaser; likewise any default in delinquent taxes will be reimbursed to Title Company by the Seller.

Title Company, in its capacity as Escrow Agent, is and has been authorized to deposit all funds it receives in this transaction in any financial institution, whether affiliated or not. Such financial institution may provide Title Company computer accounting and audit services directly or through a separate entity which, if affiliated with Title Company, may charge the financial institution reasonable and proper compensation therefore and retain any profits therefrom. Any escrow fees paid by any party involved in this transaction shall only be for checkwriting and input to the computers, but not for aforesaid accounting and audit services. Title Company shall not be liable for any interest or other charges on the earnest money and shall be under no duty to invest or reinvest funds held by it at any time. Sellers and Purchasers hereby acknowledge and consent to the deposit of the escrow money in financial institutions with which Title Company has or may have other banking relationships and further consent to the retention by Title Company and/or its affiliates of any and all benefits (including advantageous interest rates on loans) Title Company and/or its affiliates may receive from such financial institutions by reason of their maintenance of said escrow accounts.

The parties have read the above sentences, recognize that the recitations herein are material, agree to same, and recognize Title Company is relying on the same.

Purchasers/Borrowers                         Sellers
*Guadalupe M Navara*
Guadalupe M Navara

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18: U.S. Code Section 1001 and Section 1010.

LBM 0010