IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | MDL CASE NO. 07 CV 06543 |
| _____ | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | |
| *Navara v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | |
| *Carye v. Long Beach Mortgage Co.* U.S.D.C., D. Mass., Civil Action No. 06-10887 (N.D. Ill. Civil Action No. 07-06544) | |
| *Shelton v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | |

**UNCONTESTED MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF 15 PAGE LIMIT**

Defendant Washington Mutual Bank f/k/a Long Beach Mortgage Company ("Long Beach") moves this Court for leave to file its Memorandum in Opposition to Motion for Class Certification in excess of the Court's 15 page limit on briefs. In support of its motion, Long Beach states as follows:

1. Plaintiffs have moved for certification of a nearly nationwide class of borrowers for their Family Rider Claim under the Truth in Lending Act (the "TILA").

2. There are four named plaintiffs who seek to serve as class representatives of the proposed class.

1

3. To thoroughly address the adequacy, typicality, and predominance requirements of Rule 23 with respect to all four named plaintiffs requires more than the 15 pages allotted under the Court's local rules. Long Beach's memorandum is 21 pages, six pages longer than the limitation.

4. Long Beach's counsel has conferred with Plaintiffs' counsel, and Plaintiffs' counsel does not object to this motion.

WHEREFORE, Long Beach respectfully requests that this Court grant it leave to file its Memorandum in Opposition to Plaintiffs' Motion for Class Certification in excess of the Court's 15 page limit.

Dated: June 11, 2008                      Respectfully submitted,

                                          Washington Mutual Bank
                                          f/k/a Long Beach Mortgage Company


                                   By:    /s/ Gabriel A. Crowson
                                          Matthew M. Neumeier
                                          Scott T. Schutte
                                          Gabriel A. Crowson
                                          HOWREY LLP
                                          321 N. Clark St. Suite 3400
                                          Chicago, IL 60610
                                          Telephone: (312) 595-1239
                                          Fax: (312) 595-2250
                                          Email: neumeierm@howrey.com
                                                 schuttes@howrey.com
                                                 crowsong@howrey.com

## **CERTIFICATE OF SERVICE**

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Uncontested Motion for Leave to File Brief in Excess of 15 Page Limit has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 11th day of June, 2008.

                                            /s/ Gabriel A. Crowson
                                            Gabriel A. Crowson