IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * MDL CASE NO. 07 CV 06543 * * * * Centralized before * Judge Wayne R. Andersen * |
| THIS DOCUMENT RELATES TO | * * |
| *Navara v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | * * * |
| *Carye v. Long Beach Mortgage Co.* U.S.D.C., D. Mass., Civil Action No. 06-10887 (N.D. Ill. Civil Action No. 07-06544) | * * * * |
| *Shelton v. Long Beach Mortgage Co.* U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | * * * |

******************************************

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, June 19, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's Uncontested Motion for Leave to File Brief in Excess of 15 Page Limit, a copy of which has been served upon you via the Court's CM/ECF case management system.

1

Dated: June 11, 2008

Respectfully submitted,

Washington Mutual Bank
f/k/a Long Beach Mortgage Company

By:   /s/ Gabriel A. Crowson
     Matthew M. Neumeier
     Scott T. Schutte
     Gabriel A. Crowson
     HOWREY LLP
     321 N. Clark St. Suite 3400
     Chicago, IL 60610
     Telephone: (312) 595-1239
     Fax: (312) 595-2250
     Email: neumeierm@howrey.com
           schuttes@howrey.com
           crowsong@howrey.com

## **CERTIFICATE OF SERVICE**

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 11th day of June, 2008.

                                             /s/ Gabriel A. Crowson
                                             Gabriel A. Crowson