UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Long Beach Mortgage Company Truth in Lending Act 1−4 Family Rider Litigation

　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　Case No.: 1:07−cv−06543

　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

Long Beach Mortgage Company, et al.

　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

　　　MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion for leave to file in excess of 15 pages [45] is granted. Plaintiff's motion for partial summary judgment [42] is entered and briefed as follows: Responses due by 7/18/2008. Replies due by 8/1/2008. Ruling will be made by mail. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.