**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY | * | |
| TRUTH IN LENDING ACT FAMILY RIDER | * | |
| LITIGATION | * | MDL CASE NO. 07 CV 06543 |
| | * | |
| | * | |
| | * | |
| _____ | * | Centralized before |
| | * | Judge Wayne R. Andersen |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| | * | |
| *Navara v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | * | |
| | * | |
| *Carye v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., D. Mass., Civil Action No. 06-10887 | * | |
| (N.D. Ill. Civil Action No. 07-06544) | * | |
| | * | |
| *Shelton v. Long Beach Mortgage Co.* | * | |
| U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | * | |
| | * | |

*********************************************

## UNCONTESTED MOTION TO SUBSTITUTE EXHIBITS

Defendant Washington Mutual Bank f/k/a Long Beach Mortgage Company ("Long Beach") moves this Court to substitute two exhibits that were attached to briefs recently filed by Long Beach.  In support of its motion, Long Beach states as follows:

1.    On June 11, Long Beach filed a Motion for Partial Summary Judgment [Dkt. No. 42] that attached a copy of the deposition of Albert Stinson as Exhibit 2 [Dkt. No. 42-6].  Long Beach inadvertently included the copy of Mr. Stinson's deposition that included testimony that had been designated confidential.  Long Beach therefore seeks to substitute in place of that exhibit, the deposition attached to this motion, which has redacted the confidential testimony.

1

2.       Also, on June 11, Long Beach filed a Memorandum in Opposition to Plaintiffs' Motion for Class Certification [Dkt. No. 44] that attached a copy of the deposition of Albert Stinson as Exhibit 5 [Dkt. No. 44-7].  Long Beach inadvertently included the copy of Mr. Stinson's deposition that included testimony that had been designated confidential.  Long Beach therefore seeks to substitute in place of that exhibit, the deposition attached to this motion, which has redacted the confidential testimony.

3.       Plaintiffs' counsel does not object to this motion.

WHEREFORE, Long Beach respectfully requests that this Court grant this motion and substitute Dkt. No. 42-6 with the "Corrected Exhibit 2" attached to this motion, and also substitute Dtk. No. 44-7 with the "Corrected Exhibit 5" attached to this motion.

Dated:  June 20, 2008              Respectfully submitted,

Washington Mutual Bank
f/k/a Long Beach Mortgage Company


By:    /s/ Gabriel A. Crowson
Matthew M. Neumeier
Scott T. Schutte
Gabriel A. Crowson
HOWREY LLP
321 N. Clark St. Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Fax: (312) 595-2250
Email: neumeierm@howrey.com
      schuttes@howrey.com
      crowsong@howrey.com

## <u>CERTIFICATE OF SERVICE</u>

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Uncontested Motion to Substitute Exhibits has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 20th day of June, 2008.

<u>/s/ Gabriel A. Crowson</u>
Gabriel A. Crowson