IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * * * * * * * * * * * * * * * * | MDL CASE NO. 07 CV 06543<br><br>Centralized before<br>Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | | |
| *Navara v. Long Beach Mortgage Co.*<br>U.S.D.C., N.D. Ill., Civil Action No. 05-0864 | | |
| *Carye v. Long Beach Mortgage Co.*<br>U.S.D.C., D. Mass., Civil Action No. 06-10887<br>(N.D. Ill. Civil Action No. 07-06544) | | |
| *Shelton v. Long Beach Mortgage Co.*<br>U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | | |

*******************************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, June 25, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's Uncontested Motion to Substitute Exhibits, a copy of which has been served upon you via the Court's CM/ECF case management system.

Dated:  June 20, 2008						Respectfully submitted,

								Washington Mutual Bank
								f/k/a Long Beach Mortgage Company


						By:	/s/ Gabriel A. Crowson
							Matthew M. Neumeier
							Scott T. Schutte
							Gabriel A. Crowson
							HOWREY LLP
							321 N. Clark St. Suite 3400
							Chicago, IL 60610
							Telephone: (312) 595-1239
							Fax: (312) 595-2250
							Email: neumeierm@howrey.com
								schuttes@howrey.com
								crowsong@howrey.com


## CERTIFICATE OF SERVICE

I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 20th day of June, 2008.


						/s/ Gabriel A. Crowson
						Gabriel A. Crowson