UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

| | |
|---|---|
| Long Beach Mortgage Company Truth in Lending Act 1−4 Family Rider Litigation<br><br>Plaintiff,<br><br>v.<br><br>Long Beach Mortgage Company, et al.<br><br>Defendant. | Case No.: 1:07−cv−06543<br><br>Honorable Wayne R. Andersen |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 25, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Defendant's uncontested motion to substitute exhibits [48] is granted. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.