ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| Time | Line | |
|---|---|---|
| 11:29:55 | 1 | Beach mortgage loan that you got.  Do you recall |
| 11:29:57 | 2 | that was around April 12th, 2006? |
| 11:30:00 | 3 | A.    Yes. |
| 11:30:00 | 4 | Q.    How did you go about starting the |
| 11:30:05 | 5 | process to get a loan? |
| 11:30:07 | 6 | A.    Like I said, I -- Brent Claire from |
| 11:30:11 | 7 | prior business.  And like I say, I actually felt |
| 11:30:15 | 8 | that he was doing something fraudulent. |
| 11:30:18 | 9 | Q.    Why do you say that? |
| 11:30:19 | 10 | A.    He kept shopping my loan. |
| 11:30:22 | 11 | Q.    Shopping your loan to different |
| | 12 | lenders? |
| 11:30:25 | 13 | A.    Yeah, he kept shopping me. |
| 11:30:27 | 14 | Q.    And offering different loan products |
| 11:30:30 | 15 | from different lenders? |
| 11:30:31 | 16 | A.    Yes. |
| 11:30:32 | 17 | Q.    And why did you feel that that was |
| 11:30:34 | 18 | wrong? |
| 11:30:34 | 19 | A.    Because when I really looked at my |
| 11:30:36 | 20 | interest rate, I could have got a better interest |
| 11:30:39 | 21 | rate at that time. |
| 11:30:40 | 22 | Q.    So you feel that Mr. Park -- |
| 11:30:44 | 23 | A.    Brent Claire. |
| 11:30:45 | 24 | Q.    Brent Claire, I'm sorry -- Brent Claire |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:30:48 | 1 | didn't get you the best interest rate that you |
| 11:30:51 | 2 | could have gotten? |
| 11:30:51 | 3 | A.    Right. |
| 11:30:52 | 4 | Q.    It was -- what's the name of his |
| | 5 | company? |
| 11:30:55 | 6 | A.    He's not with them anymore, but the |
| 11:30:57 | 7 | first company was Park West Mortgage. |
| 11:31:00 | 8 | Q.    That was where he was at when you got |
| 11:31:02 | 9 | your loan? |
| 11:31:03 | 10 | A.    Yes. |
| 11:31:03 | 11 | Q.    Had you already signed a purchase |
| 11:31:08 | 12 | contract for the house when you started applying |
| 11:31:11 | 13 | for a loan? |
| 11:31:11 | 14 | A.    No, I don't recall. |
| 11:31:13 | 15 | Q.    Were you just -- you were trying to |
| 11:31:19 | 16 | figure out what kind of loan you could get? |
| 11:31:22 | 17 | A.    Right. |
| 11:31:22 | 18 | Q.    And when did you become aware that Long |
| 11:31:28 | 19 | Beach would be the lender for your loan? |
| 11:31:30 | 20 | A.    The very last minute. I actually -- I |
| 11:31:34 | 21 | actually was through another lender. Then at the |
| 11:31:36 | 22 | last minute, he come with this -- saying that it |
| 11:31:40 | 23 | did fall through with the previous lender. Then |
| 11:31:42 | 24 | he say, Well, I have someone that can accept you, |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:31:45 | 1 | which was Long Beach.  And I wanted to get the |
| 11:31:50 | 2 | property, and I went with it. |
| 11:31:51 | 3 | Q.    Do you have -- did you have any |
| 11:31:55 | 4 | communications with anyone at Long Beach before |
| 11:31:58 | 5 | then? |
| 11:31:58 | 6 | A.    No. |
| 11:31:58 | 7 | Q.    Have you had any communications since |
| 11:32:00 | 8 | you got your loan? |
| 11:32:02 | 9 | A.    Hadn't even heard of Long Beach. |
| 11:32:05 | 10 | Q.    At that time did you feel that the loan |
| 11:32:08 | 11 | that Mr. Claire got you was not the best loan you |
| 11:32:12 | 12 | could have gotten? |
| 11:32:13 | 13 | A.    Yes. |
| 11:32:14 | 14 | Q.    Did you raise that with him? |
| 11:32:16 | 15 | A.    Yes. |
| 11:32:16 | 16 | Q.    What did he say? |
| 11:32:19 | 17 | A.    We don't even talk right now, so... |
| 11:32:21 | 18 | Q.    Why do you say that? |
| 11:32:23 | 19 | A.    I say we don't talk because I was |
| 11:32:25 | 20 | pretty hot. |
| 11:32:26 | 21 | Q.    You mean you don't talk to him now? |
| 11:32:28 | 22 | A.    Right.  Right. |
| 11:32:29 | 23 | Q.    But what I'm asking about is at the |
| 11:32:32 | 24 | time, around April of 2006, when he told you that |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:32:35 | 1 | he was going to get you a loan with Long Beach, |
| 11:32:38 | 2 | did you feel that it wasn't the best loan |
| 11:32:42 | 3 | possible? |
| 11:32:42 | 4 | A.    After I sat and thought about it.  But |
| 11:32:45 | 5 | like I said, I was so gung ho into getting this |
| 11:32:48 | 6 | property that I didn't think of at the time.  But |
| | 7 | the minute I signed those papers, I looked over |
| 11:32:52 | 8 | the thing and I was like, wow, I got screwed on |
| 11:32:56 | 9 | this. |
| 11:32:56 | 10 | Q.    Like on the day of the closing you |
| 11:32:58 | 11 | looked over the papers? |
| 11:32:58 | 12 | A.    Yes. |
| 11:32:59 | 13 | Q.    And did you raise it with him then? |
| 11:33:00 | 14 | A.    Right.  I felt -- I told him he should |
| 11:33:03 | 15 | have got me a better deal than that.  But I know |
| 11:33:04 | 16 | it's money -- it's money. |
| 11:33:04 | 17 | Q.    What did he say in response? |
| 11:33:06 | 18 | A.    He really didn't say, kind of was |
| 11:33:10 | 19 | quiet.  So I hit a nerve. |
| 11:33:11 | 20 | Q.    Did you call anybody up at Long Beach? |
| 11:33:14 | 21 | A.    I actually called and filed a complaint |
| 11:33:16 | 22 | with -- what's the people that police these type |
| 11:33:21 | 23 | of -- I can't think of the name, but you can call |
| 11:33:25 | 24 | a complaint and -- on lending companies if you |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:33:30 | 1 | think you wasn't treated fairly. |
| 11:33:32 | 2 | Q.    Was it like the Better Business Bureau |
| 11:33:36 | 3 | or like the FTC or some kind of consumer |
| 11:33:38 | 4 | organization? |
| 11:33:38 | 5 | A.    Yeah, some type.  And they never |
| 11:33:43 | 6 | followed back in on me, so... |
| 11:33:43 | 7 | Q.    Did you keep a copy of that? |
| 11:33:45 | 8 | A.    No. |
| 11:33:45 | 9 | Q.    Was that something that you did online? |
| 11:33:47 | 10 | A.    Over the phone.  I called and talked |
| 11:33:48 | 11 | with someone.  They said they was going to submit |
| 11:33:51 | 12 | it in, and they give me a response back.  I hadn't |
| 11:33:53 | 13 | had a response back from it. |
| 11:33:55 | 14 | Q.    You never got anything in the mail in |
| 11:33:57 | 15 | response? |
| 11:33:57 | 16 | A.    No. |
| 11:33:58 | 17 | Q.    And you don't remember the name of the |
| 11:34:01 | 18 | agency or the group that you called? |
| 11:34:01 | 19 | A.    No.  No. |
| 11:34:02 | 20 | Q.    Where did you get the number from? |
| 11:34:04 | 21 | A.    Where did I get that number from?  I |
| 11:34:08 | 22 | think it was on some of those CIA's them credit |
| 11:34:11 | 23 | reporting agencies where you can report stuff like |
| 11:34:14 | 24 | this here. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:34:15 | 1 | Q.    So maybe one of the credit bureaus? |
| 11:34:18 | 2 | A.    Yeah. |
| 11:34:19 | 3 | Q.    Now do you have any -- other than the |
| 11:34:26 | 4 | 1-4 family rider, are you claiming that Long Beach |
| 11:34:32 | 5 | got you a loan that was at too high of an interest |
| 11:34:38 | 6 | rate? |
| 11:34:38 | 7 | A.    Yes. |
| 11:34:40 | 8 | MS. COMBS:  I guess I would ask you to |
| 11:34:42 | 9 | clarify.  Are you talking about part of the |
| 11:34:44 | 10 | lawsuit, or is that his separate contention. |
| | 11 | BY MR. CROWSON: |
| 11:34:48 | 12 | Q.    Right.  In this lawsuit that we're |
| 11:34:52 | 13 | talking about today, do you have a claim that Long |
| 11:34:59 | 14 | Beach in some way improperly got you a loan at too |
| 11:35:03 | 15 | high of an interest rate? |
| 11:35:04 | 16 | A.    No.  My claim is with that 1-4.  I have |
| 11:35:06 | 17 | no other claim with them except what's in that |
| 11:35:09 | 18 | 1-4. |
| 11:35:10 | 19 | Q.    But you were upset at the time that you |
| 11:35:12 | 20 | got a loan that was too high? |
| 11:35:14 | 21 | A.    Right. |
| 11:35:15 | 22 | Q.    And you've since paid off the loan? |
| 11:35:18 | 23 | A.    Yes.  To my knowledge, the investor |
| 11:35:21 | 24 | paid it off.  Like I say, I gave it to them.  I |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:35:24 | 1 | don't know what they even done with the property. |
| 11:35:26 | 2 | But it's paid off according to my statements from |
| | 3 | the bank. |
| 11:35:29 | 4 | Q.    Did you get it paid off as part of your |
| 11:35:32 | 5 | closing with the investor? |
| 11:35:33 | 6 | A.    Yes. |
| 11:35:34 | 7 | Q.    So you didn't transfer the loan or |
| 11:35:36 | 8 | assign it to the new investor? |
| 11:35:37 | 9 | A.    No. |
| 11:35:38 | 10 | Q.    About how many conversations did you |
| 11:35:48 | 11 | have with Mr. Claire before you went to your |
| 11:35:51 | 12 | closing? |
| 11:35:52 | 13 | A.    Maybe one or two, just talking about |
| 11:35:54 | 14 | the closing, the closing location, and that's it. |
| 11:35:57 | 15 | Q.    Did he, you know, get information from |
| 11:36:01 | 16 | you for a loan application? |
| 11:36:03 | 17 | A.    When, after wise? |
| 11:36:05 | 18 | Q.    Before the loan closing? |
| 11:36:07 | 19 | A.    No. |
| 11:36:07 | 20 | Q.    Did he prepare a loan application for |
| 11:36:10 | 21 | you to sign? |
| 11:36:11 | 22 | A.    Yeah, prior to me getting the loan. |
| 11:36:13 | 23 | Q.    I guess what I'm asking is did you talk |
| 11:36:16 | 24 | to him before you signed the application for him |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:36:18 | 1 | to get the information to put on there? |
| 11:36:20 | 2 | A.    Yes. |
| 11:36:20 | 3 | Q.    And you haven't had any written |
| 11:36:27 | 4 | communications or verbal communications with |
| 11:36:29 | 5 | anyone at Long Beach about your loan? |
| 11:36:31 | 6 | A.    No. Because right after that Long Beach |
| 11:36:37 | 7 | sold my loan, so... |
| 11:36:39 | 8 | Q.    You know who they sold it to? |
| 11:36:43 | 9 | A.    Washington Mutual. |
| 11:36:44 | 10 | Q.    Is that where you sent your payments, |
| 11:36:52 | 11 | to Washington Mutual? |
| 11:36:53 | 12 | A.    Yes. |
| 11:36:54 | 13 | Q.    Do you remember when you signed a loan |
| 11:37:01 | 14 | application? |
| 11:37:04 | 15 | A.    August -- April, I mean -- probably |
| 11:37:06 | 16 | March -- right before I -- maybe a month or so |
| 11:37:09 | 17 | before. |
| 11:37:09 | 18 | Q.    Before the closing? |
| 11:37:10 | 19 | A.    Yeah. |
| 11:37:10 | 20 | Q.    Or during? |
| 11:37:11 | 21 | A.    Before the closing. |
| 11:37:12 | 22 | Q.    Did you have to provide any information |
| 11:37:23 | 23 | to Mr. Claire in terms of financial data like tax |
| 11:37:30 | 24 | returns or W-2 forms? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:37:32 | 1 | A.    Yes.  Yes. |
| 11:37:33 | 2 | Q.    Do you know if you had to give him any |
| 11:37:39 | 3 | leases on the property at that time? |
| 11:37:43 | 4 | A.    No. |
| | 5 | (WHEREUPON, a certain document |
| | 6 | was marked Stinson Deposition |
| | 7 | Exhibit No. 6, for |
| | 8 | identification, as of 4/21/08.) |
| | 9 | BY MR. CROWSON: |
| 11:38:32 | 10 | Q.    Mr. Stinson, I've handed you what's |
| 11:38:35 | 11 | been marked as Exhibit 6, which is a copy of a |
| 11:38:40 | 12 | uniform residential loan application, which your |
| 11:38:46 | 13 | attorney has produced, has a Bates stamp at the |
| 11:38:49 | 14 | lower right-hand corner Stinson 44 to Stinson 47. |
| 11:38:52 | 15 | A.    Okay. |
| 11:38:53 | 16 | Q.    Just let me know when you've had a |
| 11:39:02 | 17 | chance to flip through it.  You're ready? |
| 11:39:21 | 18 | A.    Yeah. |
| 11:39:21 | 19 | Q.    Do you remember having to get two |
| 11:39:24 | 20 | mortgage loans in order to buy it? |
| 11:39:26 | 21 | A.    Yes. |
| 11:39:27 | 22 | Q.    Do you know why you had to do that? |
| 11:39:30 | 23 | A.    Because combination loan.  I didn't |
| 11:39:32 | 24 | apply for the FHA, so they say you could do a |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:39:36 | 1 | conventional for me. |
| 11:39:37 | 2 | Q.    Was that an 80 percent loan? |
| 11:39:41 | 3 | A.    80/20.  Yeah, 80/20. |
| 11:39:44 | 4 | Q.    So could you finance 100 percent of the |
| 11:39:48 | 5 | purchase price? |
| 11:39:49 | 6 | A.    Yes. |
| 11:39:50 | 7 | Q.    So if you look at the amount section |
| 11:39:56 | 8 | for this, what's been marked as Exhibit 6, it says |
| 11:40:00 | 9 | 100 and -- I guess that's 48,000? |
| 11:40:01 | 10 | A.    Yes. |
| 11:40:01 | 11 | Q.    Would this be the loan application for |
| 11:40:04 | 12 | your first mortgage loan, the 80 percent loan? |
| 11:40:07 | 13 | A.    Yes. |
| 11:40:07 | 14 | Q.    If you look a few more lines down, it |
| 11:40:12 | 15 | says "Title will be held in what name."  And then |
| 11:40:15 | 16 | it says, "Albert Stinson and Lawrence Reddit." |
| | 17 | A.    Right. |
| 11:40:23 | 18 | Q.    Who is Mr. Lawrence Reddit? |
| 11:40:23 | 19 | A.    Lawrence actually was going to come in |
| 11:40:26 | 20 | and stay in the other unit, but he didn't.  At the |
| 11:40:30 | 21 | last minute he backed down. |
| 11:40:31 | 22 | Q.    He was going to stay in as a tenant? |
| 11:40:34 | 23 | A.    Yes.  He was going to be my second |
| 11:40:36 | 24 | tenant, and I'd be the the first tenant of my own |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:40:39 | 1 | property.  But he backed out at the end. |
| 11:40:41 | 2 | Q.    Was he going to be the owner of the |
| 11:40:43 | 3 | house, or just you? |
| 11:40:44 | 4 | A.    Just me.  I don't even know why he put |
| 11:40:54 | 5 | that there. |
| 11:40:55 | 6 | Q.    If you flip to page -- the third page |
| 11:40:59 | 7 | in, which is marked Stinson 46, near the bottom, |
| 11:41:06 | 8 | borrower's signature?. |
| 11:41:06 | 9 | A.    Yes. |
| 11:41:07 | 10 | Q.    Is that your signature? |
| 11:41:08 | 11 | A.    Yes. |
| 11:41:08 | 12 | Q.    Is that your handwriting for the date? |
| 11:41:10 | 13 | A.    Yes. |
| 11:41:10 | 14 | Q.    And or the next page at the bottom, is |
| 11:41:13 | 15 | that your signature and handwritten date? |
| 11:41:16 | 16 | A.    Yes. |
| 11:41:16 | 17 | Q.    If you look at the third page at the |
| 11:41:29 | 18 | top, it says "Schedule of Real Estate," and then |
| 11:41:38 | 19 | it lists your house at 127 Bellwood in Bellwood? |
| 11:41:42 | 20 | A.    Yes. |
| 11:41:42 | 21 | Q.    Couple of rows over, it says "current |
| 11:41:46 | 22 | or gross rental income 1250."  Do you see where |
| 11:41:51 | 23 | I'm talking about? |
| 11:41:52 | 24 | A.    Yes. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:41:52 | 1 | Q.    Do you know why there was a rental |
| 11:41:55 | 2 | income designated for that property? |
| 11:41:58 | 3 | A.    I have no idea. |
| 11:41:59 | 4 | Q.    You didn't rent it out at that time? |
| 11:42:01 | 5 | A.    No. |
| 11:42:01 | 6 | Q.    And were you going to rent it out |
| 11:42:04 | 7 | afterwards? |
| 11:42:04 | 8 | A.    Is you talking about 5402 South |
| 11:42:08 | 9 | Shields? |
| 11:42:08 | 10 | Q.    No, no, I'm talking about 127 Bellwood. |
| 11:42:11 | 11 | A.    No, that was my house. |
| 11:42:12 | 12 | Q.    I guess what I'm asking is after you |
| 11:42:14 | 13 | purchased 5402, did you intend to -- |
| 11:42:19 | 14 | A.    Rent my former house? |
| 11:42:21 | 15 | Q.    Right. |
| 11:42:21 | 16 | A.    No. |
| 11:42:22 | 17 | Q.    And if you go to the second page, at |
| 11:42:43 | 18 | the top it lists employment income of borrower, |
| 11:42:50 | 19 | $4200.  On the second page, I think you were -- |
| 11:43:01 | 20 | A.    Okay. |
| 11:43:01 | 21 | Q.    And then lower down on that column it |
| 11:43:04 | 22 | lists "other," $900. |
| 11:43:08 | 23 | A.    Yes, I see it. |
| 11:43:09 | 24 | Q.    Do you know what that is referring to? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:43:12 | 1 | A.    No. |
| 11:43:12 | 2 | Q.    If you look in the next little section, |
| 11:43:18 | 3 | there's an entry that says "Subject property |
| 11:43:21 | 4 | rental income."  Then it says $900? |
| 11:43:24 | 5 | A.    Yes, I see it. |
| 11:43:25 | 6 | Q.    Do you know why that was listed there? |
| 11:43:27 | 7 | A.    No. |
| 11:43:28 | 8 | Q.    Did you have any intention to rent it |
| 11:43:32 | 9 | out for $900 a month? |
| 11:43:34 | 10 | A.    No, I did not.  I told you what my |
| 11:43:36 | 11 | intention was earlier. |
| 11:43:37 | 12 | Q.    That was to rent it to your friend for |
| 11:43:43 | 13 | 750? |
| 11:43:44 | 14 | A.    To buy it for me and to rent -- to help |
| 11:43:47 | 15 | me pay that mortgage.  That was my purpose. |
| 11:43:51 | 16 | Q.    To live in it? |
| 11:43:52 | 17 | A.    To live in it. |
| 11:43:53 | 18 | Q.    And rent part of it? |
| 11:43:54 | 19 | A.    Yes.  Look like Brent did a number on |
| 11:44:06 | 20 | this. |
| 11:44:06 | 21 | Q.    I'm sorry? |
| 11:44:07 | 22 | A.    I was just talking to myself.  Looking |
| 11:44:10 | 23 | like Brent -- wow. |
| 11:44:12 | 24 | Q.    You think he did something wrong with |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| 11:44:14 | 1 | the application? |
| 11:44:17 | 2 | A.    Want to keep my personal opinions to |
| 11:44:20 | 3 | myself. |
| 11:44:21 | 4 | MS. COMBS:  Well, I think you can answer that |
| 11:44:23 | 5 | question. |
| 11:44:23 | 6 | THE WITNESS:  Yeah.  Because I don't remember |
| 11:44:26 | 7 | seeing these -- these numbers. |
|  | 8 | BY MR. CROWSON: |
| 11:44:29 | 9 | Q.    Did you look over this before you |
| 11:44:31 | 10 | signed it? |
| 11:44:31 | 11 | A.    No.  That was my fault. |
| 11:44:33 | 12 | Q.    And are you referring to the $900, |
| 11:44:38 | 13 | that's a mistake? |
| 11:44:38 | 14 | A.    Right.  Right. |
| 11:44:39 | 15 | Q.    And what about the 4200? |
| 11:44:41 | 16 | A.    The 4200, right.  I don't see where |
| 11:44:45 | 17 | them numbers coming from. |
| 11:44:45 | 18 | Q.    Because $4200 a month would be more |
| 11:44:47 | 19 | than $24,000? |
| 11:44:49 | 20 | A.    Right.  That's why I don't understand |
| 11:44:52 | 21 | where they coming from. |
| 11:44:53 | 22 | Q.    Do you have any idea why Mr. -- why |
| 11:45:03 | 23 | Brent Claire would have put inaccurate figures in |
| 11:45:08 | 24 | the loan application? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:45:08 | 1 | A.    You know, if you're in a loan business, |
| 11:45:11 | 2 | you do what you do to get the loan, you know.  I |
| 11:45:15 | 3 | don't ask questions.  I don't know how -- what he |
| 11:45:16 | 4 | did -- but he made it happen.  Maybe he plugged |
| 11:45:20 | 5 | things in he shouldn't have plugged in.  I don't |
| 11:45:23 | 6 | know.  That's what I'm figuring. |
| 11:45:24 | 7 | Q.    Would you agree with me that a lender |
| 11:45:26 | 8 | like Long Beach relies on the information in the |
| 11:45:30 | 9 | application to determine whether to give a person |
| 11:45:33 | 10 | a loan? |
| 11:45:36 | 11 | A.    Do you want me it answer that |
| 11:45:37 | 12 | personally or -- |
| 11:45:38 | 13 | Q.    Yeah.  I'm just asking your personal -- |
| 11:45:41 | 14 | A.    I just think they all crooks, man.  And |
| 11:45:43 | 15 | they do -- |
| 11:45:44 | 16 | MS. COMBS:  Wait a minute.  Listen to his |
| 11:45:47 | 17 | question. |
| 11:45:48 | 18 | THE WITNESS:  Okay.  I guess you say -- you |
| 11:45:51 | 19 | said -- |
| 11:45:53 | 20 | MS. COMBS:  Could you read the question back? |
| 11:45:53 | 21 | MR. CROWSON:  I'll rephrase it. |
| | 22 | BY MR. CROWSON: |
| 11:45:54 | 23 | Q.    Would you agree with me that a lender |
| 11:45:56 | 24 | like Long Beach relies on the accuracy of |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:46:01 | 1 | information in a loan application in order to |
| 11:46:04 | 2 | determine whether to give a borrower like you a |
| 11:46:08 | 3 | loan and whether to set a certain interest rate |
| 11:46:11 | 4 | for the loan? |
| 11:46:14 | 5 | A.    Part yes and part no. |
| 11:46:15 | 6 | Q.    Why part yes and part no? |
| 11:46:18 | 7 | A.    Because this wasn't accurate. |
| 11:46:20 | 8 | Q.    I guess what I'm asking -- I understand |
| 11:46:23 | 9 | that you say that this one is inaccurate.  But do |
| 11:46:27 | 10 | you have any reason to suspect that Long Beach |
| 11:46:30 | 11 | would have known that these figures are |
| 11:46:33 | 12 | inaccurate? |
| 11:46:34 | 13 | A.    No. |
| 11:46:35 | 14 | Q.    And I guess what I'm asking is Long |
| 11:46:39 | 15 | Beach has to rely on -- |
| 11:46:41 | 16 | A.    The information they -- given to them. |
| 11:46:43 | 17 | Q.    Would you agree with that? |
| 11:46:44 | 18 | A.    Yes. |
| 11:46:44 | 19 | Q.    And then why would you say part no, |
| 11:46:47 | 20 | just because some of the information on yours is |
| 11:46:49 | 21 | inaccurate? |
| 11:46:50 | 22 | A.    It's just personal things, man. |
| 11:46:53 | 23 | That -- I just have personal problem with lending |
| 11:46:55 | 24 | services, how they go about, you know, doing |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:46:58 | 1 | things with people. |
| 11:46:59 | 2 | Q.    Lenders and mortgage brokers? |
| 11:47:02 | 3 | A.    Yes. |
| 11:47:03 | 4 | Q.    And why do you think that they're |
| 11:47:05 | 5 | crooks? |
| 11:47:06 | 6 | A.    Look at the mess we're in now. |
| 11:47:08 | 7 | Q.    You're referring to the -- |
| 11:47:09 | 8 | A.    The financial mess -- I mean the |
| 11:47:12 | 9 | mortgage. |
| 11:47:13 | 10 | Q.    Do you have any other, like, examples |
| 11:47:14 | 11 | or just kind of more details why you think they're |
| 11:47:18 | 12 | not doing the right thing? |
| 11:47:19 | 13 | A.    Just the mortgage crisis, you know. |
| 11:47:22 | 14 | They should be accountable for that because they |
| 11:47:24 | 15 | do give out the loans, you know.  That's just my |
| 11:47:28 | 16 | personal opinion.  Stay away from that though. |
| 11:47:31 | 17 | Q.    Did you know how much you were going |
| 11:47:40 | 18 | to -- how much were your monthly payment was going |
| 11:47:42 | 19 | to being under the Long Beach mortgage loan? |
| 11:47:45 | 20 | A.    Yes. |
| 11:47:46 | 21 | Q.    What was the monthly mortgage payment? |
| 11:47:48 | 22 | A.    I'm thinking it was -- okay, I know |
| 11:47:51 | 23 | probably like around 1500.  That's with taxes and |
| 11:47:55 | 24 | insurance included.  So in that ballpark. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:47:57 | 1 | Q.     Were you uncomfortable with that amount |
| 11:47:59 | 2 | in terms of being able to pay it every month? |
| 11:48:02 | 3 | A.     Well, like I say, my plan was to go in |
| 11:48:05 | 4 | there and live in there myself and to have the |
| 11:48:07 | 5 | other 750.  So it wouldn't have been a problem. |
| 11:48:09 | 6 | Q.     So you were going to use part of the |
| 11:48:12 | 7 | lease money to pay the mortgage? |
| 11:48:14 | 8 | A.     Yes.  Yes. |
| 11:48:15 | 9 | Q.     I'm going to mark a second loan |
| 11:48:31 | 10 | application just to get you to verify your |
| 11:48:35 | 11 | signature. |
| | 12 | (WHEREUPON, a certain document |
| | 13 | was marked Stinson Deposition |
| | 14 | Exhibit No. 7, for |
| 11:48:50 | 15 | identification, as of 4/21/08.) |
| 11:48:51 | 16 | BY MR. CROWSON: |
| 11:48:52 | 17 | Q.     I'm handing what what's been marked as |
| 11:48:54 | 18 | Exhibit 7.  It's a uniform residential loan |
| 11:48:58 | 19 | application produced by your attorneys bearing the |
| 11:49:01 | 20 | Bates range Stinson 35 through Stinson 38. |
| 11:49:05 | 21 | If you flip to the third page, which is |
| 11:49:26 | 22 | marked Stinson 37, in the section borrower's |
| 11:49:35 | 23 | signature, is that your signature? |
| 11:49:37 | 24 | A.     Yes. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| 11:49:37 | 1 | Q. Is that your handwriting for the date? |
| 11:49:40 | 2 | A. Yes. |
| 11:49:41 | 3 | Q. And on the next page, page 4 at the |
| 11:49:43 | 4 | bottom, borrower's signature, is that your |
| 11:49:46 | 5 | signature? |
| 11:49:47 | 6 | A. Yes. |
| 11:49:47 | 7 | Q. And the handwriting is yours for the |
| 11:49:50 | 8 | date? |
| 11:49:51 | 9 | A. Yes. |
| 11:49:51 | 10 | Q. All right. And if you look at the |
| 11:49:57 | 11 | first page in the amount section, I think it looks |
| 11:50:00 | 12 | like -- |
| 11:50:00 | 13 | A. 37,000. |
| 11:50:01 | 14 | Q. This would be for the second mortgage |
| 11:50:04 | 15 | loan, the 20 percent? |
| 11:50:05 | 16 | A. Yes. |
| 11:50:06 | 17 | Q. And again, we don't have to spend as |
| 11:50:15 | 18 | much time, but if you look at the second page, it |
| 11:50:17 | 19 | has the same information about your income? |
| 11:50:20 | 20 | A. Right. |
| 11:50:20 | 21 | Q. The 4200 per month and the 900 rental |
| 11:50:24 | 22 | income? |
| 11:50:24 | 23 | A. Yes. |
| 11:50:25 | 24 | Q. And it's your testimony that that's not |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:50:28 | 1 | accurate information? |
| 11:50:29 | 2 | A.    Yes. |
| 11:50:30 | 3 | Q.    And the same for on page 3, where it |
| 11:50:33 | 4 | lists your address at 127 Bellwood as gross rental |
| 11:50:42 | 5 | income 1,250? |
| 11:50:42 | 6 | A.    Yes. |
| 11:50:42 | 7 | Q.    That's not accurate? |
| 11:50:43 | 8 | A.    That's not accurate, right. |
| 11:50:46 | 9 | Q.    And you didn't provide that information |
| 11:50:58 | 10 | to Mr. Claire, the monthly income or the rental |
| 11:51:03 | 11 | income information? |
| 11:51:04 | 12 | A.    No, I didn't. |
| 11:51:05 | 13 | Q.    He put that on there? |
| 11:51:06 | 14 | A.    He had to because I wouldn't written |
| 11:51:10 | 15 | anything. |
| 11:51:10 | 16 | Q.    Just want to get to you verify |
| 11:51:44 | 17 | another of your signatures. |
| | 18 | (WHEREUPON, a certain document |
| | 19 | was marked Stinson Deposition |
| | 20 | Exhibit No. 8, for |
| | 21 | identification, as of 4/21/08.) |
| | 22 | BY MR. CROWSON: |
| 11:52:34 | 23 | Q.    Mr. Stinson, I'm going to hand you |
| 11:52:36 | 24 | what's been marked as Exhibit 8, which a one-page |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:52:41 | 1 | document bearing the Bates stamp Long Beach |
| 11:52:44 | 2 | MDL 00612. |
| 11:53:48 | 3 | Are you ready? |
| 11:54:11 | 4 | A. Yes. |
| 11:54:12 | 5 | Q. Is that your signature at the bottom? |
| 11:54:13 | 6 | A. Yes, it is. |
| 11:54:14 | 7 | Q. Do you recall writing this note or |
| 11:54:17 | 8 | letter? |
| 11:54:18 | 9 | A. Yes, I have some recollection of it. I |
| 11:54:21 | 10 | actually forgot about it, but I have some |
| 11:54:24 | 11 | recollection of it. |
| 11:54:24 | 12 | Q. Did you type this up and sign it? |
| 11:54:26 | 13 | A. Yes. |
| 11:54:26 | 14 | Q. Do you know why you had to -- did you |
| 11:54:28 | 15 | submit this to somebody? |
| 11:54:29 | 16 | A. I think I submitted to Brent. I think |
| 11:54:32 | 17 | he said I needed to submit this, if I'm not |
| 11:54:35 | 18 | mistaken. Part of the loan processes or |
| 11:54:37 | 19 | something, he said I needed to have something like |
| 11:54:40 | 20 | this here. I can't really tell you why, but I |
| 11:54:42 | 21 | recall me typing this up and being thorough like |
| 11:54:45 | 22 | this here. |
| 11:54:46 | 23 | Q. All right. That's all I wanted to know |
| 11:54:48 | 24 | about it. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 11:54:48 | 1 | That's all I have with that one, you can |
| 11:55:04 | 2 | set it aside if you want. |
| 11:55:06 | 3 | MR. CROWSON:  I'm almost done.  But if you |
| 11:55:17 | 4 | guys want to take another like five-minute |
| 11:55:20 | 5 | break -- |
| 11:55:21 | 6 | MS. COMBS:  Okay.  That would be great. |
| 11:55:25 | 7 | THE VIDEOGRAPHER:  We're going off the video |
| 11:55:28 | 8 | record at 11:55 a.m. |
| 12:04:37 | 9 | (WHEREUPON, a recess was had.) |
| 12:06:50 | 10 | THE VIDEOGRAPHER:  We're going back on the |
| 12:06:58 | 11 | video record at 12:07 p.m. |
| | 12 | BY MR. CROWSON: |
| 12:07:02 | 13 | Q.    We're almost done, Mr. Stinson. |
| 12:07:05 | 14 | Was -- did you ever see a copy of the |
| 12:07:09 | 15 | appraisal that was done for the 5402 South Shields |
| 12:07:15 | 16 | Avenue house when you bought it? |
| 12:07:16 | 17 | A.    I actually asked Brent Claire to give |
| 12:07:19 | 18 | me a copy of that appraisal, he never sent it to |
| 12:07:22 | 19 | me. |
| 12:07:22 | 20 | Q.    So you never got one? |
| 12:07:23 | 21 | A.    Never got a copy, no. |
| 12:07:24 | 22 | Q.    But you wanted one? |
| 12:07:26 | 23 | A.    Yes, I'd like to have steps for |
| 12:07:31 | 24 | personal records. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:07:32 | 1 | Q.    Well, we produced one to your lawyer so |
| 12:07:39 | 2 | if you really want one -- |
| 12:07:41 | 3 | A.    Yes. |
| 12:07:41 | 4 | Q.    -- they should have it. |
| 12:07:43 | 5 | Was the name of the tenant that was |
| 12:07:47 | 6 | already at 5402 South Shields Darryl Castillo. |
| 12:07:51 | 7 | Does that ring a bell? |
| 12:07:53 | 8 | A.    I have no idea. |
| 12:07:54 | 9 | Q.    So you don't know who the tenant was |
| 12:07:59 | 10 | that lived there? |
| 12:08:00 | 11 | A.    No, I just know it was one there. |
| 12:08:03 | 12 | Q.    And you had never seen a lease by that |
| 12:08:06 | 13 | tenant? |
| 12:08:06 | 14 | A.    No. |
| 12:08:07 | 15 | Q.    Did you execute a real estate purchase |
| 12:08:15 | 16 | contract when you bought the house at 5402? |
| 12:08:19 | 17 | A.    Yes. |
| 12:08:19 | 18 | Q.    That was with Mr. Alonso Hicks? |
| 12:08:23 | 19 | A.    Yes. |
| 12:08:24 | 20 | Q.    Do you recall having to discuss or |
| 12:08:34 | 21 | negotiate any fixtures or personal property that |
| 12:08:38 | 22 | needed to stay on the property? |
| 12:08:40 | 23 | A.    No. |
| 12:08:41 | 24 | Q.    That wasn't discussed at all? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:08:43 | 1 | A.     No. |
| | 2 | (WHEREUPON, a certain document |
| | 3 | was marked Stinson Deposition |
| | 4 | Exhibit No. 9, for |
| | 5 | identification, as of 4/21/08.) |
| | 6 | BY MR. CROWSON: |
| 12:09:02 | 7 | Q.     Mr. Stinson, I'm going to hand you |
| 12:09:03 | 8 | what's been marked as Exhibit 9.  It's a copy of a |
| 12:09:15 | 9 | multi-board residential real estate contract, |
| 12:09:18 | 10 | bears the Bates stamp Long Beach MDL 00664 through |
| 12:09:25 | 11 | 00671. |
| 12:09:26 | 12 | Are those initials yours in the lower |
| 12:09:47 | 13 | left-hand corner of each page? |
| 12:09:50 | 14 | A.     Yes. |
| 12:09:50 | 15 | Q.     And on the last page, is that your |
| 12:10:04 | 16 | signature near the top on the left where it says |
| 12:10:08 | 17 | "buyer signature"? |
| 12:10:09 | 18 | A.     You say the top on the left? |
| 12:10:12 | 19 | Q.     Yes, on the last page. |
| 12:10:13 | 20 | A.     Yes. |
| 12:10:16 | 21 | Q.     Okay.  That's all I wanted to do with |
| 12:10:25 | 22 | that document. |
| | 23 | (WHEREUPON, a certain document |
| | 24 | was marked Stinson Deposition |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

