IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION ) ) ) ) ) | MDL 07-cv-06543 |
| THIS DOCUMENT RELATES TO NAVARA & STINSON, JEUNE, SULLIVAN, & SHELTON ) ) ) ) ) | Centralized before Judge Wayne R. Andersen |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 15, 2008, we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO SET EVIDENTIARY HEARING ON CLASS CERTIFICATION OR, IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY**

s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tara Goodwin
Francis Greene
Michael A. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

CLAUDE LEFEBVRE
CHRISTOPHER LEFEBVRE, PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

Lloyd J. Brooks
THE BROOKS LAW FIRM
15008 Woodlawn Avenue
Dolton, IL 60419

1

## CERTIFICATE OF SERVICE

    I, Michael J. Aschenbrener, hereby certify that on July 15, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was sent *via* US mail to those without access to the Court's electronic filing system.

Rogelio A. Astudillo
Astudillo Consulting Services
2304 Frontera Road
McAllen, TX 78504

Law Department
New Millennium Mortgage
1700 Park Street Suite 203
Naperville, IL 60563

Gabriel A. Crowson
Matthew M. Neumeier
Scott T. Schutte
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610

                                                             s/Michael J. Aschenbrener
                                                             Michael J. Aschenbrener