# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Long Beach Mortgage Company Truth in Lending
Act 1–4 Family Rider Litigation

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: |
| | 1:07–cv–06543 |
| | Honorable Wayne R. Andersen |
| Long Beach Mortgage Company, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

     MINUTE entry before the Honorable Wayne R. Andersen:Defendant Long Beach's motion for hearing [53] is entered and continued to 9/11/2008 at 9:00 a.m. Defendant to file surreply to address issues as stated on the record in open court by 8/1/2008. Motion hearing held on 7/23/2008. Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.