IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | MDL CASE NO. 07 CV 06543 |
| | Centralized before Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO | |
| *Carye v. Long Beach Mortgage Co.* U.S.D.C., D. Mass., Civil Action No. 06-10887 (N.D. Ill. Civil Action No. 07-06544) | |

**LONG BEACH'S MOTION FOR INVOLUNTARY
DISMISSAL OF PLAINTIFF MIRLAINE JEUNE**

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, defendant Long Beach Mortgage Company ("Long Beach") submits this motion for the involuntary dismissal of the claims asserted by plaintiff Mirlaine Jeune ("Jeune") in this proceeding. In support of its motion, Long Beach states as follows:

1. In Plaintiffs' Consolidated Class Action Complaint, Ms. Jeune asserted a Family Rider claim under the Massachusetts Consumer Credit Cost Disclosure Act. *See* Cons. Comp., Dkt. No. 19, ¶¶ 36-39. Ms. Jeune asserted this claim on behalf of a putative Massachusetts-only class, as she is only the only named Plaintiff who is a Massachusetts resident.

2. After Plaintiffs filed their motion for class certification, Long Beach propounded discovery to each of the proposed class representatives and requested dates for depositions of the named Plaintiffs, including Ms. Jeune. Rather than respond to this discovery or appear for her

deposition, on May 2, 2008, Ms. Jeune indicated (through her counsel in Rhode Island) that she would file a dismissal stipulation dismissing her claim. See Exh. A, May 2, 2008 email correspondence.

3. Soon thereafter, Plaintiffs' co-counsel drafted a Stipulation to Dismiss with Prejudice that was approved by Long Beach's counsel and that was also approved by Ms. Jeune's Rhode Island counsel. See Exh. B, May 21, 2008 email correspondence and attachment. Neither of the lawyers for Plaintiffs, however, ever filed that stipulation with the Court. Long Beach's counsel followed up on multiple occasions to remind Plaintiffs' counsel to file the stipulation and further raised this issue in Long Beach's class certification opposition brief. See Exh. C, various email correspondence; see also Opp. to Class Certification, Dkt. No. 44, p. 1. Nevertheless, this still did not prompt Plaintiffs' counsel to file the stipulation.

4. In addition, when Long Beach moved to set an evidentiary hearing on class certification, it again raised the issue of Ms. Jeune's dismissal. This is because Plaintiffs had indicated that they were still pursuing a Massachusetts-only subclass despite Ms. Jeune's prior representation that she was going to dismiss her claim. When Long Beach alerted Plaintiffs to their contradiction, Plaintiffs' counsel represented to the Court at the July 17, 2008 notice of motion hearing that Plaintiffs would withdraw their request for certification of a Massachusetts class and that Ms. Jeune would submit a voluntary dismissal stipulation. Notwithstanding this representation, Ms. Jeune has yet to file such a stipulation.

5. In the last two weeks, Long Beach's counsel has again followed up on this issue with Ms. Jeune's Rhode Island by voice message, but has not received any response. Accordingly, in light of Ms. Jeune's and Plaintiffs' prior representations that Ms. Jeune would

dismiss her claim and given that Ms. Jeune has neglected to prosecute her claim, Long Beach requests that the Court dismiss her claims with prejudice under Rule 41(b).

## CONCLUSION

For the foregoing reasons, Long Beach respectfully requests that the Court grant this motion and dismiss, with prejudice, all claims asserted by Plaintiff Mirlaine Jeune.

Dated:  September 2, 2008                    Respectfully submitted,

                                               Washington Mutual Bank
                                               f/k/a Long Beach Mortgage Company

                                 By:    /s/ Gabriel A. Crowson
                                                 Matthew M. Neumeier
                                                 Scott T. Schutte
                                                 Gabriel A. Crowson
                                                 HOWREY LLP
                                                 321 N. Clark St. Suite 3400
                                                 Chicago, IL 60610
                                                 Telephone: (312) 595-1239
                                                 Fax: (312) 595-2250
                                                 Email: neumeierm@howrey.com
                                                            schuttes@howrey.com
                                                            crowsong@howrey.com

## CERTIFICATE OF SERVICE

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Long Beach's Motion for Involuntary Dismissal of Plaintiff Mirlaine Jeune has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 2nd day of September, 2008.

                                                    /s/ Gabriel A. Crowson
                                                    Gabriel A. Crowson