# EXHIBIT

# A

**Crowson, Gabriel**

| | |
|---|---|
| **From:** | Chris [chris@lefebvrelaw.com] |
| **Sent:** | Friday, May 02, 2008 7:24 AM |
| **To:** | Crowson, Gabriel |
| **Subject:** | RE: Long Beach 1-4 Sullivan Deposition |

Mrs. Sullivan will be ready on May 12, 2008. Juene will be filing a dismissal stipulation dismissing her claim.

**From:** Crowson, Gabriel [mailto:CrowsonG@howrey.com]
**Sent:** Tuesday, April 29, 2008 9:57 AM
**To:** Chris
**Cc:** Schutte, Scott
**Subject:** RE: Long Beach 1-4 Sullivan Deposition

Chris,

Our client has decided to decline Ms. Jeune's proposal to settle her claim for the maximum statutory damages. If she decides to continue to prosecute her individual claim, we will need deposition dates and answers to the outstanding discovery.

As far as Ms. Sullivan, we can take her deposition on May 12 or May 30, but only if Ms. Jeune is available on those days as well as we want to wrap up both depositions in one single trip. Let us know how you would like to proceed.

Thanks,
Gabe

**From:** Chris [mailto:chris@lefebvrelaw.com]
**Sent:** Monday, April 28, 2008 8:06 AM
**To:** Crowson, Gabriel
**Subject:** Long Beach 1-4 Sullivan Deposition

My client works in a hospital and May is a busy vacation month. She is free the following dates in May 12, 22, 27, 30th. I would love to do it on the 12th if possible. Please advise. Obviously I have no problem assenting to an extension of time to respond to the class certification motion. Relative to Juene, if the case is settled, we can file a rule 41 dismissal stipulation. I await your response on the settlement proposal.

Christopher M. Lefebvre Esquire
Two Dexter Street Pawtucket
BOX 479
Pawtucket, R.I. 02862
401-728-6060
401-728-6534-FAX
http://www.lefebvrelaw.com

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential The information is intended to be for the use of the individual or entity named on this email.

If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of th
If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retriev

We take steps to remove metadata in attachments sent by email.  Any remaining metadata should be presumed inac
If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be p
-------------------------------------------------------------------------------------------------

9/2/2008

# EXHIBIT

# B

## Crowson, Gabriel

**From:** Crowson, Gabriel
**Sent:** Wednesday, May 21, 2008 3:16 PM
**To:** Chris; Michael Aschenbrener
**Subject:** RE: Long Beach MDL -- Jeune Dismissal

Okay by me. You can insert my e-signature.

---

**From:** Chris [mailto:chris@lefebvrelaw.com]
**Sent:** Wednesday, May 21, 2008 3:11 PM
**To:** Michael Aschenbrener; Crowson, Gabriel
**Subject:** RE: Long Beach MDL -- Jeune Dismissal

I made a slight change. I assume that this modified stipulation is okay to file. Michael will be filing it for me. Please advise if it is okay.

Chris Lefebvre

---

**From:** Michael Aschenbrener [mailto:maschenbrener@edcombs.com]
**Sent:** Wednesday, May 21, 2008 3:32 PM
**To:** Chris; Crowson, Gabriel
**Subject:** Long Beach MDL -- Jeune Dismissal

Chris-

I drafted the dismissal, which is attached here, but I cannot file it because I do not have an appearance in Jeune's case. Per Gabe's request, please file as soon as you can.

Gabe, can you check over the attached draft dismissal and confirm with Chris whether it is satisfactory and whether he has your consent to affix your electronic signature?

From this point forward, the dismissal is for you two to work out. I've done all I can do with it.

MJA

---

**Michael J. Aschenbrener, Esq.**
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., Ste. 1800
Chicago, IL 60603
312-739-4200 (main)
312-917-4521 (direct)
312-419-0379 (fax)
maschenbrener@edcombs.com

**Crowson, Gabriel**

| | |
|---|---|
| **From:** | Chris [chris@lefebvrelaw.com] |
| **Sent:** | Wednesday, May 21, 2008 3:11 PM |
| **To:** | Michael Aschenbrener; Crowson, Gabriel |
| **Subject:** | RE: Long Beach MDL -- Jeune Dismissal |
| **Attachments:** | Stip for Dismissal of Mirlaine Jeune.doc |

I made a slight change. I assume that this modified stipulation is okay to file. Michael will be filing it for me. Please advise if it is okay.

