IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY TRUTH IN LENDING ACT FAMILY RIDER LITIGATION | * * * * * * * * * * * * * * * | MDL CASE NO. 07 CV 06543<br><br>Centralized before<br>Judge Wayne R. Andersen |
| THIS DOCUMENT RELATES TO<br><br>*Carye v. Long Beach Mortgage Co.*<br>U.S.D.C., D. Mass., Civil Action No. 06-10887<br>(N.D. Ill. Civil Action No. 07-06544) | | |

*******************************************

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 11, 2008 at 9:00 a.m., we shall appear before the Honorable Wayne R. Anderson, at the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 1403, and present Long Beach's Motion for Involuntary Dismissal of Plaintiff Mirlaine Jeune, a copy of which has been served upon you via the Court's CM/ECF case management system.

Dated: September 2, 2008          Respectfully submitted,

                                       Washington Mutual Bank
                                       f/k/a Long Beach Mortgage Company

                               By:    /s/ Gabriel A. Crowson
                                                   Matthew M. Neumeier
                                                   Scott T. Schutte
                                                   Gabriel A. Crowson
                                                   HOWREY LLP
                                                   321 N. Clark St. Suite 3400
                                                   Chicago, IL 60610
                                                   Telephone: (312) 595-1239
                                                   Fax: (312) 595-2250
                                                   Email: neumeierm@howrey.com
                                                                 schuttes@howrey.com
                                                                 crowsong@howrey.com

## CERTIFICATE OF SERVICE

    I, Gabriel A. Crowson, hereby certify that a copy of the foregoing Notice of Motion has been served on all counsel of record with the Clerk of the Court using the CM/ECF system on the 2nd day of September, 2008.

                                                             /s/ Gabriel A. Crowson
                                                             Gabriel A. Crowson