# EXHIBIT A

## DECLARATION OF MICHAEL J. ASCHENBRENER

I declare under penalty of perjury under the laws of the United States and Illinois that the foregoing is true and correct:

1. Attached to this declaration and incorporated by reference are true and correct copies of the following records:

   a) a list of borrowers who borrowed from defendant Long Beach Mortgage Co. to finance multi-family dwellings in Cook County, Ill. (fifty-two relevant properties are starred);

   b) property records from the Cook County Assessor's Office demonstrating that the starred properties contain exactly two units; and,

   c) additional property records from the Assessor's Office demonstrating that the owners of the starred properties claim homeowner tax exemptions on their respective two-unit properties.

2. These records demonstrate that there are at least forty borrowers in the proposed class, thus meeting the minimum threshold for numerosity.

Executed this 5 day of September, 2008.

Michael J. Aschenbrener