# EXHIBIT A-1

**List of fifty-two borrowers (relevant properties are starred)**

Page 1

1. APPIAH, STEPHANIE ADAMS, (Single or Unmarried Woman), 14915 S CLARK,, DOLTON,, IL, 60419, 6/22/2004, 0417445089, 29-09-224-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

2. BALLINGER, ERIC;, BALLINGER, WANDA, (Husband and Wife),, 12120 S MICHIGAN AVE,, CHICAGO,, IL, 60628-6623, 6/29/2004, 0418142173, 25-27-118-055, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

3. BROWN, LATONYA CHANDREA, (Single or Unmarried Woman), 1948 E 73RD PL,, CHICAGO,, IL, 60649, 4/1/2004, 0409229222, 20-25-130-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

4. CARTER, JAMES E;, CARTER, CHARLENE, (Husband and Wife),, Joint Tenancy, 1006 N WALLER AVE,, CHICAGO,, IL, 60651, 4/16/2004, 0410735069, 16-05-413-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

5. CASTANEDA, LISSETTE, (Single or Unmarried Woman);, CASTANEDA, NORBERTO, (Single or Unmarried Man), 1628 N HARDING AVE,, CHICAGO,, IL, 60647, 4/8/2004, 0409926167, 13-35-322-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

6. CHANDLER, MILTON, (Single or Unmarried Man), 8557 S ABERDEEN ST,, CHICAGO,, IL, 60620-3316, 3/31/2004, 0409104216, 20-32-418-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

7. CORIA, RAUL, (Married Man as his sole and separate property), 3442 W 66TH ST,, CHICAGO,, IL, 60629, 2/17/2004, 0404826185, 19-23-221-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

8. DUDLE, JOSHUA J;, DUDLE, ANNELISE, (Husband and Wife),, Joint Tenancy, 2045 W FULLERTON AVE,, CHICAGO,, IL, 60647, 6/17/2004, 0416935245, 14-31-109-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


9. FLORES JR, MAX JOSEPH, (Single or Unmarried Man), 4943 S TRIPP AVE,, CHICAGO,, IL, 60632, 7/21/2004, 0420346060, 19-10-219-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


10. FLORES, RONALD V;, FLORES, CHARLOTTE KATHRYN, (Husband and Wife),, Joint Tenancy, 1430 BERWYN AVE,, CHICAGO,, IL, 60640, 7/19/2004, 0420105401, 14-08-117-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


11. GARCIA, SAUL, (Single or Unmarried Man), 4147 W ARTHINGTON ST,, CHICAGO,, IL, 60624, 7/1/2004, 0418341047, 16-15-417-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


12. GIEGER, MARCELL L, (Single or Unmarried Man), 6632 S UNIVERSITY,, CHICAGO,, IL, 60637-4320, 7/19/2004, 0420147063, 20-23-125-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


13. GORLO, ROBERT;, GORLO, IRENE, (Husband and Wife), 3927 N KIMBALL AVE,, CHICAGO,, IL, 60618, 2/18/2004, 0404926092, 13-23-204-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


14. HARRIS, RICHARD DARNELL, (Single Person or Individual), 1110 S RICHMOND ST,, CHICAGO,, IL, 60612, 7/6/2004, 0418850088, 16-13-328-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO


 15. IOCCO, CARMELLA, (Single or Unmarried Woman), 704 E BOWEN,, CHICAGO,, IL, 60653, 6/16/2004, 0416808139, 20-03-215-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …

LONG BEACH MORTGAGE CO

16. JACKSON, HOSEA D;, DOUGLAS, LINDSAY D,, Joint Tenancy, 3223 W WARREN BLVD,, CHICAGO,, IL, 60624, 6/29/2004, 0418104201, 16-11-415-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

17. JOHNSON, LEWIS T, (Single or Unmarried Man), 6320 S ELLIS AVE,, CHICAGO,, IL, 60637, 3/2/2004, 0406201338, 20-23-105-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

18. JOHNSON, EDWARD, (Single or Unmarried Man), 9005 S EAST END,, CHICAGO,, IL, 60617, 3/8/2004, 0406832122, 25-01-127-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

19. JOHNSON, EVELYN, (Single or Unmarried Woman), 215 N KEYSTONE AVE,, CHICAGO,, IL, 60624, 6/17/2004, 0416950074, 16-10-417-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

20. JONES, MARLINE, (Single or Unmarried Woman), 8334 S MANISTEE AVE,, CHICAGO,, IL, 60617, 2/18/2004, 0404932031, 21-31-306-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

21. LANDA, ALFONSO;, LANDA, BLANCA E, (Husband and Wife),, Joint Tenancy, 5351 W MONTROSE AVE,, CHICAGO,, IL, 60641, 3/10/2004, 0407026168, 13-16-302-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

22. MARTINEZ, RAMON, (Single or Unmarried Man), 3339 W CULLOM AVE,, CHICAGO,, IL, 60618, 3/15/2004, 0407526113, 13-14-412-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

23. MEDINA, JESUS, (Married Man as his sole and separate property), 2439 GRUNEWALD ST,, BLUE ISLAND,, IL, 60406, 4/9/2004, 0410001093, 24-25-407-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE

RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

24. MORAN, DAVID, (Married Person);, MORAN, CHRISTINA, (Single or Unmarried Woman),, Joint Tenancy,
7743 S CRONIN ST,, JUSTICE,, IL, 60458, 4/2/2004, 0409304246, 18-27-402-050, NON-PURCHASE MONEY,
COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

25. OUTLAND, VELMA H, (Single or Unmarried Woman), 6928 S WABASH AVE,, CHICAGO,, IL, 60637,
7/2/2004, 0418449044, 20-22-312-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

26. PONCE, GUILLERMO;, PONCE, ELSA, (Husband and Wife), 310 E 118TH ST,, CHICAGO,, IL, 60628,
7/1/2004, 0418305124, 25-22-316-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

27. RAMIREZ, BERNARDO, (Married Person), 2023 N KEYSTONE AVE,, CHICAGO,, IL, 60639-3723, 7/2/2004,
0418411105, 13-34-232-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

28. RICHARD JR, THOMAS, (Married Person), 1724 N LINDER AVE,, CHICAGO,, IL, 60639, 6/24/2004,
0417611361, 13-33-312-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



