LONG BEACH MORTGAGE CO

 251. DADA, MICHAEL, (Single or Unmarried Man), 10048 S MARION AVE,, OAK LAWN,, IL, 60453, 12/13/2005, 0534727117, 24-08-309-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

252. SMITH, ANDRE, (Married Man as his sole and separate property), 11947 S EGGLESTON,, CHICAGO,, IL, 60628, 12/13/2005, 0534732037, 25-28-107-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

253. STARKS, JIMMY D, (Single or Unmarried Man), 15131 S LEXINGTON AVE,, HARVEY,, IL, 60426, 12/13/2005, 0534740072, 29-17-104-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

254. GAY, MALAIKA, (Single or Unmarried Woman), 2421 LEWIS ST,, BLUE ISLAND,, IL, 60406, 12/13/2005, 0534750157, 24-25-423-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

255. BUTKEVIC, RICHARD, (Single or Unmarried Man), 5423 S LAWNDALE AVE,, CHICAGO,, IL, 60632, 12/13/2005, 0534755089, 19-11-332-044, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

256. TURNER, KENNETH, (Married Man as his sole and separate property), 3915 W FILLMORE ST,, CHICAGO,, IL, 60624, 12/13/2005, 0534755005, 16-14-323-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

257. TURNER, SONYA, (Single or Unmarried Woman), 14040 S CALHOUN AVE,, BURNHAM,, IL, 60633, 12/14/2005, 0534802324, 29-01-211-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

258. LOPEZ, ANGEL;, LOPEZ, ISABELLA, (Husband and Wife),, Joint Tenancy, 3736 W WRIGHTWOOD AVE,, CHICAGO,, IL, 60647-1151, 12/14/2005, 0534842200, 13-26-311-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

259. CASTRO, CARLOS;, MALDONADO, NORMA, (Husband and Wife),, Joint Tenancy, 1421 S KEDVALE AVE,, CHICAGO,, IL, 60623, 12/15/2005, 0534904162, 16-22-220-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

260. JELKS, JENNIFER, (Single or Unmarried Woman), 11265 S RACINE AVE,, CHICAGO,, IL, 60643, 12/16/2005, 0535026113, 25-20-213-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

261. ALEXANDER, WANDA, (Single or Unmarried Woman), 5964 S LOWE AVE,, CHICAGO,, IL, 60621, 12/16/2005, 0535027048, 20-16-301-053, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

262. WALLACE, LINDELL, (Married Man as his sole and separate property), 5313 S JUSTINE ST,, CHICAGO,, IL, 60609-5813, 12/19/2005, 0535305025, 20-08-313-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

263. BISHOP, LUCIOUS, (Single or Unmarried Man), 735 N HAMLIN AVE,, CHICAGO,, IL, 60624-1128, 12/19/2005, 0535305171, 16-11-104-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

264. NICHOLS, RICKY L, (Single or Unmarried Man), 4840 W VAN BUREN,, CHICAGO,, IL, 60644, 12/19/2005, 0535305174, 12-12-323-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

265. CUMMINGS, WILLIAM E, (Single or Unmarried Man), 7135 S ABERDEEN ST,, CHICAGO,, IL, 60621-1003, 12/19/2005, 0535318026, 20-29-202-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

266. SWANAGAN, JANINE, (Single or Unmarried Woman), 6341 S PAULINA ST,, CHICAGO,, IL, 60636,
12/19/2005, 0535341027, 20-19-206-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

267. SANDOVAL, SUSANA, (Single or Unmarried Woman), 6826 S WABASH AVE,, CHICAGO,, IL, 60637,
12/20/2005, 0535402062, 20-22-306-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

268. HANDCOX JR, THEODORE R, (Single or Unmarried Man), 5069 W JACKSON BLVD,, CHICAGO,, IL,
60644, 12/20/2005, 0535441029, 16-16-213-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

269. HENDERSON, LAKEITHA, (Single or Unmarried Woman), 1147 N LEAMINGTON AVE,, CHICAGO,, IL,
60651, 12/20/2005, 0535441073, 16-04-401-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

270. PINERO, ANDRES, (Single or Unmarried Man), 6209 S PRINCETON AVE,, CHICAGO,, IL, 60621,
12/20/2005, 0535445005, 20-16-420-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

271. ALEXANDER, RUSSELL;, ALEXANDER, CONTRESSA, (Husband and Wife), 12148 S EMERALD AVE,,
CHICAGO,, IL, 60628, 12/20/2005, 0535445089, 25-28-116-038, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

272. LEE, WILLA B, (Single or Unmarried Woman), 6833 S CALUMENT AVE,, CHICAGO,, IL, 60637, 12/20/2005,
0535446129, 20-22-311-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



273. ELLIS, LONYEA L, (Single or Unmarried Woman), 11408 S FOREST AVE,, CHICAGO,, IL, 60628, 1/4/2006, 0600403091, 25-22-115-050, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO



274. TOBIAS, DANIEL, (Married Man as his sole and separate property);, PALACIO, JOSE, (Single or Unmarried Man), 1914 HIGHLAND AVE,, BERWYN,, IL, 60402, 1/4/2006, 0600453020, 16-20-322-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

275. WEBB, ANGELA S, (Single or Unmarried Woman), 4055 W HARRISON ST,, CHICAGO,, IL, 60624, 1/5/2006, 0600532153, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

276. HOCK, DAVID, (Single or Unmarried Man), 2111 S CHRISTIANA AVE,, CHICAGO,, IL, 60623, 1/5/2006, 0600533122, 16-23-426-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

277. MICHALSKI, SEBASTIAN, (Married Man as his sole and separate property), 1110 N LEAMINGTON AVE,, CHICAGO,, IL, 60651-2922, 1/5/2006, 0600541017, 16-04-400-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

278. RICO, MANNY, (Married Man as his sole and separate property);, RICO, MANUEL, a/k/a (also known as), 2628 W CORTEZ ST,, CHICAGO,, IL, 60622, 1/19/2006, 0601904076, 16-01-409-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO



279. BURGETT, MARGARET E, (Single or Unmarried Woman), 4333 W ADAMS ST,, CHICAGO,, IL, 60624, 1/19/2006, 0601941134, 16-15-212-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

280. REED, BOBBY D;, REED, MATTIE M, (Husband and Wife),, Joint Tenancy, 6730 S PEORIA ST,, CHICAGO,, IL, 60621, 1/19/2006, 0601941150, 20-20-405-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …

LONG BEACH MORTGAGE CO

281. PETERSON, DELORES, (Single or Unmarried Woman), 1360 S FAIRFIELD AVE,, CHICAGO,, IL, 60608, 1/19/2006, 0601941155, 16-24-206-072, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

282. PAYNE, YUMIE, (Single or Unmarried Man), 6406 S RHODES AVE,, CHICAGO,, IL, 60637, 1/19/2006, 0601948123, 20-22-210-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

283. SHEHIE, GARRY, (Married Man as his sole and separate property), 14750 PERRY AVE,, SOUTH HOLLAND,, IL, 60473, 1/20/2006, 0602005046, 29-09-304-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

284. MELMAN, STELLA, (Single or Unmarried Woman), 1703 WALTERS AVE,, NORTHBROOK,, IL, 60062-4554, 1/20/2006, 0602005278, 04-10-307-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

285. HEARD, GRACE, (Single or Unmarried Woman), 5934 S GREEN,, CHICAGO,, IL, 60621, 1/20/2006, 0602034031, 20-17-406-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

286. WHITTED, DEVON, (Married Man as his sole and separate property), 4452 CAMDEN CT,, RICHTON PARK,, IL, 60471, 1/20/2006, 0602040005, 31-27-312-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

287. WINSTON, LEGRAIN, (Married Man as his sole and separate property), 11956 S YALE AVE,, CHICAGO,, IL, 60628, 1/20/2006, 0602049137, 25-28-202-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

288. BREWSTER, DARRYL S, (Single or Unmarried Man), 15324 CHERRY LN,, MARKHAM,, IL, 60428, 1/23/2006, 0602305236, 28-14-205-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

289. OSUN, JESSICA, (Single or Unmarried Woman), 1344 S TRIPP AVE,, CHICAGO,, IL, 60623, 1/23/2006, 0602341011, 16-22-210-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

290. OSUNDINA, AKINYELE, (Married Man as his sole and separate property), 4357 W WILCOX ST,, CHICAGO,, IL, 60644, 1/23/2006, 0602349018, 16-15-208-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

291. HARVEY, TONYA L, (Married Woman as her sole and separate property), 4317 W 13TH ST,, CHICAGO,, IL, 60623, 1/24/2006, 0602405154, 16-22-209-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

