# EXHIBIT A-2

**Cook County Assessor's Office Records demonstrating
that the starred properties contain exactly two units**





# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 20-03-215-012-0000 |
| **Address :** | 704 E Bowen Ave |
| **City :** | Chicago |
| **Township :** | Hyde Park |
| **Neighborhood :** | 10 |
| **Taxcode :** | 70012 |

View Prope
View Pro

### Assessed Valuation

| | 2007 Board Certified Assessment | 2006 Board of Review Cer |
|---|---|---|
| Land Assessed Value | 5,700 | 5,7 00 |
| Building Assessed Value | 24 ,5 30 | 24,530 |
| Total Assessed Value | 30,23 0 | 3 0 , 230 |
| Estimated Market Value | 1 8 8,93 8 | 18 8,9 38 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Partial and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 1 , 7 50 |
| **Land Square Footage** | 2,262 |
| **Assessment Pass** | Board Certified |
| **Age:** | 110 |
| **Land Square Footage:** | 2 , 262 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

**2008 Assessment Appeal Information**

---

No Appeals found for current year

**Other Information:**

Return to Search Results    New Search



**Cook County Assessor's Office (Main)  County Building, Third Flo**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



COOK COUNTY ASSESSOR'S C

JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    13-16-302-003-0000

**Address :**    5351 W Montrose Ave

**City :**    Chicago

**Township :**    Jefferson

**Neighborhood :**    90

**Taxcode :**    71001

View Prope

View Pro

### Assessed Valuation

| | 2008<br>First Pass Assessment | 2007<br>Board of Review Cer |
|---|---|---|
| Land Assessed Value | 7 , 20 0 | 7, 20 0 |
| Building Assessed Value | 39, 263 | 39,26 3 |
| Total Assessed Value | 46, 4 63 | 46,463 |
| Estimated Market Value | 290,394 | 2 90,39 4 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | Yes |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2,288 |
| **Land Square Footage** | 3, 7 5 0 |
| **Assessment Pass** | First Pass |
| **Age:** | 88 |
| **Land Square Footage:** | 3,75 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

HIE - 3
Parcel Contains One or More Home Improvement Exemptio

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Fl**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   16-09-403-042-0000

**Address :**   5124 W Fulton St

**City :**   Chicago

**Township :**   West Chicago

**Neighborhood :**   13

**Taxcode :**   77001

View Prop
View Prop

---

## Assessed Valuation

| | 2007 Board Certified Assessment | 2006 Board of Review Cei |
|---|---|---|
| Land Assessed Value | 3,534 | 3,5 34 |
| Building Assessed Value | 19 ,2 46 | 1 9,246 |
| Total Assessed Value | 22,78 0 | 2 2 , 780 |
| Estimated Market Value | 1 4 2,37 5 | 14 2,3 75 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes      Senior Citizen Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2 , 3 76 |
| **Land Square Footage** | 4,909 |
| **Assessment Pass** | Board Certified |
| **Age:** | 104 |
| **Land Square Footage:** | 4 , 9 09 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results    New Search



**Cook County Assessor's Office (Main)  County Building, Third Fl**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   20-29-214-046-0000

**Address :**   7256 S Green St

**City :**   Chicago

**Township :**   Lake

**Neighborhood :**   170

**Taxcode :**   72001

View Prope
View Pro

### Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Cei |
|---|---|---|
| Land Assessed Value | 2 , 3 74 | 2 , 37 4 |
| Building Assessed Value | 15, 812 | 15 ,812 |
| Total Assessed Value | 1 8 ,186 | 18,186 |
| Estimated Market Value | 113, 663 | 1 13,66 3 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement[1]** | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2 , 37 2 |
| **Land Square Footage** | 3 ,125 |
| **Assessment Pass** | First Pass |
| **Age:** | 83 |
| **Land Square Footage:** | 3 ,1 25 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results     New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us




# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

# PROPERTY SEARCH DETAILS

**Property Index Number:**    16-10-308-014-0000

**Address :**    4724 W Fulton St

**City :**    Chicago

**Township :**    West Chicago

**Neighborhood :**    102

**Taxcode :**    77001

View Prope
View Pro

---

### Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Cer |
| --- | --- | --- |
| Land Assessed Value | 5, 1 27 | 5 ,12 7 |
| Building Assessed Value | 20, 706 | 20 ,706 |
| Total Assessed Value | 2 5 ,833 | 25,83 3 |
| Estimated Market Value | 161, 4 56 | 1 61 ,45 6 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
| --- | --- |
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

