

# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS



Advertisemer

About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home

## PROPERTY SEARCH DETAILS

**Property Index Number:**   16-05-416-007-0000

**Address :**   5949 W Augusta Blvd

**City :**   Chicago

**Township :**   West Chicago

**Neighborhood :**   13

**Taxcode :**   77001

View Property Picture
View Property Map

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 3,96 0 | 3,9 60 |
| Building Assessed Value | 19 ,1 82 | 19,18 2 |
| Total Assessed Value | 23,142 | 2 3, 142 |
| Estimated Market Value | 1 4 4,63 8 | 14 4,6 38 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,490 |
| **Land Square Footage** | 4, 500 |
| **Assessment Pass** | Board Certified |
| **Age:** | 103 |
| **Land Square Footage:** | 4,50 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search

---



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   16-04-208-018-0000

**Address :**   1403 N Leclaire Ave

**City :**   Chicago

**Township :**   West Chicago

**Neighborhood :**   11

**Taxcode :**   77001

View Property Picture
View Property Map

### Assessed Valuation

|  | 2007<br>Board Certified Assessment | 2006<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 4,384 | 4,384 |
| Building Assessed Value | 27,832 | 27,832 |
| Total Assessed Value | 32,216 | 32,216 |
| Estimated Market Value | 201,350 | 201,350 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 2 |

**Garage Size/Type**[2]    2 car detached

**Building Square Footage:**    2,71 0

**Land Square Footage**    3 ,7 8 0

**Assessment Pass**    Board Certified

**Age:**    83

**Land Square Footage:**    3,780

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results       New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**

118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    15-27-100-049-0000

**Address :**    2324 Ericka Dr

**City :**    Broadview

**Township :**    Proviso

**Neighborhood :**    33

**Taxcode :**    31094



View Property Picture
View Property Map

---

### Assessed Valuation

|  | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 7 , 48 8 | 7, 4 88 |
| Building Assessed Value | 21,499 | 21,49 9 |
| Total Assessed Value | 28, 9 87 | 28,987 |
| Estimated Market Value | 181,16 9 | 181,16 9 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | Full and Unfinished |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1 , 9 60 |
| **Land Square Footage** | 14,40 0 |
| **Assessment Pass** | Board Certified |
| **Age:** | 81 |
| **Land Square Footage:** | 1 4 ,400 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemen



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 14-06-222-013-0000 |
| **Address :** | 6007 N Paulina St |
| **City :** | Chicago |
| **Township :** | Lake View |
| **Neighborhood :** | 11 |
| **Taxcode :** | 73001 |

View Property Picture
View Property Map

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 8,282 | 8,282 |
| Building Assessed Value | 36,8 40 | 3 6, 840 |
| Total Assessed Value | 45,12 2 | 4 5, 122 |
| Estimated Market Value | 2 8 2,01 3 | 28 2, 0 13 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | Full and Unfinished |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2,406 |
| **Land Square Footage** | 2, 958 |
| **Assessment Pass** | First Pass |
| **Age:** | 98 |
| **Land Square Footage:** | 2,95 8 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     15-10-331-018-0000

**Address :**     810 S 17th Ave

**City :**     Maywood

**Township :**     Proviso

**Neighborhood :**     60

**Taxcode :**     31084



View Property Picture
View Property Map

---

### Assessed Valuation

| | 2007 Board Certified Assessment | 2006 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 1,8 47 | 1 ,84 7 |
| Building Assessed Value | 1 3, 604 | 16 ,4 12 |
| Total Assessed Value | 1 5 ,451 | 18,2 5 9 |
| Estimated Market Value | 96, 5 6 9 | 11 4, 119 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes     Senior Citizen Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,234 |
| **Land Square Footage** | 4 , 19 9 |
| **Assessment Pass** | Board Certified |
| **Age:** | 82 |
| **Land Square Footage:** | 4,19 9 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>      <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer



| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:** 14-05-316-007-0000

**Address :** 1533 W Victoria St

**City :** Chicago

**Township :** Lake View

**Neighborhood :** 11

**Taxcode :** 73001



View Property Picture
View Property Map

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 8, 0 49 | 8, 04 9 |
| Building Assessed Value | 42, 396 | 42 ,396 |
| Total Assessed Value | 5 0 ,445 | 50,445 |
| Estimated Market Value | 315, 281 | 3 15,28 1 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 1, 72 2 |
| **Land Square Footage** | 2 ,875 |
| **Assessment Pass** | First Pass |
| **Age:** | 111 |
| **Land Square Footage:** | 2 ,8 75 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Parcel Contains One or More Improvements

