# EXHIBIT A-3

**Cook County Assessor's Office Records demonstrating
that the owners of the starred properties claim
homeowner tax exemptions on their respective properties**

  251        20-03-215-012-0000        HYDE PARK

2006    TAX CODE   70012        2006 TAX RATE    5.302        PROPERTY CLASS 02-11-00
        NAME        CARMELLA IOCCO                        COOP STATUS NO
        ADDRESS    P O BOX 10871
        CITY        CHICAGO
        STATE        IL   ZIP CODE 60610 - 0871

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION        30,230   2006 TAXABLE EQUALIZED VALUATION        13,378
2002 ASSESS VALUATION         5,957    2002 BASE EQUALIZED VALUATION          13,378


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY        1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED        40,000

2005 HOMEOWNER RESPONSE YES


PF -- **

    340        13-16-302-003-0000        JEFFERSON

2006  TAX CODE  71001        2006 TAX RATE   5.302       PROPERTY CLASS 02-11-00
      NAME      ALFONSO LANDA                            COOP STATUS NO
      ADDRESS   5351 MONTROSE AV
      CITY      CHICAGO
      STATE     IL  ZIP CODE 60641 - 1307

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION        46,463  2006 TAXABLE EQUALIZED VALUATION        66,722
2002 ASSESS VALUATION        22,440     2002 BASE EQUALIZED VALUATION        66,722


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY         1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED       40,000

2005 HOMEOWNER RESPONSE YES


PF -- **

2006 TAX CODE 77001 2006 TAX RATE 5.302 PROPERTY CLASS 02-11-00
NAME MATTIE RILEY COOP STATUS NO
ADDRESS 5124 W FULTON
CITY CHICAGO
STATE IL ZIP CODE 60644 - 2514

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION 22,780 2006 TAXABLE EQUALIZED VALUATION 27,616
2002 ASSESS VALUATION 10,356 2002 BASE EQUALIZED VALUATION 27,616


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY 1
HOMEOWNERS EXEMPTION PRORATION 1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED 5,000

2005 HOMEOWNER RESPONSE YES

2006 HOMESTEAD EXEMPTION YES NON-COOP
PF -- **

   435        20-29-214-046-0000        LAKE

2006   TAX CODE  72001         2006 TAX RATE   5.302      PROPERTY CLASS 02-11-00
       NAME       JOHN  JUANITA RIGGINS                   COOP STATUS NO
       ADDRESS    7256 S GREEN ST
       CITY       CHICAGO
       STATE      IL   ZIP CODE 60621 - 1612

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION          18,186  2006 TAXABLE EQUALIZED VALUATION      19,845
2002 ASSESS VALUATION           7,955     2002 BASE EQUALIZED VALUATION      19,845


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY         1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED      29,395

2005 HOMEOWNER RESPONSE YES


PF -- **

2006  TAX CODE  77001         2006 TAX RATE    5.302      PROPERTY CLASS 02-11-00
      NAME      LOUIS HILSON                              COOP STATUS NO
      ADDRESS   4724 W FULTON #1
      CITY      CHICAGO
      STATE     IL   ZIP CODE 60644 - 2713

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION         25,833  2006 TAXABLE EQUALIZED VALUATION       46,865
2003 ASSESS VALUATION         17,382     2003 BASE EQUALIZED VALUATION       46,865


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY          1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED      23,080

2005 HOMEOWNER RESPONSE YES


PF -- **

  542       16-03-403-055-0000       WEST CHICAGO

2006    TAX CODE   77001        2006 TAX RATE    5.302        PROPERTY CLASS 02-11-00
        NAME       ENIS CARL JAMERSON SR                      COOP STATUS NO
        ADDRESS    4239 W HADDON AV
        CITY       CHICAGO
        STATE      IL  ZIP CODE 60651 - 3504

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION         30,850  2006 TAXABLE EQUALIZED VALUATION       42,558
2002 ASSESS VALUATION         14,973     2002 BASE EQUALIZED VALUATION       42,558


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY         1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED      40,000

2005 HOMEOWNER RESPONSE YES


PF -- **

2006   TAX CODE   37026        2006 TAX RATE   12.581        PROPERTY CLASS 02-11-00
       NAME      ADEGBITE KUNLE                              COOP STATUS  NO
       ADDRESS   307 LUELLA AVE
       CITY      CALUMET CITY
       STATE     IL   ZIP CODE 60409 - 1804

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION        23,377   2006 TAXABLE EQUALIZED VALUATION        48,294
2004 ASSESS VALUATION        18,318      2004 BASE EQUALIZED VALUATION        48,294


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY          1
HOMEOWNERS EXEMPTION PRORATION   1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED        15,002

2005 HOMEOWNER RESPONSE YES


PF -- **

2006    TAX CODE   17007         2006 TAX RATE    7.854        PROPERTY CLASS 02-11-00
        NAME        DONALD VERDON 1328                 COOP STATUS NO
        ADDRESS    1325 DOBSON
        CITY        EVANSTON
        STATE       IL   ZIP CODE 60202 - 3715

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION         35,170   2006 TAXABLE EQUALIZED VALUATION       72,753
2003 ASSESS VALUATION         25,973       2003 BASE EQUALIZED VALUATION       72,753


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY         1
HOMEOWNERS EXEMPTION PRORATION   1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED        20,000

2005 HOMEOWNER RESPONSE YES


PF -- **

2006   TAX CODE   70001          2006 TAX RATE    5.302          PROPERTY CLASS 02-11-00
       NAME       CORDELIA WILLIAMS                              COOP STATUS NO
       ADDRESS    7549 S ST LAWRENCE
       CITY       CHICAGO
       STATE      IL  ZIP CODE 60619 - 2211

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION         19,976  2006 TAXABLE EQUALIZED VALUATION      16,228
2002 ASSESS VALUATION          6,837     2002 BASE EQUALIZED VALUATION      16,228


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY          1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED         5,000

2005 HOMEOWNER RESPONSE YES

2006 HOMESTEAD EXEMPTION YES NON-COOP
PF -- **

  417        20-07-302-035-0000        LAKE

2006  TAX CODE  72014        2006 TAX RATE    5.346        PROPERTY CLASS 02-11-00
      NAME      BLANCA E ADAN                              COOP STATUS NO
      ADDRESS   2122 W 51ST PL
      CITY      CHICAGO
      STATE     IL  ZIP CODE 60609 - 5510

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION        16,339  2006 TAXABLE EQUALIZED VALUATION        10,286
2002 ASSESS VALUATION         5,001     2002 BASE EQUALIZED VALUATION        10,286


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY        1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED        33,953

2005 HOMEOWNER RESPONSE YES


PF -- **

VOLUME       PROPERTY-INDEX-NUMBER       TOWNSHIP       2006 HOMEOWNERS EXEMPTION
   547        16-05-406-008-0000          WEST CHICAGO

