IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LONG BEACH MORTGAGE COMPANY | ) | |
| TRUTH IN LENDING ACT FAMILY RIDER | ) | |
| LITIGATION | ) | MDL 07-cv-06543 |
| _____ | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Centralized before Judge |
| STINSON & SULLIVAN | ) | Wayne R. Andersen |

## NOTICE OF MOTION

**TO:**   See attached service list.

**PLEASE TAKE NOTICE** that on **Thursday, September 11, 2008, at 9:00 a.m.**, we shall appear before the Honorable Judge Wayne R. Andersen in Courtroom 1403 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANT'S SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** which was electronically filed and served upon you through the Court's CM/ECF system.

                                        Respectfully Submitted,

                                        s/Michael J. Aschenbrener
                                        Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Lloyd Brooks                           CLAUDE LEFEBVRE
The Brooks Law Firm                    CHRISTOPHER LEFEBVRE, PC
15008 Woodlawn Avenue                  P.O. Box 479
Dolton, Illinois 60419                 Pawtucket, RI 02862
(708) 841-8000                         (401) 728-6060
(708) 841-8080 (FAX)                   (401) 728-6534 (FAX)

## **CERTIFICATE OF SERVICE**

   I, Michael J. Aschenbrener, hereby certify that on September 5, 2008, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Notice was sent *via* US mail to those without access to the Court's electronic filing system.

Rogelio A. Astudillo
Astudillo Consulting Services
2304 Frontera Road
McAllen, TX 78504

Law Department
New Millennium Mortgage
1700 Park Street Suite 203
Naperville, IL 60563

Gabriel A. Crowson
Matthew M. Neumeier
Scott T. Schutte
Howrey LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610

                s/Michael J. Aschenbrener
                Michael J. Aschenbrener