UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

| | |
|---|---|
| Long Beach Mortgage Company Truth in Lending Act 1−4 Family Rider Litigation | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06543 |
| | Honorable Wayne R. Andersen |
| Long Beach Mortgage Company, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Plaintiff's motion [64] to extend deadline for summary judgment is taken under advisement. Defendant's motion to dismiss for lack of prosecution [69] and involuntary dismissal of plaintiff Mirlaine Juene is taken under advisement. Plaintiff's motion for leave to file [72] a response to defendant's sur−reply in opposition to plaintiffs' motion for class certification is granted instanter.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.