|  |  |  |
|---|---|---|
| | 1 | Exhibit No. 10, for |
| | 2 | identification, as of 4/21/08.) |
| | 3 | BY MR. CROWSON: |
| 12:11:10 | 4 | Q.    Mr. Stinson, I've handed you what was |
| 12:11:13 | 5 | marked as Exhibit 10, which is a copy of a |
| 12:11:16 | 6 | mortgage for your first mortgage loan, bears the |
| 12:11:20 | 7 | Bates stamp Long Beach MDL 00495 through 00515. |
| 12:11:30 | 8 | Is that your initials near the bottom of the page? |
| 12:11:33 | 9 | A.    Yes. |
| 12:11:34 | 10 | Q.    On each page? |
| 12:11:35 | 11 | A.    Yes. |
| 12:11:35 | 12 | Q.    And if you look on page 2, the amount |
| 12:11:41 | 13 | that's secured by the note is $148,000? |
| 12:11:46 | 14 | A.    Yes. |
| 12:11:46 | 15 | Q.    So this would be the mortgage for your |
| 12:11:48 | 16 | first mortgage -- |
| 12:11:49 | 17 | A.    First mortgage, yeah. |
| 12:11:50 | 18 | Q.    And let's flip to the page which is 14 |
| 12:12:05 | 19 | of 15. |
| 12:12:08 | 20 | A.    You say page 14? |
| 12:12:11 | 21 | Q.    Right.  It has the 508 number at the |
| 12:12:15 | 22 | bottom. |
| 12:12:15 | 23 | A.    Okay.  Okay. |
| 12:12:23 | 24 | Q.    Is that your signature at the top right |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:12:26 | 1 | where it says "borrower"? |
| 12:12:28 | 2 | A.    Yes. |
| 12:12:29 | 3 | Q.    And then if we flip a few more pages to |
| 12:12:39 | 4 | 514, starts the 1-4 family rider? |
| 12:12:45 | 5 | A.    Yes. |
| 12:12:45 | 6 | Q.    Are those your initials at the bottom |
| 12:12:48 | 7 | right? |
| 12:12:49 | 8 | A.    Yes. |
| 12:12:49 | 9 | Q.    And then the next page, is that your |
| 12:12:52 | 10 | signature? |
| 12:12:53 | 11 | A.    Yes. |
| 12:12:53 | 12 | Q.    Did you look over the 1-4 family rider |
| 12:12:58 | 13 | when you signed it? |
| 12:12:58 | 14 | A.    No. |
| 12:12:59 | 15 | Q.    Did you look over it -- was it included |
| 12:13:03 | 16 | in your package of materials after the loan |
| 12:13:06 | 17 | closing? |
| 12:13:07 | 18 | A.    You said was this included in -- |
| 12:13:09 | 19 | Q.    Well, let me back up.  After the |
| 12:13:12 | 20 | closing, were you presented your personal copy of |
| 12:13:16 | 21 | the loan documents? |
| 12:13:17 | 22 | A.    Yes. |
| 12:13:18 | 23 | Q.    Did you take those home with you? |
| 12:13:19 | 24 | A.    Yes. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:13:19 | 1 | Q.    Did you look at any of them when you |
| 12:13:21 | 2 | went home? |
| 12:13:22 | 3 | A.    No. |
| 12:13:22 | 4 | Q.    Do you know if the mortgage and the 1-4 |
| 12:13:26 | 5 | family rider were included in that package? |
| 12:13:30 | 6 | A.    Well, they was there when I was |
| 12:13:32 | 7 | informed that I looked through there.  So they was |
| 12:13:34 | 8 | there on the original documentations. |
| 12:13:37 | 9 | Q.    So until you got the package from |
| 12:13:38 | 10 | Mr. Hofeld, had you ever went through and looked |
| 12:13:41 | 11 | at your mortgage documents? |
| 12:13:43 | 12 | A.    Not all the way through. |
| 12:13:44 | 13 | Q.    And you didn't read the 1-4 family |
| 12:13:49 | 14 | rider when you were at the closing? |
| 12:13:51 | 15 | A.    No. |
| 12:13:51 | 16 | Q.    Did you have an attorney there with |
| 12:13:53 | 17 | you? |
| 12:13:53 | 18 | A.    No, because Alonso Hicks, his attorney |
| 12:13:56 | 19 | actually was representing him.  So I felt safe. |
| 12:14:01 | 20 | And I should have had my own personal lawyer |
| 12:14:04 | 21 | there, too, like they advise you to, but I didn't. |
| 12:14:07 | 22 | But like I say, by him being a close friend and, |
| 12:14:11 | 23 | you know, part of the extended family, I just |
| 12:14:13 | 24 | didn't think, you know, to have my own personal |