Chris Lefebvre

**From:** Michael Aschenbrener [mailto:maschenbrener@edcombs.com]
**Sent:** Wednesday, May 21, 2008 3:32 PM
**To:** Chris; Crowson, Gabriel
**Subject:** Long Beach MDL -- Jeune Dismissal

Chris-

I drafted the dismissal, which is attached here, but I cannot file it because I do not have an appearance in Jeune's case. Per Gabe's request, please file as soon as you can.

Gabe, can you check over the attached draft dismissal and confirm with Chris whether it is satisfactory and whether he has your consent to affix your electronic signature?

From this point forward, the dismissal is for you two to work out. I've done all I can do with it.

MJA

**Michael J. Aschenbrener, Esq.**
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., Ste. 1800
Chicago, IL 60603
312-739-4200 (main)
312-917-4521 (direct)
312-419-0379 (fax)
maschenbrener@edcombs.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * MDL CASE NO. 07 CV 06543 * * * Centralized before * Judge Wayne R. Andersen * |
| THIS DOCUMENT RELATES TO<br><br>*Navara v. Long Beach Mortgage Co.*<br>U.S.D.C., N.D. Ill., Civil Action No. 05-0864<br><br>*Carye v. Long Beach Mortgage Co.*<br>U.S.D.C., D. Mass., Civil Action No. 06-10887<br>(N.D. Ill. Civil Action No. 07-06544)<br><br>*Shelton v. Long Beach Mortgage Co.*<br>U.S.D.C., N.D. Ill., Civil Action No. 06-2323 | * * * * * * * * * * * * * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION TO DISMISS WITH PREJUDICE**

The parties stipulate that plaintiff Mirlaine Jeune, one of the named Plaintiffs in the matter of *Carye v. Long Beach Mortgage Co.,* Case No. 07 C 6544 (N.D. Ill.), originally filed in the District of Massachusetts and reassigned to the Honorable Wayne R. Andersen on November 14, 2007 hereby voluntarily dismisses her claims with prejudice. Each party shall bear its own costs and attorneys fees.

s/ Christopher Lefebvre
Christopher Lefebvre

Christopher Lefebvre
CLAUDE LEFEBVRE,
CHRISTOPHER LEFEBVRE, PC
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

s/
Gabriel A. Crowson

Matthew M. Neumeier
Scott T. Schutte
Gabriel A. Crowson
HOWREY LLP
321 N. Clark St.
Suite 3400

1

(401) 728-6534 (FAX)

*Counsel for Mirlaine Jeune*

Chicago, IL  60610
(312) 595-1239
(312) 595-2250

*Counsel for Washington Mutual Bank f/k/a
Long Beach Mortgage Company*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I, Christopher Lefebvre, hereby certify that on this 21st day of May 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>s/ Christopher Lefebvre</u>

Christopher Lefebvre

# EXHIBIT

# C

## Crowson, Gabriel

| | |
|---|---|
| **From:** | Crowson, Gabriel |
| **Sent:** | Tuesday, August 12, 2008 1:15 PM |
| **To:** | Chris |
| **Cc:** | Schutte, Scott; Michael Aschenbrener; 'Lloyd J. Brooks' |
| **Subject:** | Long Beach MDL - Jeune Dismissal |

Chris,

At a motion hearing held a few weeks ago, Plaintiffs' counsel represented to the Court that Plaintiffs were no longer seeking certification of a Massachusetts borrower class based on the fact that Mirlaine Jeune would be filing a voluntary dismissal. Judge Anderson understood that a notice of dismissal would therefore be filed in the MDL proceeding. Even though Long Beach approved a draft voluntary dismissal stipulation a few months ago, that stipulation has not been filed with the Court. Please arrange to have that dismissal filed as soon as possible.