29. RIGGINS JR, JOHN D, (Single or Unmarried Man), 7256 S GREEN ST,, CHICAGO,, IL, 60621, 2/23/2004,
0405445063, 20-29-214-046, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



30. RILEY, MATTIE, (Single or Unmarried Woman), 5124 W FULTON ST,, CHICAGO,, IL, 60644, 7/7/2004,
0418949201, 16-09-403-042, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

31. ROBINSON, JAMES, (Single or Unmarried Man), 6740 S ST LAWRENCE AVE,, CHICAGO,, IL, 60637, 7/14/2004, 0419601115, 20-22-402-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

32. SATTERWHITE, JEAN L, (Single or Unmarried Woman), 4102 W CRYSTAL ST,, CHICAGO,, IL, 60651, 4/7/2004, 0409801344, 16-03-230-047, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

33. SCHOENAUER, WALTER R, (Married Man as his sole and separate property), 7219 LARCHWOOD LN,, WOODRIDGE,, IL, 60517-2227, 7/12/2004, 0419405167, 08-25-107-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

34. SCOTT, KENNY;, SCOTT, PAULA, (Husband and Wife), 5845 S GREEN ST,, CHICAGO,, IL, 60621, 2/19/2004, 0405032105, 20-17-231-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

35. SIMMONS, HENRY L, (Married Man as his sole and separate property), 834 N KARLOV,, CHICAGO,, IL, 60651, 2/18/2004, 0404942096, 16-03-429-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

36. TEAGUE, KATHY, (Single or Unmarried Woman), 1316 E 69TH ST,, CHICAGO,, IL, 60637, 7/19/2004, 0420105000, 20-23-400-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

37. TERRY, JENNIFER K, (Married Person), 8506 S KINGSTON AVE,, CHICAGO,, IL, 60617, 4/6/2004, 0409711147, 21-31-318-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

38. TURNER, BRIDGET, (Single or Unmarried Woman), 10436 S MARYLAND AVE,, CHICAGO,, IL, 60628, 4/13/2004, 0410446164, 25-14-101-047, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...

LONG BEACH MORTGAGE CO

39. WINSTON, MICHAEL;, WINSTON, REBECCA, (Husband and Wife),, Joint Tenancy, 9343 S JUSTINE ST,, CHICAGO,, IL, 60620, 2/13/2004, 0404404256, 25-05-317-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

40. GARCIA, PEDRO, (Single or Unmarried Man), 262-264 N SPRING ST,, ELGIN,, IL, 60120, 7/14/2004, 2004K093979, 06-14-238-015, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

41. GRIGGS, MARTIN L;, GRIGGS, JANET M,, Tenants in Common, 1232 KLEIN AVE,, VENICE,, IL, 62090, 6/16/2004, 4657/3478, 2004R35965, 21-2-19-35-08-201-021, NON-PURCHASE MONEY, MADISON COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

42. SCHOENAUER, WALTER R, (Married Man as his sole and separate property), 2801 FOREST GLEN PKY,, WOODRIDGE,, IL, 60517-2822, 7/8/2004, R2004-184391, 08-26-407-004, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

43. SCHOENAUER, WALTER R, (Married Person), 5513 PERSHING AVE,, DOWNERS GROVE, IL, 60515-4403, 7/8/2004, R2004-184393, 08-13-203-006, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

44. SCHOENAUER, WALTER R, (Married Man as his sole and separate property), 2011 MAPLE AVE,, DOWNERS GROVE,, IL, 60515-4407, 7/9/2004, R2004-185647, 08-13-208-007, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

45. SZCZEPANIK JR, JOSEPH S;, SZCZEPANIK, CINDY L, (Husband and Wife),, Joint Tenancy, 2234 NAMEOKI RD,, GRANITE CITY,, IL, 62040, 6/7/2004, 4655/3416, 2004R33555, NON-PURCHASE MONEY, MADISON COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

46. SZCZEPANIK JR, JOSEPH STEVEN;, SZCZEPANIK, CINDY LYNN, (Husband and Wife),, Joint Tenancy, 2507 N 32ND ST,, FAIRMONT CITY,, IL, 62201, 6/3/2004, 4036/1112, A01844669, 02-08-0-204-068, NON-PURCHASE MONEY, ST CLAIR COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

47. SZCZEPANIK, JOSEPH S;, SZCZEPANIK, CINDY L, (Husband and Wife),, Joint Tenancy, 4112 COLLINSVILLE RD,, FAIRMONT CITY,, IL, 62201, 6/3/2004, 4036/1229, A01844679, 02-04-0-305-006, NON-PURCHASE MONEY, ST CLAIR COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

48. CARTER, JANET F, (Single or Unmarried Woman), 1409 15TH PL,, FORD HEIGHTS,, IL, 60411, 4/13/2005, 0510326145, 32-23-416-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 49. HILSON, LOUIS C, (Single or Unmarried Man), 4724 W FULTON ST,, CHICAGO,, IL, 60644, 4/13/2005, 0510342233, 16-10-308-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

50. CARROLL, GEORGIA, (Single or Unmarried Woman), 9149 S LAFLIN ST,, CHICAGO,, IL, 60620, 4/14/2005, 0510405291, 25-05-302-046, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

51. RICO, LUIS, (Married Person), 5131 S ROCKWELL ST,, CHICAGO,, IL, 60632-1544, 4/14/2005, 0510408016, 19-12-404-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

52. GREGORY, MARTIZE, (Single or Unmarried Man), 1458 E 72ND ST,, CHICAGO,, IL, 60619, 4/15/2005, 0510502048, 20-26-206-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

53. MARTINEZ, EDUARDO, (Married Man as his sole and separate property), 1507 N 17TH AVE,, MELROSE PARK,, IL, 60160-2005, 4/15/2005, 0510502081, 15-03-208-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

54. BUCKHALTER, KENYATTA, (Single or Unmarried Woman), 2232 HARVEY AVE,, BERWYN,, IL, 4/15/2005, 0510502164, 16-29-102-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

55. ALFAJORA, CRISTY G, (Married Person), 1700 N LUNA AVE,, CHICAGO,, IL, 60639-4226, 4/15/2005, 0510526028, 13-33-311-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