292. CORTINA, EVER, (Single or Unmarried Woman), 3089 S BONFIELD ST,, CHICAGO,, IL, 60608, 1/24/2006, 0602412031, 17-29-422-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

293. NEWTON, CHERYL, (Single or Unmarried Woman), 10962 S TROY ST,, CHICAGO,, IL, 60655, 1/24/2006, 0602416186, 24-13-308-068, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

294. DEWITT, MARI, (Single or Unmarried Woman), 415 CALUMET BLVD,, HARVEY,, IL, 60426, 1/24/2006, 0602443188, 29-09-111-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

295. VELEZ, OVIDIO, (Single or Unmarried Man), 3901 W GLADYS AVE,, CHICAGO,, IL, 60624, 1/25/2006, 0602542054, 16-14-110-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

296. NELSON SR, RODNEY;, NELSON II, RODNEY T,, Joint Tenancy, 3927 W LEXINGTON ST,, CHICAGO,, IL, 60624, 1/25/2006, 0602543209, 16-14-309-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



297. TAYLOR, DOROTHY, (Married Woman as her sole and separate property), 1931 N LEAMINGTON AVE,, CHICAGO,, IL, 60639-4420, 1/26/2006, 0602602132, 13-33-405-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

298. OCONNOR, THOMAS A;, OCONNOR, FRANCES M,, Joint Tenancy, 7255 S PEORIA ST,, CHICAGO,, IL, 60621, 2/2/2006, 0603340133, 20-29-214-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

299. OCONNOR, THOMAS A;, OCONNOR, FRANCES M,, Joint Tenancy, 7251 S PEORIA ST,, CHICAGO,, IL, 60621, 2/2/2006, 0603340134, 20-29-214-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

300. CURA, MILAN, (Married Man as his sole and separate property), 2043 45 N AVERS AVE,, CHICAGO,, IL, 60647, 2/3/2006, 0603402112, 13-35-124-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

301. BONILLA, SILVIA, (Single or Unmarried Woman), 1616 S 48TH CT,, CICERO,, IL, 60804, 2/3/2006, 0603404089, 16-21-406-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

302. HERNANDEZ, OSCAR TORRES, (Single or Unmarried Man), 4353 W CORTEZ ST,, CHICAGO,, IL, 60651, 2/6/2006, 0603705249, 16-03-410-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

303. LULKIEWICZ, MACIEJ, (Single or Unmarried Man), 1040 N LAVERGNE AVE,, CHICAGO,, IL, 60651, 2/6/2006, 0603740169, 16-04-410-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,

ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

304. STASIEWICZ, KRZYSZTOF, (Single or Unmarried Man), 1840 S HARDING,, CHICAGO,, IL, 60623, 2/6/2006, 0603749007, 16-23-308-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

305. MBAYE, MADIOR, (Single or Unmarried Man), 7717 S JEFFERY BLVD,, CHICAGO,, IL, 60649-4613, 2/8/2006, 0603942160, 20-25-416-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

306. RIEGER, KENT;, RIEGER, DIANE L, (Husband and Wife), 107 N GENEVA AVE,, ELMHURST,, IL, 60126, 2/8/2006, R2006-024483, 06-01-213-019, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

307. FINCH, MICHAEL;, FINCH, JACQUELYN, (Husband and Wife),, Joint Tenancy, 2209-2211 SPENCER RD,, JOLIET,, IL, 60433, 2/3/2006, R2006021895, 07-24-403-005, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

308. LEMUS, MYNOR, (Single or Unmarried Man), 344 GREENCREST DR,, BOLINGBROOK,, IL, 60440-2430, 2/3/2006, R2006022083, 02-11-415-018, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

309. ADAMS, WALTER G, (Married Person), 6347 S CAMPBELL AVE,, CHICAGO,, IL, 60629, 1/18/2005, 0501804137, 19-24-206-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

310. AKANO, VICTORIA R, (Single or Unmarried Woman), 7530 N OAKLEY AVE,, CHICAGO,, IL, 60645, 10/20/2004, 0429414094, 11-30-301-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

311. AKMAN, HUSEYIN EMRE, (Single or Unmarried Man), 3450 W DIVERSEY AVE,, CHICAGO,, IL, 60647, 3/30/2005, 0508911055, 13-26-225-048, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

312. ALCARAZ, RODRIGO;, ALCARAZ, JULIA,, Tenants By Entireties, 210 CLARK ST,, AURORA,, IL, 60505, 12/9/2004, 2004K157752, 15-22-386-009, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

313. ALEJANDRE, GORGE, (Married Person), 5518 W CORTLAND ST,, CHICAGO,, IL, 60639, 3/16/2005, 0507533087, 13-33-302-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

314. ALEJANDRE, JESUS, (Single or Unmarried Man), 1516 N LOTUS AVE,, CHICAGO,, IL, 60651, 3/23/2005, 0508242136, 16-04-102-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

315. ALEJANDRE, GORGE;, ALEJANDRE, JULIET, (Husband and Wife),, Tenants By Entireties, 1116 N LECLAIRE AVE,, CHICAGO,, IL, 60651, 10/3/2005, 0527633025, 16-04-401-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

316. ALIC, ZIJADA, (Single or Unmarried Woman), 5636 N BERNARD ST,, CHICAGO,, IL, 60659, 3/28/2005, 0508704041, 13-02-428-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

317. ALONZO, ILONCA, (Single or Unmarried Woman), 2218 N SAWYER AVE,, CHICAGO,, IL, 60647, 9/8/2004, 0425250097, 13-35-216-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

318. ALSTON, ANTHONY;, ALSTON, STACEY, (Husband and Wife),, Tenants By Entireties, 6036 S GREEN,, CHICAGO,, IL, 60621, 5/23/2005, 0514311439, 20-17-414-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

319. ALVA, ISRAEL;, ALVA, MARIA, (Husband and Wife),, Joint Tenancy, 2721 S KEELER AVE,, CHICAGO,, IL, 60623-4329, 1/7/2005, 0500705458, 16-27-412-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

320. ALVAREZ, JULIO, (Single or Unmarried Man), 1231 S AUSTIN BLVD,, CICERO,, IL, 60804, 2/28/2005, 0505918078, 16-20-200-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

321. AMATO, MARIO A;, AMATO, MARIA C, (Husband and Wife),, Joint Tenancy, 1824 E SAUK TRL,, SAUK VILLAGE,, IL, 60411, 6/20/2005, 0517105330, 32-25-307-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

322. ANDERSON, BARTHEL;, ANDERSON, YVONNE, (Husband and Wife),, Joint Tenancy, 5412 S WOOD ST,, CHICAGO,, IL, 60609-5713, 11/26/2004, 0433126140, 20-07-427-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

323. ANDERSON, HARVEY B, (Married Man as his sole and separate property), 4012 W CARROLL AVE,, CHICAGO,, IL, 60624, 1/6/2005, 0500646131, 16-10-403-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

324. ANDERSON, YANCY T, (Married Person), 14909 MARSHFIELD AVE,, HARVEY,, IL, 60426, 3/11/2005, 0507020182, 29-07-422-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

325. ANTHONY, ROSE, (Single or Unmarried Woman), 161 E 111TH ST,, CHICAGO,, IL, 60628, 12/28/2005, 0536205089, 25-22-103-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

326. ANTONELLI, GERALD, (Single or Unmarried Man), 6810 S WESTERN AVE,, CHICAGO,, IL, 60636, 10/12/2004, 0428620018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

327. ARCHER, LENETTA, (Single or Unmarried Woman);, HENDERSON, KENNETH,, Joint Tenancy, 2819 LEXINGTON DR,, HAZEL CREST,, IL, 60429, 3/2/2005, 0506146126, 28-25-330-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

328. ARIAS, URIEL, (Married Person), 4417 S MARSHFIELD AVE,, CHICAGO,, IL, 60609, 3/24/2005, 0508349035, 20-06-411-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

329. ARIAS, URIEL, (Married Man as his sole and separate property), 2545 S HOMAN AVE,, CHICAGO,, IL, 60623, 6/20/2005, 0517155074, 16-16-228-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



330. ARIZA, BERTIN;, ARIZA, ARTEMIA, (Husband and Wife),, Joint Tenancy, 6327 N MOBILE AVE,, CHICAGO,, IL, 60646-3712, 2/15/2005, 0504602293, 13-05-103-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

331. ARMSTRONG, WANDA L, (Single or Unmarried Woman), 6548 S MORGAN ST,, CHICAGO,, IL, 60621, 12/21/2004, 0435645119, 20-20-219-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