**Number of Fireplaces**                    0

**Garage Size/Type**[2]                     2 car detached

**Building Square Footage:**                2,13 0

**Land Square Footage**                     4 ,0 0 6

**Assessment Pass**                         Board Certified

**Age:**                                    96

**Land Square Footage:**                    4,0 06

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information
---

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Fl**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>

---



# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 16-03-403-055-0000 |
| **Address :** | 4239 W Haddon Ave |
| **City :** | Chicago |
| **Township :** | West Chicago |
| **Neighborhood :** | 20 |
| **Taxcode :** | 77001 |

View Prope
View Prop

### Assessed Valuation

| | 2007<br>Board Certified Assessment | 2006<br>Board of Review Cer |
|---|---|---|
| Land Assessed Value | 4 , 83 8 | 4, 83 8 |
| Building Assessed Value | 26, 012 | 26,01 2 |
| Total Assessed Value | 30, 8 50 | 30,850 |
| Estimated Market Value | 192,813 | 1 92,81 3 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | Yes |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1,684 |
| **Land Square Footage** | 4, 0 3 2 |
| **Assessment Pass** | Board Certified |
| **Age:** | 49 |
| **Land Square Footage:** | 4,03 2 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     29-12-201-020-0000

**Address :**     307 Luella Ave

**City :**     Calumet City

**Township :**     Thornton

**Neighborhood :**     53

**Taxcode :**     37026

View Prope
View Pro

---

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Ce |
|---|---|---|
| Land Assessed Value | 2,8 22 | 2,8 22 |
| Building Assessed Value | 20 ,5 55 | 20,555 |
| Total Assessed Value | 23,37 7 | 2 3 , 377 |
| Estimated Market Value | 1 4 6,10 6 | 14 6,1 06 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 1 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,756 |
| **Land Square Footage** | 5, 040 |
| **Assessment Pass** | Board Certified |
| **Age:** | 34 |
| **Land Square Footage:** | 5,04 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---







# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   10-25-223-040-0000

**Address :**   1325 Dobson St

**City :**   Evanston

**Township :**   Evanston

**Neighborhood :**   110

**Taxcode :**   17007

View Prope
View Prop

---

### Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Ce |
|---|---|---|
| Land Assessed Value | 6 , 26 9 | 6, 2 69 |
| Building Assessed Value | 40,433 | 40,43 3 |
| Total Assessed Value | 46, 7 02 | 46,702 |
| Estimated Market Value | 291,88 8 | 291,88 8 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

---

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,36 0 |
| **Land Square Footage** | 4 ,1 2 5 |
| **Assessment Pass** | First Pass |
| **Age:** | 57 |
| **Land Square Footage:** | 4,1 25 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flo**

118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

# PROPERTY SEARCH DETAILS

**Property Index Number:**     20-27-404-023-0000

**Address :**     7549 S Saint Lawrence Ave

**City :**     Chicago

**Township :**     Hyde Park

**Neighborhood :**     30

**Taxcode :**     70001

View Prope
View Pro

## Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Cer |
|---|---|---|
| Land Assessed Value | 3 ,59 6 | 3, 5 96 |
| Building Assessed Value | 16,380 | 16,38 0 |
| Total Assessed Value | 19, 9 76 | 19,976 |
| Estimated Market Value | 124,85 0 | 12 4,850 |

## 2007 Property Exemptions

**Homeowner Exemption Response = Yes**     **Senior Citizen Exemption Response = Yes**

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |

Case 1:07-cv-06543    Document 72-5    Filed 09/05/2008    Page 19 of 63

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 1,54 0 |
| **Land Square Footage** | 3 ,1 0 0 |
| **Assessment Pass** | Board Certified |
| **Age:** | 116 |
| **Land Square Footage:** | 3,100 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Fl**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office -- All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



Welcome to the Cook County Assessor's Virtual Office                Page 1 of 2

# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   20-07-302-035-0000

**Address :**   2122 W 51st Pl

**City :**   Chicago

**Township :**   Lake

**Neighborhood :**   120

**Taxcode :**   72014

View Prop
View Prop

---

### Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Ce |
|---|---|---|
| Land Assessed Value | 2,2 98 | 2 ,29 8 |
| Building Assessed Value | 1 4, 041 | 14 ,0 41 |
| Total Assessed Value | 1 6 ,339 | 16,3 3 9 |
| Estimated Market Value | 102, 1 19 | 1 02 ,119 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | One Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame/Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 1 |
| **Basement**[1] | Partial and Apartment |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 1 |
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 1,47 2 |
| **Land Square Footage** | 3 ,0 2 4 |
| **Assessment Pass** | First Pass |
| **Age:** | 97 |
| **Land Square Footage:** | 3,0 24 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>       <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Flo**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:** 16-05-406-008-0000