Return to Search Results        New Search



---

**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.



Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS



Advertisemer

About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home

## PROPERTY SEARCH DETAILS

**Property Index Number:** 13-35-219-006-0000

**Address :** 3523 W Palmer St

**City :** Chicago

**Township :** Jefferson

**Neighborhood :** 180

**Taxcode :** 71001



View Property Picture

View Property Map

---

## Assessed Valuation

| | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6,3 00 | 6 ,300 |
| Building Assessed Value | 2 5,87 7 | 25 , 8 77 |
| Total Assessed Value | 3 2 ,177 | 32,17 7 |
| Estimated Market Value | 201 , 1 06 | 201 , 106 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | 1.5 to 1.9 Stories |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | Partial and Apartment |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 3 car detached |
| **Building Square Footage:** | 1,32 6 |
| **Land Square Footage** | 3 ,1 5 0 |
| **Assessment Pass** | First Pass |
| **Age:** | 118 |
| **Land Square Footage:** | 3,150 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

## Other Information:

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**   13-34-224-039-0000

**Address :**   2106 N Pulaski Rd

**City :**   Chicago

**Township :**   Jefferson

**Neighborhood :**   180

**Taxcode :**   71001



View Property Picture
View Property Map

---

**Assessed Valuation**

| | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6,7 49 | 6 ,74 9 |
| Building Assessed Value | 3 1, 124 | 31 ,1 24 |
| Total Assessed Value | 3 7 ,873 | 37,8 7 3 |
| Estimated Market Value | 236, 7 06 | 2 36 ,706 |

**2007 Property Exemptions**

**Homeowner Exemption Response = Yes**

**Property Characteristics**

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 3 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Rec Room |
| **Attic** | Full and Living Area |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 3,01 5 |
| **Land Square Footage** | 3 ,1 2 5 |
| **Assessment Pass** | First Pass |
| **Age:** | 103 |
| **Land Square Footage:** | 3,1 25 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008 Assessment Appeal Information

No Appeals found for current year

## Other Information:

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 13-33-405-003-0000 |
| **Address :** | 1931 N Leamington Ave |
| **City :** | Chicago |
| **Township :** | Jefferson |
| **Neighborhood :** | 210 |
| **Taxcode :** | 71052 |

View Property Picture
View Property Map

### Assessed Valuation

| | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 5,9 35 | 5,93 5 |
| Building Assessed Value | 1 0, 064 | 10 ,0 64 |
| Total Assessed Value | 1 5 ,999 | 15,9 9 9 |
| Estimated Market Value | 99,9 9 4 | 99 ,9 94 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 1 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1 ,560 |
| **Land Square Footage** | 3 , 8 05 |
| **Assessment Pass** | First Pass |
| **Age:** | 108 |
| **Land Square Footage:** | 3 ,805 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results      New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.



Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 13-33-217-005-0000 |
| **Address :** | 2145 N Leclaire Ave |
| **City :** | Chicago |
| **Township :** | Jefferson |
| **Neighborhood :** | 280 |
| **Taxcode :** | 71033 |

View Property Picture
View Property Map

---

## Assessed Valuation

| | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6,300 | 6,3 00 |
| Building Assessed Value | 22 ,7 74 | 22,774 |
| Total Assessed Value | 29,074 | 2 9, 074 |
| Estimated Market Value | 1 8 1,71 3 | 18 1,7 13 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame/Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | Full and Unfinished |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 1,400 |
| **Land Square Footage** | 3, 1 5 0 |
| **Assessment Pass** | First Pass |
| **Age:** | 118 |
| **Land Square Footage:** | 3,15 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

Welcome to the Cook County Assessor's Virtual Office                    Page 1 of 2



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 13-32-200-053-0000 |
| **Address :** | 2315 N Austin Ave |
| **City :** | Chicago |
| **Township :** | Jefferson |
| **Neighborhood :** | 270 |
| **Taxcode :** | 71033 |