2006   TAX CODE   77001          2006 TAX RATE    5.302        PROPERTY CLASS 02-11-00
       NAME       LAVONNA LOVING                               COOP STATUS NO
       ADDRESS    1145 N WALKER
       CITY       CHICAGO
       STATE      IL   ZIP CODE 60651 - 2614

2006 HOMEOWNER RESPONSE YES

2006 ASSESS VALUATION          20,288   2006 TAXABLE EQUALIZED VALUATION        26,363
2002 ASSESS VALUATION           9,969    2002 BASE EQUALIZED VALUATION          26,363


VETERANS EXEMPTION - NO
HOMEOWNERS COOP QUANTITY         1
HOMEOWNERS EXEMPTION PRORATION  1.000000
MAXIMUM H/O EQUALIZED ASSESS VALUATION ALLOWED       28,569

2005 HOMEOWNER RESPONSE YES


PF -- **

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP          TAX CODE  HEIGH  STREET CODE
 574     16-26-103-030-0000       WEST CHICAGO        77001    115     3080
LOCATION   2319 S AVERS                          AVE CHICAGO
TAXPAYER       ROGELIO ROMERO
ADDRESS        2319 S AVERS
CITY-ST ZIP    CHICAGO       IL 60623-3041        LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                  2005            2006           2007 PROPOSED
LAND             2,760           4,200           4,200
IMPROVEMENTS    13,266          23,466          23,466
TOTAL           16,026          27,666          27,666
CLASS                                            2-11


LAND SQ FEET       3,750                  IRREGULAR LOT    NO
               CURRENT MARKET VALUE       172,913
HOMEOWNERS EXEMPTION      2007    YES
SENIOR     EXEMPTION      2007    NO
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                          HOMEOWNER EXEMPTION
   2004 BASE              2007          EXEMPTION       PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION       QUANTITY        FACTOR         AMOUNT
      16,026              41,535            1           1.000000        33,373
```

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP      TAX CODE  NEIGH  STREET CODE
  355    13-26-314-028-0000         JEFFERSON       71001     070      1640
LOCATION  2624 N  CENTRAL PARK           AVE  CHICAGO
TAXPAYER          SAMUEL AYALA
ADDRESS           2624 N CENTRAL PARK
CITY-ST ZIP       CHICAGO        IL 60647-1102        LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                     2005              2006           2007 PROPOSED
LAND                3,960             7,836              7,836
IMPROVEMENTS       22,974            34,395             34,395
TOTAL              26,934            42,231             42,231
CLASS                                                   2-11


LAND SQ FEET        3,437                   IRREGULAR LOT     NO
                 CURRENT MARKET VALUE     263,944
HOMEOWNERS EXEMPTION      2007    YES                      FREEZE 2004 YES
SENIOR     EXEMPTION      2007    NO
CERTIFICATE OF ERROR      2007  NO
DISABLED VETERANS EXEMPTION     2006    NO
                          HOMEOWNER EXEMPTION
     2004 BASE             2007        EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY        FACTOR        AMOUNT
     26,934               73,702          1          1.000000       40,000
```

```
VOLUME  PROPERTY INDEX NUMBER        TOWNSHIP     TAX CODE  HEIGHT  STREET CODE
  474   14-06-222-013-0000      LAKE VIEW        73001     011       4420
LOCATION  6007 N  PAULINA           ST   CHICAGO
TAXPAYER      KEVIN TREDWELL
ADDRESS       6007 N PAULINA        ,
CITY-ST ZIP   CHICAGO      IL 60660-2307       LAST TRI YEAR   2006
                       ASSESSMENT VALUATIONS
                  2006           2007          2008 PROPOSED
LAND              8,282          8,282          8,282
IMPROVEMENTS     36,840         36,840         36,840
TOTAL            45,122         45,122         45,122
CLASS                                          2-11


LAND SQ FEET      2,958                 IRREGULAR LOT    NO
             CURRENT MARKET VALUE      282,013
HOMEOWNERS EXEMPTION       2007    YES
SENIOR     EXEMPTION      2007    NO
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION     2006   NO
                       HOMEOWNER EXEMPTION
    2002 BASE             2008        EXEMPTION      PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY        FACTOR        AMOUNT
    18,975              55,508            1          1.000000       40,000
```

```
VOLUME   PROPERTY INDEX NUMBER          TOWNSHIP          TAX CODE   NEIGH  STREET CODE
 574    16-25-303-027-0000         WEST CHICAGO          77001      115     15060
LOCATION  2720 S  TROY                       ST  CHICAGO
TAXPAYER      RAFAEL/ELENA VACA
ADDRESS       2720 S TROY
CITY-ST ZIP    CHICAGO        IL 60623-4715        LAST TRI YEAR    2006
                         ASSESSMENT VALUATIONS
                  2005              2006            2007 PROPOSED
LAND              2,212             4,475              4,475
IMPROVEMENTS     12,359            15,903             15,903
TOTAL            14,571            20,378             20,378
CLASS                                                  2-11


LAND SQ FEET      3,024                  IRREGULAR LOT    NO
                CURRENT MARKET VALUE     127,363
HOMEOWNERS EXEMPTION     2007    YES
SENIOR    EXEMPTION      2007    NO
CERTIFICATE OF ERROR     2007  NO
DISABLED VETERANS EXEMPTION     2006    NO
                     HOMEOWNER EXEMPTION
    2002 BASE           2007         EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR        AMOUNT
       9,668              25,389          1         1.000000        29,786
```

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP          TAX CODE   NEIGH  STREET CODE
  547    16-05-416-007-0000      WEST CHICAGO           77001      013      2960
LOCATION  5949 W  AUGUSTA                   BLVD CHICAGO
TAXPAYER       WILLIE J SIMMONS
ADDRESS        5949 W AUGUSTA BLVD
CITY-ST ZIP    CHICAGO       IL 60651-2517          LAST TRI YEAR   2006
                         ASSESSMENT VALUATIONS
                    2005            2006              2007 PROPOSED
LAND               2,478           3,960               3,960
IMPROVEMENTS      12,912          19,182              19,182
TOTAL             15,390          23,142              23,142
CLASS                                                 2-11