| | | |
|---|---|---|
| 12:14:17 | 1 | attorney there. |
| 12:14:17 | 2 | Q.    Who was -- who was at the closing? |
| 12:14:21 | 3 | A.    Alonso Hicks attorney, Charisse Miller, |
| 12:14:26 | 4 | Brent Claire, and someone else.  Everybody that |
| 12:14:30 | 5 | picks up checks, basically. |
| 12:14:31 | 6 | Q.    I'm sorry to cut you off. |
| 12:14:35 | 7 | Who's Charisse Miller? |
| 12:14:35 | 8 | A.    Alonso Hicks' relative who happened -- |
| 12:14:39 | 9 | was selling the property. |
| 12:14:41 | 10 | Q.    So it was Mr. Hicks, his agent? |
| | 11 | A.    Right. |
| 12:14:43 | 12 | Q.    His lawyer? |
| | 13 | A.    Right. |
| 12:14:44 | 14 | Q.    Mr. Claire? |
| 12:14:46 | 15 | A.    Yes. |
| 12:14:46 | 16 | Q.    And then you? |
| 12:14:47 | 17 | A.    Yes. |
| 12:14:47 | 18 | Q.    What about someone from the title |
| 12:14:49 | 19 | company? |
| 12:14:49 | 20 | A.    Yes, I can't recall the name. |
| 12:14:50 | 21 | Q.    Did anyone explain any of the documents |
| 12:14:57 | 22 | to you as you were signing them? |
| 12:14:58 | 23 | A.    No. |
| 12:14:58 | 24 | Q.    Did Mr. Hicks' attorney tell you |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:15:00 | 1 | anything about any of the documents? |
| 12:15:02 | 2 | A.    No. |
| 12:15:02 | 3 | Q.    Did you ask any questions about any of |
| | 4 | them? |
| 12:15:07 | 5 | A.    I was just signing the documents. |
| 12:15:09 | 6 | Q.    You just signed where they told you to? |
| 12:15:12 | 7 | A.    Yes. |
| 12:15:12 | 8 | Q.    Did you want to ask any questions? |
| 12:15:15 | 9 | A.    No.  Like I said, I just felt -- I felt |
| 12:15:19 | 10 | kind of safe and secure, you know, and that was my |
| 12:15:22 | 11 | fault.  You're never safe and secure in these |
| 12:15:25 | 12 | contracts, so... |
| 12:15:26 | 13 | Q.    So you were okay until after you looked |
| 12:15:29 | 14 | over the documents and you saw the interest rate? |
| 12:15:32 | 15 | A.    Yeah. |
| 12:15:32 | 16 | Q.    And that was the first time that you |
| 12:15:34 | 17 | had any -- being upset about the loan? |
| 12:15:37 | 18 | A.    Right. |
| 12:15:37 | 19 | Q.    Before I ask you a little bit more -- |
| 12:15:45 | 20 | more about the rider, let me go ahead and get you |
| 12:15:48 | 21 | to verify one more signature. |
| | 22 | (WHEREUPON, a certain document |
| | 23 | was marked Stinson Deposition |
| | 24 | Exhibit No. 11, for |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| | 1 | identification, as of 4/21/08.) |
| | 2 | BY MR. CROWSON: |
| 12:16:21 | 3 | Q.    I've handed you, Mr. Stinson, what |
| 12:16:23 | 4 | we've marked as Exhibit 11, a copy of a mortgage, |
| 12:16:26 | 5 | which I believe is for your second mortgage loan. |
| 12:16:29 | 6 | It bears the Bates stamp Long Beach MDL 00773 |
| 12:16:36 | 7 | through 779. |
| 12:16:44 | 8 | A.    Yes. |
| 12:16:44 | 9 | Q.    And if you look on the first page, it |
| 12:16:48 | 10 | has the borrower is indebted to lender for |
| 12:16:51 | 11 | $37,000? |
| 12:16:51 | 12 | A.    Yes. |
| 12:16:52 | 13 | Q.    So this would be for your second -- |
| 12:16:53 | 14 | A.    Second mortgage.  That's correct. |
| 12:16:55 | 15 | Q.    And is that -- are those your initials |
| 12:16:57 | 16 | at the bottom left corner -- |
| 12:16:59 | 17 | A.    Yes. |
| 12:16:59 | 18 | Q.    -- of the page. |
| 12:17:00 | 19 | And then on the bottom right corner of |
| 12:17:03 | 20 | the subsequent pages? |
| 12:17:04 | 21 | A.    Yes. |
| 12:17:04 | 22 | Q.    And if we go to the fifth page, which |
| 12:17:11 | 23 | is marked 777, is that your signature near the top |
| 12:17:17 | 24 | on the left? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:17:18 | 1 | A.    Yes. |
| 12:17:18 | 2 | Q.    And then the next page starts the 1-4 |
| 12:17:21 | 3 | family rider.  And on page 779, is that your |
| 12:17:27 | 4 | signature where it says "borrower"? |
| 12:17:31 | 5 | A.    Yes. |
| 12:17:32 | 6 | Q.    So I think you said earlier that you |
| 12:17:38 | 7 | didn't have any agreement or negotiation with |
| 12:17:41 | 8 | Mr. Hicks about any of the fixtures or personal |
| 12:17:46 | 9 | property at the house? |
| 12:17:47 | 10 | A.    As I recall, I just -- I see where I |
| 12:17:49 | 11 | checked them things at, but it was just like I was |
| 12:17:53 | 12 | getting property off his hands. |
| 12:17:55 | 13 | Q.    I mean you're talking about the real |
| 12:17:57 | 14 | estate contract -- |
| 12:17:57 | 15 | A.    Right. |
| 12:17:58 | 16 | Q.    -- where you checked a few things? |
| 12:18:00 | 17 | A.    Right. |
| 12:18:00 | 18 | Q.    Did the house have a central air |
| 12:18:08 | 19 | conditioner system? |
| 12:18:11 | 20 | A.    Did I get one installed -- I can't |
| 12:18:14 | 21 | recall.  When I -- no, I don't think so. |
| 12:18:18 | 22 | Q.    Did it have just a -- window AC units? |
| 12:18:22 | 23 | A.    Yeah, yes. |
| 12:18:24 | 24 | Q.    Were those there when you bought the |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:18:26 | 1 | house? |
| 12:18:26 | 2 | A.    Yes. |
| 12:18:26 | 3 | Q.    When you sold it to the investors, did |
| 12:18:30 | 4 | you take those out? |
| 12:18:33 | 5 | A.    I did electrical work and some other |
| 12:18:36 | 6 | minor little things that I just gave it to them, |
| 12:18:39 | 7 | because it was -- it wasn't complete. |
| 12:18:41 | 8 | Q.    What do you mean, it wasn't complete? |
| 12:18:43 | 9 | A.    It needed a lot of work did to it, |
| 12:18:46 | 10 | basically, let's put it like that. |
| 12:18:47 | 11 | Q.    A lot of renovations? |
| 12:18:48 | 12 | A.    Yes. |
| 12:18:48 | 13 | Q.    You said you did some electrical work? |
| 12:18:51 | 14 | A.    Yes. |
| 12:18:51 | 15 | Q.    Did you install certain things? |
| 12:18:53 | 16 | A.    Well, they had old -- they had to |
| 12:18:56 | 17 | regrade the wiring because it wasn't GFC |
| 12:19:00 | 18 | certified.  So we had to get it GFC certified. |
| 12:19:04 | 19 | Q.    Got you.  But there wasn't a central AC |
| 12:19:09 | 20 | system? |
| 12:19:09 | 21 | A.    I can't recall. |
| 12:19:11 | 22 | Q.    Do you know for sure if there were |
| 12:19:14 | 23 | window AC units? |
| 12:19:15 | 24 | A.    It was a window in -- I know the guy |