Thanks,
Gabe


**Gabriel A. Crowson**
**Senior Associate**

**HOWREY** LLP
321 North Clark Street, Suite 3400
Chicago, IL 60654
Direct: +1 312.846.5645
Fax: +1 312.595.2250
CrowsonG@howrey.com
www.howrey.com

Amsterdam  Brussels  **Chicago**  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid
Munich  New York  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  Washington DC

# Crowson, Gabriel

| | |
|---|---|
| From: | Crowson, Gabriel |
| Sent: | Wednesday, July 16, 2008 6:02 PM |
| To: | 'maschenbrener@edcombs.com'; 'lloyd.brooks@thebrooksfirm.com'; 'chris@lefebvrelaw.com' |
| Cc: | Schutte, Scott |
| Subject: | Re: Long Beach MDL |

Thanks for the representation. Nonetheless, the stipulation needs to be filed and needs to be filed asap. It does not matter to me which of the three plaintiffs firms files the stipulation, as long as someone does promptly. Frankly, I am perplexed by your desire to distance yourself from this issue given that you have consistently signed briefs filed on behalf of all Plaintiffs, including Jeune.

----- Original Message -----
From: Michael Aschenbrener <maschenbrener@edcombs.com>
To: Crowson, Gabriel; Lloyd J. Brooks <lloyd.brooks@thebrooksfirm.com>; Chris <chris@lefebvrelaw.com>
Cc: Schutte, Scott
Sent: Wed Jul 16 18:54:34 2008
Subject: RE: Long Beach MDL

Gabe-

I've conferred with Chris and I will represent to Judge Andersen tomorrow that the Massachusetts-specific class should be dropped.

As for the dismissal stipulation for Mr. Jeune, that remains an issue for you and Chris to work out. ECL&G does not represent Mr. Jeune. This has been our position all along, as our previous emails indicate.

Please let me know if you have any questions.

MJA

_____
Michael J. Aschenbrener
312-917-4521


_____
From: Crowson, Gabriel [mailto:CrowsonG@howrey.com]
Sent: Tuesday, July 15, 2008 4:07 PM
To: Michael Aschenbrener; Lloyd J. Brooks; Chris
Cc: Schutte, Scott
Subject: Long Beach MDL

Counsel,

We received Plaintiffs' Response to Long Beach's Motion to Set Evidentiary Hearing this afternoon. While we will address most of the issues raised in Plaintiffs' response at Thursday's motion presentment, we write to flag one item that is particularly troubling, namely Plaintiffs' insistence on a Massachusetts sub-class. As you are well aware, Ms. or Mr. Jeune was the only plaintiff asserting a Massachusetts claim, and he or she voluntarily agreed to a Rule 41(a) dismissal once Long Beach initiated its discovery. I then followed-up on multiple occasions to ensure that a stipulation of voluntary dismissal would be filed with the Court and even approved a draft stipulation. That dismissal, however, has never been filed, as pointed out in Long Beach's class certification opposition. Even though Plaintiffs did not address this issue in their reply, the response filed today indicates that they still want to pursue a Massachusetts class in the absence of an adequate Massachusetts representative.

1

Given your prior representations about voluntarily dismissing Ms./Mr. Jeune from this proceeding, you have neglected to do so.  Accordingly, please promptly file the dismissal stipulation and take the appropriate steps to inform the Court that there is no class representative with standing to represent a Massachusetts sub-class.  If you fail to do so prior to Thursday's motion hearing, Long Beach will move for involuntary dismissal and will detail the chronology of this issue.

Thanks,
Gabe

Gabriel A. Crowson
Senior Associate

HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60654
Direct: +1 312.846.5645
Fax: +1 312.595.2250
CrowsonG@howrey.com
www.howrey.com

Amsterdam   Brussels   Chicago   East Palo Alto   Houston   Irvine   London   Los Angeles   Madrid   Munich   New York   Northern Virginia   Paris   Salt Lake City   San Francisco   Taipei   Washington DC

-----------------------------------------------------------------------------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which may be
confidential and/or privileged. The information is intended to be for the use of the individual or entity
named on this email. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the contents of this email is prohibited. If you receive this email in error,
please notify us by reply email immediately so that we can arrange for the retrieval of the original
documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any
remaining metadata should be presumed inadvertent and should not be viewed or used without our express
permission. If you receive an attachment containing metadata, please notify the sender immediately and a
replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one
formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howrey UK is
registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation Authority
(http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part of
Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22
Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and
jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting
emailrequest@howrey.com.
-----------------------------------------------------------------------------------------------

# Crowson, Gabriel

| | |
|---|---|
| **From:** | Crowson, Gabriel |
| **Sent:** | Tuesday, July 15, 2008 4:07 PM |
| **To:** | Michael Aschenbrener; 'Lloyd J. Brooks'; Chris |
| **Cc:** | Schutte, Scott |
| **Subject:** | Long Beach MDL |