56. SANDOVAL, EDILBERTO;, ZAVALA, MARTHA, 5001 W GEORGE ST,, CHICAGO,, IL, 60641-5022, 4/15/2005, 0510549285, 13-28-225-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

57. COBBIN, JERRY, (Single or Unmarried Man), 11830 S EGGLESTON,, CHICAGO,, IL, 60628, 3/21/2005, 0508041166, 25-21-334-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

58. KEANNEY, THOMAS, (Single or Unmarried Man), 16235 S MARSHFIELD AVE,, MARKHAM,, IL, 60426, 3/21/2005, 0508041176, 29-19-228-073, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

59. MCNEIL, MARVIN, (Single or Unmarried Man), 8205 S PRAIRIE AVE,, CHICAGO,, IL, 60619, 4/18/2005, 0510846075, 20-34-122-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

60. RAMIREZ, FERNANDO;, RAMIREZ, ZIOLA,, Tenants By Entireties, 4348 W SHAKESPEARE AVE,, CHICAGO,, IL, 60639, 4/18/2005, 0510847224, 13-34-217-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

61. CUEVAS, ANTONIO, (Married Man as his sole and separate property), 5123 W MEDILL AVE,, CHICAGO,, IL, 60639-3111, 4/19/2005, 0510905152, 13-33-201-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

62. BOLDEN, WANDA;, GRANT, WANDA R, a/k/a (also known as), 1237 S INDEPENDENCE BLVD,, CHICAGO,, IL, 60623, 4/19/2005, 0510941058, 16-23-104-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

63. YUSUF, ADEMOLA, (Single or Unmarried Man), 8528 S SANGAMON ST,, CHICAGO,, IL, 60620, 4/19/2005, 0510947214, 20-32-420-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

64. BASS, BERNITA N, (Single or Unmarried Woman), 4309 W WILCOX ST,, CHICAGO,, IL, 60624, 4/20/2005, 0511047208, 16-15-208-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



65. JAMERSON, ENIS CARL;, JAMERSON, DEBORAH A, (Husband and Wife),, Joint Tenancy, 4239 W HADDON AVE,, CHICAGO,, IL, 60651, 4/21/2005, 0511114235, 16-03-403-055, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

66. ESPINOSA, ISRAEL, 5816 S HARPER AVE,, CHICAGO,, IL, 60637, 4/22/2005, 0511205216, 20-14-222-057, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

67. WILLIAMS, TYREE, (Single or Unmarried Man), 1917 W GARFIELD BLVD,, CHICAGO,, IL, 60636, 5/2/2005, 0512205166, 20-18-201-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

68. KASIMIR, ALEX, (Single or Unmarried Man), 1809 W CORTLAND ST,, CHICAGO,, IL, 60620, 5/2/2005, 0512214047, 14-31-411-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

69. FUENTES, ISRAEL, 3634 S HERMITAGE AVE,, CHICAGO,, IL, 60609, 5/2/2005, 0512247106, 17-31-412-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

70. MYLES, BARBARA, (Single or Unmarried Woman), 1620 S KOMENSKY AVE,, CHICAGO,, IL, 60623-2708, 5/2/2005, 0512247132, 16-22-406-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

71. BECK, EAMIL, (Single Person or Individual);, KUYKENDOLL, AMOS, (Married Man as his sole and separate property), 343 W 108TH PL,, CHICAGO,, IL, 60628, 5/4/2005, 0512414047, 25-16-411-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

72. BYNUM JR, THOMAS, (Single or Unmarried Man), 6604 S CAMPBELL AVE,, CHICAGO,, IL, 60629, 5/5/2005, 0512503048, 19-24-229-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

73. ADEGBITE, KUNLE;, ADEGBITE, KEHINDE, (Husband and Wife),, Tenants By Entireties, 307 LUELLA AVE,, CALUMET CITY,, IL, 60409, 5/5/2005, 0512546097, 29-12-201-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

74. SALGADO, RAYMUNDO, (Married Person), 2345 S SAWYER AVE,, CHICAGO,, IL, 60623, 5/6/2005, 0512605053, 16-26-215-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

75. LOPEZ, EDILBERTO;, LOPEZ, ANTONIA, 12418 MAPLE AVE,, BLUE ISLAND,, IL, 60406, 5/6/2005, 0512650147, 24-24-409-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

76. JONES, NICOLE, (Married Person);, JOHNSON, NICOLE, f/k/a (formerly known as), 6622 S RHODES AVE,, CHICAGO,, IL, 60637, 5/9/2005, 0512905028, 20-22-226-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

77. BROWN, RANDY, (Married Man as his sole and separate property), 221 W 112TH PL,, CHICAGO,, IL, 60628, 5/9/2005, 0512905200, 25-21-213-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...

LONG BEACH MORTGAGE CO

78. ROSAS, SANDRA, (Single or Unmarried Woman), 7248 S MILLARD AVE,, CHICAGO,, IL, 60629, 5/9/2005, 0512914145, 19-26-113-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

79. CHAVEZ, ERACLIO;, CHAVEZ, JANETH,, Joint Tenancy, 4727 S ELIZABETH ST,, CHICAGO,, IL, 60609-4210, 5/9/2005, 0512935045, 20-08-107-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

80. JAMISON, LORITTA, (Single or Unmarried Woman), 2036 N LARRABEE ST 208,, CHICAGO,, IL, 60636, 5/9/2005, 0512935432, 14-33-128-050, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

81. YOUNG, DOROTHY, (Single or Unmarried Woman);, YOUNG, DOROTHY B, a/k/a (also known as), 226 FLOURNOY ST,, OAK PARK,, IL, 60304, 5/9/2005, 0512949130, 16-17-302-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

82. CHIESTDER, SARAH, 15317 MYRTLE AVE,, HARVEY,, IL, 60426, 5/10/2005, 0513042021, 29-17-114-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 83. VERDON, DONALD E;, VERDON, MARY L, (Husband and Wife),, Joint Tenancy, 1325 DOBSON ST,, EVANSTON,, IL, 60202, 5/10/2005, 0513042098, 10-25-223-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

84. BLAKNEY, VICTORIA B, (Single Person or Individual), 11816 S LAFAYETTE AVE,, CHICAGO,, IL, 60628, 5/11/2005, 0513104040, 25-21-428-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 85. WILLIAMS, CORDELIA, (Single or Unmarried Woman), 7549 S ST LAWRENCE AVE,, CHICAGO,, IL, 60619, 5/12/2005, 0513203054, 20-27-404-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