332. ARROYO, ERNESTO, (Married Person), 2732 S KILDARE AVE,, CHICAGO,, IL, 60623, 3/30/2005, 0508920221, 16-27-409-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

333. ARROYO, LETICIA, (Single or Unmarried Woman), 3736 W DIVERSEY AVE,, CHICAGO,, IL, 60647, 3/17/2005, 0507633122, 13-26-127-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

334. ARTHUSO, GIOVANA, (Single or Unmarried Woman), 1516 W SUPERIOR,, CHICAGO,, IL, 60622, 3/25/2005, 0508419029, 17-08-100-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

335. ARZET, FEBE O, (Single or Unmarried Woman), 4151 W ROSCOE ST,, CHICAGO,, IL, 60641, 2/28/2005, 0505933089, 13-22-421-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

336. ASANTE, MICHAEL, (Single or Unmarried Man), 2517 W 69TH ST,, CHICAGO,, IL, 60629, 11/23/2005, 0532741250, 19-24-418-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

337. ATTERBERRY, DELORES, (Single or Unmarried Woman), 6949 ABERDEEN ST,, CHICAGO,, IL, 60621, 1/19/2005, 0501905274, 20-20-418-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

338. AVILA, DANIEL;, AVILA, GRACIELA,, Tenants in Common, 13118 S HOUSTON AVE,, CHICAGO,, IL, 60633, 6/15/2005, 0516605037, 26-31-207-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

339. BADY, ODETHER;, RUSH BADY, LEORIA, (Husband and Wife), 339 W 16TH PL,, CHICAGO HEIGHTS,, IL, 60411, 2/28/2005, 0505908023, 32-19-416-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

340. BAGNUOLO, LOUISE, (Single or Unmarried Woman), 3645 S CLINTON AVE,, BERWYN,, IL, 60402, 11/21/2005, 0532541037, 16-31-313-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

341. BALL, KAY, (Single or Unmarried Woman), 5746 S HOYNE AVE,, CHICAGO,, IL, 60636, 1/3/2005, 0500305030, 20-18-116-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

342. BANC, ROZALIA;, BANC, IOAN,, Tenants in Common, 4856 W GRACE ST,, CHICAGO,, IL, 60641, 4/28/2005, 0511842247, 13-21-215-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

343. BANDERA, LUIS, (Single or Unmarried Man), 4936 W ALTGELD ST,, CHICAGO,, IL, 60639, 9/27/2005, 0527040150, 13-28-422-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

344. BANKS, MELVIN, (Single or Unmarried Man), 210 N LAPORTE AVE,, CHICAGO,, IL, 60644-2505, 1/10/2005, 0501014038, 16-09-409-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

345. BANKS, STEPHANIE, (Single or Unmarried Woman), 15114 S VINE AVE,, HARVEY,, IL, 60426, 5/25/2005, 0514519028, 29-17-100-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

346. BANKSTON, ADESKO;, BANKSTON, TASSNEE, 267 ALLEGHENY ST,, PARK FOREST,, IL, 60466, 10/29/2004, 0430349191, 32-30-206-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

347. BARBER, ANGELA, (Single or Unmarried Woman), 13828 S EMERALD AVE,, RIVERDALE,, IL, 60827, 3/18/2005, 0507746036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

348. BARR, TAMIRA, (Single or Unmarried Woman), 14030 FINLEY AVE,, ROBBINS,, IL, 60472, 3/28/2005, 0508750014, 28-02-428-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



349. BARRIOS, EGUINARDO, (Single or Unmarried Man), 13430 S GREENWOOD AVE,, BLUE ISLAND,, IL, 60406, 2/23/2005, 0505420162, 24-36-431-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

350. BAUTISTA, HUMBERTO, (Single or Unmarried Man), 362 WABASH ST,, ELGIN,, IL, 60123, 10/7/2005, 2005K120809, 06-23-134-009, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

351. BECERRA, MARCELINO;, RODRIGUES, LOURDES,, Joint Tenancy, 371-373 CEDAR ST,, AURORA,, IL, 60506, 10/14/2004, 2004K133821, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

352. BECKERT, ANNE M, (Single or Unmarried Woman), 3222 N KENMORE AVE,, CHICAGO,, IL, 60657, 11/4/2004, 0430905284, 14-20-423-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

353. BELL, JIM, (Married Man as his sole and separate property);, BELL, JAMES, a/k/a (also known as), 15237 5TH AVE,, PHOENIX,, IL, 60426-2615, 9/9/2004, 0425314119, 29-16-118-025, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

354. BIAS, MARCUS C, (Single or Unmarried Man), 7823 S EUCLID AVE,, CHICAGO,, IL, 60649, 11/4/2004, 0430927087, 20-25-331-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

355. BINION, CAROLYN K, (Single or Unmarried Woman), 2431 APACHE AVE,, SAUK VILLAGE,, IL, 60411-5106, 11/16/2005, 0532002158, 32-25-408-048, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

356. BINION, CAROLYN K, (Single or Unmarried Woman), 2460 TALANDIS DR,, SAUK VILLAGE,, IL, 60411-5106, 11/16/2005, 0532035501, 32-25-421-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

357. BIRNA, ELENA V, (Single or Unmarried Woman), 7419 N WINCHESTER AVE D,, CHICAGO,, IL, 60626, 7/20/2005, 0520147057, 11-30-407-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,

ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


358. BIVENS, KENNETH, (Married Man as his sole and separate property), 125 PULASKI RD,, CALUMET CITY,,
IL, 60409, 4/7/2005, 0509708014, 30-17-200-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


359. BLUFORD, MICHELLE, (Single or Unmarried Woman), 5029 S JUSTINE ST,, CHICAGO,, IL, 60609,
9/13/2004, 0425749019, 20-08-125-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


360. BOLACK, JOHN A, (Single or Unmarried Man), 1239-41 S MANNHEIM RD,, WESTCHESTER,, IL, 60154,
10/25/2004, 0429733033, 15-21-103-071, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


361. BOLAJI, BERNADETTE, (Single or Unmarried Woman), 548 N TROY ST,, CHICAGO,, IL, 60612, 10/27/2004,
0430149066, 16-12-106-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


362. BOLAJI, BERNADETTE, (Single or Unmarried Woman), 1546 S DRAKE AVE,, CHICAGO,, IL, 60624,
8/26/2005, 0523803167, 16-23-222-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


363. BOLDEN, ALAN SCOTT, (Single or Unmarried Man), 521 S JOLIET ST,, JOLIET,, IL, 60436, 9/13/2004,
R2004168947, 24-07-201-042, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


364. BRANDON, SHARON R, (Single or Unmarried Woman), 9136 S DOBSON AVE,, CHICAGO,, IL, 60619,
3/30/2005, 0508949232, 25-02-303-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

365. BRANDON, SHARON R, (Single or Unmarried Woman), 2416 E 93RD ST,, CHICAGO,, IL, 60617, 4/26/2005, 0511649054, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

366. BRANIGAN, CARL L, (Married Man as his sole and separate property), 11144 S EDBROOKE AVE,, CHICAGO,, IL, 60628, 11/14/2005, 0531826103, 25-22-102-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

367. BRAZZIEL, ERNESTINE, (Single or Unmarried Woman), 1706 N LUNA AVE,, CHICAGO,, IL, 60639-4226, 1/6/2005, 0500605158, 13-33-311-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

368. BRAZZIEL, ERNESTINE, (Single or Unmarried Woman), 2449-51 W 60TH ST,, CHICAGO,, IL, 60629-1105, 2/9/2005, 0504005221, 19-13-414-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

369. BRICK, THERESA, (Married Person), 455 BLACKHAWK AVE,, AURORA,, IL, 60506, 11/19/2004, 2004K149923, 15-21-226-003, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

370. BRIMAH, HAKIM, (Single or Unmarried Man), 7619 S PAXTON AVE,, CHICAGO,, IL, 60649, 10/14/2004, 0428802075, 20-25-412-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

371. BRIONES, ARMANDO;, BRIONES, MARIA C, (Husband and Wife),, Tenants By Entireties, 6615 S TROY AVE,, CHICAGO,, IL, 60629, 4/7/2005, 0509711180, 19-24-125-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

372. BRISON, JOAN, (Married Woman as her sole and separate property), 1126 156TH PL,, CALUMET CITY,, IL, 60409, 11/16/2005, 0532011045, 30-18-129-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

373. BROOKS, CORNELL, (Single or Unmarried Man), 535 E 107TH ST,, CHICAGO,, IL, 60628, 3/17/2005,
0507604031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