**Address :** 1145 N Waller Ave

**City :** Chicago

**Township :** West Chicago

**Neighborhood :** 13

**Taxcode :** 77001

View Property Picture
View Property Map

## Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 3,968 | 3,968 |
| Building Assessed Value | 16,320 | 16,320 |
| Total Assessed Value | 20,288 | 20,288 |
| Estimated Market Value | 126,800 | 126,800 |

## 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1,440 |
| **Land Square Footage** | 3, 100 |
| **Assessment Pass** | Board Certified |
| **Age:** | 95 |
| **Land Square Footage:** | 3,10 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>     <u>New Search</u>



**Cook County Assessor's Office (Main) County Building, Third Floor**

118 North Clark Street, Chicago, IL 60602 (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved   <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisement



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**  25-22-115-050-0000

**Address :**  11408 S Forest Ave

**City :**  Chicago

**Township :**  Hyde Park

**Neighborhood :**  210

**Taxcode :**  70002

View Property Picture

View Property Map

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 3, 0 00 | 3 ,00 0 |
| Building Assessed Value | 1 5, 298 | 15 ,2 98 |
| Total Assessed Value | 1 8 ,298 | 18,2 9 8 |
| Estimated Market Value | 114, 3 63 | 1 14 ,363 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2 , 6 56 |
| **Land Square Footage** | 3,750 |
| **Assessment Pass** | Board Certified |
| **Age:** | 100 |
| **Land Square Footage:** | 3 , 7 50 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisement



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:** 24-36-431-027-0000

**Address :** 13430 Greenwood Ave

**City :** Blue Island

**Township :** Worth

**Neighborhood :** 133

**Taxcode :** 39044

View Property Picture

View Property Map

### Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 1 ,24 9 | 1, 2 49 |
| Building Assessed Value | 15,819 | 15,81 9 |
| Total Assessed Value | 17, 0 68 | 17,068 |
| Estimated Market Value | 106,67 5 | 106,67 5 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 1.5 car detached |
| **Building Square Footage:** | 2 , 27 0 |
| **Land Square Footage** | 3 ,125 |
| **Assessment Pass** | Board Certified |
| **Age:** | 79 |
| **Land Square Footage:** | 3 ,1 25 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    24-25-423-014-0000

**Address :**    2421 Lewis St

**City :**    Blue Island

**Township :**    Worth

**Neighborhood :**    131

**Taxcode :**    39044

View Prope
View Prop

---

## Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Cer |
|---|---|---|
| Land Assessed Value | 2,5 54 | 2 ,554 |
| Building Assessed Value | 1 3,80 7 | 13 ,8 07 |
| Total Assessed Value | 1 6 ,361 | 16,3 6 1 |
| Estimated Market Value | 102 , 2 56 | 102 , 256 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 1.5 car detached |
| **Building Square Footage:** | 2 , 20 8 |
| **Land Square Footage** | 4 ,912 |
| **Assessment Pass** | Board Certified |
| **Age:** | 89 |
| **Land Square Footage:** | 4 , 9 12 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

# PROPERTY SEARCH DETAILS

**Property Index Number:**   24-08-309-032-0000

**Address :**   10048 Marion Ave

**City :**   Oak Lawn

**Township :**   Worth

**Neighborhood :**   130

**Taxcode :**   39005

View Prope
View Proj

---

## Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Cer |
|---|---|---|
| Land Assessed Value | 5,011 | 5,011 |
| Building Assessed Value | 29,888 | 29,888 |
| Total Assessed Value | 34,899 | 34,899 |
| Estimated Market Value | 218,119 | 218,119 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 2 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | Yes |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 3,62 9 |
| **Land Square Footage** | 6 ,9 6 0 |
| **Assessment Pass** | Board Certified |
| **Age:** | 12 |
| **Land Square Footage:** | 6,9 60 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Fl(**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



COOK COUNTY ASSESSOR'S C
JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    20-29-422-029-0000