View Property Picture
View Property Map

---

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6 ,30 0 | 6, 3 00 |
| Building Assessed Value | 28,2 28 | 28,22 8 |
| Total Assessed Value | 34, 5 28 | 34,528 |
| Estimated Market Value | 215,80 0 | 21 5,800 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

Case 1:07-cv-06543    Document 72-6    Filed 09/05/2008    Page 22 of 42

Page 2 of 2

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 1 ,6 00 |
| **Land Square Footage** | 3,750 |
| **Assessment Pass** | First Pass |
| **Age:** | 93 |
| **Land Square Footage:** | 3 , 750 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

## Other Information:

<u>Return to Search Results</u>          <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>

---

Welcome to the Cook County Assessor's Virtual Office



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertiser

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     13-17-410-016-0000

**Address :**     4215 N Marmora Ave

**City :**     Chicago

**Township :**     Jefferson

**Neighborhood :**     90

**Taxcode :**     71001

View Property Picture
View Property Map

---

## Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 7,200 | 7,200 |
| Building Assessed Value | 36 ,9 0 4 | 3 6, 904 |
| Total Assessed Value | 44,10 4 | 4 4 , 104 |
| Estimated Market Value | 2 7 5 ,650 | 27 5, 6 50 |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

Case 1:07-cv-06543    Document 72-6    Filed 09/05/2008    Page 24 of 42

| | |
|---|---|
| **Garage Size/Type**[2] | 2 car detached |
| **Building Square Footage:** | 2,320 |
| **Land Square Footage** | 3, 750 |
| **Assessment Pass** | First Pass |
| **Age:** | 83 |
| **Land Square Footage:** | 3,75 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     13-16-130-003-0000

**Address :**     5253 W Agatite Ave

**City :**     Chicago

**Township :**     Jefferson

**Neighborhood :**     90

**Taxcode :**     71033

View Property Picture
View Property Map

---

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 7 , 20 0 | 7, 20 0 |
| Building Assessed Value | 38, 201 | 38 ,20 1 |
| Total Assessed Value | 4 5, 4 01 | 45,401 |
| Estimated Market Value | 283,756 | 2 83,75 6 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 1 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 2 , 5 1 4 |
| **Land Square Footage** | 3 ,750 |
| **Assessment Pass** | First Pass |
| **Age:** | 91 |
| **Land Square Footage:** | 3 , 7 50 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

## 2008 Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results     New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

# PROPERTY SEARCH DETAILS

**Property Index Number:** 13-29-427-008-0000

**Address :** 2439 N Marmora Ave

**City :** Chicago

**Township :** Jefferson

**Neighborhood :** 250

**Taxcode :** 71033



View Property Picture
View Property Map

---

## Assessed Valuation

|  | 2008 First Pass Assessment | 2007 Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6,1 10 | 6 ,11 0 |
| Building Assessed Value | 3 1, 223 | 31 ,2 23 |
| Total Assessed Value | 3 7 ,333 | 37,3 3 3 |
| Estimated Market Value | 233, 3 31 | 2 33 ,331 |

## 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | 1.5 to 1.9 Stories |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Apartment |
| **Attic** | Full and Living Area |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

**Garage Size/Type**[2]        2 car detached
**Building Square Footage:**   1,83 2
**Land Square Footage**        3 ,472
**Assessment Pass**            First Pass
**Age:**                       86
**Land Square Footage:**       3 , 4 72

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**      13-26-314-028-0000

**Address :**                   2624 N Central Park Ave

**City :**                      Chicago

**Township :**                  Jefferson

**Neighborhood :**              70

**Taxcode :**                   71001



View Property Picture

View Property Map

### Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 7 , 83 6 | 7, 83 6 |
| Building Assessed Value | 34, 395 | 34 ,39 5 |
| Total Assessed Value | 4 2, 2 31 | 42,231 |
| Estimated Market Value | 263,944 | 2 63,94 4 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 2 ,5 52 |
| **Land Square Footage** | 3,437 |
| **Assessment Pass** | First Pass |
| **Age:** | 98 |
| **Land Square Footage:** | 3, 437 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