LAND SQ FEET       4,500                    IRREGULAR LOT    NO
            CURRENT MARKET VALUE      144,638
HOMEOWNERS EXEMPTION     2007    YES
SENIOR    EXEMPTION      2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                    HOMEOWNER EXEMPTION
      2002 BASE            2007       EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION   QUANTITY       FACTOR        AMOUNT
      11,021            29,768           1         1.000000       32,891
```

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP      TAX CODE  NATION OF STREET CODE
 350    13-22-304-036-0000         JEFFERSON        71033     120        6180
LOCATION  3520 N  KOLMAR                     AVE  CHICAGO
TAXPAYER         GABRIEL ABARCA
ADDRESS          3520 N KOLMER AV
CITY-ST ZIP      CHICAGO       IL 60641-3824          LAST TRI YEAR    2006
                            ASSESSMENT VALUATIONS
                       2005            2006            2007 PROPOSED
LAND                   3,005           6,677              6,677
IMPROVEMENTS          17,168          26,756             26,756
TOTAL                 20,173          33,433             33,433
CLASS                                                    2-11


LAND SQ FEET         3,150                 IRREGULAR LOT    NO
               CURRENT MARKET VALUE     208,956
HOMEOWNERS EXEMPTION      2007    YES
SENIOR     EXEMPTION      2007    NO
CERTIFICATE OF ERROR     2007  NO
DISABLED VETERANS EXEMPTION      2006   NO
                     HOMEOWNER EXEMPTION
    2003 BASE              2007          EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION      QUANTITY        FACTOR      AMOUNT
      20,173             55,276             1          1.000000     35,247
```

```
VOLUME  PROPERTY INDEX NUMBER         TOWNSHIP        TAX CODE  NEIGH  STREET CODE
 553    16-11-213-028-0000      WEST CHICAGO         77052    101     14500
LOCATION   646 N  SPAULDING                 AVE  CHICAGO
TAXPAYER        OLLIE MAY TAYLOR
ADDRESS         646 N SPAULDING AV
CITY-ST ZIP     CHICAGO       IL 60624-1538        LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                    2005              2006           2007 PROPOSED
LAND               1,920             4,649             4,649
IMPROVEMENTS      13,162            23,443            23,443
TOTAL             15,082            28,092            28,092
CLASS                                                 2-11


LAND SQ FEET       3,750                 IRREGULAR LOT    NO
                CURRENT MARKET VALUE     175,575
HOMEOWNERS EXEMPTION      2007    YES
SENIOR     EXEMPTION      2007    YES
CERTIFICATE OF ERROR      2007   NO                    FREEZE 2006 YES
DISABLED VETERANS EXEMPTION  2006    NO               FREEZE 2007 YES
                         HOMEOWNER EXEMPTION
    2004 BASE                2007      EXEMPTION    PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY      FACTOR       AMOUNT
     15,082             38,751            1        1.000000       5,000
```

VOLUME PROPERTY INDEX NUMBER Case 1:07-cv-06543 Document 72-7 TAX CODE Filed 09/05/2008 CODE Page 20 of 53

```
259      20-22-309-010-0000        HYDE PARK        70001      030        7740
LOCATION  6823 S  INDIANA                    AVE  CHICAGO
TAXPAYER        MELONEY KNIGHTON
ADDRESS         6823 INDIANA AV
CITY-ST ZIP     CHICAGO        IL 60637-3905        LAST TRI YEAR    2006
                        ASSESSMENT VALUATIONS
                    2005              2006           2007 PROPOSED
LAND               1,595             3,758              3,758
IMPROVEMENTS      12,798            22,724             22,724
TOTAL             14,393            26,482             26,482
CLASS                                                 2-11


LAND SQ FEET       5,220                  IRREGULAR LOT    NO
                CURRENT MARKET VALUE       165,513
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                    HOMEOWNER EXEMPTION
     2002 BASE              2007          EXEMPTION     PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION       QUANTITY        FACTOR        AMOUNT
     10,059              26,655              1         1.000000        40,000
```

FREEDOM OF INFORMATION NUMBER   0002938                                    150

Case 1:07-cv-06543   Document 72-7   Filed 09/05/2008   Page 21 of 53

```
VOLUME  PROPERTY INDEX NUMBER     TOWNSHIP      TAX CODE  NEIGH  STREET CODE
  337   13-14-423-011-0000        JEFFERSON       71001    082    13560
LOCATION  3227 W WARNER                      AVE  CHICAGO
TAXPAYER      MARIA RAMIREZ
ADDRESS       3227 W WARNER
CITY-ST ZIP   CHICAGO      IL 60618-2311         LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
                    2005              2006              2007 PROPOSED
LAND               3,280             7,688             7,688
IMPROVEMENTS      25,077            31,582            31,582
TOTAL            28,357            39,270            39,270
CLASS                                                2-11


LAND SQ FEET        3,100                IRREGULAR LOT    NO
              CURRENT MARKET VALUE     245,438
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    NO
CERTIFICATE OF ERROR    2007  NO
DISABLED VETERANS EXEMPTION    2006    NO
                    HOMEOWNER EXEMPTION
   2002 BASE             2007        EXEMPTION    PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY      FACTOR      AMOUNT
    18,402             53,654            1        1.000000     40,000
```

FREEDOM OF INFORMATION NUMBER  0002938                          11

```
247      24-25-423-014-0000      WORTH              39044      131      1520
LOCATION  2421    LEWIS                  ST   BLUE ISLAND
TAXPAYER         MALAIKA GAY
ADDRESS          2421 W LEWIS ST
CITY-ST ZIP      BLUE ISLAND  IL 60406-1716          LAST TRI YEAR   2005
                        ASSESSMENT VALUATIONS
                  2005              2006            2007 PROPOSED
LAND              2,554             2,554             2,554
IMPROVEMENTS     13,807            13,807            13,807
TOTAL            16,361            16,361            16,361
CLASS                                                2-11


LAND SQ FEET        4,912                  IRREGULAR LOT    NO
              CURRENT MARKET VALUE    102,256
HOMEOWNERS EXEMPTION     2007    YES         FREEZE 2000 YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                    HOMEOWNER EXEMPTION
   2004 BASE              2007         EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR       AMOUNT
      11,437              28,002          1         1.000000      16,297
```

Case 1:07-cv-06543   Document 72-7   Filed 09/05/2008   Page 23 of 53

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP       TAX CODE  QUICK CODE  STREET CODE
 240    24-08-309-032-0000         WORTH           39005      130        4440
LOCATION 10048   MARION                    AVE  OAK LAWN
TAXPAYER         MIKE DADA
ADDRESS          10048 S MARION AVE
CITY-ST ZIP      OAK LAWN     IL 60453-3708         LAST TRI YEAR   2005
                        ASSESSMENT VALUATIONS
                   2005            2006            2007 PROPOSED
LAND              5,011           5,011              5,011
IMPROVEMENTS     29,888          29,888             29,888
TOTAL            34,899          34,899             34,899
CLASS                                               2-11