98

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:19:17 | 1 | had an air conditioner on the second floor. |
| 12:19:20 | 2 | Q.    And I guess what I'm asking is when you |
| 12:19:22 | 3 | sold it to the investor, did you take that with |
| 12:19:24 | 4 | you? |
| 12:19:24 | 5 | A.    Oh, no, no, I didn't take -- no. |
| 12:19:25 | 6 | Q.    Did you take any part of the electrical |
| 12:19:30 | 7 | system? |
| 12:19:30 | 8 | A.    No. |
| 12:19:31 | 9 | Q.    What about the gas or water? |
| 12:19:33 | 10 | A.    No. |
| 12:19:33 | 11 | Q.    Were there any kind of fire prevention |
| 12:19:39 | 12 | devices in the house? |
| 12:19:41 | 13 | A.    Smoke detector. |
| 12:19:42 | 14 | Q.    Were those there when you bought it? |
| 12:19:44 | 15 | A.    Yes. |
| 12:19:45 | 16 | Q.    Did you take those away? |
| 12:19:46 | 17 | A.    No. |
| 12:19:47 | 18 | Q.    Was there a security system? |
| 12:19:49 | 19 | A.    Yes. |
| 12:19:49 | 20 | Q.    What kind? |
| 12:19:52 | 21 | A.    I think it was ADT, if I'm not |
| 12:19:55 | 22 | mistaken. |
| 12:19:55 | 23 | Q.    Like one that's monitored -- |
| 12:19:57 | 24 | A.    Yes, monitored, yes. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:19:58 | 1 | Q.    Did you have that -- |
| 12:19:59 | 2 | A.    No. |
| 12:19:59 | 3 | Q.    -- unattached when you left? |
| 12:20:01 | 4 | A.    No. |
| 12:20:04 | 5 | Q.    Did you take any of the plumbing when |
| 12:20:06 | 6 | you left? |
| 12:20:06 | 7 | A.    No. |
| 12:20:07 | 8 | Q.    And I'm sorry, I don't mean to say when |
| 12:20:10 | 9 | you left, when you sold it to the investors? |
| 12:20:11 | 10 | A.    No. |
| 12:20:12 | 11 | Q.    Did you take out any of the bathtubs? |
| 12:20:15 | 12 | A.    No. |
| 12:20:15 | 13 | Q.    What about the water heaters? |
| 12:20:18 | 14 | A.    No. |
| 12:20:20 | 15 | Q.    Do you know what a water closet is? |
| 12:20:23 | 16 | A.    No. |
| 12:20:24 | 17 | Q.    So I guess you didn't take any? |
| 12:20:27 | 18 | A.    No. |
| 12:20:28 | 19 | Q.    What about any of the sinks? |
| 12:20:30 | 20 | A.    No. |
| 12:20:31 | 21 | Q.    Did you take any ovens, ranges, or |
| 12:20:35 | 22 | stoves? |
| 12:20:36 | 23 | A.    No. |
| 12:20:36 | 24 | Q.    What is there a refrigerator there when |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:20:38 | 1 | you moved in? |
| 12:20:39 | 2 | A.    Yes. |
| 12:20:39 | 3 | Q.    Did you take that when you left? |
| 12:20:41 | 4 | A.    No. |
| 12:20:43 | 5 | Q.    Was there a dishwasher? |
| 12:20:45 | 6 | A.    No. |
| 12:20:47 | 7 | Q.    What about a garbage disposal in the |
| 12:20:51 | 8 | sink? |
| 12:20:51 | 9 | A.    No. |
| 12:20:52 | 10 | Q.    There wasn't one? |
| 12:20:54 | 11 | A.    No. |
| 12:20:54 | 12 | Q.    Was there a washer and a dryer? |
| 12:20:56 | 13 | A.    No. |
| 12:20:58 | 14 | Q.    Were there any storm windows or patio |
| 12:21:02 | 15 | doors? |
| 12:21:02 | 16 | A.    No. |
| 12:21:02 | 17 | Q.    Did the windows have screens on them? |
| 12:21:08 | 18 | A.    Yes. |
| 12:21:08 | 19 | Q.    Did you take those with you? |
| 12:21:09 | 20 | A.    No. |
| 12:21:12 | 21 | Q.    Did any of the windows have blinds or |
| 12:21:16 | 22 | shades? |
| 12:21:16 | 23 | A.    Yes. |
| 12:21:17 | 24 | Q.    For both or -- |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:21:19 | 1 | A.    For both, it was some on both floors. |
| 12:21:21 | 2 | Q.    Had blinds and shades? |
| 12:21:24 | 3 | A.    Right -- well, just blinds. |
| 12:21:26 | 4 | Q.    Just blinds.  Did you take any of the |
| 12:21:28 | 5 | blinds when you left? |
| 12:21:29 | 6 | A.    No. |
| 12:21:30 | 7 | Q.    Were there curtains or curtain rods? |
| 12:21:32 | 8 | A.    No. |
| 12:21:33 | 9 | Q.    So it didn't have any curtains at all |
| 12:21:35 | 10 | in the house? |
| 12:21:35 | 11 | A.    No. |
| 12:21:36 | 12 | Q.    Did it have mirrors in any of the |
| 12:21:39 | 13 | rooms? |
| 12:21:39 | 14 | A.    I think it was one -- yes, it was one. |
| 12:21:43 | 15 | Didn't take it. |
| 12:21:43 | 16 | Q.    So it sounded like a lot of work needed |
| 12:21:49 | 17 | to be done. |
| 12:21:51 | 18 | Did it have any cabinets anywhere? |
| 12:21:53 | 19 | A.    Basic, you know, kitchen cabinets. |
| 12:21:55 | 20 | Q.    Did you uninstall those and take them? |
| 12:21:58 | 21 | A.    No. |
| 12:21:58 | 22 | Q.    What kind of flooring did it have? |
| 12:22:02 | 23 | A.    Wood -- well, it was carpeted. |
| 12:22:04 | 24 | Q.    All throughout? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:22:05 | 1 | A.    Yeah. |
| 12:22:06 | 2 | Q.    It was already carpeted? |
| 12:22:07 | 3 | A.    It -- it was messed up, I recarpeted |
| 12:22:11 | 4 | it. |
| 12:22:11 | 5 | Q.    Did you uninstall the carpet when you |
| 12:22:15 | 6 | left? |
| 12:22:22 | 7 | A.    No. |
| 12:22:22 | 8 | MR. CROWSON:  I think that's it. |
| 12:22:33 | 9 | THE VIDEOGRAPHER:  We're going off the video |
| 12:23:03 | 10 | record at 12:23 p.m. |
| 12:23:06 | 11 | (Short pause.) |
| 12:24:58 | 12 | THE VIDEOGRAPHER:  We're going back on the |
| 12:25:01 | 13 | video record at 12:25 p.m. |
| 12:25:03 | 14 | MR. CROWSON:  Mr. Stinson, that's all the |
| 12:25:06 | 15 | questions that I have for you today.  However, as |
| 12:25:09 | 16 | counsel and I just spoke off the record, there's |
| 12:25:12 | 17 | one outstanding discovery issue that may or may |
| 12:25:16 | 18 | not require a resumption of this deposition that |
| 12:25:20 | 19 | we will revisit that question once -- if and when |
| 12:25:25 | 20 | the documents are produced. |
| 12:25:27 | 21 | MS. COMBS:  Okay.  I have a few questions. |
| | 22 | EXAMINATION |
| | 23 | BY MS. COMBS: |
| 12:25:35 | 24 | Q.    Now, Mr. Stinson in your deposition |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:25:40 | 1 | testimony you testified that you had gone in to |
| 12:25:43 | 2 | meet with the mortgage broker, Mr. Claire -- was |
| 12:25:47 | 3 | that his name? |
| 12:25:48 | 4 | A.    Yes.  Yes. |
| 12:25:49 | 5 | Q.    And at that time you filled out an |
| 12:25:51 | 6 | application? |
| 12:25:51 | 7 | A.    Yes. |
| 12:25:52 | 8 | Q.    Okay.  I want you to look at |
| 12:25:56 | 9 | exhibits -- do you recall what date that |
| 12:25:59 | 10 | approximately was?  Was it in March? |
| 12:26:01 | 11 | A.    Yes, it had to be -- I can't give you |
| 12:26:04 | 12 | an exact date but, it had to be in March sometime. |
| 12:26:06 | 13 | Q.    Was it April 12th that you filled out |
| 12:26:07 | 14 | that written application, the first written |
| 12:26:10 | 15 | application? |
| 12:26:11 | 16 | A.    I can't recall. |
| 12:26:12 | 17 | Q.    Okay.  I'm going to ask you to look at |
| 12:26:15 | 18 | deposition Exhibits No. 6 and 7.  And if you look |
| 12:26:20 | 19 | on the page where your signature is, there are two |
| 12:26:29 | 20 | places where your signature is, 46 and 47 on |
| 12:26:33 | 21 | Exhibit 6.  Do you see the date that that was |
| 12:26:36 | 22 | signed? |
| 12:26:36 | 23 | A.    Yeah, 4/12. |
| 12:26:38 | 24 | Q.    So is it your testimony that the |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:26:44 | 1 | Exhibits 6 -- was that the same document you |
| 12:26:47 | 2 | signed when you went to Mr. Claire's office back |
| 12:26:50 | 3 | in March? |
| 12:26:50 | 4 | A.     You know, we was faxing the |
| 12:26:54 | 5 | information.  So, yes. |
| 12:26:55 | 6 | Q.     My question is did you -- did you sign |
| 12:26:58 | 7 | an application? |
| 12:26:59 | 8 | A.     Yes. |
| 12:26:59 | 9 | Q.     And what where was the application |
| 12:27:01 | 10 | signed? |
| 12:27:01 | 11 | A.     Oh, the application was signed in his |
| 12:27:03 | 12 | office. |
| 12:27:04 | 13 | Q.     In his office? |
| 12:27:05 | 14 | A.     Yes. |
| 12:27:05 | 15 | Q.     Is this the same document -- |
| 12:27:06 | 16 | A.     Yes. |
| 12:27:07 | 17 | Q.     -- the same exact document that you |
| 12:27:10 | 18 | signed in March? |
| 12:27:13 | 19 | A.     Yes -- it has.  Yes. |
| 12:27:14 | 20 | Q.     I mean, do you know for sure if it has |
| 12:27:17 | 21 | the same information that you signed in March? |
| 12:27:24 | 22 | Did you, for example, provide to him in March that |
| 12:27:27 | 23 | your income was $4200 a month? |
| 12:27:30 | 24 | A.     I didn't provide any -- none of that. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| 12:27:32 | 1 | I don't recall providing that, period. |
| 12:27:33 | 2 | Q.    And in the application that you signed |
| 12:27:35 | 3 | in March, did it have income of $4200? |
| 12:27:39 | 4 | A.    I can't recall seeing that because that |
| 12:27:41 | 5 | wouldn't have been accurate.  So... |
| 12:27:43 | 6 | Q.    Okay.  All right.  Then I'm going to |
| 12:27:44 | 7 | ask you to look at Exhibit 8.  Okay. |
| 12:27:57 | 8 | Now you've testified that was your |
| 12:27:59 | 9 | signature at the bottom of this document, correct? |
| 12:28:02 | 10 | A.    Yes. |
| 12:28:02 | 11 | Q.    And that, in fact, you provided the |
| 12:28:06 | 12 | information for -- |
| 12:28:08 | 13 | A.    Right. |
| 12:28:08 | 14 | Q.    Okay.  You understand that your prior |
| 12:28:12 | 15 | testimony at this deposition was that you did not |
| 12:28:16 | 16 | plan on renting out your single-family dwelling |
| 12:28:19 | 17 | for $1250 a month, but that you planned on selling |
| 12:28:24 | 18 | it.  What is your explanation for the fact that |
| 12:28:26 | 19 | you put this in this letter? |
| 12:28:27 | 20 | A.    Because at the time I had a tax freeze. |
| | 21 | I bought my first home from a senior citizen and |
| 12:28:35 | 22 | there was a tax freeze.  So I was saying I could |
| 12:28:36 | 23 | get some income if I would have kept it.  But when |
| 12:28:40 | 24 | the freeze was up, guess what, my taxes went from |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:28:41 | 1 | 1200 to 3700, so that made my mortgage increase. |
| 12:28:45 | 2 | So bam, that had to get thrown out the window. |
| 12:28:48 | 3 | There was no income there. |
| 12:28:50 | 4 | Q.    So at any time was it your plan to rent |
| 12:28:54 | 5 | out the family dwelling -- the single-family |
| | 6 | dwelling? |
| 12:28:57 | 7 | A.    Right.  Before they hit me with that |
| 12:28:59 | 8 | tax increase.  And when they hit me with that tax |
| 12:29:02 | 9 | increase, that just cancelled that completely. |
| 12:29:05 | 10 | MS. COMBS:  I have no further questions. |
| | 11 | FURTHER EXAMINATION |
| | 12 | BY MR. CROWSON: |
| | 13 | Q.    As is the case with lawyers... |
| 12:29:15 | 14 | What do you mean -- what was the tax |
| 12:29:17 | 15 | freeze? |
| 12:29:19 | 16 | A.    Senior citizen.  He had a freeze on the |
| 12:29:21 | 17 | tax increase.  When I bought the property, the |
| 12:29:24 | 18 | taxes at the time, I was only paying 1250.  So as |
| 12:29:27 | 19 | I stayed out there for a year, his freeze is up. |
| 12:29:29 | 20 | I didn't qualify for the freeze because I'm not a |
| 12:29:32 | 21 | senior citizen. |
| 12:29:33 | 22 | So I had to pay the regular taxes, which |
| 12:29:36 | 23 | was 3500.  So that means it was a big increase in |
| 12:29:39 | 24 | my mortgage payment because was I was paying my |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:29:42 | 1 | insurance through escrow.  And that jacked my |
| 12:29:44 | 2 | mortgage up almost $300 from that increase. |
| 12:29:49 | 3 | And that was my purpose from getting out |
| 12:29:50 | 4 | of Bellwood to, you know, going into Shields as |
| 12:29:54 | 5 | well. |
| 12:29:56 | 6 | Q.    So when you bought the house at 127 |
| 12:29:59 | 7 | Bellwood, you bought it from a senior -- |
| 12:30:01 | 8 | A.    A senior citizen. |
| 12:30:02 | 9 | Q.    And he was able to benefit from a tax |
| 12:30:06 | 10 | freeze? |
| 12:30:06 | 11 | A.    Yes. |
| 12:30:07 | 12 | Q.    Where the taxes would only be $1200 a |
| 12:30:09 | 13 | month? |
| 12:30:09 | 14 | MS. COMBS:  $1200 a year. |
| 12:30:11 | 15 | THE WITNESS:  Well, actually, the senior |
| 12:30:13 | 16 | citizen had died.  His sons had the property.  The |
| 12:30:15 | 17 | property was in their name. |
| 12:30:19 | 18 | MS. COMBS:  We won't go there. |
| 12:30:20 | 19 | BY MR. CROWSON: |
| 12:30:21 | 20 | Q.    But nonetheless, some kind of way the |
| 12:30:24 | 21 | current owner -- |
| 12:30:25 | 22 | A.    Right, was still paying. |
| 12:30:25 | 23 | Q.    -- was able to benefit from a tax |
| 12:30:29 | 24 | freeze? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:30:29 | 1 | A.    Right. |
| 12:30:29 | 2 | Q.    When did the tax freeze end? |
| 12:30:34 | 3 | A.    Maybe after a year I was there. |
| 12:30:36 | 4 | Q.    And when did you start getting there? |
| 12:30:39 | 5 | A.    When I moved in there? |
| 12:30:40 | 6 | Q.    Yeah. |
| 12:30:41 | 7 | A.    I moved in August -- I think August |
| 12:30:47 | 8 | '04, I think -- '04 or '05 something.  And I got |
| 12:30:51 | 9 | it right away because I was still up under the |
| 12:30:54 | 10 | exemption. |
| 12:30:55 | 11 | Q.    I guess what I'm trying to figure out |
| 12:30:56 | 12 | is when did you first realize you were no longer |
| 12:31:00 | 13 | going to benefit from a tax freeze -- |
| 12:31:03 | 14 | A.    After the next tax season came.  You |
| 12:31:07 | 15 | know, every year they send you your tax to fill |
| 12:31:09 | 16 | out the tax exemption, and they was on there.  I |
| 12:31:13 | 17 | no longer apply for that because I'm the new owner |
| | 18 | and I'm not a senior citizen. |
| | 19 | Q.    I guess what I'm asking -- |
| 12:31:17 | 20 | A.    I can't tell you the exact date, you |
| 12:31:18 | 21 | know, whatever time they send out the second |
| 12:31:20 | 22 | installment.  It was the second installment, maybe |
| 12:31:23 | 23 | of '05 or something like that when I received |
| 12:31:24 | 24 | the -- it was the first or second installment, |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:31:27 | 1 | either '06, late '05, either one of them. |
| 12:31:32 | 2 | Q. If you look at the top line of, I think |
| 12:31:34 | 3 | it's Exhibit 8, there's a fax line March 27th, |
| 12:31:39 | 4 | 2006? |
| 12:31:42 | 5 | A. Okay. Okay. |
| 12:31:42 | 6 | Q. Do you recall faxing this letter to |
| 12:31:48 | 7 | Mr. Claire on or around March 27, 2006? |
| 12:31:53 | 8 | A. I had to, the date there. I don't |
| 12:31:56 | 9 | recall, but... |
| 12:31:57 | 10 | MS. COMBS: Well, wait a minute. It's from |
| 12:31:59 | 11 | Park West Mortgage, so it was faxed but it was |
| 12:32:02 | 12 | from Park West Mortgage. |
| | 13 | BY THE WITNESS: |
| 12:32:05 | 14 | A. I don't think I faxed these letters to |
| 12:32:07 | 15 | Brent Claire. I actually think I took this letter |
| 12:32:09 | 16 | in. |
| | 17 | BY MR. CROWSON: |
| 12:32:10 | 18 | Q. You hand delivered it to Mr. Claire? |
| 12:32:11 | 19 | A. Yes. |
| 12:32:11 | 20 | Q. But would it have been before March 27, |
| | 21 | 2006? |
| 12:32:15 | 22 | A. I'm trying to see exactly when that tax |
| 12:32:18 | 23 | break came. Because that's when I first was |
| 12:32:19 | 24 | aware -- like, man, I have to pay $300, I have to |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:32:22 | 1 | get up out of this property.  So it had to be |
| 12:32:24 | 2 | before that time. |
| 12:32:25 | 3 | Q.    So you wrote this letter before you |
| 12:32:26 | 4 | knew about the change in your tax status? |
| 12:32:31 | 5 | A.    It was in between.  I knew I was |
| 12:32:33 | 6 | getting hit with that increase, I just didn't know |
| 12:32:35 | 7 | I was going to get hit right way. |
| 12:32:38 | 8 | So my plan was to go and move in that |
| 12:32:40 | 9 | property at 5402 Shields, save me some money and |
| 12:32:43 | 10 | then maybe get three, $400 extra on my property |
| | 11 | out in Bellwood. |
| | 12 | But then like I say, once I saw that |
| 12:32:52 | 13 | that change was coming, I was like I can't keep it |
| 12:32:52 | 14 | because I lose.  So I definitely had to sell the |
| 12:32:55 | 15 | property. |
| 12:32:56 | 16 | So I just -- I can't get those dates.  I |
| 12:32:58 | 17 | can't recall those dates, man. |
| 12:33:00 | 18 | Q.    Okay.  I mean, I hope I'm paraphrasing |
| 12:33:09 | 19 | correctly -- but you knew about a tax change but |
| 12:33:19 | 20 | you weren't sure exactly the extent of it |
| | 21 | initially? |
| 12:33:24 | 22 | A.    Because I knew I wasn't a senior |
| 12:33:24 | 23 | citizen.  So I knew it was coming -- |
| | 24 | Q.    But you just didn't -- |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:33:26 | 1 | A.    I just didn't know exactly when, right. |
| 12:33:28 | 2 | I didn't know how much time they let you have |
| 12:33:30 | 3 | being a new homeowner to continue to have that |
| 12:33:33 | 4 | exemption. |
| 12:33:34 | 5 | Q.    And was it at that time that you wrote |
| 12:33:35 | 6 | this note marked as Exhibit 8? |
| 12:33:39 | 7 | A.    I can't -- I can't recall.  I know I |
| 12:33:41 | 8 | wrote -- I produced a note.  He told me to produce |
| 12:33:44 | 9 | a note.  I can't recall. |
| 12:33:45 | 10 | Q.    But because of -- as reflected in |
| 12:33:51 | 11 | Exhibit 8, your intention was to move into the |
| 12:33:56 | 12 | house at 5402? |
| 12:33:58 | 13 | A.    Yes. |
| 12:33:58 | 14 | Q.    Rent one unit of it? |
| 12:34:00 | 15 | A.    Right. |
| 12:34:01 | 16 | Q.    And still maintain your house at |
| 12:34:03 | 17 | Bellwood to rent to someone else? |
| 12:34:06 | 18 | A.    Right. |
| 12:34:06 | 19 | Q.    And was the plan to get about $1250 per |
| 12:34:11 | 20 | month from the Bellwood address? |
| 12:34:13 | 21 | A.    If I -- it was feasible at that time |
| 12:34:16 | 22 | until the tax break, like I say. |
| 12:34:18 | 23 | Q.    And were you hoping to get $900 a month |
| 12:34:21 | 24 | in the 5402 South Shields Avenue? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:34:24 | 1 | A.    That's what I was told I could get |
| 12:34:26 | 2 | through if I Section 8 it out.  That's what |
| 12:34:30 | 3 | Section 8 was offering. |
| 12:34:32 | 4 | Q.    $900 a month? |
| 12:34:34 | 5 | A.    Yes. |
| 12:34:34 | 6 | Q.    And then when did you change your plan |
| 12:34:40 | 7 | to where you didn't want to rent out the Bellwood |
| 12:34:43 | 8 | address? |
| 12:34:44 | 9 | A.    When them taxes came, when that taxes |
| 12:34:48 | 10 | came, I wouldn't have made any money, period, from |
| 12:34:51 | 11 | that. |
| 12:34:51 | 12 | Q.    Was that after April 12th, 2006, after |
| 12:34:54 | 13 | your loan closing? |
| 12:34:56 | 14 | A.    It had to be.  I can't recall, but it |
| 12:34:58 | 15 | had to be. |
| 12:35:04 | 16 | MR. CROWSON:  Do we have a minute? |
| 12:35:06 | 17 | THE VIDEOGRAPHER:  You've got three minutes |
| 12:35:07 | 18 | left. |
| | 19 | BY MR. CROWSON: |
| 12:35:08 | 20 | Q.    Your counsel was asking about a loan |
| 12:35:11 | 21 | application that you may have filled out in |
| 12:35:13 | 22 | March 2006.  Do you remember filling out a loan |
| 12:35:16 | 23 | application? |
| 12:35:16 | 24 | A.    Yes. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:35:16 | 1 | Q.    Did it have the information filled out |
| 12:35:20 | 2 | already for you just to sign? |
| 12:35:22 | 3 | A.    I didn't -- like I say, I didn't -- I |
| 12:35:27 | 4 | don't want to say Brent, but those numbers wasn't |
| 12:35:29 | 5 | there, because those are not accurate numbers.  I |
| 12:35:33 | 6 | mean, I know for sure those numbers wasn't there. |
| 12:35:35 | 7 | Q.    So in March of 2006 you signed an |
| 12:35:38 | 8 | application that had amount information, income |
| 12:35:42 | 9 | information different than what you signed on |
| 12:35:45 | 10 | April 12th, 2006? |
| 12:35:46 | 11 | A.    Like I say, I don't even recall the |
| 12:35:48 | 12 | numbers exactly.  Brent Claire told me I could do |
| 12:35:51 | 13 | something that was called stated.  I never heard |
| 12:35:53 | 14 | anything like that, where I didn't have to state |
| | 15 | an income. |
| 12:35:55 | 16 | Q.    You could do it without stating your |
| 12:35:57 | 17 | income? |
| 12:35:57 | 18 | A.    Yes.  So like I said, I don't know |
| 12:36:00 | 19 | where those numbers came in there. |
| 12:36:03 | 20 | Q.    Do you remember what was stated on the |
| 12:36:07 | 21 | March '06 application? |
| 12:36:08 | 22 | A.    Like I say, I just -- the guy told me |
| 12:36:11 | 23 | he can give me this loan.  Alonso Hicks said he |
| 12:36:16 | 24 | would pay for my closing, so that was a go. |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:36:18 | 1 | Q.     Okay. |
| 12:36:18 | 2 | A.     Once he said he can give me this loan, |
| 12:36:20 | 3 | I didn't ask no questions.  I gave my information |
| 12:36:23 | 4 | to -- all the information that you need to go get |
| 12:36:27 | 5 | about applying for a loan.  I didn't give him no |
| 12:36:30 | 6 | specific numbers because I don't make $4200 -- I |
| 12:36:33 | 7 | don't make nowhere near $4200 a month. |
| 12:36:34 | 8 | Q.     Did you give him -- we can go off.  I |
| 12:36:40 | 9 | just have like two more minutes. |
| 12:36:42 | 10 | THE VIDEOGRAPHER:  We're going off the video |
| 12:36:44 | 11 | record at the end of tape two at 12:36 p.m. |
| 12:36:48 | 12 | (Short pause.) |
| 12:36:48 | 13 | THE VIDEOGRAPHER:  We're going back on the |
| 12:38:17 | 14 | video record at the start of tape three at |
| 12:38:20 | 15 | 12:38 p.m. |
| 12:38:21 | 16 | BY MR. CROWSON: |
| 12:38:22 | 17 | Q.     Mr. Stinson, we were talking about your |
| 12:38:24 | 18 | loan application before we went on a quick little |
| 12:38:28 | 19 | break.  Without trying to remember whether the |
| 12:38:34 | 20 | numbers were correct or not, when you filled out |
| 12:38:37 | 21 | or signed an application in March 2006, was there |
| 12:38:41 | 22 | information already filled out on the application? |
| 12:38:43 | 23 | A.     No. |
| 12:38:44 | 24 | Q.     It was completely blank? |

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| 12:38:46 | 1 | A.    Right. |
| 12:38:47 | 2 | Q.    And did you fill it out? |
| 12:38:48 | 3 | A.    I filled out what I had to fill out.  I |
| 12:38:51 | 4 | didn't fill out everything thoroughly, just the |
| 12:38:53 | 5 | basic information in the -- applying for a loan. |
| 12:38:56 | 6 | I sent them my documents, my financial statements, |
| 12:38:58 | 7 | my W-2 statements, my earnings -- my pay stubs and |
| 12:39:04 | 8 | things like that. |
| 12:39:04 | 9 | Q.    But you didn't write in the income |
| 12:39:07 | 10 | amount? |
| 12:39:07 | 11 | A.    Right, I didn't write the numbers in. |
| 12:39:09 | 12 | Q.    Now on April 12th, 2006, when you |
| 12:39:13 | 13 | signed the two applications that we've marked as |
| 12:39:18 | 14 | Exhibits 6 and 7, was the information already |
| 12:39:21 | 15 | filled out on those applications? |
| 12:39:24 | 16 | A.    I don't recall.  They couldn't have |
| 12:39:25 | 17 | been because, like I say, I wouldn't agree with |
| 12:39:27 | 18 | those numbers because them numbers weren't |
| 12:39:30 | 19 | accurate. |
| 12:39:30 | 20 | Q.    Was the form just blank? |
| 12:39:32 | 21 | A.    Yes. |
| 12:39:33 | 22 | Q.    And then you signed your name to it? |
| 12:39:35 | 23 | A.    Yes. |
| 12:39:44 | 24 | MR. CROWSON:  That's all I have. |

                        FURTHER EXAMINATION

1    BY MS. COMBS:

3    12:39:48    Q.    Just a little followup question.