Counsel,

We received Plaintiffs' Response to Long Beach's Motion to Set Evidentiary Hearing this afternoon. While we will address most of the issues raised in Plaintiffs' response at Thursday's motion presentment, we write to flag one item that is particularly troubling, namely Plaintiffs' insistence on a Massachusetts sub-class. As you are well aware, Ms. or Mr. Jeune was the only plaintiff asserting a Massachusetts claim, and he or she voluntarily agreed to a Rule 41(a) dismissal once Long Beach initiated its discovery. I then followed-up on multiple occasions to ensure that a stipulation of voluntary dismissal would be filed with the Court and even approved a draft stipulation. That dismissal, however, has never been filed, as pointed out in Long Beach's class certification opposition. Even though Plaintiffs did not address this issue in their reply, the response filed today indicates that they still want to pursue a Massachusetts class in the absence of an adequate Massachusetts representative.

Given your prior representations about voluntarily dismissing Ms./Mr. Jeune from this proceeding, you have neglected to do so. Accordingly, please promptly file the dismissal stipulation and take the appropriate steps to inform the Court that there is no class representative with standing to represent a Massachusetts sub-class. If you fail to do so prior to Thursday's motion hearing, Long Beach will move for involuntary dismissal and will detail the chronology of this issue.

Thanks,
Gabe


Gabriel A. Crowson
Senior Associate

HOWREY LLP
321 North Clark Street, Suite 3400
Chicago, IL 60654
Direct: +1 312.846.5645
Fax: +1 312.595.2250
CrowsonG@howrey.com
www.howrey.com

Amsterdam  Brussels  **Chicago**  East Palo Alto  Houston  Irvine  London  Los Angeles  Madrid
Munich  New York  Northern Virginia  Paris  Salt Lake City  San Francisco  Taipei  Washington DC

**Crowson, Gabriel**

**From:** Michael Aschenbrener [maschenbrener@edcombs.com]
**Sent:** Wednesday, June 04, 2008 3:26 PM
**To:** Chris
**Cc:** Crowson, Gabriel
**Subject:** RE: Long Beach MDL -- Jeune Dismissal

Chris-

I was speaking w/ Gabe Crowson, counsel for Long Beach, about an unrelated matter today and he asked if I knew whether the Jeune dismissal had been filed. I told him I'd check with you. I haven't seen anything, so I assume not. In any case, I know he'd appreciate it if you could file the dismissal. As you know, I can't file a dismissal for your client (in a case in which I don't have an appearance).

Thanks,

MJA

---

**Michael J. Aschenbrener**
312-917-4521

---

**From:** Michael Aschenbrener
**Sent:** Wednesday, May 21, 2008 3:14 PM
**To:** 'Chris'
**Subject:** RE: Long Beach MDL -- Jeune Dismissal

Chris, I can't file this -- I don't have an appearance in the Carye/Sullivan/Jeune case. There is nothing more I can or will do with this stipulation.

MJA

---

**Michael J. Aschenbrener**
312-917-4521

---

**From:** Chris [mailto:chris@lefebvrelaw.com]
**Sent:** Wednesday, May 21, 2008 3:11 PM
**To:** Michael Aschenbrener; Crowson, Gabriel
**Subject:** RE: Long Beach MDL -- Jeune Dismissal

I made a slight change. I assume that this modified stipulation is okay to file. Michael will be filing it for me. Please advise if it is okay.

Chris Lefebvre

---

**From:** Michael Aschenbrener [mailto:maschenbrener@edcombs.com]
**Sent:** Wednesday, May 21, 2008 3:32 PM
**To:** Chris; Crowson, Gabriel
**Subject:** Long Beach MDL -- Jeune Dismissal

Chris-

I drafted the dismissal, which is attached here, but I cannot file it because I do not have an appearance in Jeune's case. Per Gabe's request, please file as soon as you can.

Gabe, can you check over the attached draft dismissal and confirm with Chris whether it is satisfactory and whether he has your consent to affix your electronic signature?

From this point forward, the dismissal is for you two to work out. I've done all I can do with it.

MJA

**Michael J. Aschenbrener, Esq.**
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., Ste. 1800
Chicago, IL 60603
312-739-4200 (main)
312-917-4521 (direct)
312-419-0379 (fax)
maschenbrener@edcombs.com