86. WALKER, ISHMON, (Single or Unmarried Man), 3835 W FILLMORE ST,, CHICAGO,, IL, 60624-4204, 5/12/2005, 0513216127, 16-14-324-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

87. NOYOLA, JUAN CARLOS, (Married Man as his sole and separate property);, RAMIREZ, JUAN M, (Married Man as his sole and separate property),, Joint Tenancy, 635 N RIDGEWAY AVE,, CHICAGO,, IL, 60624, 5/12/2005, 0513249220, 16-11-115-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

88. CASTREJON, CECILIA, (Married Person), 3062 N ELBRIDGE AVE,, CHICAGO,, IL, 60618, 5/12/2005, 0513250004, 13-26-209-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

89. DAVIS, TERRELL E, (Married Person);, DAVIS, EUGENE, (Husband and Wife), 12 W 140TH CT,, RIVERDALE,, IL, 60827, 5/13/2005, 0513305095, 29-04-221-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

90. POWELL, SEDRICK L, (Married Man as his sole and separate property), 282 BENSLEY AVE,, CALUMET CITY,, IL, 60409, 5/13/2005, 0513318062, 29-12-204-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

91. FARIZ, HAZEM, (Single or Unmarried Man), 5151 S SPAULDING AVE,, CHICAGO,, IL, 60632, 5/13/2005, 0513326013, 19-11-405-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

92. MCCRAY, CARLE V, (Single or Unmarried Man), 3313 LAUREL LN,, HAZEL CREST,, IL, 60429, 5/13/2005, 0513339023, 28-26-204-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …

LONG BEACH MORTGAGE CO

93. NALLS, LATONYA COLLINS, (Single or Unmarried Woman), 327 156TH PL,, CALUMET CITY,, IL, 60409-2605, 5/13/2005, 0513339028, 30-17-122-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

94. MOSELEY, KELLY;, MOSELEY, JAMES,, Tenants in Common, 43 N MICHIGAN,, BELLEVILLE,, IL, 62221, 12/29/2004, 4125/1062, A01885372, 08-22-0-420-047, NON-PURCHASE MONEY, ST CLAIR COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

95. ADAN, BLANCA E, (Single or Unmarried Woman), 2122 W 51ST PL,, CHICAGO,, IL, 60609, 6/6/2005, 0515726305, 20-07-302-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

96. MAPADERUN, AKINBODE, (Single or Unmarried Man), 315 W 110TH PL,, CHICAGO,, IL, 60628, 6/6/2005, 0515753001, 25-16-427-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

97. JEMINE, DAVID, (Single or Unmarried Man), 42 154TH PL,, CALUMET CITY,, IL, 60409, 6/7/2005, 0515804311, 30-17-201-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

98. JEMINE, DAVID, (Single or Unmarried Man), 13833 S KANAWHA AVE,, DOLTON,, IL, 60419, 6/7/2005, 0515804313, 29-03-105-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

99. STEWART, FRED;, STEWART, DOROTHY, (Husband and Wife),, Tenants By Entireties, 4852 W HADDON AVE,, CHICAGO,, IL, 60651, 6/7/2005, 0515811320, 16-04-405-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

100. FREEMAN, CHARLES, (Married Man as his sole and separate property), 33 N LOTUS AVE,, CHICAGO,, IL, 60644, 6/7/2005, 0515846091, 16-09-320-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE

RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

101. COOPER, CHARLES, (Married Man as his sole and separate property), 2662 VERMONT ST,, BLUE ISLAND,, IL, 60406, 6/7/2005, 0515846096, 24-36-229-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

102. RANGEL, ROLANDO;, RANGEL, RODRIGO,, Joint Tenancy, 6547 N ARTESIAN AVE,, CHICAGO,, IL, 60645, 6/8/2005, 0515933054, 10-36-423-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

103. DZIERZANOWSKA, ANNA, (Single or Unmarried Woman), 4511 N MASON,, CHICAGO,, IL, 60630, 6/8/2005, 0515946092, 13-17-218-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

104. OSUNDINA, AKINYELE, (Single or Unmarried Man), 2942 W LEXINGTON ST,, CHICAGO,, IL, 60612, 6/8/2005, 0515955093, 16-13-306-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

105. ANDERSON, DOUGLAS C, (Single or Unmarried Man), 2836 W GLADYS AVE,, CHICAGO,, IL, 60624, 6/9/2005, 0516005194, 16-14-109-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

106. TSIMBLAKIS, MICHAEL, (Single or Unmarried Man), 959 N HARDING AVE,, CHICAGO,, IL, 60651, 6/9/2005, 0516035297, 16-02-318-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

107. LOMBARDI, DONNA, (Single or Unmarried Woman), 2725 N 75TH AVE,, ELMWOOD PARK,, IL, 60707, 6/9/2005, 0516035313, 12-25-402-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

108. JAMES, LILLIE C, (Single or Unmarried Woman), 2133 W 52ND PL,, CHICAGO,, IL, 60609, 6/10/2005,
0516105285, 20-07-310-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

109. RUIZ, JUVENTINO, (Married Person), 2805 S KENNETH AVE,, CHICAGO,, IL, 60623, 6/10/2005,
0516105320, 16-27-309-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

110. GHOLSON, WILBERT N, 6228 S LANGLEY AVE,, CHICAGO,, IL, 60637, 6/10/2005, 0516105374,
20-15-421-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 111. LOVING, LAVONNA, (Single or Unmarried Woman), 1145 N WALKER AVE,, CHICAGO,, IL, 60651,
6/10/2005, 0516120008, 16-05-406-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

112. BANKS, MARTHA, (Single Person or Individual);, SMITH, KATIE, (Single Person or Individual),, Joint
Tenancy, 208 N MAYFIELD AVE,, CHICAGO,, IL, 60644, 6/10/2005, 0516153072, 16-08-407-019,
NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

113. SPRINGER, WAYNE, 10819 S EDBROOKE AVE,, CHICAGO,, IL, 60628, 5/20/2005, 0514004297,
25-15-311-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