374. BROOKS, JAMES C, (Single or Unmarried Man), 7605 S GREEN ST,, CHICAGO,, IL, 60620-2855, 11/10/2004,
0431505072, 20-29-415-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

375. BROWN, CURTIS, (Married Man as his sole and separate property), 1256 W 73RD PL,, CHICAGO,, IL, 60636,
7/19/2005, 0520035435, 20-29-124-037, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

376. BROWN, HOSIE, (Single or Unmarried Man), 1702 N MEADE AVE,, CHICAGO,, IL, 60639, 11/16/2004,
0432149086, 13-32-312-039, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


377. BROWN, JAMES,, BROWN, PATRICIA A, (Husband and Wife),, Tenants By Entireties, 701 N WALLER
AVE,, CHICAGO,, IL, 60644-1056, 10/11/2005, 0528455133, 16-08-206-025, NON-PURCHASE MONEY, COOK
COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

378. BROWN, LAWSON, (Single or Unmarried Man), 6402 S ABERDEEN ST,, CHICAGO,, IL, 60621, 2/23/2005,
0505441193, 20-20-209-046, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

379. BROWN, RANDY, (Single or Unmarried Man), 6204 S PAULINA AVE,, CHICAGO,, IL, 60636, 12/22/2005,
0535603020, 20-18-429-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

380. BROWN, SANDRA A, 7934 S ADA ST,, CHICAGO,, IL, 60620, 11/24/2004, 0432941217, 20-32-104-032,
NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

381. BROWN, WILLIE;, BROWN, JENELLA, (Husband and Wife), 4023-25 W 5TH AVE,, CHICAGO,, IL, 60624, 7/19/2005, 0520047001, 16-15-412-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

382. BROWNLEE, DEREK D, (Single or Unmarried Man), 131 N LOTUS AVE,, CHICAGO,, IL, 60644, 4/1/2005, 0509126019, 16-09-316-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

383. BUCHANAN, CASANDRA, (Single or Unmarried Woman), 6025 S GREEN ST,, CHICAGO,, IL, 60621, 9/1/2005, 0524441027, 20-17-415-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

384. BUKHARI, SAROSH, (Single or Unmarried Man), 135 CLYDE AVE,, EVANSTON,, IL, 60202-4001, 6/22/2005, 0517302001, 11-30-211-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

385. BURNS, ANTONIO, (Single or Unmarried Man), 446 HICKORY ST,, CHICAGO HEIGHTS,, IL, 60411-3230, 12/2/2004, 0433735222, 32-19-426-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

386. BURNS, KEVIN, (Single or Unmarried Man), 5428 W RICE ST,, CHICAGO,, IL, 60651, 12/27/2005, 0536141131, 16-04-325-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



387. BUSTOS, EMILIO, (Married Person), 2145 N LECLAIRE AVE,, CHICAGO,, IL, 60639, 2/1/2005, 0503205251, 13-33-217-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

388. BUTLER, MATTIE, (Single or Unmarried Woman), 1212 E MARQUETTE RD,, CHICAGO,, IL, 60637, 1/21/2005, 0502149006, 20-23-211-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

389. BUTLER, SYLVIA, (Single or Unmarried Woman), 6208 S MAY ST,, CHICAGO,, IL, 60621, 11/23/2004, 0432820138, 20-17-424-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

390. CABRERA, GABRIEL, (Single or Unmarried Man), 5207 S EMERALD AVE,, CHICAGO,, IL, 60609-6112, 1/25/2005, 0502546055, 20-09-309-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

391. CAMPBELL, KENNETH;, CAMPBELL, LINDA, (Husband and Wife), 1445 N LAWLER AVE,, CHICAGO,, IL, 60651, 10/12/2004, 0428649025, 16-04-209-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

392. CAMPOS, JOSE;, CAMPOS, GUADALUPE, 9946 S COMMERCIAL AVE,, CHICAGO,, IL, 60617, 3/8/2005, 0506704185, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

393. CAMPOVERDE, FREDDY, (Single or Unmarried Man), 3247 W WILSON AVE,, CHICAGO,, IL, 60625, 6/2/2005, 0515355092, 13-14-219-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 394. CANCINO, LUIS, (Single or Unmarried Man), 4022 N KIMBALL AVE,, CHICAGO,, IL, 60618-3312, 11/24/2004, 0432904116, 13-14-427-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

395. CANNON, LONDELL, (Married Man as his sole and separate property);, CANNON, LONDELL Y, a/k/a (also known as), 16327 LEXINGTON DR,, PLAINFIELD,, IL, 60544, 12/3/2004, R2004218099, 06-03-22-303-014, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

396. CANO, RAMON, (Single or Unmarried Man), 1254 W 61ST ST,, CHICAGO,, IL, 60636, 4/8/2005, 0509841078,
20-17-314-039, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

397. CANO, RAMON, (Single or Unmarried Man), 6835 S WOOD,, CHICAGO,, IL, 60636-3336, 1/3/2006,
0600305012, 20-19-412-015, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

398. CARINO, JOHN, (Married Person), 507 SUPERIOR ST,, CALUMET CITY,, IL, 60409, 3/22/2005, 0508104330,
30-07-404-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

399. CARPENTER, FRANK, (Single Person or Individual), 13706 EGGLESTON AVE,, RIVERDALE,, IL, 60827,
12/29/2004, 0436439064, 25-33-314-072, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 400. CARPIO, MARCO A;, CARPIO, LILIAN S, (Husband and Wife),, Joint Tenancy, 4215 N MARMORA AVE,,
CHICAGO,, IL, 60634, 10/26/2004, 0430041018, 13-17-410-016, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

401. CARTER, HENRY A, (Single or Unmarried Man), 2127 217TH ST,, SAUK VILLAGE,, IL, 60411-4522,
1/6/2005, 0500645044, 32-25-205-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

402. CARTER, HENRY A, (Single or Unmarried Man), 1812 219TH PL,, SAUK VILLAGE,, IL, 60411-4919,
1/6/2005, 0500645045, 32-25-314-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

 403. CARTER, LOUIS;, CARTER, ESTER, (Husband and Wife),, Joint Tenancy, 732 N PARKSIDE AVE,, CHICAGO,, IL, 60644, 11/23/2004, 0432817327, 16-08-206-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

404. CASTELLANOS, MIGUEL;, CASTELLANOS, ROSALINDA, (Husband and Wife),, Joint Tenancy, 965 W 18TH ST,, CHICAGO,, IL, 60608, 11/15/2005, 0531941037, 17-20-412-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

405. CASTREJON, ANSELMO, (Single or Unmarried Man), 2005 W RACE AVE,, CHICAGO,, IL, 60612, 11/24/2004, 0432904093, 17-07-124-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

406. CATAYONG, RODNEY, (Married Man as his sole and separate property), 2219 N MONITOR AVE,, CHICAGO,, IL, 60639, 3/28/2005, 0508704092, 13-32-211-061, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

407. CAXTON IDOWU, STEPHEN, (Single or Unmarried Man), 7321 S ARTESIAN AVE,, CHICAGO,, IL, 60629-1405, 1/3/2005, 0500302202, 19-25-223-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

408. CERVANTES, BERNARDINO, (Single or Unmarried Man), 2942 S THROOP ST,, CHICAGO,, IL, 60608, 1/28/2005, 0502827064, 17-29-424-071, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

409. CERVANTES, AGUSTIN;, ENRIQUES, ANTONIA, (Husband and Wife),, Tenants By Entireties, 2315 N AUSTIN AVE,, CHICAGO,, IL, 60639-2203, 1/31/2005, 0503104060, 13-32-200-053, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

410. CESAR, FABIO A, (Single or Unmarried Man), 632 N TRUMBULL AVE,, CHICAGO,, IL, 60624, 10/7/2004,

0428139027, 16-11-210-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

411. CHAGOYA, ATANACIO;, FLORES, MARGARITA, (Husband and Wife), 4830 W 23RD PL,, CICERO,, IL,
60804-2441, 8/24/2005, 0523608135, 16-28-210-022, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

412. CHOI, JONGKI, (Single or Unmarried Man), 5312 N LUNA AVE,, CHICAGO,, IL, 60630, 12/5/2005,
0533940081, 13-09-108-044, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

413. CHOWDHURY, MOHAMMED, (Single or Unmarried Man), 7039 S EMERALD AVE,, CHICAGO,, IL, 60621,
1/20/2005, 0502047138, 20-21-322-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

414. CHWIEDUK, HENRYKA, (Single or Unmarried Woman), 5942 S PEORIA ST,, CHICAGO,, IL, 60621,
9/20/2004, 0426448028, 20-17-405-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