**Address :**    7740 S Green St

**City :**    Chicago

**Township :**    Lake

**Neighborhood :**    221

**Taxcode :**    72001

View Prope
View Pro

---

### Assessed Valuation

|  | 2008 First Pass Assessment | 2007 Board of Review Cen |
|---|---|---|
| Land Assessed Value | 3 , 14 9 | 3, 1 49 |
| Building Assessed Value | 17,382 | 17,38 2 |
| Total Assessed Value | 20, 5 31 | 20,531 |
| Estimated Market Value | 128,319 | 128,31 9 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 2 |
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2,6 00 |
| **Land Square Footage** | 3,750 |
| **Assessment Pass** | First Pass |
| **Age:** | 93 |
| **Land Square Footage:** | 3, 750 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office -- All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES





About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H

# PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 20-22-309-010-0000 |
| **Address :** | 6823 S Indiana Ave |
| **City :** | Chicago |
| **Township :** | Hyde Park |
| **Neighborhood :** | 30 |
| **Taxcode :** | 70001 |

View Prope
View Pro

## Assessed Valuation

| | 2007 Board Certified Assessment | 2006 Board of Review Ce |
|---|---|---|
| Land Assessed Value | 3 ,75 8 | 3,7 58 |
| Building Assessed Value | 22,7 24 | 22,72 4 |
| Total Assessed Value | 26, 4 82 | 26,482 |
| Estimated Market Value | 165,51 3 | 16 5,5 13 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement[1]** | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |

Case 1:07-cv-06543    Document 72-5    Filed 09/05/2008    Page 35 of 63

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2 , 52 4 |
| **Land Square Footage** | 5 ,220 |
| **Assessment Pass** | Board Certified |
| **Age:** | 93 |
| **Land Square Footage:** | 5 ,2 20 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

## Other Information:

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Flo**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>



## COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho

## PROPERTY SEARCH DETAILS

**Property Index Number:**  20-20-405-034-0000

**Address :**  6730 S Peoria St

**City :**  Chicago

**Township :**  Lake

**Neighborhood :**  171

**Taxcode :**  72001

View Prope
View Prop

---

### Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Cer |
|---|---|---|
| Land Assessed Value | 2 , 62 4 | 2, 62 4 |
| Building Assessed Value | 14, 502 | 14,50 2 |
| Total Assessed Value | 17, 1 26 | 17,126 |
| Estimated Market Value | 107,038 | 1 07,03 8 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Crawl |
| **Attic** | Partial and Unfinished |
| **Central Air** | No |

**Number of Fireplaces**              0

**Garage Size/Type**[2]               None

**Building Square Footage:**          1,93 6

**Land Square Footage**               3 , 1 2 5

**Assessment Pass**                   First Pass

**Age:**                              128

**Land Square Footage:**              3,12 5

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

**2008 Assessment Appeal Information**

---

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

Welcome to the Cook County Assessor's Mental Office



## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 19-26-100-005-0000 |
| **Address :** | 3947 W 71st St |
| **City :** | Chicago |
| **Township :** | Lake |
| **Neighborhood :** | 30 |
| **Taxcode :** | 72014 |

View Prope
View Prop

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Ce |
|---|---|---|
| Land Assessed Value | 3,874 | 3,874 |
| Building Assessed Value | 35,604 | 35,604 |
| Total Assessed Value | 39,478 | 39,478 |
| Estimated Market Value | 246,738 | 246,738 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2 , 2 40 |
| **Land Square Footage** | 3,125 |
| **Assessment Pass** | First Pass |
| **Age:** | 25 |
| **Land Square Footage:** | 3 , 125 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



COOK COUNTY ASSESSOR'S C
JAMES M. HOULIHAN ASSES

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H |

## PROPERTY SEARCH DETAILS

**Property Index Number:** 19-24-226-003-0000

**Address :** 6609 S Washtenaw Ave

**City :** Chicago

**Township :** Lake

**Neighborhood :** 71

**Taxcode :** 72014

View Prop
View Pro

---

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Ce |
|---|---|---|
| Land Assessed Value | 3,327 | 3,327 |
| Building Assessed Value | 20 ,8 1 2 | 2 0, 812 |
| Total Assessed Value | 24,13 9 | 2 4 , 139 |
| Estimated Market Value | 1 5 0 ,869 | 15 0, 8 69 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | Full and Unfinished |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,300 |
| **Land Square Footage** | 3, 7 8 1 |
| **Assessment Pass** | First Pass |
| **Age:** | 81 |
| **Land Square Footage:** | 3,78 1 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 19-24-112-026-0000 |
| **Address :** | 6424 S Richmond St |
| **City :** | Chicago |
| **Township :** | Lake |
| **Neighborhood :** | 70 |
| **Taxcode :** | 72014 |