Advertisemer

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     13-22-304-036-0000

**Address :**     3520 N Kolmar Ave

**City :**     Chicago

**Township :**     Jefferson

**Neighborhood :**     120

**Taxcode :**     71033



View Property Picture
View Property Map

### Assessed Valuation

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6, 6 77 | 6 ,67 7 |
| Building Assessed Value | 26, 756 | 26 ,756 |
| Total Assessed Value | 3 3 ,433 | 33,43 3 |
| Estimated Market Value | 208, 9 56 | 2 08,95 6 |

### 2007 Property Exemptions

**Homeowner Exemption Response = Yes**

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

Case 1:07-cv-06543    Document 42-6    Filed 09/05/2008    Page 32 of 42

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 1, 60 0 |
| **Land Square Footage** | 3 ,150 |
| **Assessment Pass** | First Pass |
| **Age:** | 99 |
| **Land Square Footage:** | 3 ,1 50 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

<u>Return to Search Results</u>        <u>New Search</u>



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office – All rights reserved  <u>Disclaimer.</u>

Comments, Questions or Suggestions : <u>Contact Us</u>



# COOK COUNTY ASSESSOR'S C
# JAMES M. HOULIHAN ASSES

$7 OFF

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

**Property Index Number:**    13-14-423-011-0000

**Address :**    3227 W Warner Ave

**City :**    Chicago

**Township :**    Jefferson    View

**Neighborhood :**    82    View

**Taxcode :**    71001

---

## Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review |
|---|---|---|
| Land Assessed Value | 7,6 88 | 7 |
| Building Assessed Value | 3 1,58 2 | 31 , |
| Total Assessed Value | 3 9 ,270 | 39,2 |
| Estimated Market Value | 245 , 4 38 | 245 , |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Unfinished |
| **Attic** | Full and Unfinished |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 1,66 8 |
| **Land Square Footage** | 3 ,1 0 0 |
| **Assessment Pass** | First Pass |
| **Age:** | 98 |
| **Land Square Footage:** | 3,100 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

---

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



**COOK COUNTY ASSESSOR'S C**
**JAMES M. HOULIHAN ASSES**



About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H

# PROPERTY SEARCH DETAILS

| | |
|---|---|
| **Property Index Number:** | 13-05-103-018-0000 |
| **Address :** | 6327 N Mobile Ave |
| **City :** | Chicago |
| **Township :** | Jefferson |
| **Neighborhood :** | 410 |
| **Taxcode :** | 71001 |

View
View

---

### Assessed Valuation

| | 2008 First Pass Assessment | 2007 Board of Review |
|---|---|---|
| Land Assessed Value | 7 , 34 9 | 7, |
| Building Assessed Value | 34,119 | 34, |
| Total Assessed Value | 41, 4 68 | 41 |
| Estimated Market Value | 259,175 | 2 59, |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Slab |
| **Attic** | None |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 1 , 8 43 |
| **Land Square Footage** | 3,750 |
| **Assessment Pass** | First Pass |
| **Age:** | 64 |
| **Land Square Footage:** | 3 , 7 50 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

---

No Appeals found for current year

**Other Information:**

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**

118 North Clark Street, Chicago, IL 60602  (312) 443-7550

© 2003- 2008 Cook County Assessor's Office -- All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES

About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | H

# PROPERTY SEARCH DETAILS

**Property Index Number:**     13-14-427-033-0000

**Address :**     4022 N Kimball Ave

**City :**     Chicago

**Township :**     Jefferson     View

**Neighborhood :**     82     View

**Taxcode :**     71001

---

## Assessed Valuation

|  | 2008 First Pass Assessment | 2007 Board of Review |
|---|---|---|
| Land Assessed Value | 7,3 08 | 7 |
| Building Assessed Value | 2 9,87 1 | 2 9, |
| Total Assessed Value | 37 ,179 | 37,1 |
| Estimated Market Value | 232 , 3 69 | 232 , |

## 2007 Property Exemptions

Homeowner Exemption Response = Yes     Senior Citizen Exemption Response = Yes

## Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | Two Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Crawl |
| **Attic** | Full and Unfinished |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 1 car detached |
| **Building Square Footage:** | 1,614 |
| **Land Square Footage** | 3, 150 |
| **Assessment Pass** | First Pass |
| **Age:** | 103 |
| **Land Square Footage:** | 3,15 0 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008 Assessment Appeal Information