LAND SQ FEET       6,960                 IRREGULAR LOT    NO
              CURRENT MARKET VALUE     218,119
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                    HOMEOWNER EXEMPTION
   2004 BASE            2007          EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY      FACTOR       AMOUNT
     40,781            114,536            1        1.000000       5,000
```

FREEDOM OF INFORMATION NUMBER  0002938                        165

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP        TAX CODE  NEIGHBORHOOD CODE
  290    25-22-115-050-0000      HYDE PARK         70002    210      7300
LOCATION 11408 S FOREST                    AVE  CHICAGO
TAXPAYER       LONYEA ELLIS
ADDRESS        11408 S FOREST
CITY-ST ZIP    CHICAGO        IL 60628-5045        LAST TRI YEAR   2006
                         ASSESSMENT VALUATIONS
                    2005              2006              2007 PROPOSED
LAND                1,440             3,000              3,000
IMPROVEMENTS       10,102            15,298             15,298
TOTAL              11,542            18,298             18,298
CLASS                                                   2-11


LAND SQ FEET       3,750                  IRREGULAR LOT    NO
               CURRENT MARKET VALUE     114,363
HOMEOWNERS EXEMPTION      2007    YES
SENIOR      EXEMPTION      2007    NO
CERTIFICATE OF ERROR      2007   NO
DISABLED VETERANS EXEMPTION     2006    NO
                    HOMEOWNER EXEMPTION
    2004 BASE            2007         EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR       AMOUNT
    11,542             28,312            1          1.000000      21,232
```

```
VOLUME  PROPERTY INDEX NUMBER       TOWNSHIP        TAX CODE  UNION  STREET CODE
 004    16-20-322-021-0000      BERWYN           11001    010      1080
LOCATION  1914   HIGHLAND              AVE  BERWYN
TAXPAYER        TUBIAS & PALACIO
ADDRESS         1914 S HIGHLAND
CITY-ST ZIP     BERWYN       IL 60402-2018        LAST TRI YEAR   2008
                          ASSESSMENT VALUATIONS
                    2006            2007          2008 PROPOSED
LAND               4,838           4,838           5,896
IMPROVEMENTS      24,322          24,322          26,300
TOTAL             29,160          29,160          32,196
CLASS                                             2-11


LAND SQ FEET       3,780                  IRREGULAR LOT    NO
               CURRENT MARKET VALUE    201,225
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                         HOMEOWNER EXEMPTION
    2004 BASE             2008           EXEMPTION      PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION      QUANTITY        FACTOR         AMOUNT
     20,598              55,017             1         1.000000         20,000
```

```
VOLUME   PROPERTY INDEX NUMBER       TOWNSHIP      TAX CODE  VOL CODE  STREET CODE
  562     16-15-212-010-0000      WEST CHICAGO    77001    102      2500
LOCATION  4333 W ADAMS                    ST   CHICAGO
TAXPAYER         MARGE CHARLES BURGETT
ADDRESS          4333 W ADAMS ST
CITY-ST ZIP      CHICACO       IL 60624-2643        LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                    2005            2006            2007 PROPOSED
LAND                1,684           5,157              5,157
IMPROVEMENTS       15,236          21,713             21,713
TOTAL              16,920          26,870             26,870
CLASS                                                 2-11


LAND SQ FEET        3,485                   IRREGULAR LOT    NO
                 CURRENT MARKET VALUE      167,938
HOMEOWNERS EXEMPTION      2007    YES
SENIOR      EXEMPTION     2007    NO
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                      HOMEOWNER EXEMPTION
   2002 BASE            2007        EXEMPTION     PRORATION     NPHE
EQUALIZED VALUATION  H/O VALUATION  QUANTITY      FACTOR      AMOUNT
   10,450              27,920          1         1.000000     40,000
```

FREEDOM OF INFORMATION NUMBER   0002938

```
VOLUME  PROPERTY INDEX NUMBER       TOWNSHIP      TAX CODE  NEIGH  STREET CODE
  430    20-20-405-034-0000         LAKE           72001    171    11300
LOCATION  6730 S PEORIA                  ST  CHICAGO
TAXPAYER       BOBBY & MATTIE REED
ADDRESS        6730 S PEORIA ST
CITY-ST ZIP    CHICAGO      IL 60621-1822        LAST TRI YEAR   2006
                         ASSESSMENT VALUATIONS
                    2006            2007            2008 PROPOSED
LAND               2,624           2,624            2,624
IMPROVEMENTS      14,502          14,502           14,502
TOTAL            17,126          17,126           17,126
CLASS                                              2-11

LAND SQ FEET       3,125                 IRREGULAR LOT    NO
              CURRENT MARKET VALUE      107,038
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    NO
CERTIFICATE OF ERROR    2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                      HOMEOWNER EXEMPTION
    2002 BASE              2008        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION     QUANTITY       FACTOR      AMOUNT
      4,458                8,527           1        1.000000      37,843
```

```
VOLUME  PROPERTY INDEX NUMBER        TOWNSHIP        TAX CODE  NEIGH  STREET CODE
  572    16-24-206-072-0000      WEST CHICAGO      77030     091     6400
LOCATION  1360 S  FAIRFIELD                    AVE  CHICAGO
TAXPAYER       DELORES PETERSON
ADDRESS        1360 S FAIRFIELD
CITY-ST ZIP    CHICAGO       IL 60608-1614        LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
                 2005              2006            2007 PROPOSED
LAND            1,559             4,979               4,979
IMPROVEMENTS   10,803            19,860              19,860
TOTAL          12,362            24,839              24,839
CLASS                                                2-11


LAND SQ FEET       2,964                 IRREGULAR LOT    NO
                CURRENT MARKET VALUE    155,244
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006   NO
                        HOMEOWNER EXEMPTION
    2002 BASE              2007       EXEMPTION     PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR       AMOUNT
      8,227              20,726            1         1.000000      40,000
```

```
VOLUME   PROPERTY INDEX NUMBER          TOWNSHIP        TAX CODE  HEIGH  STREET CODE
 369     13-33-405-003-0000           JEFFERSON         71052      210     6680
LOCATION  1931 N  LEAMINGTON                    AVE  CHICAGO
TAXPAYER          DORTHY TAYLOR
ADDRESS           1931 N LEAMINGTON
CITY-ST ZIP       CHICAGO       IL 60639-4420          LAST TRI YEAR    2006
                         ASSESSMENT VALUATIONS
                    2005            2006             2007 PROPOSED
LAND                1,217           5,935               5,935
IMPROVEMENTS       11,403          10,064              10,064
TOTAL              12,620          15,999              15,999
CLASS                                                 2-11


LAND SQ FEET        3,805                   IRREGULAR LOT    NO
                CURRENT MARKET VALUE        99,994
HOMEOWNERS EXEMPTION        2007     YES
SENIOR     EXEMPTION        2007     NO
CERTIFICATE OF ERROR        2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                         HOMEOWNER EXEMPTION
   2003 BASE              2007          EXEMPTION     PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION      QUANTITY       FACTOR        AMOUNT
    12,620                32,516            1         1.000000        10,803
```