4    12:39:50         At the closing on April 12th, 2006, did

5    12:39:55    you get -- did you take an opportunity to review

6    12:39:58    the residential loan application before you signed

7    12:40:01    it?

8    12:40:02    A.    Honestly I didn't.  And like I say, I

9    12:40:04    looked over it and I was just signing there.

10   12:40:07    Q.    So do you recall specifically whether

11   12:40:11    or not there was -- you reviewed the income

12   12:40:14    information on what is now Exhibit 6?

13   12:40:18    A.    I never did because, like I say, I was

14   12:40:20    just too busy.  It was --

15   12:40:22    Q.    And is it possible that the document

16   12:40:24    was typewritten filled out and you didn't actually

17   12:40:28    see that income information?

18   12:40:29    A.    It's very possible because, like I say

19   12:40:32    I wasn't --

20   12:40:34    Q.    There were a lot of documents?

21   12:40:36    A.    Yes.  Yes.

22   12:40:37    MS. COMBS:  Okay.  I have no further

23   12:40:39    questions.

24   12:40:39    MR. CROWSON:  I think you're done.

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

| | | |
|---|---|---|
| 12:40:42 | 1 | MS. COMBS:  We'll reserve signature. |
| 12:40:44 | 2 | THE VIDEOGRAPHER:  We're going off the video |
| 12:40:45 | 3 | record at the end of tape three at 12:40 p.m. |
| 12:40:47 | 4 | This concludes the deposition of Albert |
| 12:40:51 | 5 | Stinson. |
| | 6 | FURTHER DEPONENT SAITH NOT. |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF ILLINOIS

 3                      EASTERN DIVISION

 4   LONG BEACH MORTGAGE COMPANY              )

 5   TRUTH IN LENDING ACT FAMILY RIDER        ) MDL CASE

 6   LITIGATION                               ) NO. CV 06543

 7

 8

 9           I hereby certify that I have read the

10   foregoing transcript of my deposition given at the

11   time and place aforesaid, consisting of Pages 1 to

12   117, inclusive, and I do again subscribe and make

13   oath that the same is a true, correct and complete

14   transcript of my deposition so given as aforesaid,

15   and includes changes, if any, so made by me.

16

17                            ALBERT STINSON

18   SUBSCRIBED AND SWORN TO before me

19   this        day of                , A.D. 2008.

20

21        Notary Public

22

23

24
```

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

```
 1  STATE OF ILLINOIS )

 2                    )  SS:

 3  COUNTY OF COOK    )

 4            I, NOREEN S. ERICKSON, a Notary Public

 5  within and for the County of Cook, State of

 6  Illinois, and a Certified Shorthand Reporter of

 7  said state, do hereby certify:

 8            That previous to the commencement of

 9  the examination of the witness, the witness was

10  duly sworn to testify the whole truth concerning

11  the matters herein;

12            That the foregoing deposition

13  transcript was reported stenographically by me,

14  was thereafter reduced to typewriting under my

15  personal direction and constitutes a true record

16  of the testimony given and the proceedings had;

17            That the said deposition was taken

18  before me at the time and place specified;

19            That I am not a relative or employee or

20  attorney or counsel, nor a relative or employee of

21  such attorney or counsel for any of the parties

22  hereto, nor interested directly or indirectly in

23  the outcome of this action.

24            IN WITNESS WHEREOF, I do hereunto set
```

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

1    my hand and affix my seal of office at Chicago,

2    Illinois, this 26th day of April, 2008.

3

4                    *Noreen S. Erickson*

5                    Notary Public, Cook

6                    County, Illinois

7                    My commission expires 6-28-11

8

9    C.S.R. Certificate No. 84-1527

10

11

12                              OFFICIAL SEAL
                                NOREEN S ERICKSON
13                          NOTARY PUBLIC - STATE OF ILLINOIS
                            MY COMMISSION EXPIRES:06/28/11

14

15

16

17

18

19

20

21

22

23

24

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