114. JOHNSON, NICOLE, (Married Woman as her sole and separate property), 7552 S UNION AVE,, CHICAGO,, IL,
60620, 5/20/2005, 0514005122, 20-28-301-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

115. JOHNSON, NICOLE, 6429 S PEORIA ST,, CHICAGO,, IL, 60621, 5/20/2005, 0514005123, 20-20-214-010,

LONG BEACH MORTGAGE CO

138. POWERS, ANN FRANCIS, (Single or Unmarried Woman), 11813 S MORGAN ST,, CHICAGO,, IL, 60643-5223, 7/8/2005, 0518941100, 25-21-308-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

139. COLEMAN, ROBERT;, COLEMAN, LILLIAN ORTIZ, (Husband and Wife),, Tenants By Entireties, 829 S BELOIT,, FOREST PARK,, IL, 60130, 7/8/2005, 0518955028, 15-13-401-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

140. COLEMAN, ROBERT;, COLEMAN, LILLIAN ORTIZ, (Husband and Wife),, Joint Tenancy, 916 S THOMAS,, FOREST PARK,, IL, 60130, 7/8/2005, 0518955029, 15-13-411-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

141. ROBINSON, JAMES, (Single or Unmarried Man), 6420 S EVANS AVE,, CHICAGO,, IL, 60637, 7/11/2005, 0519205038, 20-22-214-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

142. DAVIS, KENDALA, (Single or Unmarried Woman), 143 W 112TH ST,, CHICAGO,, IL, 60628, 7/12/2005, 0519305085, 25-21-210-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

143. NIKSICH, MARY L, (Single Person or Individual), 6243 S TALMAN AVE,, CHICAGO,, IL, 60629, 7/12/2005, 0519308140, 19-13-427-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

144. SMITH, HALLEMA, (Married Woman as her sole and separate property), 8346 S MORGAN ST,, CHICAGO,, IL, 60620, 7/12/2005, 0519326047, 20-32-403-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

145. JENKINS, DARYL;, JENKINS, CARDEAN,, Joint Tenancy, 748 S KEDVALE AVE,, CHICAGO,, IL, 60624,

7/12/2005, 0519350008, 16-15-410-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

146. PINEDA, RICARDO, (Married Man as his sole and separate property), 3917 N SAWYER AVE,, CHICAGO,, IL, 60618, 7/12/2005, 0519356429, 13-23-207-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

147. RICHELIA, CARL, (Single or Unmarried Man), 9 WELL CT,, PARK FOREST,, IL, 60466-1332, 7/13/2005, 0519405045, 10-36-430-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

148. FIGUEROA, MIRIAM, (Single or Unmarried Woman), 4853 S WOLCOTT AVE,, CHICAGO,, IL, 60609, 7/13/2005, 0519426017, 20-07-210-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 149. ROMERO, ROGELIO, (Single or Unmarried Man), 2319 S AVERS AVE,, CHICAGO,, IL, 60623, 7/13/2005, 0519426020, 16-26-103-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

150. WOLKO, CHRISTINE, (Single or Unmarried Woman), 28577 W MAPLE AVE,, WAUCONDA,, IL, 60084, 7/20/2005, 5819429, 09-33-101-060, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

151. BRIONES, OMAR;, ARROYO, YOLANDA, (Husband and Wife),, Joint Tenancy, 3031 S BONFIELD ST,, CHICAGO,, IL, 60608, 7/22/2005, 0520326126, 17-29-422-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

152. ROBINSON, DANIELLE L, (Single or Unmarried Woman), 6956 S HARVARD AVE,, CHICAGO,, IL, 60621, 7/25/2005, 0520620001, 20-21-411-039, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...

LONG BEACH MORTGAGE CO

153. RODRIGUEZ, OLGA, (Single or Unmarried Woman), 7501 W 57TH ST,, SUMMIT,, IL, 60501, 7/26/2005, 0520708148, 18-13-215-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



154. AYALA, SAMUEL;, AYALA, JENNY, (Husband and Wife),, Joint Tenancy, 2624 N CENTRAL PARK AVE,, CHICAGO,, IL, 60647, 7/26/2005, 0520744083, 13-26-314-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

155. PERSON, EVAN P;, JONES PERSON, ROCHELLE,, Joint Tenancy, 9105 S WENTWORTH AVE,, CHICAGO,, IL, 60620, 7/26/2005, 0520744142, 25-04-401-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

156. BELL, CLARA, (Single or Unmarried Woman), 1100 N RIDGEWAY AVE,, CHICAGO,, IL, 60651, 7/27/2005, 0520805365, 16-02-321-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

157. SWAIN, HANAE N, (Single or Unmarried Woman), 622 N LATROBE AVE,, CHICAGO,, IL, 60644, 7/27/2005, 0520820113, 16-09-112-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

158. SALGADO, HECTOR, (Single or Unmarried Man), 2509 W DIVERSEY AVE,, CHICAGO,, IL, 60647-1924, 7/29/2005, 0521047104, 13-25-405-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

159. JACKSON, ALPHONSO, (Single or Unmarried Man), 11823 S YALE AVE,, CHICAGO,, IL, 60628-6021, 8/18/2005, 0523020113, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

160. COLE, ANTHONY, (Single or Unmarried Man), 16132 S HALSTED ST,, HARVEY,, IL, 60426, 8/18/2005, 0523046108, 29-20-215-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

161. BARBER, LEROY, (Single or Unmarried Man), 2242 S KOLIN AVE,, CHICAGO,, IL, 60623, 8/18/2005, 0523055048, 16-27-201-051, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 162. TREADWELL, KEVIN;, TREADWELL, RHONDA L, (Husband and Wife),, Joint Tenancy, 6007 N PAULINA ST,, CHICAGO,, IL, 60660, 8/22/2005, 0523404047, 14-06-222-013, NON-PURCHASE MONEY, COOK COUNTY,, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

163. TRUJILLO, RAFAEL, (Married Man as his sole and separate property), 4011 S MAPLEWOOD AVE,, CHICAGO,, IL, 60632-1123, 8/22/2005, 0523405358, 19-01-213-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

164. PROFFITT, PATRICK, (Married Man as his sole and separate property), 323 W OAK AVE,, LOCKPORT,, IL, 60441, 7/25/2005, R2005124205, 11-04-34-212-017, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