415. CLARK, GEVON, (Single or Unmarried Man), 105-107 E 77TH ST,, CHICAGO,, IL, 60619, 8/4/2005,
0521627017, 20-27-314-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

416. CLEMONS, REGINALD, (Single or Unmarried Man), 7359 S PRINCETON AVE,, CHICAGO,, IL, 60621,
1/7/2005, 0500705495, 20-28-218-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

417. CLEMONS, REGINALD, (Single or Unmarried Man), 321 E KENSINGTON AVE,, CHICAGO,, IL, 60628,
3/10/2005, 0506905149, 25-22-306-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

418. CLEMONS, REGINALD, (Single or Unmarried Man);, JEFFERSON, CHRISTIANA, (Single or Unmarried Woman), 331 E KENSINGTON AVE,, CHICAGO,, IL, 60628, 3/21/2005, 0508020204, 25-22-306-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

419. CLEVELAND, FREDRICK;, CLEVELAND, TINA GRIFFIN, (Husband and Wife),, Tenants in Common, 1658 PATRICIA PL,, CALUMET CITY,, IL, 60409, 8/27/2004, 0424018078, 29-01-410-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

420. CLEVELAND, EDWARD C, 12401 S UNION AVE,, CHICAGO,, IL, 60628, 12/29/2004, 0436441234, 25-28-310-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

421. CLEVELAND, EDWARD C, (Married Person), 12348 S UNION AVE,, CHICAGO,, IL, 60628, 12/29/2004, 0436441244, 25-28-301-043, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

422. CLIFTON, RHONDA, (Single or Unmarried Woman);, JOHNSON, ELONDA, (Single or Unmarried Woman),, Tenants in Common, 6645 S MINERVA AVE,, CHICAGO,, IL, 60637, 11/10/2004, 0431527059, 20-23-127-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

423. CLIFTON, GREGORY T;, CLIFTON, DEBRA WILLIAMS, (Husband and Wife),, Joint Tenancy, 4931 W HURON ST,, CHICAGO,, IL, 60644, 1/4/2005, 0500449196, 16-09-211-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

424. CLOPTON, RODNEY;, CLOPTON, TRACY, (Husband and Wife),, Joint Tenancy, 6818 S BISHOP,, CHICAGO,, IL, 60636, 2/10/2006, 0604127070, 20-20-310-047, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

425. COBBINS, RICHARD, (Married Man as his sole and separate property), 15225 S CENTER AVE,, HARVEY,, IL, 60426, 2/1/2006, 0603253014, 29-17-207-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

426. COCHRAN, KENNETH D, (Single or Unmarried Man), 1807 N MAYFIELD AVE,, CHICAGO,, IL,
60639-4023, 6/21/2005, 0517241094, 13-32-404-012, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

427. COLEMAN, MARY, (Single or Unmarried Woman), 7032 S MORGAN ST,, CHICAGO,, IL, 60621, 11/23/2005,
0532741240, 20-20-427-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

428. COLLINS, SHERRY, (Single or Unmarried Woman), 1990 STATE ST,, CALUMET CITY,, IL, 60409, 4/1/2005,
0509146058, 29-01-300-059, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

429. CONNEELY, SHANE D, (Single or Unmarried Man), 1245 N MAPLEWOOD AVE,, CHICAGO,, IL,
60622-2858, 1/11/2006, 0601102185, 16-01-227-006, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

---

430. CONSALTER, MAURICIO A, (Married Man as his sole and separate property), 2628 W AUGUSTA BLVD,,
CHICAGO,, IL, 60622, 8/23/2005, 0523527081, 16-01-413-032, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



431. CONTRERAS, MARIA CRUZ, (Single or Unmarried Woman), 3226 W 38TH PL,, CHICAGO,, IL, 60632,
12/9/2005, 0534347095, 16-35-410-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

432. CORONA, OLGA, (Single or Unmarried Woman), 2244 S AUSTIN BLVD,, CICERO,, IL, 60804, 8/27/2004,
0424041219, 16-29-107-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

433. COX, MINNIE M, (Single or Unmarried Woman), 6537 S MARSHFIELD AVE,, CHICAGO,, IL, 60636, 9/2/2004, 0424601333, 20-19-223-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

434. CRUZ, ELENA D, (Single or Unmarried Woman), 2324 ERIKA DR,, BROADVIEW,, IL, 60155, 10/24/2005, 0529726003, 15-27-100-049, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

435. CRUZ III, GABRIEL, (Single or Unmarried Man);, COLEMAN, ELIZABETH, (Single or Unmarried Woman), 17928 GLEN OAK AVE,, LANSING,, IL, 60438, 1/6/2005, 0500602177, 30-31-102-038, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

436. CRUZ, JOSE J;, ZUNIGA CRUZ, ANA, (Husband and Wife),, Tenants By Entireties, 2820 N SACRAMENTO AVE,, CHICAGO,, IL, 60618, 7/1/2005, 0518202039, 13-25-132-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

437. CUEVAS, ELISEO;, CASIANO, NAOMI, (Husband and Wife), 856 N TRUMBULL AVE,, CHICAGO,, IL, 60651-4040, 2/25/2005, 0505650011, 16-02-421-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

438. CUEVAS, ELISEO;, CASIANO, NAOMI,, Joint Tenancy, 1748 N LATROBE AVE,, CHICAGO,, IL, 60639, 12/6/2005, 0534056105, 13-33-317-023, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

439. CUNNINGHAM, ARLENE, 810 S 17TH AVE,, MAYWOOD,, IL, 60153-1702, 11/17/2004, 0432227088, 15-10-331-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

440. CWIOK, THOMAS A, (Single or Unmarried Man), 1051 N LAWNDALE AVE,, CHICAGO,, IL, 60651-3910, 3/14/2005, 0507305191, 16-02-315-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

441. DAILY, TINA T, (Single or Unmarried Woman), 154 N LOTUS AVE,, CHICAGO,, IL, 60644, 3/3/2005,
0506247010, 16-09-315-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

442. DANTUMA, DAN, (Single or Unmarried Man), 11940 S YALE AVE,, CHICAGO,, IL, 60628, 1/31/2006,
0603134071, 25-28-202, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

443. DAVILA, ESTHER MILIAN, (Married Person), 1342 N LAWNDALE AVE,, CHICAGO,, IL, 60651,
11/23/2004, 0432847052, 16-02-120-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE
RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

444. DAVIS, MARK, (Single or Unmarried Man), 6645 S HERMITAGE,, CHICAGO,, IL, 60636, 1/12/2006,
0601246004, 20-19-229-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

445. DAVIS SR, WILLIE;, DAVIS, MILDRED, (Husband and Wife);, Joint Tenancy, 14136 CALUMET AVE,,
DOLTON,, IL, 60419-1123, 9/3/2004, 0424739018, 29-03-116-021, NON-PURCHASE MONEY, COOK COUNTY,
IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

446. DE LA CRUZ, FORTUNATO;, DE LA CRUZ, CARMEN, (Husband and Wife),, Tenants By Entireties, 2920 N
HARDING AVE,, CHICAGO,, IL, 60618-7216, 7/1/2005, 0518253130, 13-26-118-033, NON-PURCHASE MONEY,
COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



447. DE LEON, AURA O, (Single or Unmarried Woman), 5020 N KEELER AVE,, CHICAGO,, IL, 60630-2716,
4/26/2005, 0511650007, 13-10-408-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

448. DE MELLO, MARIO, (Single or Unmarried Man), 5705 S MAY ST,, CHICAGO,, IL, 60621, 7/21/2005, 0520211006, 20-17-217-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

449. DEAN SR, KEVIN E, (Single or Unmarried Man), 550 E 89TH PL,, CHICAGO,, IL, 60619, 9/7/2005, 0525035022, 25-03-217-000, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

450. DEGANTE, VALENTIN, (Married Person), 2129 N MOBILE AVE,, CHICAGO,, IL, 60639, 9/23/2004, 0426704023, 13-32-118-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

451. DELATORRE, JUAN, (Married Man as his sole and separate property), 3732 S PAULINA ST,, CHICAGO,, IL, 60609, 5/27/2005, 0514705095, 17-31-421-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

452. DEMEROS, GEORGE, (Married Person), 613 OREGON AVE,, WEST DUNDEE,, IL, 60118, 10/27/2005, 2005K129992, 03-22-458-002, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

453. DENIKOV, MICHAEL, (Single or Unmarried Man), 6637 N ARTESIAN AVE,, CHICAGO,, IL, 60645, 1/21/2005, 0502149239, 10-36-415-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

454. DESHAZIER, MARIAM L, (Single or Unmarried Woman), 5722 S PEORIA ST,, CHICAGO,, IL, 60621, 6/14/2005, 0516514033, 20-17-221-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

455. DIAZ, ENRIQUE, (Single or Unmarried Man), 355 W NEW YORK ST,, AURORA,, IL, 60506, 9/8/2004, 2004K118506, 15-21-279-015, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...