View Prope
View Pro

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Cer |
|---|---|---|
| Land Assessed Value | 4,080 | 4,080 |
| Building Assessed Value | 2 6 ,8 4 6 | 2 6, 8 46 |
| Total Assessed Value | 30,92 6 | 3 0 , 9 26 |
| Estimated Market Value | 1 9 3 ,288 | 193, 2 88 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 3 |
| **Half Baths** | 0 |
| **Basement[1]** | Full and Rec Room |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,8 46 |
| **Land Square Footage** | 4, 250 |
| **Assessment Pass** | First Pass |
| **Age:** | 79 |
| **Land Square Footage:** | 4,25 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

## Other Information:

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Flo**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     16-35-410-032-0000

**Address :**     3226 W 38th Pl

**City :**     Chicago

**Township :**     South Chicago

**Neighborhood :**     60

**Taxcode :**     76007

View Property Picture
View Property Map

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 4,642 | 4,642 |
| Building Assessed Value | 1 6 ,2 9 7 | 1 6, 2 97 |
| Total Assessed Value | 20,93 9 | 2 0, 9 39 |
| Estimated Market Value | 130, 8 69 | 1 30 ,86 9 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame/Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Crawl |
| **Attic** | Full and Unfinished |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1,280 |
| **Land Square Footage** | 2, 9 7 6 |
| **Assessment Pass** | First Pass |
| **Age:** | 118 |
| **Land Square Footage:** | 2,976 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

Welcome to the Cook County Assessor's Office                                  Page 1 of 2



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertiseme

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    16-26-103-030-0000

**Address :**    2319 S Avers Ave

**City :**    Chicago

**Township :**    West Chicago

**Neighborhood :**    115

**Taxcode :**    77001



View Property Picture
View Property Map

---

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Certified |
| --- | --- | --- |
| Land Assessed Value | 4,200 | 4,2 00 |
| Building Assessed Value | 23 ,4 66 | 2 3,466 |
| Total Assessed Value | 27,66 6 | 2 7 , 666 |
| Estimated Market Value | 1 7 2,91 3 | 17 2,9 13 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
| --- | --- |
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1 , 5 96 |
| **Land Square Footage** | 3,750 |
| **Assessment Pass** | Board Certified |
| **Age:** | 94 |
| **Land Square Footage:** | 3 , 750 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>       <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : <u>Contact Us</u>



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:** 16-25-303-027-0000

**Address :** 2720 S Troy St

**City :** Chicago

**Township :** West Chicago

**Neighborhood :** 115

**Taxcode :** 77001

View Property Picture
View Property Map

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 4,475 | 4,475 |
| Building Assessed Value | 1 5 ,90 3 | 1 5, 9 03 |
| Total Assessed Value | 20,37 8 | 2 0 , 3 7 8 |
| Estimated Market Value | 1 2 7,36 3 | 12 7,3 63 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 1,360 |
| **Land Square Footage** | 3,0 2 4 |
| **Assessment Pass** | Board Certified |
| **Age:** | 118 |
| **Land Square Footage:** | 3,024 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

**2008  Assessment Appeal Information**

---

No Appeals found for current year

**Other Information:**

Return to Search Results          New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertiseme

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 16-24-206-072-0000 |
| **Address :** | 1360 S Fairfield Ave |
| **City :** | Chicago |
| **Township :** | West Chicago |
| **Neighborhood :** | 91 |
| **Taxcode :** | 77030 |

View Property Picture
View Property Map

### Assessed Valuation

| | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 4,979 | 4,979 |
| Building Assessed Value | 1 9,86 0 | 1 9, 8 60 |
| Total Assessed Value | 24,83 9 | 24 , 8 3 9 |
| Estimated Market Value | 15 5 ,2 44 | 155 , 244 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2,55 2 |
| **Land Square Footage** | 2 ,964 |
| **Assessment Pass** | Board Certified |
| **Age:** | 103 |
| **Land Square Footage:** | 2,9 64 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office -- All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home

# PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 16-15-212-010-0000 |
| **Address :** | 4333 W Adams St |
| **City :** | Chicago |
| **Township :** | West Chicago |
| **Neighborhood :** | 102 |
| **Taxcode :** | 77001 |