No Appeals found for current year

## Other Information:

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Fl**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us

---



# COOK COUNTY ASSESSOR'S C
## JAMES M. HOULIHAN ASSES

$7 OFF

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Ho |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     13-10-408-032-0000

**Address :**     5020 N Keeler Ave

**City :**     Chicago

**Township :**     Jefferson     View

**Neighborhood :**     71     Viev

**Taxcode :**     71001

---

### Assessed Valuation

|  | 2008 First Pass Assessment | 2007 Board of Review |
|---|---|---|
| Land Assessed Value | 6 ,82 4 | 6, |
| Building Assessed Value | 36,590 | 36, |
| Total Assessed Value | 43, 4 14 | 43 |
| Estimated Market Value | 271,33 8 | 27 1 |

### 2007 Property Exemptions

Homeowner Exemption Response = Yes

### Property Characteristics

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | 1.5 to 1.9 Stories |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame/Masonry |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Partial and Unfinished |
| **Attic** | Full and Living Area |
| **Central Air** | No |

| | |
|---|---|
| **Number of Fireplaces** | 0 |
| **Garage Size/Type**[2] | 1.5 car detached |
| **Building Square Footage:** | 2 , 3 19 |
| **Land Square Footage** | 3,968 |
| **Assessment Pass** | First Pass |
| **Age:** | 93 |
| **Land Square Footage:** | 3 , 9 68 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

**2008  Assessment Appeal Information**

No Appeals found for current year

**Other Information:**

HIE - 3
Parcel Contains One or More Home Improvement Exemptic

Return to Search Results        New Search



**Cook County Assessor's Office (Main)  County Building, Third Flc**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us



# COOK COUNTY ASSESSOR'S OF
# JAMES M. HOULIHAN ASSESS

<u>Advertisemer</u>

| About Us | Appeals | Exemptions | Forms | In General | Online Tools | In The News | Home |

## PROPERTY SEARCH DETAILS

**Property Index Number:**     12-24-320-006-0000

**Address :**     3335 N Ozanam Ave

**City :**     Chicago

**Township :**     Jefferson

**Neighborhood :**     371

**Taxcode :**     71033

<u>View Property Picture</u>
<u>View Property Map</u>

---

**Assessed Valuation**

|  | 2008<br>First Pass Assessment | 2007<br>Board of Review Certified |
|---|---|---|
| Land Assessed Value | 6 , 501 | 6 , 50 1 |
| Building Assessed Value | 28, 360 | 28 ,360 |
| Total Assessed Value | 3 4,8 61 | 34,861 |
| Estimated Market Value | 217, 881 | 2 17,88 1 |

**2007 Property Exemptions**

**Homeowner Exemption Response = Yes**

**Property Characteristics**

| | |
|---|---|
| **Class:** | 2-11 |
| **Description :** | Two to Six Apartments, Over 62 Years |
| **Residence Type** | One Story |
| **Use** | Multi Family |
| **Apartments** | Two |
| **Exterior Construction** | Frame |
| **Full Baths** | 2 |
| **Half Baths** | 0 |
| **Basement**[1] | Full and Apartment |
| **Attic** | Partial and Unfinished |
| **Central Air** | No |
| **Number of Fireplaces** | 0 |

| | |
|---|---|
| **Garage Size/Type**[2] | None |
| **Building Square Footage:** | 1, 15 2 |
| **Land Square Footage** | 3 ,780 |
| **Assessment Pass** | First Pass |
| **Age:** | 81 |
| **Land Square Footage:** | 3 ,7 80 |

[1] Excluded from Building Square footage, except apartment

[2] Excluded from Building Square footage

---

## 2008  Assessment Appeal Information

No Appeals found for current year

**Other Information:**

Return to Search Results      New Search



**Cook County Assessor's Office (Main)  County Building, Third Floor**
118 North Clark Street, Chicago, IL 60602  (312) 443-7550
© 2003- 2008 Cook County Assessor's Office – All rights reserved  Disclaimer.

Comments, Questions or Suggestions : Contact Us