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP        TAX CODE   NEIGH   STREET CODE
  321    13-05-103-018-0000          JEFFERSON        71001      410      8940
LOCATION  6327 N  MOBILE                      AVE  CHICAGO
TAXPAYER       BERTIN ARIZA
ADDRESS        6327 N MOBILE
CITY-ST ZIP    CHICAGO       IL 60646-3712          LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                    2005            2006              2007 PROPOSED
LAND                4,560           7,349                7,349
IMPROVEMENTS       27,938          34,119               34,119
TOTAL              32,498          41,468               41,468
CLASS                                                   2-11


LAND SQ FEET        3,750                   IRREGULAR LOT    NO
              CURRENT MARKET VALUE    259,175
HOMEOWNERS EXEMPTION    2007     YES
SENIOR     EXEMPTION    2007     NO
CERTIFICATE OF ERROR    2007  NO
DISABLED VETERANS EXEMPTION    2006    NO
                     HOMEOWNER EXEMPTION
  2003 BASE             2007          EXEMPTION      PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY        FACTOR        AMOUNT
     32,498              92,415          1           1.000000       19,864
```

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP      TAX CODE  NEIGH  STREET CODE
  249    24-36-431-027-0000     WORTH            39044    133    1200
LOCATION 13430    GREENWOOD              AVE  BLUE ISLAND
TAXPAYER        EGUINARDO BARRIOS
ADDRESS         13430 S GREENWOOD AV
CITY-ST ZIP     BLUE ISLAND  IL 60406-2935         LAST TRI YEAR   2005
                        ASSESSMENT VALUATIONS
                    2005            2006           2007 PROPOSED
LAND             1,249           1,249            1,249
IMPROVEMENTS    15,819          15,819           15,819
TOTAL           17,068          17,068           17,068
CLASS                                            2-11


LAND SQ FEET      3,125                   IRREGULAR LOT    NO
              CURRENT MARKET VALUE     106,675
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                        HOMEOWNER EXEMPTION
     2004 BASE            2007        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY      FACTOR       AMOUNT
     11,212              27,340          1         1.000000      18,873
```

```
VOLUME   PROPERTY INDEX NUMBER       TOWNSHIP       TAX CODE   NEIGH  STREET CODE
  548    16-08-206-025-0000      WEST CHICAGO      77001     013     1542O
LOCATION   701 N  WALLER                      AVE  CHICAGO
TAXPAYER       JAMES C BROWN SR
ADDRESS        701 N WALLER
CITY-ST ZIP    CHICAGO       IL 60644-1056        LAST TRI YEAR   2006
                         ASSESSMENT VALUATIONS
                    2005             2006            2007 PROPOSED
LAND               1,620            3,379               3,379
IMPROVEMENTS      13,035           17,296              15,068
TOTAL             14,655           20,675              18,447
CLASS                                                  2-11


LAND SQ FEET        2,640                  IRREGULAR LOT    NO
                  CURRENT MARKET VALUE    115,294
HOMEOWNERS EXEMPTION     2007    YES
SENIOR    EXEMPTION      2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                         HOMEOWNER EXEMPTION
    2002 BASE              2007        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION   H/O VALUATION    QUANTITY      FACTOR       AMOUNT
     10,344              27,577            1        1.000000      28,403
```

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP        TAX CODE   NEIGH  STREET CODE
 368     13-33-217-005-0000       JEFFERSON          71033      280      6740
LOCATION  2145 N  LECLAIRE                    AVE  CHICAGO
TAXPAYER       EMILIO BUSTOS
ADDRESS        2145 N LECLAIRE
CITY-ST ZIP    CHICAGO       IL 60639-3145          LAST TRI YEAR    2006
                        ASSESSMENT VALUATIONS
                    2005            2006            2007 PROPOSED
LAND              2,805           6,300              6,300
IMPROVEMENTS     15,485          22,774             22,774
TOTAL            18,290          29,074             29,074
CLASS                                               2-11


LAND SQ FEET       3,150                IRREGULAR LOT    NO
               CURRENT MARKET VALUE      181,713
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    NO
CERTIFICATE OF ERROR    2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                        HOMEOWNER EXEMPTION
    2004 BASE              2007        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION     QUANTITY      FACTOR       AMOUNT
    18,290              48,211             1        1.000000      30,510
```

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP      TAX CODE  NEIGH  STREET CODE
  337   13-14-427-033-0000        JEFFERSON     71001     082    5960
LOCATION  4022 N  KIMBALL                   AVE  CHICAGO
TAXPAYER       LUIS CANCINO
ADDRESS        4022 N KIMBALL
CITY-ST ZIP    CHICAGO      IL 60618-3312        LAST TRI YEAR   2006
                       ASSESSMENT VALUATIONS
                 2005            2006           2007 PROPOSED
LAND            3,306            7,308            7,308
IMPROVEMENTS   23,155           29,871           29,871
TOTAL          26,461           37,179           37,179
CLASS                                            2-11


LAND SQ FEET      3,150                IRREGULAR LOT    NO
               CURRENT MARKET VALUE    232,369
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    YES
CERTIFICATE OF ERROR    2007 NO                        FREEZE 2006 YES
DISABLED VETERANS EXEMPTION    2006    NO              FREEZE 2007 YES
                       HOMEOWNER EXEMPTION
    2002 BASE           2007        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION   QUANTITY      FACTOR       AMOUNT
     16,000              45,881          1        1.000000      5,000
```

```
VOLUME    PROPERTY INDEX NUMBER        TOWNSHIP          TAX CODE   NEIGH   STREET CODE
  343     13-17-410-016-0000           JEFFERSON         71001      090      8140
LOCATION  4215 N MARMORA                   AVE  CHICAGO
TAXPAYER        LILIAN S CARPIO
ADDRESS         4215 N MARMORA
CITY-ST ZIP     CHICAGO       IL 60634-1738          LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                     2005              2006              2007 PROPOSED
LAND                4,080             7,200                 7,200
IMPROVEMENTS       26,051            36,904                36,904
TOTAL              30,131            44,104                44,104
CLASS                                                    2-11


LAND SQ FEET       3,750                   IRREGULAR LOT     NO
                CURRENT MARKET VALUE     275,650
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                      HOMEOWNER EXEMPTION
    2002 BASE              2007        EXEMPTION     PRORATION     NPHE
EQUALIZED VALUATION  H/O VALUATION     QUANTITY      FACTOR      AMOUNT
       23,041               68,667          1       1.000000     40,000
```

FREEDOM OF INFORMATION NUMBER   0002938                                    14

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP           TAX CODE   WEIGH  STREET CODE
  548    16-08-206-017-0000      WEST CHICAGO      77001     013      12600
LOCATION   732 N  PARKSIDE                   AVE  CHICAGO
TAXPAYER       LOUIS & ESTER CARTER
ADDRESS        732 N PARKSIDE
CITY-ST ZIP    CHICAGO      IL 60644-1150        LAST TRI YEAR   2006
                            ASSESSMENT VALUATIONS
                    2005            2006            2007 PROPOSED
LAND                2,683           3,650            3,650
IMPROVEMENTS       13,987          19,912           19,912
TOTAL              16,670          23,562           23,562
CLASS                                               2-11