```
1                    I N D E X

2   WITNESS                        EXAMINATION

3   ALBERT STINSON

4   By Mr. Crowson                    4, 106

5   By Ms. Combs                   102, 116

6

7

8                  E X H I B I T S

9   NUMBER                            PAGE

10  1                                 49

11  2                                 52

12  3                                 53

13  4                                 62

14  5                                 63

15  6                                 74

16  7                                 83

17  8                                 85

18  9                                 89

19  10                                89

20  11                                94

21      C O N F I D E N T I A L   P A G E S

22              Page 19

23           Pages 35 to  37

24
```

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

**A**

ability 6:15
able 14:13 83:2
  107:9,23
AC 96:22 97:19,23
accept 67:24
accountable 82:14
accuracy 80:24
accurate 64:10 81:7
  85:1,7,8 105:5
  113:5 115:19
Act 1:6 3:16 7:9
  10:3 65:1 118:5
action 11:21 33:9
  38:3,5 40:20 41:4
  50:8 51:6 52:22
  119:23
actions 16:10
actual 5:23 57:3
  65:24
added 41:7
address 15:16
  26:13 27:4 29:6
  29:14 31:21 61:7
  85:4 111:20 112:8
adequacy 35:16
ADT 98:21
advice 47:18
advise 92:21
affairs 25:5
affidavits 38:20
  41:16
affix 120:1
afford 15:6
aforesaid 118:11,14
agencies 70:23
agency 70:2
agent 93:10
ago 21:11 36:5,20
  48:21
agree 80:7,23 81:17
  115:17
agreement 13:21
  59:10 96:7
ahead 11:10 12:16
  94:20
aides 24:17
air 59:19 96:18
  98:1
Aisha 20:8
AI 8:24 9:3,5 13:16
Albert 1:12 3:11
  4:14 5:2 20:3
  51:23 53:21 75:16

117:4 118:17
  121:3
allege 8:13
Alonso 45:21 88:18
  92:18 93:3,8
  113:23
amended 52:22
amount 30:19 75:7
  83:1 84:11 90:12
  113:8 115:10
and-a-half 24:2,3,5
and/or 7:3
answer 6:10,15
  11:7,9,11 12:14
  12:15,21 14:8
  36:1 38:5 65:3,15
  65:16 79:4 80:11
answered 44:6 65:3
answering 5:15
answers 54:17,22
  55:13 62:1
anybody 49:5 69:20
anymore 67:6
apart 35:18
appalled 9:8 46:22
appeared 2:8,16
appears 57:17
application 18:7
  72:16,20,24 73:14
  74:12 75:11 79:1
  79:24 80:9 81:1
  83:10,19 103:6,14
  103:15 104:7,9,11
  105:2 112:21,23
  113:8,21 114:18
  114:21,22 116:6
applications 115:13
  115:15
apply 74:24 108:17
applying 67:12
  114:5 115:5
appraisal 87:15,18
appropriate 11:21
approximately
  103:10
April 1:21 3:13
  26:2 66:2 68:24
  73:15 103:13
  112:12 113:10
  115:12 116:4
  120:2
arrested 35:5 37:3
arrests 36:22,23
Aschenbrener 2:7

4:4,4 50:6
aside 53:18 62:24
  63:1 64:8 87:2
asked 38:17 65:3
  87:17
asking 13:7 16:6
  31:15 55:9 60:19
  68:23 72:23 77:12
  80:13 81:8,14
  98:2 108:19
  112:20
assign 72:8
assistant 24:16
assistants 24:18
associate's 20:17,18
  20:19 21:2 22:16
  23:8,11 25:2,8
association 3:4,8
attention 8:23
attorney 11:8,9
  12:13 13:14 74:13
  92:16,18 93:1,3
  93:24 119:20,21
attorneys 9:20
  12:13 41:23 64:15
  83:19
attorney-client
  13:18
audible 5:19
audio-video 3:23
August 27:5 32:1,3
  32:8 57:21 73:15
  108:7,7
Austin 29:15
autism 24:13,14
Avenue 15:18 27:7
  28:1 32:12,18
  87:16 111:24
aware 16:23 41:4
  47:22,24 65:9
  67:18 109:24
A-i-s-h-a 20:8
A-l-b-e-r-t 5:2
A.D 1:21 118:19
a.m 1:21 3:2 49:13
  49:16 61:17,22
  87:8

**B**

B 121:8
back 23:1,2 29:19
  34:5 35:19,21
  36:6 49:15 61:20
  70:6,12,13 80:20

87:10 91:19
  102:12 104:2
  114:13
backed 75:21 76:1
bag 9:18
ballpark 26:6 39:5
  60:11 82:24
bam 106:2
bank 72:3
bankruptcy 33:11
based 64:13 65:19
basement 30:10
  60:5
basic 101:19 115:5
basically 45:6 93:5
  97:10
Bates 57:14 74:13
  83:20 86:1 89:10
  90:7 95:6
bathtubs 99:11
Beach 5 2:16 3:15
  4:7,8,22 6:20 7:7
  7:16,23 8:13
  10:14 15:22 16:9
  16:19 17:10 24:24
  26:2,10 32:10
  34:13 45:13 49:7
  52:7 55:20 56:7
  64:10,24 66:1
  67:19 68:1,4,9
  69:1,20 71:4,14
  73:5,6 80:8,24
  81:10,15 82:19
  86:1 89:10 90:7
  95:6 118:4
Beach's 53:22
bearing 83:19 86:1
bears 89:10 90:6
  95:6
bedrooms 31:1
  59:22 60:1
begins 3:10
behalf 2:8,16 3:20
  4:2,5,6 8:16 41:5
behavior 24:14
believe 13:24 43:5
  65:22 95:5
bell 43:14 88:7
Bellwood 27:9 28:1
  28:2,17 29:5,16
  31:8,13,18 32:18
  58:3,4,5,17 76:19
  76:19 77:10 85:4
  107:4,7 110:11

111:17,20 112:7
beneficial 42:5
benefit 23:17 107:9
  107:23 108:13
best 67:1 68:11
  69:2
better 66:20 69:15
  70:2
big 27:20 34:2
  106:23
birth 18:8
bit 29:7 94:19
blank 114:24
  115:20
blinds 100:21 101:2
  101:3,4,5
Blue 23:12,12 24:4
  24:8
borrower 77:18
  81:2 91:1 95:10
  96:4
borrower's 76:8
  83:22 84:4
bottom 76:7,14
  84:4 86:5 90:8,22
  91:6 95:16,19
  105:9
bought 32:7 46:4
  46:13 48:10 57:18
  57:23 59:16 87:16
  88:16 96:24 98:14
  105:21 106:17
  107:6,7
box 60:21
break 49:9,11 61:15
  87:5 109:23
  111:22 114:19
Brent 55:14 66:6,23
  66:24,24 78:19,23
  79:23 86:16 87:17
  93:4 109:15 113:4
  113:12
broker 103:2
brokers 82:2
Brooks 43:14,17
brother 36:10,11
  36:12 46:7
brought 9:22
Buhmann 2:20 3:3
building 22:8
Bureau 70:2
bureaus 71:1
business 43:10 66:7
  70:2 80:1

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

busy 116:14
buy 29:20 32:15
  52:7 74:20 78:14
buyer 89:17
buying 34:7 48:1

**C**

C 121:21
cabinets 101:18,19
call 13:9 69:20,23
called 1:13 4:15
  12:19 69:21 70:10
  70:18 113:13
calls 14:7
cancelled 106:9
cards 23:16
careful 11:7
carpet 102:5
carpeted 101:23
  102:2
case 1:6 3:18 38:18
  38:24 39:1,13
  45:12 106:13
  118:5
Castillo 88:6
categories 45:4
Cathleen 2:6 4:2
caution 65:14
central 96:18 97:19
certain 19:12 34:6
  37:8 49:20 52:14
  53:23 62:5 63:20
  74:5 81:3 83:12
  85:18 89:2,23
  94:22 97:15
Certificate 2:24
  120:9
certification 41:13
  41:16
certified 1:18 97:18
  97:18 119:6
certify 118:9 119:7
chance 52:24 74:17
change 61:15 110:4
  110:13,19 112:6
changes 118:15
charge 36:5,8
charges 36:3,19,24
  37:1,2
Charisse 93:3,7
Charlene 18:2
check 23:16 56:23
checked 96:11,16
checks 93:5

Chicago 1:20 2:4
  2:12 3:6,12 15:19
  21:22 26:14 61:3
  120:1
child 23:3
Christopher 43:19
  44:4
CIA's 70:22
citizen 105:21
  106:16,21 107:8
  107:16 108:18
  110:23
city 34:6
Civil 1:14
claim 7:11,16,19
  17:8,10 38:7
  39:14 42:5 64:10
  71:13,16,17
claimants 38:11
claiming 71:4
claims 34:9
Claire 55:14 66:6
  66:23,24,24 68:11
  72:11 73:23 79:23
  85:10 87:17 93:4
  93:14 103:2 109:7
  109:15,18 113:12
Claire's 104:2
clarify 71:9
Clark 1:20 2:11
  3:12
class 16:24,24 17:2
  33:5,8 35:13,17
  38:3,5 40:19 41:4
  41:13,16 49:6
  50:8 51:6 52:22
classes 25:5
cleaning 57:3
clear 15:15
close 92:22
closed 58:1
closet 99:15
closing 56:9,12
  69:10 72:5,12,14
  72:14,18 73:18,21
  91:17,20 92:14
  93:2 112:13
  113:24 116:4
cold 9:12
column 77:21
combination 74:23
Combs 2:2,6 4:2,2
  11:6 12:6,12,21
  14:7 19:8 21:11

35:8,14,19,24
37:7 40:5 43:21
44:22 46:9 49:11
50:5,23 62:18
64:17 65:2,14,19
71:8 79:4 80:16
80:20 87:6 102:21
102:23 106:10
107:14,18 109:10
116:2,22 117:1
121:5
come 47:7 67:22
  75:19
comes 38:14
coming 34:5 79:17
  79:21 110:13,23
commenced 16:9
commencement
  119:8
commission 120:7
commitments 38:15
communications
  68:4,7 73:4,4
companies 8:8
  69:24
company 1:5 2:17
  3:15 4:7,9 6:20
  67:5,7 93:19
  118:4
complaint 40:20
  50:8 51:6,9 52:22
  53:7 69:21,24
complaints 41:9
complete 97:7,8
  118:13
completely 106:9
  114:24
computer 43:2,12
computers 43:6
concerning 119:10
concluded 19:14
  37:10
concludes 117:4
conclusion 14:8
conditioner 96:19
  98:1
confidential 1:10
  19:3,9,11,13
  25:18 35:3 37:6,9
confirm 18:4 64:3
connection 6:19
considerate 38:10
consisting 118:11
consolidated 40:19

50:8 51:6
constitute 8:4
constitutes 119:15
consumer 70:3
consumers 16:24
contact 12:11 41:21
contacted 12:10
CONTAINS 1:10
contention 71:10
continue 111:3
continuing 25:9
continuous 23:5
contract 67:12
  88:16 89:9 96:14
contracts 94:12
control 23:16
conventional 75:1
conversation 48:17
conversations
  72:10
convicted 35:6
  36:14,24
convictions 36:22
Cook 1:18 33:18
  61:3 119:3,5
  120:5
Cooley 46:2 48:7
copy 50:3,7,14
  52:21 53:4 54:5
  62:4 65:12 70:7
  74:11 87:14,18,21
  89:8 90:5 91:20
  95:4
corner 57:11 74:14
  89:13 95:16,19
correct 18:9 19:7
  22:17 29:18 33:7
  52:5 95:14 105:9
  114:20 118:13
correctly 110:19
counsel 3:24 40:24
  53:12 102:16
  112:20 119:20,21
County 1:18 33:18
  61:3 119:3,5
  120:6
couple 18:4 36:6
  76:21
course 21:18
courses 25:9,9
court 1:1 3:7,17
  4:10 5:17 6:24
  41:10 51:19 53:15
  118:1

Courts 1:15
cover 55:4 63:11
coworker 45:16
  47:11
coworker's 45:22
credibility 35:12,14
  35:16,18
credible 36:16
credit 70:22 71:1
crimes 35:6,22
crisis 8:10 82:13
crooks 80:14 82:5
Cross 23:12 24:5,8
Crowson 2:14 4:6,6
  4:18,21 11:14
  12:18 13:1 14:11
  19:4,10 20:1
  21:13 27:23 35:4
  35:11,15,21 36:7
  37:5 38:1 43:23
  46:11 49:9,17
  50:1,7,10 51:3,4
  52:18 54:4 61:14
  61:23 62:9,20
  64:1,22 65:7,18
  65:23 71:11 74:9
  79:8 80:21,22
  83:16 85:22 87:3
  87:12 89:6 90:3
  95:2 102:8,14
  106:12 107:19
  109:17 112:16,19
  114:16 115:24
  116:24 121:4
CSR 1:16
current 24:19 26:13
  76:21 107:21
curtain 101:7
curtains 101:7,9
cut 93:6
CV 1:7 3:18 118:6
C-o-o-l-e-y 46:2
C.S.R 2:23 120:9

**D**

D 121:1,21
damages 14:6 16:20
Darryl 88:6
data 73:23
date 3:13 15:3 18:8
  22:17,18 57:20
  76:12,15 84:1,8
  103:9,12,21
  108:20 109:8

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

dates 21:14 32:4
  110:16,17
day 1:21 13:11,12
  13:12 21:18 44:17
  69:10 118:19
  120:2
days 39:4
deal 69:15
debts 52:1,11
decide 13:17
decision-making
  38:11
declarations 41:15
dedicate 38:17
defaulted 14:14,15
  16:3,8
defendant 4:7
defendants 3:21
definitely 110:14
degree 20:16,20
  21:3 22:16,22
  23:8,11 25:2,8
delivered 63:5
  109:18
DEPONENT 117:6
deposed 6:19
deposition 1:10,12
  2:21 3:5,8,10,14
  3:20,22 5:8 6:23
  44:12 49:21 52:15
  53:24 62:6 63:21
  74:6 83:13 85:19
  89:3,24 94:23
  102:18,24 103:18
  105:15 117:4
  118:10,14 119:12
  119:17
depositions 1:16
describe 30:5
describes 61:2
designated 19:2,13
  35:2 37:9 77:2
destroyed 15:13
  42:22 59:4,6
detail 55:7
details 13:4 82:11
detector 98:13
determine 80:9
  81:2
device 3:23
devices 98:12
died 107:16
different 66:11,14
  66:15 113:9

direction 119:15
directly 119:22
disclose 7:10,12,20
  8:5,17,18 10:15
  64:11
disclosed 10:2
disclosing 7:9 10:4
discovery 53:22
  61:24 62:2 102:17
discuss 88:20
discussed 88:24
discussion 61:18
dishwasher 100:5
disorders 24:14
disposal 100:7
disposition 47:8
distribute 23:17
District 1:1,2,15
  3:17,17 118:1,2
Division 1:3 3:18
  118:3
divorce 33:15,20
  34:1
document 49:20
  50:15,18 51:1,2
  52:14 53:23 54:6
  54:13 62:5,13
  63:20 74:5 83:12
  85:18 86:1 89:2
  89:22,23 94:22
  104:1,15,17 105:9
  116:15
documentations
  92:8
documents 40:21
  40:22 41:19,22
  42:1,6,23 45:1,5,6
  45:8,9 47:16
  49:18 56:15 57:15
  59:4 65:5 91:21
  92:11 93:21 94:1
  94:5,14 102:20
  115:6 116:20
doing 39:10 56:13
  66:8 81:24 82:12
doors 100:15
draft 50:18,24 51:5
  53:9
drafts 41:9,12
dropped 36:24
dryer 100:12
duly 4:12,15 119:10
dwelling 105:16
  106:5,6

E
E 121:1,8,21,21
earlier 4:23 52:6
  63:2,9 64:9 78:11
  96:6
early 36:4
earnings 115:7
Easter 24:11,12,15
  25:16,20
Eastern 1:3 3:18
  118:3
economic 14:5
Edelman 2:2 13:9
  44:9
educated 64:20
education 20:14
  25:9
effect 34:4
either 58:14,16
  109:1,1
electrical 97:5,13
  98:6
employee 119:19,20
employment 77:18
Englewood 27:18
enter 13:18
entitled 13:4
entry 78:3
Eric 17:22
Erickson 1:16 2:23
  3:7 119:4
escrow 107:1
Esquire 2:21 3:4,8
estate 76:18 88:15
  89:9 96:14
estimate 39:2,3
Everybody 93:4
evicted 34:16
exact 27:19 103:12
  104:17 108:20
exactly 15:11
  109:22 110:20
  111:1 113:12
examination 1:13
  4:17 102:22
  106:11 116:1
  119:9 121:2
examined 4:16
example 104:22
examples 82:10
execute 88:15
exemption 108:10
  108:16 111:4
Exhibit 49:22 50:3

52:16,20,21 53:19
  53:20 54:1 57:4,7
  62:1,2,7,17,19
  63:22 64:3 74:7
  74:11 75:8 83:14
  83:18 85:20,24
  89:4,8 90:1,5
  94:24 95:4 103:21
  105:7 109:3 111:6
  111:11 116:12
exhibits 50:9 52:23
  103:9,18 104:1
  115:14
existing 30:2
expectation 30:18
expires 120:7
explain 56:15 93:21
explained 63:2
explanation 105:18
extended 46:9,10
  92:23
extent 110:20
extra 30:11 62:4
  110:10

F
F 121:21
fact 9:18 105:11,18
failure 8:5,18 64:11
fair 41:8 60:19
fairly 70:1
fall 67:23
falsity 35:10
familiar 44:1,2
family 1:6 3:16 7:10
  11:1 12:1 14:4,6
  28:18,19 31:14
  46:9,10 51:24
  61:13 64:12 65:13
  71:4 91:4,12 92:5
  92:13,23 96:3
  106:5 118:5
far 7:10 35:19
  40:12,13
Fargo 28:11,12,15
fast 29:19
fault 79:11 94:11
fax 109:3
faxed 109:11,14
faxing 104:4 109:6
feasible 111:21
February 42:15
federal 1:14 35:9
  41:10

feel 8:21 14:5,10
  21:15 64:19 66:17
  66:22 68:10 69:2
feeling 64:24
felt 36:9,10 66:7
  69:14 92:19 94:9
  . 94:9
FHA 74:24
fifth 95:22
fight 27:20 34:2
figure 8:3 67:16
  108:11
figures 79:23 81:11
figuring 80:6
filed 4:22 6:20
  32:20,23 33:4,11
  40:17 41:5,9
  50:21 51:9,19
  53:15 69:21
files 42:20
filing 51:1,2
fill 108:15 115:2,3,4
filled 54:17 103:5
  103:13 112:21
  113:1 114:20,22
  115:3,15 116:16
filling 112:22
final 50:21,24 51:1
  51:8,11 53:10
finance 75:4
financial 73:23 82:8
  115:6
fine 19:10 35:24
finish 6:2,4 21:8
  58:16
finished 22:1
fire 15:13 42:14
  98:11
firm 12:20 13:3,9
  13:22 43:20 44:9
first 4:15 8:21
  11:19 17:14 30:9
  40:4 53:22 60:5
  63:10 64:23 65:9
  67:7 75:12,24
  84:11 90:6,16,17
  94:16 95:9 103:14
  105:21 108:12,24
  109:23
five 24:9 39:7,8
  49:10 57:4,6
five-minute 87:4
fix 32:11
fixtures 88:21 96:8

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

**flip** 53:1 74:17 76:6
   83:21 90:18 91:3
**flipped** 50:12 55:5
**floor** 2:3 3:12 30:9
   30:10,12,13,15
   59:20,21 60:1,4,5
   60:5 98:1
**flooring** 101:22
**floors** 101:1
**followed** 70:6
**following** 19:1 35:1
**follows** 4:16
**followup** 116:3
**foreclosure** 16:10
   16:15 34:14
**foregoing** 118:10
   119:12
**forgot** 21:9 86:10
**form** 115:20
**former** 59:17 60:2
   77:14
**forms** 73:24
**forth** 23:2,3
**forward** 29:19
**found** 11:19
**four** 24:9 28:10
   39:7,8
**fraud** 8:1,4
**fraudulent** 66:8
**free** 21:15
**freeze** 105:20,22,24
   106:15,16,19,20
   107:10,24 108:2
   108:13
**friend** 59:8 60:17
   78:12 92:22
**front** 45:7
**FTC** 70:3
**full** 5:1
**further** 106:10,11
   116:1,22 117:6

**G**
**G** 60:21 121:21
**Gabe** 4:21
**Gabriel** 2:14 4:6
**garbage** 100:7
**gas** 98:9
**gather** 41:19,21
**gathered** 42:2
**general** 20:18
**getting** 25:3 40:12
   59:19 69:5 72:22
   96:12 107:3 108:4

110:6
**GFC** 97:17,18
**give** 5:18,22 9:19
   26:4 32:4 41:22
   70:12 74:2 80:9
   81:2 82:15 87:17
   103:11 113:23
   114:2,5,8
**given** 5:8 81:16
   118:10,14 119:16
**giving** 5:16 47:18
   60:16
**go** 5:10 8:11 10:13
   11:10 12:15 16:5
   18:5 21:5,20 22:4
   23:2 27:9,16
   29:21 35:19,21
   41:19 55:7 57:2
   60:3,15 66:4
   77:17 81:24 83:3
   94:20 95:22
   107:18 110:8
   113:24 114:4,8
**goes** 35:11
**going** 3:1 8:14 9:7
   10:7 22:15 23:1
   25:4 30:10,12,13
   30:14 31:1,7,11
   32:14 33:16 34:2
   39:13,13 49:12,15
   49:17 50:2 51:14
   52:19,20 53:12,19
   59:23 61:14,16,20
   62:1 65:2,14 69:1
   70:11 75:19,22,23
   76:2 77:6 82:17
   82:18 83:6,9
   85:23 87:7,10
   89:7 102:9,12
   103:17 105:6
   107:4 108:13
   110:7 114:10,13
   117:2
**good** 3:1 4:19,20
   64:9
**GOODWIN** 2:2
**gotten** 25:8 67:2
   68:12
**great** 50:5 87:6
**gross** 76:22 85:4
**ground** 5:10
**group** 17:7 38:6
   70:18