165. CASTANEDA, JUAN E, (Married Man as his sole and separate property), 1618 GREEN ST,, ROCKFORD,, IL, 61102, 4/29/2005, 0522826, 11-22-304-003, NON-PURCHASE MONEY, WINNEBAGO COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

166. HOWARD, JOHNNIE MAE HARRIS, (Single or Unmarried Woman), 1427 N LUNA AVE,, CHICAGO,, IL, 60651, 9/9/2005, 0525205296, 16-04-109-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

167. HOLMAN, ALFRED T, (Single or Unmarried Man), 5245 S WOOD ST,, CHICAGO,, IL, 60609, 9/9/2005, 0525253138, 20-07-412-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

168. ZIVOJINOVIC, ZIVOTA;, ZIVOJINOVIC, ZAGA, (Husband and Wife),, Joint Tenancy, 1931 S SCOVILLE AVE,, BERWYN,, IL, 60402, 9/12/2005, 0525505455, 16-19-421-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

169. ZIVOJINOVIC, ZIVOTA;, ZIVOJINOVIC, ZAGA, (Husband and Wife),, Joint Tenancy, 1929 S SCOVILLE AVE,, BERWYN,, IL, 60402, 9/12/2005, 0525505456, 16-19-421-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

170. WILLIAMS, MAURICE, (Married Man as his sole and separate property), 10440 S CHURCH ST;, CHICAGO,, IL, 60643, 9/12/2005, 0525541011, 25-17-106-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

171. WRIGHT, NICOLE, (Single or Unmarried Woman), 7147 S NORMAL,, CHICAGO,, IL, 60621, 9/12/2005, 0525541118, 20-28-106-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

172. FARMER, LAVADA C, (Married Woman as her sole and separate property), 1530 S DRAKE AVE,, CHICAGO,, IL, 60623, 9/12/2005, 0525547016, 16-23-222-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

173. HUERTA, MARIA, (Single or Unmarried Woman), 3319 N CENTRAL PARK AVE,, CHICAGO,, IL, 60618, 9/12/2005, 0525553155, 13-23-406-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

174. SHAY, MICHAEL, (Single or Unmarried Man), 1414 S SPRINGFIELD AVE,, CHICAGO,, IL, 60623, 9/12/2005, 0525556115, 16-23-115-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

175. WATSON, WILMA, (Single or Unmarried Woman), 1841 S AVERS AVE,, CHICAGO,, IL, 60623, 9/12/2005, 0525556183, 16-23-311-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

176. VACA, RAFAEL;, VACA, ELENA, (Husband and Wife),, Joint Tenancy, 2720 S TROY ST,, CHICAGO,, IL,
60623-4715, 9/13/2005, 0525605014, 16-25-303-027, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

177. JEFFERSON, SEAN, (Single or Unmarried Man), 12000 S INDIANA AVE,, CHICAGO,, IL, 60628-6724,
9/13/2005, 0525614148, 25-27-110-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

178. BALDWIN, RONNIE, (Single or Unmarried Man), 1445 S KARLOV AVE,, CHICAGO,, IL, 60623, 9/13/2005,
0525635204, 16-22-221-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

179. FALEY, BRIAN;, FALEY, TRICIA, (Husband and Wife),, Tenants By Entireties, 1508 N YALE AVE,,
ARLINGTON HEIGHTS,, IL, 60004, 9/13/2005, 0525647165, 03-19-106-018, NON-PURCHASE MONEY, COOK
COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

180. ZILBER, STANLEY, (Married Man as his sole and separate property), 851 INDIAN SPRING LN,, BUFFALO
GROVE,, IL, 60089, 9/6/2005, 5853481, 15-29-308-049, NON-PURCHASE MONEY, LAKE COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

181. JONES, STEPHEN O, (Single or Unmarried Man), 537 N LECLAIRE AVE,, CHICAGO,, IL, 60644-1617,
9/14/2005, 0525733144, 16-09-218-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

182. MORENO, DEMETRIO, (Married Man as his sole and separate property), 2253 N LEAMINGTON AVE,,
CHICAGO,, IL, 60639, 9/14/2005, 0525734049, 13-33-208-003, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

183. OROZCO, GERARDO;, OROZCO, CONSUELO, (Husband and Wife), 11442 S WENTWORTH AVE,, CHICAGO,, IL, 60628, 9/15/2005, 0525805339, 25-21-227-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

184. SALIU, SAHEED, (Single or Unmarried Man), 453 W 62ND ST,, CHICAGO,, IL, 60621, 9/16/2005, 0525904092, 20-16-323-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

185. SILAS LEONARD, LADONNA, (Married Woman as her sole and separate property), 5714 S CARPENTER ST,, CHICAGO,, IL, 60621, 9/16/2005, 0525916018, 20-17-218-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

186. VAUGHN, HOWARD, (Single or Unmarried Man), 62 W 72ND ST,, CHICAGO,, IL, 60621, 9/16/2005, 0525933038, 20-28-206-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

187. VEAL CADLE, KELLEY C, (Married Woman as her sole and separate property), 5548 W CONGRESS PKY,, CHICAGO,, IL, 60644, 9/16/2005, 0525955184, 16-16-117-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

188. CARLTON, JAMES;, CARLTON, CHRISTINA, (Husband and Wife), 331 W 61ST ST,, CHICAGO,, IL, 60621, 9/19/2005, 0526256066, 20-16-415-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

189. JIMENEZ, CRESCENCIANO V;, JIMENEZ, JUANA, (Husband and Wife),, Joint Tenancy, 1518 N KILDARE AVE,, CHICAGO,, IL, 60651, 9/20/2005, 0526311042, 16-03-202-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



190. SIMMONS, WILLIE J;, SIMMONS, BETTY J, (Husband and Wife),, Joint Tenancy, 5949 W AUGUSTA BLVD,, CHICAGO,, IL, 60651, 9/20/2005, 0526341000, 16-05-416-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

191. WILLIAMS, ABRAHAM;, WILLIAMS, CATHERINE, (Husband and Wife), 631 N HAMLIN AVE,,
CHICAGO,, IL, 60624, 9/20/2005, 0526341002, 16-11-114-009, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

192. CUNNINGHAM, SHANE, (Married Man as his sole and separate property), 308 W 118TH ST,, CHICAGO,, IL,
60628, 9/20/2005, 0526341026, 25-21-415-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