LONG BEACH MORTGAGE CO

456. DIAZ, FRANCISCO JAVIER, (Single or Unmarried Man), 1549 W WASHBURNE AVE,, CHICAGO,, IL, 60608-1372, 7/6/2005, 0518704064, 17-20-104-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

457. DIAZ, FRANCISCO J, (Single or Unmarried Man), 2457 W 47TH PL,, CHICAGO,, IL, 60632, 7/19/2005, 0520053008, 19-12-207-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

458. DIRZO, YOLANDA, (Single or Unmarried Woman), 1341 S 51ST AVE,, CICERO,, IL, 60804, 3/14/2005, 0507305330, 16-21-210-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

459. DONALY, JOE W, (Married Person), 1753 N LOREL AVE,, CHICAGO,, IL, 60639-4322, 10/22/2004, 0429618108, 13-33-316-003, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

460. DONOFRIO, MARK, (Married Man as his sole and separate property), 616 N WEBSTER ST,, NAPERVILLE,, IL, 60563-3056, 12/14/2005, R2005-275992, 07-13-206-011, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

461. DOUGLAS, CHANA, (Single or Unmarried Woman), 650 E 78TH ST,, CHICAGO,, IL, 60619-2950, 10/26/2005, 0529908102, 20-27-421-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

462. DUMINIE, DWIGHT;, DUMINIE, PHYLLIS, (Husband and Wife), 8606 S ELIZABETH ST,, CHICAGO,, IL, 60620, 7/14/2005, 0519555078, 20-32-329-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

463. DUNLOP, JOYCELYN, (Single or Unmarried Woman), 1638 N MAYFIELD AVE,, CHICAGO,, IL, 60639, 9/28/2004, 0427203082, 13-32-411-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,

ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



464. DUNN, JOSEPH, (Single or Unmarried Man), 7740 S GREEN ST,, CHICAGO,, IL, 60620-2816, 11/9/2004, 0431422227, 20-29-422-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

465. DYES, ORA LEE, (Single or Unmarried Woman), 4724 W VAN BUREN ST,, CHICAGO,, IL, 60644-4929, 11/25/2005, 0532933009, 16-15-116-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

466. DYRKACZ, MALGORZATA K, (Single or Unmarried Woman), 2219 W ADAMS ST,, CHICAGO,, IL, 60612, 7/18/2005, 0519941112, 17-18-115-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

467. EBOM, DAVID E, (Married Person), 7533 S EVANS AVE,, CHICAGO,, IL, 60619, 12/2/2004, 0433702105, 20-27-407-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

468. ELGUEZABAL, EDUARDO, (Single or Unmarried Man), 3047 W CULLERTON ST,, CHICAGO,, IL, 60623, 3/1/2005, 0506049010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

469. ETHERLY, WAYNE H;, ETHERLY, ADELE N, (Husband and Wife),, Joint Tenancy, 123 155TH ST,, CALUMET CITY,, IL, 60409, 3/18/2005, 0507705344, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

470. EWING, DERRICK, (Single or Unmarried Man), 7236 S CARPENTER ST,, CHICAGO,, IL, 60621, 6/14/2005, 0516520116, 20-29-210-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

471. FACIO, MARIN, (Single or Unmarried Man), 389 PRAIRIE ST,, ELGIN,, IL, 60120, 3/10/2005, 2005K027017, 06-13-376-017, NON-PURCHASE MONEY, KANE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

472. FAHY, JOHN P;, FAHY, MARGARET, (Husband and Wife),, Joint Tenancy, 207 W WILLIAM ST,, CHAMPAIGN,, IL, 61820, 10/31/2005, 2005R33056, NON-PURCHASE MONEY, CHAMPAIGN COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

473. FARIZ, HAZEM, (Single or Unmarried Man), 5136 S LAWNDALE AVE,, CHICAGO,, IL, 60632-3733, 1/21/2005, 0502105040, 19-11-305-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

474. FARIZ, RULA, (Single or Unmarried Woman), 2518 S ST LOUIS AVE,, CHICAGO,, IL, 60623, 2/9/2005, 0504005116, 16-26-225-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

475. FELICIANO, GLORIA, (Single or Unmarried Woman), 1538 N LOTUS AVE,, CHICAGO,, IL, 60651, 9/10/2004, 0425429059, 16-04-102-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

476. FERNANDEZ, JOSE, (Single or Unmarried Man), 2130 N TRIPP AVE,, CHICAGO,, IL, 60639, 6/14/2005, 0516546013, 13-34-219-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

477. FISHBURN, WANDA, (Single or Unmarried Woman), 129 SUNSET RIDGE RD,, WILLOWBROOK,, IL, 60527, 9/28/2005, R2005-215737, 09-24-115-001, NON-PURCHASE MONEY, DUPAGE COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

478. FISHER, MICHAEL;, FISHER, TINA, 1003 S JEFFERSON ST,, LOCKPORT,, IL, 60441, 6/16/2005, R2005100329, 11-04-023-004, NON-PURCHASE MONEY, WILL COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 …
LONG BEACH MORTGAGE CO

479. FLORES, JORGE A, (Single or Unmarried Man), 1821 S AVERS AVE,, CHICAGO,, IL, 60623, 3/17/2005, 0507614122, 16-23-311-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

480. FORD, ZENOBIA, (Single or Unmarried Woman), 4727 S EVANS AVE,, CHICAGO,, IL, 60615, 6/3/2005, 0515426002, 20-10-206-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

481. FORTIER, SHARON D, (Single or Unmarried Woman), 7814 S STEWART AVE,, CHICAGO,, IL, 60620, 8/16/2004, 0422949094, 20-28-332-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

482. FOURTE, KEVIN, (Single or Unmarried Man), 50 E 149TH ST,, HARVEY,, IL, 60426, 10/28/2005, 0530118037, 29-08-313-027, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

483. FOURTE, KEVIN, (Single or Unmarried Man), 12423 S PRINCETON AVE,, CHICAGO,, IL, 60628, 10/28/2005, 0530118040, 25-28-408-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

484. FREEMAN, DARRYL, (Single or Unmarried Man), 3835 W LEXINGTON ST,, CHICAGO,, IL, 60624, 3/3/2005, 0506247007, 16-14-310-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

485. GAFRIAS, OLIVIA, (Married Person), 5147 S MOZART ST,, CHICAGO,, IL, 60632, 10/20/2004, 0429433047, 19-12-307-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

486. GALAVIZ, BENIGNO, (Single or Unmarried Man), 3720 W LE MOYNE ST,, CHICAGO,, IL, 60651, 11/17/2005, 0532150080, 16-02-105-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



487. GALICIA, JORGE A;, MORENO, EVA, (Husband and Wife),, Tenants in Common, 2106 N PULASKI RD,, CHICAGO,, IL, 60639, 9/2/2005, 0524526088, 13-34-224-039, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

488. GALLEGOS, PEDRO, (Single or Unmarried Man), 3611 W WOLFRAM ST,, CHICAGO,, IL, 60618, 2/16/2005, 0504705177, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

489. GALLEGOS, BITORINO, (Single or Unmarried Man), 4443 S MOZART ST,, CHICAGO,, IL, 60632, 3/10/2005, 0506908119, 19-01-316-017, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

490. GALLOWAY, NICOLE, (Single or Unmarried Woman), 6615 S DREXEL AVE,, CHICAGO,, IL, 60637, 10/22/2004, 0429604126, 20-23-122-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

491. GALVAN, ESTREBERTO, (Single or Unmarried Man), 1317 S 48TH CT,, CICERO,, IL, 60804-1445, 8/2/2005, 0521405400, 16-21-215-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

492. GARCIA, ESTEBAN, (Married Person), 4457 S SACRAMENTO AVE,, CHICAGO,, IL, 60632, 2/22/2005, 0505333210, 19-01-313-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

493. GARCIA, GUADALUPE;, GARCIA, MARIA E, (Husband and Wife), 1413 S 57TH AVE,, CICERO,, IL, 60804, 1/28/2005, 0502846161, 16-20-222-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