View Property Picture

View Property Map

## Assessed Valuation

| | 2007<br>**Board Certified Assessment** | 2006<br>**Board of Review Certified** |
|---|---|---|
| Land Assessed Value | 5 ,15 7 | 5, 1 57 |
| Building Assessed Value | 21,7 13 | 21,71 3 |
| Total Assessed Value | 26, 8 70 | 26,870 |
| Estimated Market Value | 167,93 8 | 16 7,938 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 2 , 7 9 0 |
| **Land Square Footage** | 3 ,485 |
| **Assessment Pass** | Board Certified |
| **Age:** | 108 |
| **Land Square Footage:** | 3 , 4 85 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   16-12-311-017-0000

**Address :**   2832 W Walnut St

**City :**   Chicago

**Township :**   West Chicago

**Neighborhood :**   102

**Taxcode :**   77019

View Property Picture
View Property Map

---

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 5,040 | 5,0 40 |
| Building Assessed Value | 19 ,0 40 | 1 9,040 |
| Total Assessed Value | 24,08 0 | 2 4 , 080 |
| Estimated Market Value | 1 5 0,50 0 | 15 0,5 00 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,510 |
| **Land Square Footage** | 3,0 0 0 |
| **Assessment Pass** | Board Certified |
| **Age:** | 108 |
| **Land Square Footage:** | 3,000 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

<u>Advertisemer</u>

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:** 16-11-213-028-0000

**Address :** 646 N Spaulding Ave

**City :** Chicago

**Township :** West Chicago

**Neighborhood :** 101

**Taxcode :** 77052

View Property Picture
View Property Map

---

### Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 4,64 9 | 4,6 49 |
| Building Assessed Value | 23 ,4 43 | 23,44 3 |
| Total Assessed Value | 28,092 | 2 8, 092 |
| Estimated Market Value | 1 7 5,57 5 | 17 5,5 75 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes    Senior Citizen Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,512 |
| **Land Square Footage** | 3, 7 5 0 |
| **Assessment Pass** | Board Certified |
| **Age:** | 93 |
| **Land Square Footage:** | 3,75 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008 Assessment Appeal Information

No Appeals found for current year

## Other Information:

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     16-20-322-021-0000

**Address :**     1914 Highland Ave

**City :**     Berwyn

**Township :**     Berwyn

**Neighborhood :**     10

**Taxcode :**     11001

View Property Picture
View Property Map

---

### Assessed Valuation

|  | 2008<br>Assessor Certified Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 5,89 6 | 4,8 38 |
| Building Assessed Value | 26 ,3 00 | 24,32 2 |
| Total Assessed Value | 32, 196 | 2 9,160 |
| Estimated Market Value | 201,22 5 | 18 2,2 50 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

**Garage Size/Type**[2]            2 car detached
**Building Square Footage:**       2,334
**Land Square Footage**            3, 780
**Assessment Pass**                Assessor Certified
**Age:**                           92
**Land Square Footage:**           3,78 0

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>      <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    16-08-206-025-0000

**Address :**    701 N Waller Ave

**City :**    Chicago

**Township :**    West Chicago

**Neighborhood :**    13

**Taxcode :**    77001

View Property Picture
View Property Map

---

### Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 3, 3 79 | 3 ,37 9 |
| Building Assessed Value | 15, 068 | 17 ,296 |
| Total Assessed Value | 1 8 ,447 | 20,675 |
| Estimated Market Value | 115, 294 | 1 29,21 9 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement[1]** | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2,0 50 |
| **Land Square Footage** | 2,640 |
| **Assessment Pass** | Board Certified |
| **Age:** | 108 |
| **Land Square Footage:** | 2 , 640 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results      New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home

## PROPERTY SEARCH DETAILS

**Property Index Number:**    16-08-206-017-0000

**Address :**    732 N Parkside Ave

**City :**    Chicago

**Township :**    West Chicago

**Neighborhood :**    13

**Taxcode :**    77001

View Property Picture
View Property Map

### Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 3,6 50 | 3,650 |
| Building Assessed Value | 1 9,91 2 | 1 9, 9 12 |
| Total Assessed Value | 23,56 2 | 23 , 5 6 2 |
| Estimated Market Value | 14 7 ,2 63 | 147 , 263 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | Partial and Living Area |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,258 |
| **Land Square Footage** | 5, 070 |
| **Assessment Pass** | Board Certified |
| **Age:** | 98 |
| **Land Square Footage:** | 5,07 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

## Other Information:

Return to Search Results     New Search

---



**Cook County Assessor's Office (Main) County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---