LAND SQ FEET      5,070                  IRREGULAR LOT    NO
              CURRENT MARKET VALUE    147,263
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    NO
CERTIFICATE OF ERROR    2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                     HOMEOWNER EXEMPTION
    2002 BASE           2007          EXEMPTION      PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY        FACTOR        AMOUNT
      11,813              32,331          1          1.000000       31,465
```

```
VOLUME  PROPERTY INDEX NUMBER       TOWNSHIP        TAX CODE  NEIGH  STREET CODE
 366    13-32-200-053-0000        JEFFERSON          71033    270      700
LOCATION  2315 N  AUSTIN                    AVE  CHICAGO
TAXPAYER       AGUSTIN CERVANTES
ADDRESS        2315 N AUSTIN AV
CITY-ST ZIP    CHICAGO       IL 60639-2203         LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
                 2005            2006              2007 PROPOSED
LAND            3,120           6,300              6,300
IMPROVEMENTS   14,944          28,228             28,228
TOTAL          18,064          34,528             34,528
CLASS                                              2-11
```

```
LAND SQ FEET      3,750                 IRREGULAR LOT    NO
               CURRENT MARKET VALUE    215,800
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION     2006   NO
                          HOMEOWNER EXEMPTION
   2002 BASE               2007        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION     QUANTITY      FACTOR       AMOUNT
     15,619              44,648            1        1.000000      40,000
```

```
VOLUME   PROPERTY INDEX NUMBER          TOWNSHIP          TAX CODE   NEIGH   STREET CODE
  508    16-35-410-032-0000          SOUTH CHICAGO       76007      060      1840
LOCATION  3226 W  38TH                      PL   CHICAGO
TAXPAYER       MARIA C CONTRERAS
ADDRESS        3226 W 38TH PL
CITY-ST ZIP    CHICAGO      IL 60632-2707          LAST TRI YEAR   2006
                           ASSESSMENT VALUATIONS
                  2006              2007              2008 PROPOSED
LAND              4,642             4,642             4,642
IMPROVEMENTS      16,297            16,297            16,297
TOTAL             20,939            20,939            20,939
CLASS                                                2-11


LAND SQ FEET       2,976                 IRREGULAR LOT    NO
              CURRENT MARKET VALUE     130,869
HOMEOWNERS EXEMPTION      2007    YES
SENIOR    EXEMPTION      2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006   NO
                    HOMEOWNER EXEMPTION
   2002 BASE          2008          EXEMPTION      PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION   QUANTITY       FACTOR       AMOUNT
     9,058               23,415         1          1.000000      33,279
```

```
VOLUME   PROPERTY INDEX NUMBER         TOWNSHIP        TAX CODE   NBHD   STREET CODE
  172    15-27-100-049-0000         PROVISO          31094      033      1880
LOCATION  2324    ERICKA               DR   BROADVIEW
TAXPAYER         ELENA D CRUZ
ADDRESS          2324 ERIKA DR
CITY-ST ZIP      BROADVIEW    IL 60155-4624        LAST TRI YEAR   2005
                         ASSESSMENT VALUATIONS
                    2005           2006           2007 PROPOSED
LAND                7,488          7,488           7,488
IMPROVEMENTS       21,499         21,499          21,499
TOTAL              28,987         28,987          28,987
CLASS                                             2-11


LAND SQ FEET       14,400              IRREGULAR LOT    NO
              CURRENT MARKET VALUE     181,169
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007  NO
DISABLED VETERANS EXEMPTION    2006    NO
                    HOMEOWNER EXEMPTION
    2004 BASE            2007         EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY      FACTOR       AMOUNT
      19,438              51,596          1        1.000000      20,000
```

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP     TAX CODE  NEIGH  STREET CODE
 161    15-10-331-018-0000         PROVISO       31084    060      600
LOCATION   810 S 17TH                        AVE MAYWOOD
TAXPAYER        ARLENE CUNNINGHAM
ADDRESS         810 S 17TH AVENUE
CITY-ST ZIP     MAYWOOD       IL 60153-1702        LAST TRI YEAR   2005
                           ASSESSMENT VALUATIONS
                  2005             2006              2007 PROPOSED
LAND              1,847            1,847                1,847
IMPROVEMENTS     16,412           16,412               13,604
TOTAL            18,259           18,259               15,451
CLASS                                                   2-11

LAND SQ FEET      4,199                  IRREGULAR LOT    NO
              CURRENT MARKET VALUE      96,569
HOMEOWNERS EXEMPTION      2007    YES
SENIOR     EXEMPTION      2007    YES
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION       2006   NO              FREEZE 2007 YES
                           HOMEOWNER EXEMPTION
    2004 BASE              2007        EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION   H/O VALUATION    QUANTITY       FACTOR      AMOUNT
    12,868                32,222           1         1.000000     17,216
```

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP        TAX CODE  NEIGH  STREET CODE
  330    13-10-408-032-0000        JEFFERSON        71001    071      5580
LOCATION  5020 N  KEELER                      AVE  CHICAGO
TAXPAYER      AURA DELEON
ADDRESS       5020 N KEELER AV
CITY-ST ZIP   CHICAGO       IL 60630-2716        LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
               2005            2006              2007 PROPOSED
LAND            4,396           6,824             6,824
IMPROVEMENTS   24,440          36,590            36,590
TOTAL          28,836          43,414            43,414
CLASS                                             2-11

LAND SQ FEET      3,968                  IRREGULAR LOT    NO
                 CURRENT MARKET VALUE     271,338
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007  NO
DISABLED VETERANS EXEMPTION      2006    NO
                       HOMEOWNER EXEMPTION
   2002 BASE           2007           EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR        AMOUNT
     20,508              60,469           1         1.000000       40,000
```

```
VOLUME   PROPERTY INDEX NUMBER      TOWNSHIP        TAX CODE  NEIGH  STREET CODE
  436    20-29-422-029-0000      LAKE               72001     221     8060
LOCATION  7740 S GREEN             ST    CHICAGO
TAXPAYER          JOSEPH DUNN
ADDRESS           7740 S GREEN
CITY-ST ZIP       CHICAGO      IL 60620-2816        LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                     2006            2007              2008 PROPOSED
LAND                3,149           3,149                3,149
IMPROVEMENTS       17,382          17,382               17,382
TOTAL              20,531          20,531               20,531
CLASS                                                   2-11