**Guadalupe** 17:15

**guess** 10:6,10 18:5
   31:15 50:22 51:13
   56:24 71:8 72:23
   75:9 77:12 80:18
   81:8,14 98:2
   99:17 105:24
   108:11,19
**gung** 69:5
**guy** 55:18 97:24
   113:22
**guys** 49:9 87:4

**H**
**H** 121:8
**half** 29:8 40:23
**hand** 49:17 50:2
   52:19 85:23 89:7
   109:18 120:1
**handed** 74:10 90:4
   95:3
**handing** 64:2 83:17
**hands** 32:6 96:12
**handwriting** 76:12
   84:1,7
**handwritten** 76:15
**happen** 80:4
**happened** 63:15
   93:8
**Harold** 20:21
**Harris** 20:8,12
**head** 21:1
**health** 20:23,24
**hear** 43:1
**heard** 43:22 68:9
   113:13
**heaters** 99:13
**held** 75:15
**hell** 27:19
**help** 58:19 78:14
**helped** 55:24
**Henry** 45:24 47:12
**hereto** 119:22
**hereunto** 119:24
**Hicks** 45:21 46:3,12
   46:24 88:18 92:18
   93:3,8,10,24 96:8
   113:23
**high** 21:6,8,20 22:1
   71:5,15,20
**highest** 20:14
**highly** 64:19
**hit** 69:19 106:7,8
   110:6,7
**ho** 69:5

**Hofeld** 8:24 9:3,10
   10:5,8 11:16
   13:13,16,19,22
   39:23 41:19 44:7
   44:8 63:3,5 64:6
   65:12,15,16 92:10
**Hofeld's** 12:19
**hold** 22:24 61:24
**home** 11:17,23
   15:13 22:8 43:10
   91:23 92:2 105:21
**homeowner** 111:3
**homeowners** 47:17
**homes** 48:18
**homework** 10:10
**Honestly** 116:8
**hope** 110:18
**hoping** 111:23
**hot** 68:20
**hourly** 25:20
**hours** 39:6 44:20
**house** 15:15 26:16
   27:8 28:4,17 29:2
   29:9,17,20,24
   30:3 31:7 32:7,15
   34:7 42:2,14,17
   42:19 45:18 46:4
   52:7 57:17,23
   58:6,9,12 59:16
   67:12 76:3,19
   77:11,14 87:16
   88:16 96:9,18
   97:1 98:12 101:10
   107:6 111:12,16
**household** 51:24
**Howery** 2:10 3:11
**huh-uh** 5:21
**H-a-r-r-i-s** 20:8

**I**
**idea** 61:11 77:3
   79:22 88:8
**identification** 49:23
   52:17 54:2 62:8
   63:23 74:8 83:15
   85:21 89:5 90:2
   95:1
**identified** 8:5
**identify** 3:24 55:10
**Illinois** 1:2,18,20
   2:4,12 3:6,12,18
   15:19 26:15 61:3
   61:3 118:2 119:1
   119:6 120:2,6

**imagine** 9:1
**impair** 6:14
**important** 5:18,24
   7:18 56:24
**improperly** 71:14
**improve** 32:11
**inaccurate** 79:23
   81:9,12,21
**include** 10:21
**included** 9:24 82:24
   91:15,18 92:5
**includes** 118:15
**inclusive** 118:12
**income** 26:8,11
   30:11 76:22 77:2
   77:18 78:4 84:19
   84:22 85:5,10,11
   104:23 105:3,23
   106:3 113:8,15,17
   115:9 116:11,17
**increase** 106:1,8,9
   106:17,23 107:2
   110:6
**incurred** 14:5 52:1
**indebted** 95:10
**indirectly** 119:22
**industry** 8:15
**information** 10:23
   10:24 62:16 64:14
   72:15 73:1,22
   80:8 81:1,16,20
   84:19 85:1,9,11
   104:5,21 105:12
   113:1,8,9 114:3,4
   114:22 115:5,14
   116:12,17
**informed** 92:7
**initial** 38:5 41:18
   63:10
**initially** 41:20 44:7
   110:21
**initials** 89:12 90:8
   91:6 95:15
**install** 97:15
**installed** 96:20
**installment** 108:22
   108:22,24
**instance** 3:21
**instruct** 6:9
**insurance** 23:16
   82:24 107:1
**intend** 77:13
**intention** 78:8,11
   111:11

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

interest 7:13,20 8:6
  8:19 10:14 64:12
  66:20,20 67:1
  71:5,15 81:3
  94:14
interested 25:11
  119:22
interrupt 28:12
investor 71:23 72:5
  72:8 98:3
investors 15:4,9
  16:1 32:6 97:3
  99:9
involved 33:14
  34:12,13 38:24
in-person 40:2
Iowa 26:14,22 27:4
  32:7 57:18,24
  61:2
issue 35:14 102:17
issues 35:12,16

_____ J _____

J 2:7
jacked 107:1
jail 36:12
January 9:16,16
  13:24 65:8
Jasper 58:24 59:2
Jeune 17:24
job 24:19,23 56:13
  56:18
jobs 22:13 25:15
jogs 21:19
John 21:21
judge 6:6 7:3
junior 5:4,5 20:3
jury 7:4
J-a-s-p-e-r 59:2

_____ K _____

keep 15:5 70:7 79:2
  110:13
kept 19:8 23:1
  66:10,13 105:23
kid 46:7
kids 23:4 24:14
  28:22 43:5
kind 5:20 45:4
  60:23 67:16 69:18
  70:3 82:11 94:10
  98:11,20 101:22
  107:20
kinds 45:4

kitchen 101:19
knew 31:10 110:4,5
  110:19,22,23
know 5:20 6:8,12
  8:11 9:1,2,5 10:8
  13:7 14:22 17:2,9
  17:12,17,19 21:19
  22:12 25:7 27:21
  28:14,15 31:5
  35:9,13 38:23
  39:5,11 40:10,24
  41:21 42:9 45:7
  46:3,6,19 47:4
  48:23 49:1,1,5
  50:12,17 51:8,13
  51:18 52:24 53:14
  55:17,19 56:13,19
  56:20 57:15 59:18
  60:7,9,11,19 61:9
  62:15,21 64:21
  65:18 69:15 72:1
  72:15 73:8 74:2
  74:16,22 76:4
  77:1,24 78:6 80:1
  80:2,3,6 81:24
  82:13,15,17,22
  86:14,23 88:9,11
  92:4,23,24 94:10
  97:22,24 99:15
  101:19 104:4,20
  107:4 108:15,21
  110:6 111:1,2,7
  113:6,18
knowledge 55:10
  65:19 71:23
known 20:2 81:11

_____ L _____

L 121:21
LaSalle 2:3
late 109:1
LATTURNER 2:2
law 13:3 25:5,10
Lawrence 75:16,18
  75:19
lawsuit 4:22 6:19
  7:4 16:18 17:13
  17:17,20 32:23
  33:4 38:21 40:11
  40:17 41:5 46:14
  56:4 71:10,12
lawsuits 32:21
lawyer 5:11 6:7
  41:2 64:21 88:1

92:20 93:12
lawyers 39:12,15
  39:18 40:6 42:12
  44:12 45:11 57:14
  65:21 106:13
lawyer's 51:14
layout 30:5
leading 13:5
learning 14:4
lease 26:18 28:23
  30:16 42:6 58:23
  59:3,9 60:16 83:7
  88:12
leases 58:21 74:3
leave 53:12
Lefebvre 43:19
  44:4
left 24:7 60:23
  89:16,18 95:16,24
  99:3,6,9 100:3
  101:5 102:6
  112:18
left-hand 89:13
legal 3:3 14:7 25:5
  25:10
lender 28:8,13,14
  32:18 67:19,21,23
  80:7,23 95:10
lenders 32:21 66:12
  66:15 82:2
lending 1:6 3:16 7:9
  10:3 65:1 69:24
  81:23 118:5
letter 10:18,24 11:5
  63:10,11,12 86:8
  105:19 109:6,15
  110:3
letters 57:11 109:14
let's 29:19 90:18
  97:10
level 20:14
life 22:12 29:11
limited 35:22
line 109:2,3
lines 75:14
listed 78:6
Listen 80:16
lists 76:19 77:18,22
  85:4
litigation 1:7 3:16
  40:14 55:11 118:6
little 29:7 78:2
  94:19 97:6 114:18
  116:3

live 22:12 27:9,11
  27:16 28:21 29:5
  29:21 30:12,13
  78:16,17 83:4
lived 88:10
living 27:3,6 28:1
  58:2 59:16 60:2
LLC 2:2
Lloyd 43:14,17
LLP 2:10 3:11
loan 7:22 8:7,7
  11:18,22 14:14,15
  14:18 15:22 16:4
  17:10 18:7 24:24
  26:3,11 32:11,14
  34:10 42:3 45:9
  45:13 49:7 55:18
  55:20 56:7 66:1,5
  66:10,11,14 67:9
  67:13,16,19 68:8
  68:10,11 69:1,2
  71:5,14,20,22
  72:7,16,18,20,22
  73:5,7,13 74:12
  74:23 75:2,11,12
  75:12 79:24 80:1
  80:2,10 81:1,3,4
  82:19 83:9,18
  84:15 86:18 90:6
  91:16,21 94:17
  95:5 112:13,20,22
  113:23 114:2,5,18
  115:5 116:6
loans 51:23 55:24
  74:20 82:15
located 3:5
location 60:22
  72:14
long 1:5 2:16 3:15
  4:7,8,22 6:20 7:7
  7:16,22 8:13
  10:14 13:8 15:22
  16:9,19 17:10
  20:9 21:11 22:4
  24:24 26:2,10
  29:5 32:10 34:13
  44:19 45:13 49:7
  52:6 53:21 55:20
  56:7 64:10,24
  65:24 67:18 68:1
  68:4,9 69:1,20
  71:4,13 73:5,6
  80:8,24 81:10,14
  82:19 86:1 89:10

90:7 95:6 118:4
longer 15:5,6
  108:12,17
look 16:6 45:5
  48:15 60:20 62:18
  75:7,14 76:17
  78:2,19 79:9 82:6
  84:10,18 90:12
  91:12,15 92:1
  95:9 103:8,17,18
  105:7 109:2
looked 11:17,18,22
  40:22 66:19 69:7
  69:11 92:7,10
  94:13 116:9
looking 13:2 54:19
  78:22
looks 61:4 84:11
lose 110:14
lot 13:4 97:9,11
  101:16 116:20
lots 61:4,10
love 49:11
lower 60:15 74:14
  77:21 89:12

_____ M _____

M 2:6
mail 9:13 23:16
  63:4 70:14
main 23:19
maintain 23:18
  43:11 111:16
maintaining 42:20
maintenance 22:8
major 20:22
making 28:16 33:22
  33:23
man 28:9 80:14
  81:22 109:24
  110:17
manage 26:24
Marc 2:20 3:3
March 42:15 73:16
  103:10,12 104:3
  104:18,21,22
  105:3 109:3,7,20
  112:22 113:7,21
  114:21
mark 25:18 37:5
  52:20 53:19 62:1
  63:18 83:9
marked 49:21 50:3
  52:15 53:24 57:16

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

62:6 63:21 64:2
74:6,11 75:8 76:7
83:13,17,22 85:19
85:24 89:3,8,24
90:5 94:23 95:4
95:23 111:6
115:13
**market** 31:9
**marking** 53:20
**married** 20:5,9,11
20:12 33:14
**Marshal** 21:21
**MATERIAL** 1:10
**materials** 10:22
63:3 64:4 91:16
**matter** 3:15 9:18
**matters** 119:11
**Matthew** 45:23
47:12
**MDL** 1:6 3:18 55:5
86:2 89:10 90:7
95:6 118:5
**mean** 5:20 8:5
22:18 30:7 33:24
35:15,20 47:6
60:4 68:21 73:15
82:8 96:13 97:8
99:8 104:20
106:14 110:18
113:6
**means** 17:2,6
106:23
**meet** 103:2
**meeting** 39:15
44:11,19,21
**meetings** 39:20,22
40:2,3
**memory** 21:19
**Mental** 20:23,24
24:17
**mentor** 24:17
**mess** 8:10 82:6,8
**messed** 102:3
**met** 4:22 9:9 39:17
40:5 44:3
**Metro** 21:21
**Michael** 2:7 4:4
**middle** 55:3 60:23
**Mike** 39:24 40:4
44:22
**military** 25:13
**Miller** 93:3,7
**mine** 45:17
**mines** 59:8
**minor** 97:6

**minute** 67:20,22
69:7 75:21 80:16
109:10 112:16
**minutes** 49:10
112:17 114:9
**Mirlaine** 17:24
**mirrors** 101:12
**mistake** 79:13
**mistaken** 86:18
98:22
**mom** 48:15,20
**money** 69:16,16
83:7 110:9 112:10
**monitored** 98:23,24
**Monroe** 3:5
**month** 73:16 78:9
79:18 83:2 84:21
104:23 105:17
107:13 111:20,23
112:4 114:7
**monthly** 82:18,21
85:10
**months** 22:6,10
24:9 31:9,23
**morning** 3:1 4:19
4:20,23
**mortgage** 1:5 2:17
3:15 4:7,9 6:20
8:10,15 15:6,22
16:3 24:24 26:3
26:10 28:6,9,11
32:11,18,21 45:13
48:21 49:7 52:7
55:14,20 56:7
58:19 65:12 66:1
67:7 74:20 75:12
78:15 82:2,9,13
82:19,21 83:7
84:14 90:6,6,15
90:16,17 92:4,11
95:4,5,14 103:2
106:1,24 107:2
109:11,12 118:4
**mortgages** 48:19
**motion** 41:13
**move** 23:23 31:20
59:18 110:8
111:11
**moved** 31:16,16
58:11 100:1 108:5
108:7
**moving** 34:5
**multiple** 30:8
**multi-board** 89:9

**multi-unit** 61:12
**mumbo-jumbo**
41:2
**Mutual** 73:9,11

_____

**N**

**N** 121:1,21,21
**name** 3:3 4:21 5:1
20:7 43:14,22,24
45:20,22 46:1
49:2,3 67:4 69:23
70:17 75:15 88:5
93:20 103:3
107:17 115:22
**named** 17:12 44:4
48:23
**names** 5:6 20:3
**Navara** 17:15 48:24
**near** 57:2 76:7
89:16 90:8 95:23
114:7
**need** 5:22 6:11
12:10 32:10 114:4
**needed** 47:3,7 56:13
56:22 62:13 86:17
86:19 88:22 97:9
101:16
**negotiate** 88:21
**negotiation** 96:7
**nerve** 69:19
**never** 9:1 16:3,8,9
16:12 29:17 33:4
33:5,14 59:7 70:5
70:14 87:18,20,21
88:12 94:11
113:13 116:13
**new** 23:17 59:19
72:8 108:17 111:3
**nod** 5:21
**Nodding** 21:1
**Noreen** 1:16 2:23
3:7 119:4
**North** 1:20 2:11
3:12 29:15
**Northern** 1:2 3:17
118:2
**Notary** 1:17 118:21
119:4 120:5
**note** 86:7 90:13
111:6,8,9
**number** 3:18 19:5
51:22 70:20,21
78:19 90:21 121:9
**numbers** 79:7,17

113:4,5,6,12,19
114:6,20 115:11
115:18,18

_____

**O**

**O** 121:21
**Oak** 29:12,13
**oath** 118:13
**object** 35:8 65:2
**objection** 14:7
50:23
**objections** 6:7
**obligations** 38:9
**obstruction** 36:5,8
**obstructions** 37:2
**obtained** 20:15
51:23
**offense** 10:17
**offering** 66:14
112:3
**office** 104:2,12,13
120:1
**official** 23:20
**oh** 21:9 22:24 24:10
37:7 47:21 59:24
98:5 104:11
**okay** 6:13 8:3 11:12
12:8,17 50:5 51:3
54:5 55:12 57:8
64:8,17 74:15
77:20 80:18 82:22
87:6 89:21 90:23
90:23 94:13
102:21 103:8,17
105:6,7,14 109:5
109:5 110:18
114:1 116:22
**old** 23:3 97:16
**once** 9:6 11:19
27:17 102:19
110:12 114:2
**one-page** 85:24
**online** 70:9
**opinion** 8:2 82:16
**opinions** 79:2
**opportunity** 116:5
**order** 74:20 81:1
**organization** 70:4
**original** 28:13,14
41:6 60:8 92:8
**outcome** 119:23
**outside** 39:23
**outstanding** 102:17
**ovens** 99:21

**owed** 29:2
**owned** 28:5 29:17
31:23
**owner** 45:16,18
59:17,19 76:2
107:21 108:17

_____

**P**

**P** 121:21
**package** 9:6,7,10,17
9:19,24 10:12,14
10:19 11:4,16
13:8 41:18 63:3
91:16 92:5,9
**packages** 23:17
**packet** 64:4
**packets** 42:3
**page** 51:21 55:4,8,9
55:13 57:3,10
60:20 76:6,6,14
76:17 77:17,19
83:21 84:3,3,11
84:18 85:3 89:13
89:15,19 90:8,10
90:12,18,20 91:9
95:9,18,22 96:2,3
103:19 121:9,22
**pages** 55:6 57:5,6
91:3 95:20 118:11
121:23
**paid** 71:22,24 72:2
72:4
**paper** 53:13
**papers** 11:18,22
15:12 40:16,21
69:7,11
**paperwork** 15:14
**para** 24:17
**paragraph** 51:22
**paralegal** 13:14
**paraphrasing**
110:18
**Park** 29:12,13
55:14 66:22 67:7
109:11,12
**part** 19:10 25:18
26:18 28:24 29:23
31:12 32:11 33:8
34:6 37:6 43:20
52:10 58:14,17
71:9 72:4 78:18
81:5,5,6,6,19 83:6
86:18 92:23 98:6
**parties** 119:21

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

party 3:21
patio 100:14
pause 102:11
  114:12
pay 14:20 52:10
  78:15 83:2,7
  106:22 109:24
  113:24 115:7
paying 60:8 106:18
  106:24 107:22
payment 82:18,21
  106:24
payments 15:7
  28:16 73:10
peaked 10:14
pending 6:11
people 17:8 23:16
  28:15 38:6 55:10
  69:22 82:1
percent 26:5 75:2,4
  75:12 84:15
period 8:8 23:6
  43:9 105:1 112:10
periodically 6:7
person 6:1 17:7
  39:20,21 59:15
  80:9
personal 7:13,21
  8:1 10:16 16:13
  18:5 42:20,22
  43:2,6,12 46:20
  51:23 58:18 65:6
  79:2 80:13 81:22
  81:23 82:16 87:24
  88:21 91:20 92:20
  92:24 96:8 119:15
personally 55:22
  80:12
persons 17:9 40:8
pertaining 1:15
  10:1
phone 39:20 41:20
  70:10
Pick 56:23
picks 93:5
pieces 61:6
place 3:11 118:11
  119:18
places 103:20
plaintiff 17:14 41:7
  51:22 53:21 55:6
plaintiffs 17:13
  48:23
plan 27:8,14 29:20

29:23 83:3 105:16
  106:4 110:8
  111:19 112:6
planned 105:17
plans 31:12,17
please 3:24 4:11,24
  6:12 19:9 21:19
  37:7
plugged 80:4,5
plumbing 99:5
plus 59:19
point 63:16
police 36:9 69:22
position 23:21,24
possible 69:3
  116:15,18
potentially 49:6
practice 8:7
practices 8:9
prepare 72:20
present 2:1,19 40:2
  40:4,5 56:20
presented 91:20
presently 20:5
preserve 6:8
pretty 22:11 68:20
prevention 98:11
previous 45:16,18
  67:23 119:8
price 75:5
prior 25:3 29:16
  52:1 66:7 72:22
  105:14
probably 13:12
  73:15 82:23
problem 81:23 83:5
problems 7:22
  32:17
Procedure 1:14
proceeding 33:20
proceedings 19:2
  19:12 33:15 34:14
  35:2 37:8 119:16
process 23:4 38:12
  40:14 66:5
processes 86:18
produce 111:8
produced 74:13
  83:19 88:1 102:20
  111:8
products 66:14
Professionally
  55:22,23
progressed 40:13

promoted 23:23
properties 26:21
property 7:14,21
  10:16 14:14,23,24
  15:21,24 16:13
  26:17 27:1,9,16
  27:17 29:3 30:6
  32:12 34:3 46:13
  46:20 48:1,11
  60:21 61:6 65:6
  68:2 69:6 72:1
  74:3 76:1 77:2
  78:3 88:21,22
  93:9 96:9,12
  106:17 107:16,17
  110:1,9,10,15
proposed 16:23
provide 73:22 85:9
  104:22,24
provided 105:11
providing 105:1
Public 1:17 118:21
  119:4 120:5
punitive 49:6
purchase 67:11
  75:5 88:15
purchased 15:21
  27:16,24 31:10
  48:20 77:13
purpose 78:15
  107:3
purposes 51:24
  52:2
pursuant 1:13
put 31:9 57:14 73:1
  76:4 79:23 85:13
  97:10 105:19
p.m 87:11 102:10
  102:13 114:11,15
  117:3

_____ Q _____

qualify 106:20
Quality 23:15
question 5:23 6:2,5
  6:12 11:10,13
  12:14,15,21 36:1
  50:24 55:8 79:5
  80:17,20 102:19
  104:6 116:3
questions 5:15,19
  6:10,16 11:7
  49:19 53:3 54:14
  54:23 55:1 80:3

94:3,8 102:15,21
  106:10 114:3
  116:23
quick 61:14 114:18
quiet 69:19

_____ R _____

raise 68:14 69:13
raising 23:4
range 83:20
ranges 99:21
rate 66:20,21 67:1
  71:6,15 81:3
  94:14
read 9:6 50:13
  54:22 55:1,4
  80:20 92:13 118:9
ready 44:12 53:2
  54:3 74:17 86:3
real 76:18 88:15
  89:9 96:13
realize 108:12
really 10:13,16
  14:22 15:13 34:3
  34:3 40:23 56:16
  56:21 57:4 60:10
  66:19 69:18 86:20
  88:2
reason 5:18 6:14
  81:10
recall 13:15 54:8,12
  54:15 66:1 67:14
  86:7,21 88:20
  93:20 96:10,21
  97:21 103:9,16
  105:1,4 109:6,9
  110:17 111:7,9
  112:14 113:11
  115:16 116:10
recarpeted 102:3
received 9:16 11:3
  11:5,16 13:8 65:5
  108:23
recess 49:14 87:9
recognize 49:3
recollection 86:9,11
record 3:2 4:1 5:1
  6:8 27:22 49:12
  49:16 50:7 52:21
  53:20 61:17,19,21
  63:19 87:8,11
  102:10,13,16
  114:11,14 117:3
  119:15

recorded 3:22
recording 3:23
records 87:24
Reddit 75:16,18
reduced 119:14
referred 61:9
referring 77:24
  79:12 82:7
refinancing 52:1
reflected 111:10
refrigerator 99:24
regrade 97:17
regular 106:22
related 35:9,10,22
relations 25:10
relationship 13:5
  13:18
relative 93:8 119:19
  119:20
relevant 35:7
relies 80:8,24
rely 81:15
remember 26:1
  28:8 51:16 53:4,9
  53:13 54:18 70:17
  73:13 74:19 79:6