193. MYLES, RAYMOND, (Single or Unmarried Man), 14643 DANTE AVE,, DOLTON,, IL, 60419, 9/21/2005,
0526405300, 29-11-205-045, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

194. QURESIH, IFTIKHAR A, (Married Man as his sole and separate property), 27952 S CRAWFORD AVE,,
MONEE,, IL, 60449, 8/18/2005, R2005141449, 21-03-200-006, NON-PURCHASE MONEY, WILL COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

195. TAYLOR, JAMES, (Single or Unmarried Man), 341 N LOCKWOOD AVE,, CHICAGO,, IL, 60644, 10/5/2005,
0527826002, 16-09-305-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

196. JOHNSON, EDWARD, (Single or Unmarried Man), 109 S MENARD AVE,, CHICAGO,, IL, 60644-3837,
10/5/2005, 0527826112, 16-17-203-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

197. MABADI, DARUSH, (Married Man as his sole and separate property), 1027 HULL TER,, EVANSTON,, IL,
60202, 10/5/2005, 0527835239, 11-30-106-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

198. OCHOA, MARIA R;, OCHOA, MARCELINO,, Joint Tenancy, 4829 S THROOP ST,, CHICAGO,, IL, 60609, 10/5/2005, 0527855123, 20-08-114-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

199. THOMPSON, ANTHONY, (Single or Unmarried Man), 4030 W MAYPOLE AVE,, CHICAGO,, IL, 60624-1830, 10/5/2005, 0527856057, 16-10-411-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

200. MCARTHUR III, GENERAL, (Single or Unmarried Man), 8523 S GIVENS CT,, CHICAGO,, IL, 60620, 10/5/2005, 0527856082, 20-33-309-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



201. ABARCA, GABRIEL, (Single or Unmarried Man), 3520 N KOLMAR AVE,, CHICAGO,, IL, 60641, 10/6/2005, 0527948109, 13-22-304-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

202. ALDRIDGE, CLAUDIE, (Single or Unmarried Woman), 1242 S SPRINGFIELD AVE,, CHICAGO,, IL, 60623, 10/6/2005, 0527950044, 16-23-101-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

203. HERNANDEZ, MIGUEL, (Married Man as his sole and separate property), 117 W 16TH PL,, CHICAGO HEIGHTS,, IL, 60411-3302, 10/7/2005, 0528005337, 32-20-319-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

204. VALLADARES, MARGARITA, (Single or Unmarried Woman), 5055 W 29TH PL,, CICERO,, IL, 60804, 10/11/2005, 0528411136, 16-28-422-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

205. LEPKE, JAMIE, (Single or Unmarried Woman), 120 S HIGHLAND AVE,, ROCKFORD,, IL, 61104, 7/28/2005, 0543559, 11-25-203-000, NON-PURCHASE MONEY, WINNEBAGO COUNTY, IL, MORTGAGE RECORD,

ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


206. LABIB, SHADY, (Single or Unmarried Man), 307 FITCH RD,, ROCKFORD,, IL, 61109, 8/31/2005, 0551583, 15-02-304-019, NON-PURCHASE MONEY, WINNEBAGO COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


207. HAYNES, MARQUES S, (Single or Unmarried Man), 7023 S MAPLEWOOD AVE,, CHICAGO,, IL, 60629, 10/14/2005, 0528756025, 19-24-426-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


208. LOVETTE, GEORGE;, LOVETTE, DIANE, (Husband and Wife),, Joint Tenancy, 957 N KEELER AVE,, CHICAGO,, IL, 60651, 10/17/2005, 0529041117, 16-03-420-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


209. CARROLL, BILLY, (Single Person or Individual), 5815 W MIDWAY PARK,, CHICAGO,, IL, 60644, 10/20/2005, 0529305016, 16-08-225-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


210. ROCHA, JUAN, (Single or Unmarried Man), 7732 MASSASOIT AVE,, BURBANK,, IL, 60459, 10/20/2005, 0529305238, 19-29-405-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


211. WELLS, DONALD, (Married Man as his sole and separate property), 11415 S PRAIRIE AVE,, CHICAGO,, IL, 60628, 10/20/2005, 0529334119, 25-22-115-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


212. HOYE, ERROL, (Single or Unmarried Man), 706 E 105TH PL,, CHICAGO,, IL, 60628-3028, 10/20/2005, 0529341121, 25-15-218-129, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

213. FIGUEROA, MIGUEL, (Single or Unmarried Man), 1332 MACKINAW AVE,, CALUMET CITY,, IL, 60409-5927, 10/20/2005, 0529355198, 30-19-215-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

214. MITCHELL, BARBARA A, (Single or Unmarried Woman), 10957 S HERMOSA,, CHICAGO,, IL, 60643, 10/21/2005, 0529411036, 25-18-414-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

215. FERNANDEZ, MARIBELIA, (Married Woman as her sole and separate property), 1014 PARK AVE,, NORTH CHICAGO,, IL, 60064, 10/21/2005, 5879897, 08-33-104-021, NON-PURCHASE MONEY, LAKE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

216. MANNING, TARA, (Single or Unmarried Woman), 9300 S CALUMET AVE,, CHICAGO,, IL, 60619, 11/4/2005, 0530841011, 25-03-319-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

217. SIMMONS, ELBERT, (Single or Unmarried Man), 10801 S CALHOUN AVE,, CHICAGO,, IL, 60617, 11/4/2005, 0530841024, 25-13-208-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

218. OCONNOR, THOMAS;, OCONNOR, FRANCES,, Joint Tenancy, 7530 S RHODES AVE,, CHICAGO,, IL, 60619, 11/7/2005, 0531104184, 20-27-402-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

219. OCONNOR, THOMAS;, OCONNOR, FRANCES, (Husband and Wife),, Joint Tenancy, 6501 S WOOD ST,, CHICAGO,, IL, 60636, 11/7/2005, 0531104186, 20-19-220-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

220. WILLIAMS, DORRETT A, (Single or Unmarried Woman), 7155 S HAMLIN AVE,, CHICAGO,, IL, 60629,

11/7/2005, 0531105190, 19-26-104-055, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