494. GARCIA, HILDA L, (Single or Unmarried Woman), 8415 S MACKINAW AVE,, CHICAGO,, IL, 60617, 1/13/2005, 0501326197, 21-32-207-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

495. GARCIA, RICARDO;, VELA, MARIBEL,, Joint Tenancy, 806 N 21ST AVE,, MELROSE PARK,, IL, 60160-3605, 10/13/2004, 0428749152, 15-03-351-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

496. GARCIA, RIGOBERTO, (Married Man as his sole and separate property), 437 GORDON AVE,, CALUMET CITY,, IL, 60409, 9/6/2005, 0524908117, 30-08-111-053, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

497. GARVIN, ISAAC V;, GARVIN, CHRISTINE, (Husband and Wife),, Joint Tenancy, 4300 W WILCOX ST,, CHICAGO,, IL, 60624, 1/21/2005, 0502149223, 16-15-204-043, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

498. GAUNA, JOHNNIE, (Single or Unmarried Man), 5136 S THROOP,, CHICAGO,, IL, 60609, 6/17/2005, 0516845085, 20-08-305-032, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

499. GAYTAN, EDGAR, (Married Person), 4306 N WHIPPLE ST,, CHICAGO,, IL, 60618-1316, 12/30/2004, 0436520171, 13-13-302-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

500. GAZGA, ERENDIRA, (Single or Unmarried Woman), 6916 S MARSHFIELD AVE,, CHICAGO,, IL, 60628, 12/27/2005, 0536141133, 20-19-422-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

501. GEE, FREDERICK, (Married Person), 5753 S CARPENTER,, CHICAGO,, IL, 60621, 4/29/2005, 0511908029, 20-17-219-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

502. GENTILE, CATHERINE MENDOZA, (Married Woman as her sole and separate property), 3247 N CLIFTON AVE,, CHICAGO,, IL, 60657-3318, 6/20/2005, 0517140161, 14-20-422-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...

LONG BEACH MORTGAGE CO



503. GIANAKAKIS, NICK F;, GIANAKAKIS, MARIA A, (Husband and Wife), 5253 W AGATITE AVE,,
CHICAGO,, IL, 60630, 10/31/2005, 0530449017, 13-16-130-003, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

504. GIBSON, RAY, (Single or Unmarried Man), 842 N HAMLIN AVE,, CHICAGO,, IL, 60651, 11/17/2005,
0532127067, 16-02-328-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

505. GILMORE, CURTIS;, GILMORE, CORA, (Husband and Wife),, Joint Tenancy, 1403 N LECLAIRE AVE,,
CHICAGO,, IL, 60651, 4/27/2005, 0511718014, 16-04-208-018, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

506. GODINEZ, CANDIDO, (Single or Unmarried Man), 1428 N KEDVALE AVE,, CHICAGO,, IL, 60651,
4/26/2005, 0511605095, 16-03-217-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

507. GOLDSBY, CARLA, (Single or Unmarried Woman), 443 E 45TH PL,, CHICAGO,, IL, 60653, 9/9/2004,
0425333020, 20-03-415-016, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

508. GOLLAZ, MARTIN;, VASQUEZ, MARTINE GOLLAZ, a/k/a (also known as), 2310 ST LOUIS AVE,,
CHICAGO,, IL, 60623, 11/24/2004, 0432950223, 16-26-209-025, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

509. GOMEZ, THEODORE;, GOMEZ, MARGARITA, (Husband and Wife),, Joint Tenancy, 2913 N MULLIGAN
AVE,, CHICAGO,, IL, 60634-5020, 1/18/2006, 0601815014, 16-04-208-018, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

510. GORSKI, RAFAL, (Single or Unmarried Man), 2549 N 72ND CT,, ELMWOOD PARK,, IL, 60707-2062, 6/21/2005, 0517246059, 12-25-423-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

511. GRANT, DAMIEN, (Single or Unmarried Man), 8726 S THROOP ST,, CHICAGO,, IL, 60620-3433, 4/6/2005, 0509605243, 25-05-105-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

512. GREEN, ELLA, (Single or Unmarried Woman), 3450 W WALNUT ST,, CHICAGO,, IL, 60624, 8/27/2004, 0424005205, 16-11-407-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

513. GREEN, ELLA, (Single or Unmarried Woman), 1224 S TRIPP AVE,, CHICAGO,, IL, 60623, 11/18/2004, 0432314128, 16-22-202-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

514. GREEN, ELLA, (Single or Unmarried Woman), 8525 S MUSKEGON AVE,, CHICAGO,, IL, 60617, 1/27/2005, 0502705152, 21-31-417-011, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

515. GREEN, GEORGE, (Single or Unmarried Man), 412 S 1ST AVE,, MAYWOOD,, IL, 60153-2302, 1/4/2005, 0500449163, 15-11-323-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

516. GREINER SR, AUSTIN, (Married Man as his sole and separate property), 4903 W HUBBARD ST,, CHICAGO,, IL, 60644, 5/31/2005, 0515145040, 16-09-230-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

517. GUADAGNO, MICHAEL, (Single or Unmarried Man), 173 N LAVERGNE AVE,, CHICAGO,, IL, 60644, 9/3/2004, 0424701115, 16-09-416-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

518. GUTIERREZ, VERONICA, (Single or Unmarried Woman), 511 S 9TH AVE,, MAYWOOD,, IL, 60153, 4/5/2005, 0509549067, 15-11-324-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

519. HANK, RICHARD;, HANK, JOAN, (Husband and Wife),, Joint Tenancy, 1926 EUCLID AVE,, BERWYN,, IL, 60402, 1/11/2005, 0501139044, 16-19-416-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

520. HANK, RICHARD;, HANK, JOAN, (Husband and Wife),, Joint Tenancy, 1619 S KENILWORTH AVE,, BERWYN,, IL, 60402, 1/11/2005, 0501139046, 16-19-306-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

521. HANK, RICHARD;, HANK, JOAN, (Husband and Wife),, Joint Tenancy, 1803 S KENILWORTH AVE,, BERWYN,, IL, 60402-0161, 1/11/2005, 0501139047, 16-19-314-002, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

522. HARDING, EARL, (Single or Unmarried Man), 10929 S VERNON AVE,, CHICAGO,, IL, 60628, 4/8/2005, 0509811303, 25-15-412-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

523. HARPER, KENNETH C, (Single or Unmarried Man), 1010 S MASON AVE,, CHICAGO,, IL, 60644, 12/22/2004, 0435705416, 16-17-405-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

524. HARRINGTON, BRENDA, (Single or Unmarried Woman), 5418 W IOWA ST,, CHICAGO,, IL, 60651, 10/14/2005, 0528741043, 16-04-319-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

525. HARRIS, ANNETTE, (Married Woman as her sole and separate property), 21758 CAROL AVE,, SAUK VILLAGE,, IL, 60411, 1/19/2005, 0501903103, 32-25-116-039, NON-PURCHASE MONEY, COOK COUNTY, IL,

MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


526. HARRIS, ANNETTE M, (Married Woman as her sole and separate property), 21778 CAROL AVE,, SAUK
VILLAGE,, IL, 60411, 1/20/2005, 0502041095, 32-25-319-025, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


527. HARRIS, ANNETTE M, (Married Woman as her sole and separate property), 21747 S CAROL AVE,, SAUK
VILLAGE,, IL, 60411, 1/20/2005, 0502041098, 32-25-117-011, NON-PURCHASE MONEY, COOK COUNTY, IL,
MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


528. HARRIS, ELSTON, (Single or Unmarried Man), 10763 S DREW ST,, CHICAGO,, IL, 60643, 10/3/2005,
0527635094, 25-18-405-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


529. HARRIS, ELSTON, (Single or Unmarried Man), 5518 S WASHTENAW AVE,, CHICAGO,, IL, 60629, 2/9/2006,
0604041151, 19-13-201-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

---

530. HARRIS, ROLBERT, (Single or Unmarried Man), 11814 S EGGLESTON AVE,, CHICAGO,, IL, 60628,
3/21/2005, 0508004277, 25-21-334-008, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


531. HART, NICOLE, (Single or Unmarried Woman), 5430 S WOOD ST,, CHICAGO,, IL, 60609, 11/3/2004,
0430805258, 20-07-427-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


532. HART, ROSE CAROLYN, (Single or Unmarried Woman), 1450 N LUNA AVE,, CHICAGO,, IL, 60651,
12/2/2004, 0433750149, 16-04-108-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD,
ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

533. HARTELL, TILLMAN, (Married Person), 437 156TH ST,, CALUMET CITY,, IL, 60409, 2/24/2005, 0505545043, 30-17-117-005, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