LAND SQ FEET       3,750                   IRREGULAR LOT    NO
              CURRENT MARKET VALUE      128,319
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION      2006    NO
                      HOMEOWNER EXEMPTION
    2002 BASE            2008           EXEMPTION       PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION      QUANTITY         FACTOR        AMOUNT
    10,877               29,302             1           1.000000       26,288
```

```
VOLUME   PROPERTY INDEX NUMBER      TOWNSHIP      TAX CODE  NEIGH  STREET CODE
 370     13-34-224-039-0000        JEFFERSON      71001     180    11780
LOCATION  2106 N  PULASKI               RD    CHICAGO
TAXPAYER        JORGE GALICIA
ADDRESS         2106 N PULASKI RD
CITY-ST ZIP     CHICAGO        IL 60639-3735       LAST TRI YEAR    2006
                          ASSESSMENT VALUATIONS
                    2005              2006            2007 PROPOSED
LAND                2,800             6,749            6,749
IMPROVEMENTS       28,755            31,124           31,124
TOTAL              31,555            37,873           37,873
CLASS                                                  2-11

LAND SQ FEET        3,125                   IRREGULAR LOT    NO
              CURRENT MARKET VALUE      236,706
HOMEOWNERS EXEMPTION      2007    YES
SENIOR     EXEMPTION      2007    NO
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION      2006    NO
                          HOMEOWNER EXEMPTION
        2003 BASE            2007          EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION   H/O VALUATION        QUANTITY        FACTOR       AMOUNT
        31,555               89,574            1         1.000000       12,971
```

```
VOLUME   PROPERTY INDEX NUMBER       TOWNSHIP        TAX CODE  NEIGH  STREET CODE
 339     13-16-130-003-0000          JEFFERSON        71033    090      360
LOCATION  5253 W  AGATITE                    AVE CHICAGO
TAXPAYER          NICK F GIANAKAKIS
ADDRESS           5253 W AGATITE AV
CITY-ST ZIP       CHICAGO       IL 60630-3703          LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
                     2005            2006              2007 PROPOSED
LAND               4,200           7,200                 7,200
IMPROVEMENTS      25,227          38,201                38,201
TOTAL             29,427          45,401                45,401
CLASS                                                    2-11

LAND SQ FEET        3,750                    IRREGULAR LOT    NO
              CURRENT MARKET VALUE      283,756
HOMEOWNERS EXEMPTION      2007    YES
SENIOR     EXEMPTION      2007    NO
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION      2006    NO
                     HOMEOWNER EXEMPTION
     2002 BASE            2007         EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION     QUANTITY       FACTOR        AMOUNT
     22,638             67,363             1         1.000000       40,000
```

```
VOLUME  PROPERTY INDEX NUMBER           TOWNSHIP        TAX CODE  NEIGH  STREET CODE
  543   16-04-208-018-0000            WEST CHICAGO      77001     011    10200
LOCATION   1403 N  LECLAIRE                  AVE  CHICAGO
TAXPAYER      CURTIS & CORA GILMORE
ADDRESS       1403 N LE CLAIRE AVE
CITY-ST ZIP   CHICAGO       IL 60651-1571        LAST TRI YEAR   2006
                         ASSESSMENT VALUATIONS
                2005              2006              2007 PROPOSED
LAND            2,284             4,384                4,384
IMPROVEMENTS   17,148            27,832               27,832
TOTAL          19,432            32,216               32,216
CLASS                                                 2-11

LAND SQ FEET      3,780                   IRREGULAR LOT    NO
                CURRENT MARKET VALUE      201,350
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    NO
CERTIFICATE OF ERROR    2007 NO
DISABLED VETERANS EXEMPTION       2006    NO
                    HOMEOWNER EXEMPTION
   2002 BASE              2007        EXEMPTION      PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION   QUANTITY        FACTOR       AMOUNT
     15,072               42,878          1         1.000000      40,000
```

```
VOLUME  PROPERTY INDEX NUMBER        TOWNSHIP        TAX CODE  NEIGH  STREET CODE
  473   14-05-316-007-0000      LAKE VIEW            73001    011      5620
LOCATION  1533 W  VICTORIA                ST  CHICAGO
TAXPAYER      PATRICIA HENDERSON
ADDRESS       1533 W VICTORIA
CITY-ST ZIP   CHICAGO       IL 60660-4222        LAST TRI YEAR   2006
                       ASSESSMENT VALUATIONS
                 2006            2007            2008 PROPOSED
LAND             8,049           8,049            8,049
IMPROVEMENTS    42,396          42,396           42,396
TOTAL           50,445          50,445           50,445
CLASS                                            2-11

LAND SQ FEET      2,875                  IRREGULAR LOT    NO
              CURRENT MARKET VALUE      315,281
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION     2006    NO
                   HOMEOWNER EXEMPTION
   2003 BASE           2008          EXEMPTION      PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR       AMOUNT
     41,098              118,330          1         1.000000      18,255
```

```
VOLUME  PROPERTY INDEX NUMBER        TOWNSHIP        TAX CODE   NEIGH  STREET CODE
  373   13-35-219-006-0000          JEFFERSON        71001      180    11220
LOCATION  3523 W  PALMER                   ST   CHICAGO
TAXPAYER          JUAN J HUERTA
ADDRESS           3523 W PALMER
CITY-ST ZIP       CHICAGO        IL 60647-3519          LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
                    2005              2006               2007 PROPOSED
LAND                2,805             6,300               6,300
IMPROVEMENTS       19,393            25,877              25,877
TOTAL              22,198            32,177              32,177
CLASS                                                    2-11