  112:22 113:20
  114:19
renovate 30:10
renovations 97:11
rent 26:16 28:4,23
  30:14 59:13 60:8
  77:4,6,14 78:8,12
  78:14,18 106:4
  111:14,17 112:7
rental 26:24 29:3
  30:18,22 76:22
  77:1 78:4 84:21
  85:4,10
renting 29:12,23
  31:5,12,18 58:14
  58:16,19 105:16
repeat 11:12 38:4
  43:16
rephrase 6:12
  80:21
report 70:23
reported 2:23
  119:13
reporter 1:19 3:7
  4:10 5:17 6:24
  119:6
reporting 70:23
represent 4:21 38:6

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

**representative**
16:24 17:3 33:6
35:13,17
**representing** 92:19
**represents** 17:7
**requests** 53:22 62:3
**require** 102:18
**required** 6:10
**reserve** 117:1
**residency** 42:14
**residential** 74:12
83:18 89:9 116:6
**response** 5:19,22
6:3,4 47:20 69:17
70:12,13,15
**responses** 5:16
53:21
**responsibilities**
38:9
**rest** 38:11
**restate** 6:11
**resumption** 102:18
**retain** 63:4 64:4
**retained** 13:22 44:8
**retaining** 31:18
**retributed** 40:12
**returns** 42:8,11
73:24
**revealing** 11:10
12:15
**review** 45:1 47:16
116:5
**reviewed** 40:16,19
41:9,12 116:11
**revisit** 102:19
**rider** 1:6 3:16 7:10
10:2 11:1,19,20
12:1,11 14:4,6
42:4 46:17 47:15
64:12 65:13 71:4
91:4,12 92:5,14
94:20 96:3 118:5
**riders** 23:17
**right** 5:13 8:11,15
8:20 9:14 13:10
20:4 21:12 23:9
24:6 25:21 30:9
30:23 33:16 41:1
41:3 43:6,8,20
46:10 47:13,19
53:17 58:5 59:12
61:5 63:6,7,17
65:6 67:3,17
68:17,22,22 69:14

71:12,21 73:6,16
75:17 77:15 79:14
79:14,16,20 82:12
84:10,20 85:8
86:23 90:21,24
91:7 93:11,13
94:18 95:19 96:15
96:17 101:3 105:6
105:13 106:7
107:22 108:1,9
110:7 111:1,15,18
115:1,11
**right-hand** 57:11
74:14
**ring** 43:14 88:7
**road** 6:9
**rods** 101:7
**role** 56:11
**rooms** 101:13
**root** 33:17,24
**rough** 39:2,3
**roughly** 13:7 40:1
**rows** 76:21
**RPR** 2:23
**rule** 35:10
**rules** 1:14 5:10
**run** 60:12

_____
**S**
**S** 1:16 2:23 119:4
121:8,21
**safe** 92:19 94:10,11
**SAITH** 117:6
**salary** 25:20,21
**sat** 69:4
**save** 63:13 110:9
**saw** 10:6 12:1 18:7
27:17 31:19 50:20
51:8,10,11,14,16
53:11 54:16 55:5
55:6 94:14 110:12
**saying** 67:22 105:22
**says** 41:1 51:22
57:4,20 60:21
75:8,15,16 76:18
76:21 78:3,4
89:16 91:1 96:4
**Schedule** 76:18
**school** 21:6,8,20
22:1,2,3,5 24:13
25:4
**Schutte** 2:15 4:8,8
27:22
**Scott** 2:15 4:8

**screens** 100:17
**screwed** 46:8
**seal** 120:1
**Seals** 24:11,12,15
25:16,20
**season** 108:14
**second** 30:15 60:5
75:23 77:11,19
83:9 84:14,18
95:5,13,14 98:1
108:21,22,24
**section** 60:9 75:7
78:2 83:22 84:11
112:2,3
**secure** 94:10,11
**secured** 90:13
**security** 7:13,20 8:6
8:19 19:5 64:12
98:18
**see** 5:16 11:18
14:21 52:3 55:14
56:19 60:22 61:1
76:22 77:23 78:5
79:16 87:14 96:10
103:21 109:22
116:17
**seeing** 53:4,9,13
79:7 105:4
**seeking** 16:18
**seen** 50:14,17 51:5
53:4 54:5 88:12
**sell** 31:7 110:14
**selling** 93:9 105:17
**semester** 23:2
**send** 10:5 108:15,21
**senior** 5:4 105:21
106:16,21 107:7,8
107:15 108:18
110:22
**sent** 8:24,24 9:6,12
54:12 63:3 73:10
87:18 115:6
**separate** 35:18
71:10
**September** 18:8
**series** 49:18
**seriously** 27:20
**served** 25:12
**servicer** 28:13
**services** 2:21 3:5,9
81:24
**serving** 35:17
**set** 53:18,22 62:24
62:24 64:8 81:3

87:2 119:24
**settlement** 57:17,20
**settling** 38:14
**shades** 100:22
101:2
**sheet** 54:19
**Shelton** 17:22
**she'd** 48:15
**Shield** 23:13
**Shields** 15:18 27:7
27:10,12 28:1
31:17,21 32:12
42:17 45:19 52:8
58:8,12,17 77:9
87:15 88:6 107:4
110:9 111:24
**shopping** 66:10,11
66:13
**Short** 102:11
114:12
**Shorthand** 1:19
119:6
**showing** 42:4
**shown** 7:3
**shut** 22:3
**sic** 24:17 40:12
**side** 27:18 60:24
**sign** 62:13 72:21
86:12 104:6 113:2
**signature** 62:10
76:8,10,15 83:11
83:23,23 84:4,5
86:5 89:16,17
90:24 91:10 94:21
95:23 96:4 103:19
103:20 105:9
117:1
**signatures** 85:17
**signed** 38:20 41:15
67:11 69:7 72:24
73:13 79:10 91:13
94:6 103:22 104:2
104:10,11,18,21
105:2 113:7,9
114:21 115:13,22
116:6
**signing** 93:22 94:5
116:9
**similar** 8:14 17:10
**single** 28:18,19
31:14 61:13
**single-family** 61:12
105:16 106:5
**sink** 100:8

**sinks** 99:19
**sister** 46:8
**Six** 20:10
**Smoke** 98:13
**Social** 19:5
**sold** 14:24 15:9,24
27:8 28:9 32:1
58:6,8 73:7,8 97:3
98:3 99:9
**solely** 64:14
**somebody** 86:15
**sons** 107:16
**sorry** 15:18 28:12
31:2 33:18 38:13
43:1 47:23 50:11
57:10 59:1 66:24
78:21 93:6 99:8
**sort** 47:18
**sought** 33:5
**sounded** 101:16
**sounds** 43:24 44:2
**sources** 26:7,11
**south** 2:3 15:18
27:7,9,11,18,24
31:17,20 32:12
42:17 45:19 52:7
58:8,11,17 77:8
87:15 88:6 111:24
**speak** 13:13 46:23
56:11
**speaking** 13:15
**specific** 20:22 21:14
114:6
**specifically** 46:13
116:10
**specified** 119:18
**spell** 4:24 59:1
**spend** 84:17
**spent** 38:23 39:10
**spoke** 13:15 39:24
44:7 47:11 102:16
**spoken** 9:9 44:3
45:12 46:12 56:3
56:6
**SS** 119:2
**stake** 46:20
**stamp** 74:13 86:1
89:10 90:7 95:6
**stamps** 57:14
**start** 21:24 22:15
27:3 61:21 108:4
114:14
**started** 24:1,9
33:21 34:4,4 44:8

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

64:24 67:12
starting 66:4
starts 55:9 57:7
  91:4 96:2
state 1:18,19 4:24
  113:14 119:1,5,7
stated 113:13,20
statement 14:21
  16:5 57:17
statements 42:3
  72:2 115:6,7
States 1:1,15 3:17
  118:1
stating 65:5 113:16
stats 18:5
status 40:10 110:4
Statutory 16:20
stay 14:13 60:3
  75:20,22 82:16
  88:22
stayed 29:12 106:19
staying 58:3,18
  59:20
stenographically
  119:13
step 47:5
steps 87:23
Stinson 1:12 3:11
  4:3,5,14,19 5:2
  11:6 20:3 38:2
  49:17,21 50:2,11
  51:23 52:15 53:24
  57:12,16 60:21
  62:6,10 63:2,21
  74:6,10,14,14
  75:16 76:7 83:13
  83:20,20,22 85:19
  85:23 87:13 89:3
  89:7,24 90:4
  94:23 95:3 102:14
  102:24 114:17
  117:5 118:17
  121:3
Stinson's 53:21
stockroom 23:18
storm 100:14
stoves 99:22
straight 21:5
Street 1:20 2:3,11
  3:12 26:14,22
  27:4 32:8 57:18
  57:24 61:3
stubs 115:7
studies 20:18

study 22:7
stuff 18:6 70:23
Subject 78:3
submit 42:9,10
  70:11 86:15,17
submitted 86:16
subscribe 118:12
SUBSCRIBED
  118:18
subsequent 95:20
substantive 18:6
suburbs 34:5
sued 33:2
Suite 1:19 2:11
Sullivan 18:2
summary 64:10
suppose 7:9
supposed 7:12
sure 5:14 15:11
  21:14,16 22:18,24
  43:17 47:15 97:22
  104:20 110:20
  113:6
suspect 81:10
swear 4:11
sworn 4:13,16
  118:18 119:10
system 96:19 97:20
  98:7,18
S-t-i-n-s-o-n 5:3

_____

T

T 2:15 121:8,21
Tabb 58:24
take 5:21 6:1 23:2
  25:4 32:6,20 33:5
  33:13 49:9,11
  61:14 87:4 91:23
  97:4 98:3,5,6,16
  99:5,11,17,21
  100:3,19 101:4,15
  101:20 116:5
taken 1:13,16 3:14
  3:20 6:23 25:8
  119:17
talk 47:14 48:4,9,12
  65:24 68:17,19,21
  72:23
talked 5:11 39:12
  46:16 70:10
talking 9:2 15:16
  32:24 35:13,20
  52:3 60:22 71:9
  71:13 72:13 76:23

77:8,10 78:22
  96:13 114:17
tape 61:15,17,21
  114:11,14 117:3
tax 42:8,11 73:23
  105:20,22 106:8,8
  106:14,17 107:9
  107:23 108:2,13
  108:14,15,16
  109:22 110:4,19
  111:22
taxes 82:23 105:24
  106:18,22 107:12
  112:9,9
teacher 24:16
teaches 24:13
Tekeisa 45:23 48:6
Tekeisa's 46:1
telephone 2:5,13
  39:22
tell 7:6 10:11 12:11
  17:5 25:19 26:13
  27:14 28:10 39:11
  46:18 51:20 59:18
  60:10 86:20 93:24
  108:20
temp 24:1,2,4
ten 35:8,21 36:4,20
tenant 30:2 31:3
  59:15,18 60:2,8
  75:22,24,24 88:5
  88:9,13
terms 39:6 73:23
  83:2
testified 4:16 103:1
  105:8
testify 119:10
testimony 7:3 52:6
  84:24 103:1,24
  105:15 119:16
Thank 50:6
Thanks 50:5
thing 7:15 43:6
  48:10 51:15 57:1
  65:10,10 69:8
  82:12
things 8:2,4 10:1
  21:15 23:18 42:4
  47:22,24 62:14
  80:5 81:22 82:1
  96:11,16 97:6,15
  115:8
think 7:7,8,17 8:1
  13:15 31:6 35:11

35:12 44:6 50:24
  52:5 69:6,23 70:1
  70:22 77:19 78:24
  79:4 80:14 82:4
  82:11 84:11 86:16
  86:16 92:24 96:6
  96:21 98:21
  101:14 102:8
  108:7,8 109:2,14
  109:15 116:24
thinking 82:22
third 52:22 59:20
  59:21 60:4 76:6
  76:17 83:21
thorough 86:21
thoroughly 54:20
  115:4
thought 22:22 41:6
  43:22 63:8,14
  69:4
three 22:6,9 23:19
  26:4 28:9 39:19
  39:19 40:1 55:6
  59:22 60:1 110:10
  112:17 114:14
  117:3
throw 36:15 63:15
thrown 106:2
time 6:1 13:17
  22:14 23:6 27:24
  29:2 31:1 38:15
  38:18,23 40:5
  44:9 45:2 48:12
  58:2 66:21 68:10
  68:24 69:6 71:19
  74:3 77:4 84:18
  94:16 103:5
  105:20 106:4,18
  108:21 110:2
  111:2,5,21 118:11
  119:18
times 28:10 37:2
  39:17 40:4 46:23
title 23:20 62:18
  75:15 93:18
today 6:6,16 9:22
  32:24 71:13
  102:15
today's 3:13 44:12
told 11:8,9 13:2,3
  47:3 59:17 65:15
  65:16 68:24 69:14
  78:10 94:6 111:8
  112:1 113:12,22

top 30:9,13 54:18
  57:10 60:1 76:18
  77:18 89:16,18
  90:24 95:23 109:2
touching 36:11
town 27:18
trade 22:2,4 25:4
transcript 19:11
  118:10,14 119:13
transfer 72:7
treated 70:1
trickle-down 34:4
true 118:13 119:15
truth 1:6 3:15 7:8
  10:3 35:10,22
  65:1 118:5 119:10
truthfully 6:15
trying 8:3 13:6
  67:15 108:11
  109:22 114:19
turn 51:21 55:8
  57:9,16
twenty-four-five
  25:22
Twenty-three-five
  26:5
twice 39:23 47:1
two 23:5 24:2,3,5
  30:24 31:9 36:3
  36:19 37:1 39:19
  40:4 44:20 48:21
  55:5 59:11 61:6
  61:21 72:13 74:19
  103:19 114:9,11
  115:13
two-year 20:16
type 15:14 69:22
  70:5 86:12
typewriting 119:14
typewritten 116:16
typing 86:21
T-a-b-b 59:2
T-e-k-e-i-s-a 45:23

_____

U

ultimately 23:7
unattached 99:3
uncomfortable 83:1
understand 6:15,18
  6:22 7:2 38:16
  40:23 47:16 54:20
  56:21 64:20 79:20
  81:8 105:14
understanding 38:3

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

38:8,16 62:12
64:13 65:11
**unemployment**
24:10
**uniform** 74:12
83:18
**uninstall** 101:20
102:5
**unit** 75:20 111:14
**United** 1:1,14 3:16
118:1
**units** 30:8 60:13
96:22 97:23
**university** 21:5
**upset** 14:3 71:19
94:17
**upwards** 44:20
**use** 32:10,14 43:3,4
43:9 52:10 83:6

———————
**V**
**various** 23:18 55:10
**verbal** 5:22 59:10
73:4
**verification** 62:2
**verifications** 38:21
**verify** 62:14,16
83:10 85:16 94:21
**version** 50:20,21
51:8,11 53:10
54:13,16
**video** 3:2 49:12,15
61:16,21 87:7,11
102:9,13 114:10
114:14 117:2
**videographer** 2:20
3:1,4 4:10 49:12
49:15 61:16,20
87:7,10 102:9,12
112:17 114:10,13
117:2
**videotape** 3:10 7:2
**videotaped** 6:23
**violated** 7:8 64:24
**violating** 8:16 36:9
36:10
**violation** 10:3

———————
**W**
**wage** 25:20
**wait** 80:16 109:10
**want** 8:11,12 11:6
18:4 25:19 35:19
35:22 38:4 39:2

49:9 62:18 63:18
65:24 79:2 80:11
85:16 87:2,4 88:2
94:8 103:8 112:7
113:4
**wanted** 30:22 59:20
59:21 60:3 68:1
86:23 87:22 89:21
**Washburne** 22:3
**washer** 100:12
**Washington** 20:21
73:9,11
**wasn't** 23:5 31:14
36:16,23 45:7
69:2 70:1 81:7
88:24 97:7,8,17
97:19 100:10
110:22 113:4,6
116:19
**water** 98:9 99:13,15
**way** 16:15 36:11
71:14 92:12
107:20 110:7
**weapons** 36:3,19
37:1
**Wednesday** 44:16
44:16,18
**week** 44:15,17
54:11
**weeks** 48:21
**Wells** 28:11,12,15
**went** 11:17 22:2
23:1,12 24:11
29:20 36:12 62:14
68:2 72:11 92:2
92:10 104:2
105:24 114:18
**weren't** 110:20
115:18
**West** 3:5 26:14,22
27:3 32:7 55:14
57:18,24 61:2
67:7 109:11,12
**We'll** 35:21 117:1
**we're** 3:1 15:15,16
32:24 35:12 49:15
61:14,16,20 71:12
82:6 87:7,10,13
102:9,12 114:10
114:13 117:2
**we've** 95:4 115:13
**WHEREOF** 119:24
**wife** 20:7 26:17
27:17 28:20 41:1

**willing** 47:4
**window** 96:22
97:23,24 106:2
**windows** 100:14,17
100:21
**wiring** 97:17
**wise** 72:17
**witness** 2:8 4:11,12
4:15 11:12 12:8,9
12:17,22 14:9
21:12 36:2 43:22
46:10 54:3 64:18
65:4,20 79:6
80:18 107:15
109:13 119:9,9,24
121:2
**Wood** 101:23
**words** 7:7 16:18
17:5 27:19
**work** 23:12 24:11
31:11 43:9 65:22
97:5,9,13 101:16
**worked** 24:4
**working** 21:24 24:2
24:10 25:16 38:24
**works** 27:21
**worth** 10:7
**wouldn't** 83:5
85:14 105:5
112:10 115:17
**wow** 9:1 21:9 46:22
47:21 69:8 78:23
**write** 115:9,11
**writing** 86:7
**written** 13:21 59:3
59:7,8 73:3 85:14
103:14,14
**wrong** 7:7,16 8:22
52:5 66:18 78:24
**wrote** 110:3 111:5,8
118:6
**W-2** 73:24 115:7

———————
**X**
**X** 121:1,8

———————
**Y**
**yeah** 11:15 16:8
21:17 22:21 23:1
39:3 57:7 60:6,6
60:11 61:1,1
62:22 66:13 70:5
71:2 72:22 73:19
74:18 75:3 79:6
80:13 90:17 94:15

96:23 102:1
103:23 108:6
**year** 21:2,8 25:23
26:5 29:7,8,8
106:19 107:14
108:3,15
**years** 20:10 23:5
24:2,3,5 35:8,21
36:5,6,20
**your's** 20:7

———————
**$**
**$1200** 107:12,14
**$1250** 105:17
111:19
**$148,000** 90:13
**$24,000** 79:19
**$300** 107:2 109:24
**$37,000** 95:11
**$400** 110:10
**$4200** 77:19 79:18
104:23 105:3
114:6,7
**$900** 77:22 78:4,9
79:12 111:23
112:4

———————
**0**
**00495** 90:7
**00515** 90:7
**00612** 86:2
**00664** 89:10
**00671** 89:11
**00773** 95:6
**04** 36:18 108:8,8
**05** 36:18 108:8,23
109:1
**06** 27:5 32:8 109:1
113:21
**06543** 1:7 3:19
118:6
**07** 3:18 9:17

———————
**1**
**1** 49:22 50:3 57:12
118:11 121:10
**1,250** 85:5
**1-4** 7:10 10:1,23
11:19,20 12:1,11
14:4,6 42:4 46:17
47:15 64:12 65:13
71:4,16,18 91:4
91:12 92:4,13
96:2

**10** 90:1,5 121:19
**10:13** 1:21 3:2
**10:56** 49:13
**100** 75:4,9
**102** 121:5
**106** 121:4
**11** 94:24 95:4
121:20
**11:09** 49:16
**11:23** 61:17
**11:25** 61:22
**11:55** 87:8
**116** 121:5
**117** 118:12
**12th** 66:2 103:13
112:12 113:10
115:12 116:4
**12:07** 87:11
**12:23** 102:10
**12:25** 102:13
**12:36** 114:11
**12:38** 114:15
**12:40** 117:3
**120** 2:3
**1200** 106:1
**1250** 76:22 106:18
**127** 15:16 28:1,17
29:16 31:8,13,18
32:18 58:4,5,17
58:18 76:19 77:10
85:4 107:6
**13** 51:22
**14** 90:18,20
**15** 90:19
**1500** 82:23
**18th** 2:3
**18-year** 23:3
**19** 121:22
**1972** 18:8
**1998** 22:23 23:7

———————
**2**
**2** 52:16,20,21 57:16
60:21 90:12
121:11
**20** 84:15
**20s** 36:4
**2001** 22:20 24:21
**2006** 26:2 32:2
57:21 66:2 68:24
109:4,7,21 112:12
112:22 113:7,10
114:21 115:12
116:4

ALBERT STINSON, APRIL 21, 2008
THIS DEPOSITION CONTAINS CONFIDENTIAL MATERIAL

**2007** 14:1 42:15
  65:8
**2008** 1:21 3:13
  118:19 120:2
**201** 22:19
**202** 22:19
**21st** 1:21 3:13
**24** 26:4,5,5
**24,500** 25:23
**26th** 120:2
**27** 109:7,20
**27th** 109:3

_____

**3**

**3** 51:21 53:19,20
  54:1 62:1,17,19
  85:3 121:12
**311** 3:5
**312-739-4200** 2:5
**312-846-5645** 2:13
**321** 1:20 2:11 3:11
**34th** 3:12
**3400** 2:11
**35** 36:4 83:20
  121:23
**3500** 1:19 106:23
Redacted 3:6
**37** 83:22 121:23
**37,000** 84:13
**3700** 106:1
**38** 83:20

_____

**4**

**4** 62:2,7 84:3 121:4
  121:13
**4/12** 103:23
**4/21/08** 49:23 52:17
  54:2 62:8 63:23
  74:8 83:15 85:21
  89:5 90:2 95:1
**4200** 79:15,16
  84:21
**44** 74:14
**46** 76:7 103:20
**47** 74:14 103:20
**48,000** 75:9
**49** 121:10

_____

**5**

**5** 63:22 64:3 121:14
**508** 90:21
**514** 91:4
**52** 121:11
**53** 121:12

**5402** 15:18 27:7,9
  27:11,24 29:20
  31:10,11,16 45:19
  46:4 52:7 58:8,11
  58:17,19,21 77:8
  77:13 87:15 88:6
  88:16 110:9
  111:12,24
**5937** 26:14,22
  42:18 57:18 61:2

_____

**6**

**6** 74:7,11 75:8
  103:18,21 104:1
  115:14 116:12
  121:15
**6th** 18:8
**6-28-11** 120:7
**60603** 2:4
**60610** 2:12
**60651** 26:15
**62** 121:13
**63** 121:14

_____

**7**

**7** 61:4,10 83:14,18
  103:18 115:14
  121:16
**712** 29:14,15
**74** 121:15
**750** 30:24 31:6
  59:14 60:13,16
  78:13 83:5
**777** 95:23
**779** 95:7 96:3

_____

**8**

**8** 60:9 61:4,10
  85:20,24 105:7
  109:3 111:6,11
  112:2,3 121:17
**80** 75:2,12
**80/20** 75:3,3
**83** 121:16
**84-01527** 2:24
**84-1527** 1:17 120:9
**85** 121:17
**850** 60:12,13
**89** 121:18,19

_____

**9**

**9** 55:8,13 89:4,8
  121:18
**900** 84:21

**91** 21:9
**93** 23:1
**94** 121:20
**98** 21:4 23:1

Page 11