221. CAMPBELL, DARA, (Single or Unmarried Woman), 8231 S COLES AVE,, CHICAGO,, IL, 60617, 11/7/2005, 0531135269, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


222. KOMATINA, FRIEDA, (Single or Unmarried Woman), 5521 W 63RD PL,, CHICAGO,, IL, 60638, 11/7/2005, 0531146107, 19-21-106-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


223. REYES, RAUL, (Single or Unmarried Man);, REYES, EDITH, (Single or Unmarried Woman),, Tenants By Entireties, 4220 N SAINT LOUIS AVE,, CHICAGO,, IL, 60618-1121, 11/7/2005, 0531153090, 13-14-409-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


224. BOYADJIAN, ANNA E, (Married Woman as her sole and separate property), 4945 W FERDINAND ST,, CHICAGO,, IL, 60644, 11/8/2005, 0531205338, 16-09-228-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


225. FOURTE, KEVIN, (Single or Unmarried Man), 14909 OAKDALE AVE,, HARVEY,, IL, 60426, 11/8/2005, 0531218037, 29-09-416-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


226. DRANINE, QUENTON, (Single or Unmarried Man), 5855 S NORMAL ST,, CHICAGO,, IL, 60621, 11/8/2005, 0531218041, 20-16-127-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


227. VAUGHN, ANTONIO, (Single or Unmarried Man), 841 N KEELER AVE,, CHICAGO,, IL, 60651, 11/9/2005, 0531302369, 16-03-428-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

228. HARRIS, LACEY, (Married Man as his sole and separate property), 1413 N LECLAIRE AVE,, CHICAGO,, IL, 60651, 11/9/2005, 0531350140, 16-04-208-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

229. TAYLOR, KEITH T, (Single or Unmarried Man);, TAYLOR, KEITH, a/k/a (also known as), 5019 W ADAMS ST,, CHICAGO,, IL, 60644, 11/10/2005, 0531405075, 16-16-207-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

230. BRUCE, ADAM, (Single or Unmarried Man), 7438 S SANGAMON,, CHICAGO,, IL, 60621-1630, 11/10/2005, 0531427048, 20-29-227-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

231. SPAULDING, ANNIE, (Single or Unmarried Woman), 2841 W 71ST ST,, CHICAGO,, IL, 60629, 11/10/2005, 0531443103, 19-25-106-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 232. KNIGHTON, MELONEY, (Single or Unmarried Woman), 6823 S INDIANA AVE,, CHICAGO,, IL, 60637, 11/10/2005, 0531447036, 20-22-309-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

233. SOTENO, ALFONSO, (Single or Unmarried Man), 2701 S CENTRAL PARK AVE,, CHICAGO,, IL, 60623-4633, 11/28/2005, 0533205245, 16-26-408-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

234. JORDAN, PHYLLIS, (Single or Unmarried Woman), 6935 S KIMBARK AVE,, CHICAGO,, IL, 60637, 11/28/2005, 0533235361, 20-23-411-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 235. TAYLOR, OLLIE MAE, (Single or Unmarried Woman), 646 N SPAULDING AVE,, CHICAGO,, IL, 60624-1538, 11/28/2005, 0533256098, 16-11-213-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

236. DAVIS, WANDA, (Single or Unmarried Woman), 1621 S HARDING AVE,, CHICAGO,, IL, 60623, 11/28/2005, 0533256115, 16-23-301-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

237. YOUNG, BEATRICE M, (Married Woman as her sole and separate property), 4153 W ARTHINGTON ST,, CHICAGO,, IL, 60624, 11/29/2005, 0533326069, 16-15-417-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 238. RAMIREZ, MARIA C, (Married Woman as her sole and separate property), 3227 W WARNER AVE,, CHICAGO,, IL, 60618-2311, 11/29/2005, 0533335126, 13-14-423-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

239. MORALES, TAURINO, (Married Man as his sole and separate property), 6454 S CENTRAL AVE,, CHICAGO,, IL, 60638, 11/30/2005, 0533435193, 19-20-215-046, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

240. DOUGLAS, DERRICK JOSEPH;, DOUGLAS, JUANITA, (Husband and Wife),, Joint Tenancy, 1529 S HOMAN AVE,, CHICAGO,, IL, 60623, 11/30/2005, 0533447022, 16-23-226-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

241. MARSH, FRED, (Single or Unmarried Man), 1840 S DRAKE AVE,, CHICAGO,, IL, 60623, 12/1/2005, 0533505061, 16-23-400-083, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

242. FERTIG, BENJAMIN, (Single or Unmarried Man), 2306 N MENARD AVE,, CHICAGO,, IL, 60639-2838, 12/1/2005, 0533545062, 13-32-203-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

243. SWANK, TERRY R, (Single or Unmarried Man), 1708 N ASHLAND AVE,, CHICAGO,, IL, 60622, 12/1/2005, 0533550004, 14-31-423-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

244. COOPER JR, ALBERT, (Single or Unmarried Man), 223 W 118TH ST,, CHICAGO,, IL, 60628-6025, 12/2/2005, 0533605260, 25-21-425-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

245. HAYWOOD, NICOLE, (Single or Unmarried Woman), 6832 S CALUMET AVE,, CHICAGO,, IL, 60637, 12/2/2005, 0533627085, 20-22-310-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

246. FLOYD, TIMOTHY, (Single or Unmarried Man), 10758 S EDBROOKE AVE,, CHICAGO,, IL, 60628, 12/2/2005, 0533627094, 25-15-302-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

247. HOWARD, NANCY, (Single or Unmarried Woman), 2907 W WILCOX ST,, CHICAGO,, IL, 60612-3609, 12/2/2005, 0533656075, 16-13-110-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

248. ASSMUS, GEORGE U, (Single or Unmarried Man), 2219 W ADAMS ST,, CHICAGO,, IL, 60612, 12/12/2005, 0534635380, 17-18-115-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

249. GONZALEZ, ESPIRIDION;, OROPEZA, CASIMIRA, (Husband and Wife), 2850 S CHRISTIANA AVE,, CHICAGO,, IL, 60623, 12/12/2005, 0534636269, 16-26-420-042, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

250. HOPSON, DOUGLAS, (Single or Unmarried Man), 5728 S ABERDEEN ST,, CHICAGO,, IL, 60621, 12/12/2005, 0534642069, 20-17-217-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...