534. HARVILLE, HATTIE, 6500 S WOODLAWN AVE,, CHICAGO,, IL, 60637, 9/17/2004, 0426135149, 20-23-119-022, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

535. HAWKINS, WILLIE, (Single or Unmarried Man), 5126 W FULTON ST,, CHICAGO,, IL, 60644, 11/18/2005, 0532226134, 16-09-403-041, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

536. HAYWOOD, CORNELIUS M;, HAYWOOD, MARY E, (Husband and Wife),, Tenants in Common, 5345 S LAFLIN AVE,, CHICAGO,, IL, 60609, 3/29/2005, 0508811267, 20-08-314-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

537. HAYWOOD SR, CORNELIUS M;, HAYWOOD, MARY, (Husband and Wife), 5520 W VAN BUREN ST,, CHICAGO,, IL, 60644-4746, 10/25/2005, 0529819029, 16-16-114-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

538. HEATH JR, ROGER L;, HEATH, SHARON M, (Husband and Wife),, Joint Tenancy, 5704 W BERENICE AVE,, CHICAGO,, IL, 60634-2626, 11/26/2004, 0433105232, 13-20-210-035, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

539. HENRY, MARK E, (Single or Unmarried Man), 1716 E 93RD ST,, CHICAGO,, IL, 60617-3615, 8/20/2004, 0423349023, 25-01-311-028, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO



540. HENDERSON, PATRICIA L, (Single or Unmarried Woman), 1533 W VICTORIA ST,, CHICAGO,, IL, 60660, 12/22/2004, 0435749146, 14-05-316-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

541. HENDERSON, RHONDA, (Single or Unmarried Woman), 7718 S MORGAN ST,, CHICAGO,, IL, 60620, 4/8/2005, 0509805261, 20-29-419-020, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

542. HENDERSON, GEORGE E, (Single or Unmarried Man), 7019 S DANTE AVE,, CHICAGO,, IL, 60637, 6/16/2005, 0516727032, 20-23-423-004, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

543. HENDERSON, KENYATTA, (Single or Unmarried Man), 108 156TH PL,, CALUMET CITY,, IL, 60409, 1/3/2006, 0600326062, 30-17-208-040, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

544. HENDRICKS, LINDA, (Single or Unmarried Woman), 5031 S CARPENTER ST,, CHICAGO,, IL, 60609, 12/29/2005, 0536319109, 20-08-217-013, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

545. HERNANDEZ, LUIS, 454 GREENBAY AVE,, CALUMET CITY,, IL, 60409, 10/28/2004, 0430241187, 30-17-216-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

546. HERNANDEZ JR, GUILLERMO, (Single or Unmarried Man), 9118 S BRANDON AVE,, CHICAGO,, IL, 60617, 2/3/2005, 0503405320, 26-06-405-036, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

547. HERNANDEZ, LUIS, 15412 CLYDE AVE,, SOUTH HOLLAND,, IL, 60473, 2/18/2005, 0504941321, 29-13-100-012, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

548. HERNANDEZ, CARLOS A;, RIVERA, BLANCA A, (Husband and Wife),, Tenants By Entireties, 1936 N KARLOV AVE,, CHICAGO,, IL, 60639, 10/3/2005, 0527633020, 13-34-405-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT

MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

549. HERNANDEZ, SERGIO, (Single or Unmarried Man), 5351 S WASHTENAW AVE,, CHICAGO,, IL, 60632, 10/13/2005, 0528613034, 19-12-418-014, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

550. HERRERA, ADOLFO A, (Single or Unmarried Man), 1913 S 57TH CT,, CICERO,, IL, 60804-2151, 7/19/2005, 0520035421, 16-20-422-007, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

551. HETHERINGTON, DENISE, (Single or Unmarried Woman), 7035 S KIMBARK AVE,, CHICAGO,, IL, 60637, 11/15/2004, 0432005044, 20-23-420-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

552. HILL III, WILLIAM C, (Married Man as his sole and separate property);, HILL JR, WILLIAM C, (Married Man as his sole and separate property),, Tenants in Common, 15332 S KENTON,, OAK FOREST,, IL, 60452, 12/9/2005, 0534326121, 28-15-118-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

553. HILL, ISAAC;, BROWN, THERESA,, Joint Tenancy, 8321 S COLFAX AVE,, CHICAGO,, IL, 60617, 10/8/2004, 0428249028, 21-31-127-010, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

554. HILL, MICHAEL, (Single or Unmarried Man), 7042 S ST LAWRENCE AVE,, CHICAGO,, IL, 60637, 1/6/2005, 0500646127, 20-22-422-018, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

555. HINOSTROZA, FLORENCIO, (Single or Unmarried Man);, SUAREZ, WILFREDO, (Single or Unmarried Man),, Joint Tenancy, 2310-14 S HOMAN ST,, CHICAGO,, IL, 60623, 10/25/2005, 0529849014, 16-26-211-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

556. HOLMES JOHNSON, MARY;, JOHNSON, MITCHELL,, Joint Tenancy, 7524 S CALUMET AVE,, CHICAGO,, IL, 60619, 3/15/2005, 0507404300, 20-27-304-030, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


557. HOLMES, JOENATHAN, (Single or Unmarried Man), 9059 S DOBSON AVE,, CHICAGO,, IL, 60619, 12/27/2005, 0536111079, 25-02-116-021, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


558. HOSCH, TREVOR, (Single or Unmarried Man), 508 ENGLE,, DOLTON,, IL, 60419, 2/14/2005, 0504546170, 29-03-315-029, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


559. HOUSER, DARREL, (Single or Unmarried Man), 5801 S MORGAN ST,, CHICAGO,, IL, 60621-1441, 7/15/2005, 0519602251, 20-17-228-001, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


560. HRISTOV, GUERGOUI I, (Single or Unmarried Man), 4716 S THROOP ST,, CHICAGO,, IL, 60609, 4/25/2005, 0511549254, 20-08-105-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


561. HUBBARD, RODNEY, (Single or Unmarried Man), 4835 W WASHINGTON,, CHICAGO,, IL, 60644, 8/1/2005, 0521305001, 16-09-428-009, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO




562. HUERTA, JUAN J, (Single or Unmarried Man), 3523 W PALMER ST,, CHICAGO,, IL, 60647-3519, 2/14/2005, 0504547180, 13-35-219-006, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO


563. HUGHES, FRANKLIN;, HUGHES, CARRIE, (Husband and Wife),, Joint Tenancy, 1024 N MONTICELLO AVE,, CHICAGO,, IL, 60651, 1/31/2006, 0603141240, 16-02-315-031, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4 ...
LONG BEACH MORTGAGE CO

564. HUGHES, TIMOTHY R, (Single or Unmarried Man), 6040&6042 S WASHTENAW AVE,, CHICAGO,, IL, 60629, 3/30/2005, 0508926110, 19-13-409-034, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

565. HUNT, J L, (Single or Unmarried Man), 4409 W IOWA ST,, CHICAGO,, IL, 60651-3440, 11/24/2004, 0432950229, 16-03-319-019, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

566. HUNTER, CHARLES T, (Single or Unmarried Man), 5614 S ALBANY AVE,, CHICAGO,, IL, 60629, 1/4/2005, 0500449199, 19-13-109-024, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

567. IRIZARRY, FLORENCIO, (Single or Unmarried Man), 1840 N KIMBALL AVE,, CHICAGO,, IL, 60647, 8/3/2005, 0521505228, 13-35-408-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

568. ISOM, CHANIKA, (Single or Unmarried Woman), 311 E 163RD ST,, HARVEY,, IL, 60426, 10/21/2004, 0429504095, 29-20-218-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

569. JABALLAS, CEDRIC M;, JABALLAS, MIOK, (Husband and Wife),, Joint Tenancy, 3000 W TOUHY AVE,, CHICAGO,, IL, 60645, 6/14/2005, 0516549019, 10-25-331-033, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO

570. JACKSON, SHELAX D, (Married Person);, DAVIS, SHELAX, a/k/a (also known as), 7338 S CALIFORNIA AVE,, CHICAGO,, IL, 60629-2024, 8/30/2004, 0424341071, 19-25-123-083, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO



571. JACKSON, SCOTT, (Single or Unmarried Man), 6424 S RICHMOND AVE,, CHICAGO,, IL, 60629, 9/24/2004, 0426849185, 19-24-112-026, NON-PURCHASE MONEY, COOK COUNTY, IL, MORTGAGE RECORD, ILMORT
MULTI-FAMILY DWELLING (2-4  ...
LONG BEACH MORTGAGE CO