LAND SQ FEET        3,150                       IRREGULAR LOT    NO
                 CURRENT MARKET VALUE      201,106
HOMEOWNERS EXEMPTION       2007    YES
SENIOR     EXEMPTION       2007    NO
CERTIFICATE OF ERROR       2007    NO
DISABLED VETERANS EXEMPTION     2006    NO
                        HOMEOWNER EXEMPTION
     2002 BASE            2007        EXEMPTION      PRORATION       NPHE
EQUALIZED VALUATION   H/O VALUATION   QUANTITY       FACTOR        AMOUNT
     14,591              41,321           1         1.000000       40,000
```

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP       TAX CODE  NEIGH  STREET CODE
 402    19-24-112-026-0000         LAKE            72014    070    11740
LOCATION  6424 S  RICHMOND                 ST  CHICAGO
TAXPAYER        SCOTT JACKSON
ADDRESS         6424 S RICHMOND
CITY-ST ZIP     CHICAGO      IL 60629-2805          LAST TRI YEAR   2006
                          ASSESSMENT VALUATIONS
                    2006           2007          2008 PROPOSED
LAND              4,080          4,080           4,080
IMPROVEMENTS     26,846         26,846          26,846
TOTAL            30,926         30,926          30,926
CLASS                                            2-11

LAND SQ FEET       4,250                  IRREGULAR LOT   NO
                 CURRENT MARKET VALUE     193,288
HOMEOWNERS EXEMPTION      2007   YES
SENIOR    EXEMPTION       2007   NO
CERTIFICATE OF ERROR      2007  NO
DISABLED VETERANS EXEMPTION     2006   NO
                          HOMEOWNER EXEMPTION
   2002 BASE              2008         EXEMPTION     PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY       FACTOR       AMOUNT
     14,566              41,239           1         1.000000      40,000
```

```
VOLUME  PROPERTY INDEX NUMBER        TOWNSHIP         TAX CODE   NEIGH  STREET CODE
  555   16-12-311-017-0000        WEST CHICAGO       77019      102     15460
LOCATION  2832 W  WALNUT                      ST   CHICAGO
TAXPAYER       PEARLIE MAE JONES
ADDRESS        2832 W WALNUT ST
CITY-ST ZIP    CHICAGO        IL 60612-1912          LAST TRI YEAR   2006
                        ASSESSMENT VALUATIONS
                    2005            2006            2007 PROPOSED
LAND              1,440           5,040              5,040
IMPROVEMENTS     14,213          19,040             19,040
TOTAL            15,653          24,080             24,080
CLASS                                               2-11


LAND SQ FEET      3,000              IRREGULAR LOT    NO
                CURRENT MARKET VALUE     150,500
HOMEOWNERS EXEMPTION    2007    YES
SENIOR     EXEMPTION    2007    NO
CERTIFICATE OF ERROR    2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                    HOMEOWNER EXEMPTION
   2002 BASE            2007         EXEMPTION     PRORATION       NPHE
EQUALIZED VALUATION  H/O VALUATION  QUANTITY       FACTOR        AMOUNT
     9,239              24,000          1          1.000000      40,000
```

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP        TAX CODE  NEIGH  STREET CODE
  402   19-24-226-003-0000    LAKE               72014   071    12960
LOCATION  6609 S WASHTENAW              AVE CHICAGO
TAXPAYER      MARY A KUDCHADKER
ADDRESS       6609 S WASHTENAW
CITY-ST ZIP   CHICAGO      IL 60629-1717        LAST TRI YEAR   2006
                       ASSESSMENT VALUATIONS
                    2006          2007          2008 PROPOSED
LAND               3,327         3,327            3,327
IMPROVEMENTS      20,812        20,812           20,812
TOTAL             24,139        24,139           24,139
CLASS                                            2-11

LAND SQ FEET       3,781              IRREGULAR LOT    NO
              CURRENT MARKET VALUE   150,869
HOMEOWNERS EXEMPTION    2007    YES
SENIOR    EXEMPTION     2007    NO
CERTIFICATE OF ERROR    2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                       HOMEOWNER EXEMPTION
   2002 BASE            2008        EXEMPTION      PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION  QUANTITY       FACTOR       AMOUNT
     11,061             29,898         1          1.000000      35,461
```

```
VOLUME   PROPERTY INDEX NUMBER        TOWNSHIP    TAX CODE   UNION   STREET CODE
  361     13-29-427-008-0000       JEFFERSON     71033      250       8140
LOCATION  2439 N MARMORA                AVE  CHICAGO
TAXPAYER     MAURICIO ALEMAN
ADDRESS      2439 N MARMORA
CITY-ST ZIP  CHICAGO     IL 60639-2332        LAST TRI YEAR    2006
                         ASSESSMENT VALUATIONS
                    2005              2006            2007 PROPOSED
LAND                3,339             6,110             6,110
IMPROVEMENTS       20,635            31,223            31,223
TOTAL              23,974            37,333            37,333
CLASS                                                  2-11


LAND SQ FEET        3,472              IRREGULAR LOT    NO
             CURRENT MARKET VALUE    233,331
HOMEOWNERS EXEMPTION     2007    YES
SENIOR     EXEMPTION     2007    NO
CERTIFICATE OF ERROR     2007 NO
DISABLED VETERANS EXEMPTION    2006    NO
                      HOMEOWNER EXEMPTION
   2003 BASE              2007          EXEMPTION     PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION     QUANTITY       FACTOR         AMOUNT
     23,974              66,729            1          1.000000        34,354
```

```
VOLUME   PROPERTY INDEX NUMBER       TOWNSHIP      TAX CODE  NEIGH  STREET CODE
 314     12-24-320-006-0000          JEFFERSON     71033     371    11080
LOCATION   3335 N  OZANAM                    AVE  CHICAGO
TAXPAYER       MELODY LALUZ
ADDRESS        3335 N OZANAM
CITY-ST ZIP    CHICAGO       IL 60634-3009           LAST TRI YEAR    2006
                        ASSESSMENT VALUATIONS
                    2005              2006              2007 PROPOSED
LAND                3,607             6,501               6,501
IMPROVEMENTS       17,853            28,360              28,360
TOTAL              21,460            34,861              34,861
CLASS                                                    2-11


LAND SQ FEET        3,780                  IRREGULAR LOT    NO
                 CURRENT MARKET VALUE      217,881
HOMEOWNERS EXEMPTION      2007     YES
SENIOR     EXEMPTION      2007     NO
CERTIFICATE OF ERROR      2007 NO
DISABLED VETERANS EXEMPTION      2006    NO
                        HOMEOWNER EXEMPTION
     2004 BASE              2007         EXEMPTION       PRORATION        NPHE
EQUALIZED VALUATION  H/O VALUATION       QUANTITY        FACTOR        AMOUNT
     21,460              57,560             1            1.000000       36,830
```

FREEDOM OF INFORMATION NUMBER   0002938                              4

```
VOLUME  PROPERTY INDEX NUMBER      TOWNSHIP      TAX CODE  REGION  STREET CODE
 404    19-26-100-005-0000         LAKE          72014     030     1600
LOCATION  3947 W 71ST                    ST   CHICAGO
TAXPAYER        RODOLFO LEON
ADDRESS         3947 W 71ST ST
CITY-ST ZIP     CHICAGO       IL 60629-4367      LAST TRI YEAR   2006
                         ASSESSMENT VALUATIONS
                    2006            2007           2008 PROPOSED
LAND               3,874           3,874              3,874
IMPROVEMENTS      35,604          35,604             35,604
TOTAL             39,478          39,478             39,478
CLASS                                              2-11


LAND SQ FEET      3,125                  IRREGULAR LOT    NO
                CURRENT MARKET VALUE     246,738
HOMEOWNERS EXEMPTION      2007   YES
SENIOR    EXEMPTION       2007   NO
CERTIFICATE OF ERROR      2007   NO
DISABLED VETERANS EXEMPTION    2006    NO
                        HOMEOWNER EXEMPTION
    2004 BASE            2008         EXEMPTION    PRORATION      NPHE
EQUALIZED VALUATION  H/O VALUATION    QUANTITY     FACTOR        AMOUNT
     23,049              62,245           1       1.000000       40,000
```